UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------x

FRED D. MOORE, LISA M. INGRAM, GARY C.          :
MOORE, SR., TERRY L. MOORE, SR., PHYLLIS D.     :
THOMPSON, SANDRA WALLACE, JEAN HARDN            :
BIBBY, *individually and on behalf of the* ESTATE OF   :
MARK ANTHONY BIBBY, EUSTACE ANTHONY             :
BIBBY JR., SHAUN D. FETTERS, BRIDGET            :     **Civil Action No. _____**
CATHERINE MADISON, *individually and on behalf* :
*of the* ESTATE OF SPENCER TIMOTHY KAROL,       :
SHAWN GRAY, BRENDA NORRIS TART,                 :
*individually and on behalf of the* ESTATE OF JOSEPH  :
ROBERT GUERRERA, HELEN L. HUGGINS,              :
CONNIE GREENE, LLOYD HUGGINS, MALLORY           :
HUGGINS, ROBERT HUGGINS, JAYNE MASSEY,          :
HILDA BARRERA GUARDIOLA, *individually and*     :
*on behalf of the* ESTATE OF MICHAEL P.         :
BARRERA, C'LINA A. SABILLON, GABRIEL            :
GUARDIOLA, VICTOR MANUEL CAMPOY,                :
*individually and on behalf of the* ESTATE OF ISAAC  :
CAMPOY, VICTOR MANUEL CAMPOY,                   :
*individually and on behalf of the* ESTATE OF   :
MANUELA CAMPOY, VICTOR MANUEL                   :
CAMPOY, JR., JONATHAN CAMPOY, KASANDRA          :
KATE COLLINS, *individually and on behalf of the*  :     **COMPLAINT**
ESTATE OF GARY L. COLLINS, NICOLE M.            :
VASQUEZ, *individually and on behalf of the* ESTATE  :
OF MARK DANIEL VASQUEZ, DORINE KENNEY,          :
*individually and on behalf of the* ESTATE OF JACOB  :
S. FLETCHER, MARCELLA RAE MINUCCI               :
BANKS, *individually and on behalf of the* ESTATE OF  :
JOSEPH MINUCCI II, SHANNON GRANDE,              :
TERRENCE LEE MINUCCI, JR., SHAWNA BLACK,        :
*individually and on behalf of the* ESTATE OF   :
JARROD W. BLACK, SHERIDAN BLACK, PENNY          :
LOU SPLINTER, *individually and on behalf of the*  :
ESTATE OF CHRISTOPHER JON SPLINTER,             :
MITCHELL CHRISTOPHER SPLINTER, RACHEL           :
LOU SPLINTER MEYER, DENNIS FRANKLIN             :
FRIST, *individually and on behalf of the* ESTATE OF  :
LUCAS PEIRCE FRIST, PATTI LOU FRIST,            :
*individually and on behalf of the* LUCAS PEIRCE  :
FRIST, JOHANNA LIPSCOMB, ERIN E. FRIST,         :
CLARA MAE DAVIS-JOHNSON, EARL JOHNSON,          :
SONYA MARIE GOLBY, *individually and on behalf*  :

*of the* ESTATE OF CHRISTOPHER ALLEN GOLBY,      :
SEAN FORD, DYLON GOLBY, PHYLLIS A.               :
JOHNSON, *individually and on behalf of the* ESTATE   :
OF NATHANIEL HENRY JOHNSON, FELIX                :
JOHNSON, *individually and on behalf of the* ESTATE   :
OF NATHANIEL HENRY JOHNSON, TIFFINEY D.          :
WILLIAMS, TITA CAMACIS DERROW, *individually*    :
*and on behalf of the* ESTATE OF IAN DESMOND      :
MANUEL, ROBERT J. BARRY, KARLA DENIS             :
MCKNIGHT, *individually and on behalf of the*     :
ESTATE OF EDMOND LEE RANDLE, JR., GAIL L.        :
FARNSWORTH, *on behalf of the* ESTATE OF JASON    :
CHAPPELL, PATRICIA L. MRACEK, *individually*     :
*and on behalf of the* ESTATE OF CORY RYAN        :
MRACEK, CAROL SHROAT GRAHAM, *individually*      :
*and on behalf of the* ESTATE OF JEFFREY CARL     :
GRAHAM, MARK ALAN GRAHAM, *individually*         :
*and on behalf of the* ESTATE OF JEFFREY CARL     :
GRAHAM, MELANIE GRAHAM QUINN, JOSEPH             :
C. FORD, *individually and on behalf of the* ESTATE   :
OF JASON CHRISTOPHER FORD, IWONA                 :
LONDONO, *individually and on behalf of the* ESTATE   :
OF DANIEL J. LONDONO, ANNETTE R. SANDRI,         :
*individually and on behalf of the* ESTATE OF      :
MATTHEW JOSEPH SANDRI, ROBERT J. SANDRI,         :
*individually and on behalf of the* ESTATE OF      :
MATTHEW JOSEPH SANDRI, BLAKE SANDRI,             :
JULIANNE SANDRI, LYDIA SANDRI, SARAH             :
GRACE HUDSON, MICHELLE L. BRAUN,                 :
*individually and on behalf of the* ESTATE OF      :
CHRISTOPHER EDWIN HUDSON, VERONIKA               :
HUDSON, GAVIN HUDSON, JANELL D. PIERLE,          :
RAYMOND L. HUDSON, BRADLEY RHODES,               :
JOSHUA ELDON HILL, LISA MARRIE BARR, *on*        :
*behalf of the* ESTATE OF ANTHONY J. BARR,        :
ALVARO RAMOS, MALAYA RAMOS, GABRIEL             :
BOOTH, DIANNA RAMOS, *individually and on*        :
*behalf of the* ESTATE OF CHRISTOPHER RAMOS,      :
JOHN W. WROBLEWSKI, SHAWN M.                     :
WROBLEWSKI, MICHAEL P. WROBLEWSKI,               :
DAVID WROBLEWSKI, RICHARD WROBLEWSKI,            :
NELSON CARMAN, *individually and on behalf of the*   :
BENJAMIN CARMAN, MARIE CARMAN,                   :
*individually and on behalf of the* BENJAMIN       :
CARMAN, AMELIA CARMAN, CATHERINE J.              :
WILSON, JAMES A. CARMAN, PAMELA                  :

ii

HODGES, *on behalf of the* ESTATE OF SHEILA                :
COBB, NANCY L. WALKER, PAULETTE SMITH                      :
MOREL, JOSEPH MICHAEL MOREL, MARCY                         :
HEATHER MOREL LAIRD, EMILY J. DIERUF-                      :
CHAMBERS, *individually and on behalf of the*             :
ESTATE OF NICHOLAS JAMES DIERUF, PAUL R.                   :
DIERUF, CHARLES DIERUF III, BARBARA                        :
MARIE DIERUF, ANGELINA AYON, JOSHUA                        :
AYON, JASMINE AYON, CHANCE PEHLPS,                         :
BRETT BOYE, *individually and on behalf of the*           :
ESTATE OF NOAH BOYE, MARIANNE MINTO                        :
SMITH, ALICE M. SMITH, ALICIA SMITH,                      :
*individually and on behalf of the* ESTATE OF             :
MICHAEL JAMES SMITH JR., ELIZABETH                         :
MATES*,* MICHAEL J. SMITH, III.*,* CHRISTINE M.            :
DYBEVIK, *individually and on behalf of the* ESTATE        :
OF GARY F. VANLEUVEN, TODD VANLEUVEN,                      :
*individually and on behalf of the* ESTATE OF GARY        :
F. VANLEUVEN, JEANIE KROSSMAN, JOHN                        :
VANFOSSEN, THOMAS VANLEUVEN, DANIEL                        :
CHRISTOPHER JOHSON, CHRISTY DE'ON                          :
MILLER, *individually and on behalf of the* ESTATE        :
OF AARON C. AUSTIN, DOUGLAS L. AUSTIN,                     :
*individually and on behalf of the* ESTATE OF AARON       :
C. AUSTIN, MICHAEL D. AUSTIN, ERIC D.                      :
AUSTIN, JOSUE MAGANA, LISETTE MAGANA,                      :
DANAE ISABEL MAGANA, TRACY KAY                             :
DICKERSON, *individually and on behalf of the*            :
ESTATE OF CHRISTOPHER MASON DICKERSON,                     :
SKYLAR JONES, JEFFREY M. DICKERSON,                        :
GAYLE REVELS, SHERRI DICKERSON                             :
CARMACK, DEBORAH ANNETTE DREXLER,                          :
*individually and on behalf of the* ESTATE OF             :
JEREMY LEE DREXLER, SHARON K. KRITZER,                     :
ROGER G. KRITZER, JENNIFER KAUFMAN,                        :
PAMELA JOYEE MARSHALL RAWLINS, NOE                         :
GONZALEZ, SARA EURESTI, ELIZABETH                          :
GONZALEZ, SARA GONZALEZ-ARVIZO,                            :
JACQUELYN E. SYVERSON, AMY SYVERSON,                       :
PAUL ROLAND SYVERSON IV, LANCE DUSTIN                      :
MCELHENNEY, DAVID NEGRON, JAMES K.                         :
FISCHER, DANNY B. DANIELS, JUSTIN DANIELS,                 :
JACQUELYN C. DIXON, *individually and on behalf*          :
*of the* ESTATE OF ANTHONY JOSEPH DIXON,                  :
DIANE LYNN DAVIS SANTORIELLO, NEIL                         :
SANTORIELLO SR., YVETTE BURRIDGE,                          :

*individually and on behalf of the* ESTATE OF DAVID          :
P. BURRIDGE, SHAWN BURRIDGE, BRITTANY                         :
BURRIDGE, LANNY WILSON JR., *individually and*               :
*on behalf of the* ESTATE OF LAMONT N. WILSON,               :
TAFINA WILSON, LAURA GONZALEZ, JOSHUA                         :
JULIUS TITCOMB, MICHAEL CHRISTOPHER                          :
MORGAN, CYNTHIA DEANN JACOBS, ROHAN G.                       :
OSBOURNE, LATOYA F. OSBOUNRE, ROHAN                          :
DAVID OSBOURNE, GLENTON PETERKIN,                            :
EDWARD PHILLIP CHAVEZ, JR., CHRISTOPHER                       :
PATRICK CHAVEZ, KIM LAURIE KRUEGER,                          :
WARD BRYAN GRAY, MARK C. LARSON,                             :
BRANDI MANDEVILLE, HALIMA ZEBARI,                            :
NEMAT ZEBARI, ARIYAN ZEBARI, BIZHYAN                         :
ZEBARI, DEZHEEN ZEBARI, HARIWAN ZEBARI,                       :
KARWAN ZEBARI, SHEVAN ZEBARI, STEREEN                        :
ZEBARI, ZHIMAN ZEBARI, ZHYAN ZEBARI,                         :
BRANDON KNEPSHIELD, SHARON C. MCLEESE,                        :
*individually and on behalf of the* ESTATE OF JUSTIN         :
DANIEL MCLEESE, DANIEL R. MCLEESE, GINA                      :
MCLEESE, JESSICA L. MCLEESE, DANIEL                          :
ROUSTUM, *individually and on behalf of the* DAVID          :
LAWRENCE ROUSTUM, CHARLES ROBERT                             :
AYARS, JOSEPH DOWNING, CLAUDIE J. LEE,                       :
*individually and on behalf of the* ESTATE OF CARL          :
WAYNE LEE, TYLER LEE, NANCY LEIGH                            :
SHACKELFORD, ANDY SHACKELFORD, JAMES                        :
SHACKELFORD, *individually and on behalf of the*            :
MICHAEL SHACKELFORD, DEBORA JOYCE                            :
RECKLEY, *individually and on behalf of the* ERIK           :
WAYNE HAYES, DUANE ANDREW MITTS,                            :
CINDY MAE MCEWEN, ANNMARIE THURBER,                         :
*individually and on behalf of the* ESTATE OF               :
ARTHUR CHARLES WILLIAMS IV., DEBBIE M.                      :
ROGERS, MICHELLE A. BOHN, KATHLEEN S.                       :
OUELLETTE, *individually and on behalf of the*              :
ESTATE OF ROBERT W. HOYT, DONNA                             :
BLANTON, CHRISTOPHER RAPES, PAUL RAPES,                     :
TAWNEE BRIANNA GONZALEZ, *individually and*                 :
*on behalf of the* ESTATE OF MARTIN GONZALEZ,               :
ADRYAN GONZALEZ, BENJAMIN STEWART,                          :
JUDITH HEWITT, AMANDA HEWITT, BRYAN                         :
HEWITT, SHIRLEY ANN PARRELLO, *individually*                :
*and on behalf of the* ESTATE OF BRIAN PATRICK              :
PARRELLO, NINO PARRELLO, *individually and on*              :
*behalf of the* ESTATE OF BRIAN PATRICK                     :

PARRELLO, ANTHONY PARRELLO, MATTHEW          :
PARRELLO, TRAVIS WILSON, CONNIE WILSON,      :
GARY EUGENE WILSON, GEORGIANA DAY            :
WILSON, HANNAH WILSON, KEM ALLEN             :
WILSON, JOHN PATRICK JONES, KEEGAN           :
ALLEN JONES, JADE M. JONES, RICHARD          :
BABIN, CHARLOTTE BABIN, ANN B. COMEAUX,      :
CURTIS J. COMEAUX, JR., SUSAN COMEAUX        :
PUNCH, *individually and on behalf of the* ESTATE OF   :
KURT COMEAUX, BRODY E. COMEAUX, BRYCE        :
J. COMEAUX, BRANDON M. COMEAUX, TRACY        :
J. EARTHMAN PREDDY, *individually and on behalf*   :
*of the* ESTATE OF TAYLOR J. BURK, JULIA     :
AUTUMN BURK, WHEELER PREDDY, ANGELA          :
RAMSEY, *individually and on behalf of the* ESTATE   :
OF CHRISTOPHER JAMES RAMSEY, JEFFREY         :
SCOTT RAMSEY, *individually and on behalf of the*   :
ESTATE OF CHRISTOPHER JAMES RAMSEY,          :
MICHAEL RAMSEY, CHRISTEN NICOLE              :
RAMSEY, CHRIS'STAJHA E. RAMSEY, LUIS         :
COTTO-ARROYO, JOHN L. GEIS, *individually and*   :
*on behalf of the* ESTATE OF BARBARA C. HEALD,   :
MARGARET C. GEIS, NATHANIEL VINCENT          :
STALLINGS, CONSTANCE STALLINGS, MELVIN       :
STALLINGS, ROBERT STALLINGS, KATHERINE       :
I. STALLINGS, NATHAN A. STALLINGS,           :
STEPHEN A. STALLINGS, PHILLIPE E. CLARKE,    :
*individually and on behalf of the* ESTATE OF KEVIN   :
M. CLARKE, CATHERINE M. CLARKE, *individually*   :
*and on behalf of the* ESTATE OF KEVIN M.    :
CLARKE, CYNTHIA CLARKE-GROUSS,               :
TIMOTHY J. CLARKE, LAURA C. ARREAGA,         :
KATHRYN BARKLEY, MOLLY MICHELLE              :
BREWER, *individually and on behalf of the*  ESTATE   :
OF ADAM BREWER, AUDREY KELLY, FRAN           :
DIDOMENICIS, *individually and on behalf of the*   :
ESTATE OF STEPHEN M. MCGOWAN, STEPHEN        :
ALEXANDER MUNDELL, JACK MUNDELL,             :
MICHAEL REECE, PEYTON HUGHES, IRASEMA         :
NAPOLES, DOMINIQUE D. DUNBAR, *individually*   :
*and on behalf of the*  ESTATE OF TROMAINE KEON   :
TOY SR., ARIAN A. TOY, TROMAINE TOY JR.,     :
TYRELL TOY, ROBERT HERMAN DERGA, JR.,        :
*individually and on behalf of the* ESTATE OF DUSTIN   :
ALAN DERGA, STEPHANIE L. DERGA, *individually*   :
*and on behalf of the* ESTATE OF DUSTIN ALAN   :

DERGA, KRISTIN L. HARMON, TIFFANY ANNE          :
ECKERT, *individually and on behalf of the* ESTATE    :
OF GARY ANDREW ECKERT, JR., MYLES M.             :
ECKERT, MARLEE F. ECKERT, JEREMY                 :
MICHAEL LANHAM, ERIN JANE LANHAM,                :
HAZEL BRITTON, *individually and on behalf of the*    :
ESTATE OF BERNARD SEMBLY, II., BRIAN E.          :
STARR, *individually and on behalf of the* ESTATE OF  :
JEFFREY BRIAN STARR, HILLARY STARR,              :
EMILY GUILDNER, TIMOTHY BOMKE, DAVID A.          :
VILLAR, *individually and on behalf of the* ESTATE    :
OF LINDA JOYCE VILLAR, TANESHA PRIOLEAU,         :
CLYDE R. ROMINES, *individually and on behalf of*     :
*the* ESTATE OF BRIAN M. ROMINES, RANDALL        :
ROMINES, TERA ROMINES, NATIVIDAD                 :
BERTHA HOPPER, *individually and on behalf of the*    :
ESTATE OF NICKOLAS LEE HOPPER, ANDREW            :
HOPPER, JUDY HOPPER, DILIO MARIOTTI,             :
MELEAH ANN SHEPARD-DEBLASE, *individually*       :
*and on behalf of the* ESTATE OF STEVEN EARL      :
SHEPHARD, SIERRA E. SHEPHARD, BARBARA            :
JEAN SHEPHARD, BRANDIE SHEPHARD, KEVIN           :
JOHN BERUBE, VERNORDIA SHONTEL FULLER,           :
*individually and on behalf of the* ESTATE OF CARL    :
RAY FULLER, VANESSA GANEY, ASA JOSEPH            :
STEWART, JR., *individually and on behalf of the*     :
ESTATE OF DAVID S. STEWART, JOANNA               :
STEWART, GARY L. REESE SR., *individually and on*    :
*behalf of the* ESTATE OF GARY L. REESE, JR.,     :
CATHRYN REESE, *individually and on behalf of the*    :
ESTATE OF GARY LEE REESE, JR., WILLIAM D.        :
TAYLOR, *individually and on behalf of the* ESTATE    :
OF SHANNON DELANE TAYLOR, MICHELLE              :
TAYLOR, EDWARD RUVALCABA, DAVID DIAZ,           :
JOSHUA A. IVEY, MANUEL GABRIEL LUCERO,          :
MARY C. LUECERO, RICHARD LUCERO,                :
SHARON L. MARQUEZ, BRIAN I. SWANBERG,           :
*individually and on behalf of the* ESTATE OF SHANE   :
CLANIN SWANBERG, LINDA CLANIN-                  :
SWANBERG, *individually and on behalf of the*        :
ESTATE OF SHANE CLANIN SWANBERG,                :
NICOLE L. SWANBERG, TRAVIS SWANBERG,            :
DANIEL A. CASARA, ANNA BONIFACIO, LORI          :
DAWN PETERS-SNEED, *individually and on behalf*      :
*of the* ESTATE OF BRANDON KEITH SNEED SR.,      :
BRANDEE K. SNEED, GLORIA SNEED-MAN,             :

ALVIN SNEED, CHRISTOPHER PETERS, LORRIE          :
ANN VAN DRUFF, ROLAND L. RUSSOLI,                :
*individually and on behalf of the* ESTATE OF    :
ANDREW DAVID RUSSOLI, ROLAND RUSSOLI,            :
JR., SALLY LORAINE SIPES, WALLACE                :
MICHAEL SZWYDEK, *individually and on behalf of* :
*the* ESTATE OF STEVEN WALTER SZWYDEK,           :
NANCY LOUISE SZWYDEK, NANCY ELIZABETH            :
YOUNG, JACQUELINE B. SOLDANO, KRISTOFER          :
KEENAN MARSHALL BASKETT, LEWIS                   :
FITZGERALD BROWN, JR., GERALD TERANDO,           :
*individually and on behalf of the* ESTATE OF    :
JOSHUA ADAM TERANDO, LINDA SUE TERADO,           :
*individually and on behalf of the* ESTATE OF    :
JOSHUA ADAM TERANDO, AMANDA OVERTON,             :
PAMELA MARRIE MURRAY, HAROLD E.                  :
MURRAY, LISA MURRAY, HAILEY WHITE, IAN           :
MURRAY, MEGAN ROBERTS, *individually and on*     :
*behalf of the* ESTATE OF JEREMY ENLOW           :
MURRAY, MATTHEW BRADY, CAROL BRADY,              :
KEVIN BRADY, ALAN G. PATTEN, *individually and*  :
*on behalf of the* ESTATE OF ANDREW GRANT        :
PATTEN, SHIRLEY L. WATSON, *individually and on* :
*behalf of the* ESTATE OF CRAIG NOLAN WATSON,    :
JAY D. WATSON, *individually and on behalf of the* :
ESTATE OF CRAIG NOLAN WATSON, KEVIN              :
WATSON, BRADLEY WATSON, JAMES DEATON,            :
RACHEL KARIM, *individually and on behalf of the* :
ESTATE OF BRIAN CHRISTOPHER KARIM,               :
JANESSA ADARA KARIM, ADAM THOMAS,                :
GEORGE LUTZ III., AVA LUTZ, TIFFANY MARIE        :
SHORTBRIDGE, *individually and on behalf of the*  :
ESTATE OF GEORGE ANTHONY LUTZ II., JAMES         :
MILTON FRANTZ, *individually and on behalf of the* :
ESTATE OF MATTHEW CURTIS FRANTZ,                 :
MARILYN KAY FRANTZ, *individually and on behalf* :
*of the* ESTATE OF MATTHEW CURTIS FRANTZ,        :
CLIFFORD YAZZIE, CLINTON J. YAZZIE,              :
RYNDAL A. YAZZIE, SHANNON BEDONIE,               :
RHIANNON BEDONIE-HANND, CAYDEN J.                :
YAZZIE, CHYNITTA J. YAZZIE, BRETT CHASE,         :
*individually and on behalf of the* ESTATE OF LANCE :
CHASE, TRAVOR CHASE, MICHAEL L. CHASE,           :
CARRIE MCKEE, PATRICIA ANNE WAGLER,              :
*individually and on behalf of the* ESTATE OF PETER :
DANIEL WAGLER, JOSIAH WAGLER, SARAH              :

JULIAN, ESTHER EGLI, BETHANY PAGE,                        :
VANYA WAGLER, JOHN A. CARDELLI,                            :
*individually and on behalf of the* ESTATE OF SEAN        :
CARDELLI, BARBARA J. CARDELLO, *individually*             :
*and on behalf of the* ESTATE OF SEAN CARDELLI,           :
ROXANE M. PASQUINELLI, DARINDA N.                         :
CARDELLI, DEAN THOMAS ROSS, LINDSEY D.                    :
ROSS, KYLE E. ROSS, KAREN D. JENKINS,                     :
DILLON JENKINS, DEANNA WHITE-WOLF,                        :
JEROME GLENN GOURLEY, *individually and on*               :
*behalf of the* ESTATE OF GREGSON GLENN                   :
GOURLEY, JUDITH L.M. GOURLEY, CHARLENE                    :
MARIE ERNY, KRISTIN ZOU, LEIF OLSON,                      :
RACHEL L. THORNTON, *individually and on behalf*          :
*of the* ESTATE OF JOHN JOSHUA THORNTON,                  :
KYLE R. THORNTON, BRIANNA T. THORNTON,                    :
LYDON HARTWELL, DAVID WILLIAM                             :
LAMBERSON, LLOYD LAMBERSON, AARON                         :
GARTEE, KEVIN CLARK, *individually and on behalf*         :
*of the* ESTATE OF ERIC D. CLARK, DEBORAH                 :
ANN BROWN, *individually and on behalf of the*            :
ESTATE OF STEPHEN PAUL SNOWBERGER, III.,                  :
PAUL BROWN, JESSICA SLATER, RONALD A.                     :
HINSON, DONNA E. EIBEN, WILLIAM R. EIBEN,                 :
SUSAN ELIZABETH JAENKE, GARRETT JAENKE,                   :
JUSTIN M. JAENKE, KAYLA JAENKE, *individually*            :
*and on behalf of the* ESTATE OF JAIME SUZANNE            :
JAENKE, KRISTOPHER KEITH FREEMAN, DIANA                   :
K. ROSS, *individually and on behalf of the* ESTATE       :
OF MARK T. SMYKOWSKI, KATHY L. MELIES,                    :
*individually and on behalf of the* ESTATE OF RILEY       :
BAKER, MEGAN C. BOESE, DONALD JACOBS                      :
JR., PAUL DANIEL SENSION, DEBRA ANN                       :
POTOCKI, *individually and on behalf of the* ESTATE       :
OF MICHAEL JOSEPH POTOCKI, KEVIN                          :
POTOCKI, EDIE MAY PAGE, *individually and on*             :
*behalf of the* ESTATE OF REX ARHUR PAGE,                 :
LARRY DEAN PAGE, *individually and on behalf of*          :
*the* ESTATE OF EDIE MAY PAGE, JAMES LEON                 :
PAGE, MARGARITA ROSE, LISA ROSE, CHAD                     :
ALAN ROZANSKI, HANNAH ABIGIAL CLARK,                      :
*individually and on behalf of the* ESTATE OF             :
GABRIEL DEROO, GABRIEL DEROO II*.,*                       :
WILFREDO GONELL, KIMBERLY ROBINSON,                       :
*individually and on behalf of the* ESTATE OF CAREY       :
GLENN ROBINSON, KIMBERLY ROBINSON,                        :

*individually and on behalf of the* ESTATE OF          :
CYNTHIA A. RAWLS, WILLIAM ROBINSON,          :
SHAYNE LAMEYER, MICHAEL L. CHAVIS,          :
*individually and on behalf of the* ESTATE OF          :
LEEBERNARD EMMANUEL CHAVIS,          :
KILYEVSKA DUMAS, *individually and on behalf of*          :
*the* ESTATE OF JOSEPH CLAUDE DUMAS, ANN          :
MOCK, TERESA KIRBY, CONNIE MIRZA, JSUN          :
MOCK, RUTH MOCK, DANIEL JOSEPH RATLIFF,          :
BRAYDEN GRUETZNER, BURL GRUETZNER,          :
DEBORAH GRUETZNER, JULIE BROOKE          :
YEAGER, DOROTHY SHILLING, FRANK L.          :
FIELDS, DEBBIE KAHALEWAI, *individually and on*          :
*behalf of the* ESTATE OF HENRY KAHALEWAI,          :
SR., SCOTT N. WARNER, *individually and on behalf*          :
*of the* ESTATE OF HEATH DOUGLAS WARNER,          :
ASHTON WARNER, KIRK MCMILLAN,          :
CAROLYN STEINBACHER, PAUL STEINBACHER,          :
JUDY M. ALGRIM, *individually and on behalf of the*          :
ESTATE OF WILSON A. ALGRIM, DONALD J.          :
ALGRIM, *individually and on behalf of the* ESTATE          :
OF WILSON A. ALGRIM, ELSIE ELIAS, *individually*          :
*and on behalf of the* ESTATE OF ELIAS GEORGE          :
ELIAS, ANNA MORRIS, MELISSA J. DENFRUND,          :
*individually and on behalf of the* ESTATE OF JASON          :
CHARLES DENFRUND, JAYDEN DENFRUND*,*          :
SADIE P. WHEELOUS, *individually and on behalf of*          :
*the* ESTATE OF DEXTER EUGENE WHEELOUS,          :
BERNICE ANN KOPRINCE, WILLIAM KOPRINCE,          :
MORGAN KOPRINCE MOORE, FLOYD S. GIVEN,          :
JAMES CARTER HOLM, EDDIE A. HALL,          :
AUDREY SUE MUNDELL, *individually and on behalf*          :
*of the* ESTATE OF MICHAEL LEWIS MUNDELL,          :
ZACHARY L. MUNDELL, FRANK STEVEN KIDD,          :
*individually and on behalf of the* ESTATE OF MARK          :
DAVID KIDD, NATASHA GARRIGUS, ETHAN          :
GARRIGUS, MOLLY JOHNSON, JOHN FRANCIS          :
SHANNON, KATHLEEN WOPAT, PATRICK          :
SHANNON, ALAN JOSEPH VAN PARYS,          :
*individually and on behalf of the* ESTATE OF          :
BRANDON VAN PARYS, LORI LYNN BOWE,          :
*individually and on behalf of the* ESTATE OF          :
MATTHEW BOWE, DIANNE CLEVELAND,          :
CHRISTINA S. CASTILLO, DANIEL CASTILLO,          :
SR., DANIEL CASTILLO, JR., DESTINEY          :
CASTILLO, ERNESTO SALINAS, MONICA A.

RODRIGUEZ, *individually and on behalf of* THE    :
ESTATE OF LUIS ODONIS RODRIGUEZ-    :
CONTRERAS, MONICA A. RODRIGUEZ, *on behalf*    :
*of* L.R., *a minor,* MICHAEL ROBERT MOYER,    :
*individually and on behalf of the* ESTATE OF ASHLY    :
LYNN MOYER, SHERON LEE JONES, KIMBERLY    :
KAY FARRIS, DARREN KEVIN KEITH KASSON,    :
ROBERT WINDSOR, *individually and on behalf of the*    :
ESTATE OF NATHANIAL DAIN WINDSOR,    :
VINCENT MANNION-BRODEUR, MAURA    :
MANNION-BRODEUR, *individually and on behalf of*    :
VINCENT MANNION-BRODEUR *as his legal*    :
*guardian,* JEFFREY BRODEUR, *individually on*    :
*behalf of* VINCENT MANNION-BRODEUR *as his*    :
*legal guardian,* COLLEN HARJU, CHASE LEE    :
MATTHEWS, AARON VICE, JENNIFER D.E.    :
BOWLING, *individually and on behalf of the* ESTATE    :
OF WILLIAM G. BOWLING, ALLYSON P.    :
BOWLING, HANNAH K. BOWLING, FORREST W.    :
CAUTHORN, *individually and on behalf of the*    :
ESTATE OF FORREST D. CAUTHORN, ANA B.    :
SCOTT, RAFAEL LOPEZ, *individually and on behalf*    :
*of the* ESTATE OF DAMIAN LOPEZ RODRIGUEZ,    :
KARLA DANCE, CLIFFORD A. SPOHN II, LAURA    :
MAE GITTER, SHANNON LYNN BURNETT,    :
DANIEL RAY SPOHN, WESLEY R. BUSHNELL,    :
*individually and on behalf of the* ESTATE OF    :
WILLIAM W. BUSHNELL, PEGGY A. BUSHNELL,    :
*individually and on behalf of the* ESTATE OF    :
WILLIAM W. BUSHNELL, TINA L. BUSHNELL,    :
AMY M. MARTIN, STEPHANIE R. MIDDLETON,    :
GREGORY D. PETERSON, MANDY PETERSON,    :
CALEB TONKIN SWARTZ, RANDAL SCOT    :
SWARTZ, CHERYLENE WEBBER MANN, AMBER    :
NICOLE RICHARD, JACOB ANDREW SWARTZ,    :
AMY CALLAHAN, *individually and on behalf of the*    :
ESTATE OF WILLIAM J. CALLAHAN, DANIEL    :
CALLAHAN, MARY ELLEN CALLAHAN, JOSEPH    :
CALLAHAN III, MARISSA GURNEY, MARY    :
JANETTE GROTHE, *individually and on behalf of the*    :
ESTATE OF KELLY BRANDON GROTHE, BRIAN    :
CARL GROTHE, *individually and on behalf of the*    :
ESTATE OF KELLY BRANDON GROTHE,    :
RACHELLE ANN CLELLAND, AARON BRYCE    :
GROTHE, JESSICA ARDRON, *individually and on*    :
*behalf of the* ESTATE OF BRIAN ARDRON, BRIAN    :

JAMES ARDRON, PAMELA S. SMALLWOOD,       :
ELENA ALEXEEVA, DINORAH SANCHEZ,       :
*individually and on behalf of the* ESTATE OF JUNIOR       :
C. SANCHEZ, JEREMY RYAN JAMES, RANDY       :
LEE ENDLICH, *individually and on behalf of the*       :
ESTATE OF CORY MICHAEL ENDLICH, KEVIN       :
MATTHEW ENDLICH, KENNETH LEE ENDLICH,       :
PATRICK RAY MARIN, ALEXANDER J. MARIN,       :
MALIK GOODWYN, SABREEYAH MOODY,       :
BRENDA RAE SCHILL, *individually and on behalf of*       :
*the* ESTATE OF JUAN MANUEL GARCIA-SCHILL,       :
JOSEPH MARTIN OCHOA JR., VICTORIA OCHOA,       :
SANDRA GARCIA, BETTY CLICK, ESME WADE,       :
NOELLE WADE, JANET B. SCHERER, *individually*       :
*and on behalf of the* ESTATE OF CHRISTOPHER       :
GEORGE SCHERER, TIMOTHY F. SCHERER,       :
*individually and on behalf of the* ESTATE OF       :
CHRISTOPHER GEORGE SCHERER, KAITLIN M.       :
SCHERER, MEGHAN A. SCHERER, TIMOTHY J.       :
SCHERER, WILHELMINA E. ADAMS, *individually*       :
*and on behalf of the* ESTATE OF SHAWN G.       :
ADAMS, LAURA A. GILLIS, ROBERT C. GILLIS,       :
JR., LACY GILLIS, SAMANTHA GILLIS, GAYE A.       :
ADAMS, *individually and on behalf of the* ESTATE       :
OF DARCEY G. ADAMS, RICHARD CARLTON       :
LETT, DUSTIN MICHAEL VICE, KELLY       :
HOLLIDAY, JOHN HOLLIDAY, JR., JEREMIAH       :
HOLLIDAY, JOSHUA HOLLIDAY, JOSIAH       :
HOLLIDAY, JADA HOLLIDAY, JAMIN       :
HOLLIDAY, JOHN HOLIDAY III., JUSTUS       :
HOLLIDAY, ELIZABETH KEI LAFLEUR,       :
*individually and on behalf of the* ESTATE OF JASON       :
K. LAFLEUR, MARYKAY H. EDWARDS,       :
*individually and on behalf of the* ESTATE OF       :
WILLIAM L. EDWARDS, WILLIAM L. EDWARDS,       :
JR., *individually and on behalf of the* ESTATE OF       :
WILLIAM L. EDWARDS, SARAH H. ARNOLD,       :
JOHN MICHAEL PECK, JOHN R. BALCON,       :
SAMUEL R. BALCON, ALLEGRA S. BALCON,       :
BRIANNA L. BALCON, JOSHUA R. BALCON,       :
WALLACE FANENE, KERMIT ALAN HUGO,       :
*individually and on behalf of the* ESTATE OF       :
RACHAEL L. HUGO, RUTH A. HUGO, SHELIA       :
JEAN TOWNS, *on behalf of the* ESTATE OF ROBIN       :
LESLIE TOWNS, MARVIN MCCALL, CAROL E.       :
CROWELL, SELIA TUMANUVAO, SUSAN R.       :

PORTELL, MATTHEW PORTELL, MICHAEL                :
PORTELL, JEFFREY PORTELL, DANNY                  :
GUDRIDGE, SR., CHRISTOPHER SHARRETT,             :
CYNTHIA ANN HOOKER, MEGAN ANN                    :
SCHOOLCRAFT, JEFFREY LEE SAMUEL,                 :
THURMAN JOE BASHAM, BRANDI BURKETT,              :
*individually and on behalf of the* ESTATE OF    :
DONALD ALLEN WESLEY BURKETT, MASON               :
BURKETT, BONITA MALLARD, *on behalf of the*      :
ESTATE OF TORRE MALLARD SR., MARTIN A.           :
SMITH, WENDY J. SMITH, CHAD A. SMITH,            :
JESSICA R. SMITH, BENJAMIN M. SMITH, JULIA       :
MARTINEZ, *individually and on behalf of the*    :
ESTATE OF STEVEN I. CANDELO, IVANNA              :
CANDELO, ERICA CANDELO, RONNAL                   :
WOMACK, DEMARCUS WOMACK, JEREMY                  :
WOMACK, JARVINS WOMACK, LATORIA                  :
WOMACK, TANESHA MOULD, JOSEPH A                  :
WOMACK SR., JAMIE L. WOMACK SR., RONNIE          :
WOMACK, WILLIE WOMACK, DONNA HARRIS,             :
JEANNIE BONE, DETRIC WOMACK, CAROLYN             :
DAVISON, LATONYA GILL, MAJOR LEE                 :
WOMACK, GALE WOMACK, WILLIE RALPH               :
PRESLEY,  CAMILLA MCCRAW, *individually and*     :
*on behalf of the* ESTATE OF CHRISTOPHER         :
MCCRAW, AVON MCCRAW, MARY MCCRAW,                :
BRIANNA BELL HILL, *on behalf of* I.M., *a minor,*  :
MARY ALLEN, ALLISON N. FRANK, *individually*     :
*and on behalf of the* ESTATE OF WARREN          :
ANDREW FRANK, SOPHIA FRANK*, ALLISON N.*         :
FRANK, *on behalf of* I.F., *a minor,* VAUGH RYAN   :
MYERS, AMANDA SONES, *individually and on*       :
*behalf of the* ESTATE OF WILLIAM BLOUNT,        :
AMANDA SONES, *on behalf of* A.E.B., *a minor,* JOE :
BLOUNT, LORI KAY BLOUNT, LORI MCRAE,             :
LAKEN WASHINGTON, ANTHONY V. DAVIS,              :
PATRICIA DAVIS, KAMERON JOHNSON, SADE            :
WHITE, *on behalf of* J.W., *a minor,* MONICA       :
DUNCAN, EMMANUEL L. MAGEE, DOMINIQUE             :
D. MAGEE, ASHLEY LYNN HUDGINS, ASHLEY            :
LYNN HUDGINS, *on behalf of* N.H., *a minor,*       :
DANIEL KENNEY, BROOKE KENNEY, DANIEL             :
AND BROOKE KENNEY, *on behalf of* J.K., *a minor,*  :
DANIEL AND BROOKE KENNEY, *on behalf of*         :
H.K., *a minor*,                                 :
                                                 :

```
                Plaintiffs,                          :
                                                     :
-against-                                            :
                                                     :
ISLAMIC REPUBLIC OF IRAN                             :
Ministry of Foreign Affairs                          :
Khomeini Avenue                                      :
United Nations Street                                :
Tehran, Iran                                         :
                                                     :
  and                                                :
                                                     :
SYRIAN ARAB REPUBLIC                                 :
Ministry of Foreign Affairs                          :
Damascus, Syria                                      :
                                                     :
                Defendants.                          :
-----------------------------------------------------------------------x
```

# <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.      NATURE OF THE ACTION ................................................................................. 1

II.     JURISDICTION AND VENUE ............................................................................ 7

III.    DEFENDANTS ...................................................................................................... 7

    A.      Iran ................................................................................................................. 7

        1.      Iran's Long History of Supporting and Financing Terrorism ..................... 7

        2.      Iran Provided Material Support to Terrorist Groups in Iraq ....................... 9

        3.      Iran's IRGC-QF in Iraq ............................................................................ 11

    B.      Syria ............................................................................................................. 13

IV.     SUNNI TERRORIST GROUPS IN IRAQ ........................................................ 14

    A.      Al-Qaeda ...................................................................................................... 14

    B.      Al-Qaeda in Iraq ......................................................................................... 19

    C.      Former Hussein Regime Elements and Other Sunni Terror Cells ........................ 23

        1.      Jaysh Muhammad (Army of Muhammad) ................................................ 23

        2.      Jaysh al-Islami (Islamic Army of Iraq) ................................................... 24

        3.      1920 Revolutionary Brigades ................................................................... 25

        4.      Ansar al-Islam ........................................................................................... 25

        5.      Ansar al-Sunna ......................................................................................... 27

V.      SHI'A TERRORIST GROUPS IN IRAQ .......................................................... 28

    A.      Jaysh Al Mahdi and the Promised Day Brigades ........................................ 28

    B.      Kata'ib Hezbollah ....................................................................................... 29

    C.      Asa'ib Ahl Al-Haq ...................................................................................... 30

    D.      Explosively Formed Penetrators ................................................................. 33

VI.     IRAN ALSO PROVIDED MATERIAL SUPPORT AND RESOURCES TO AL-QAEDA AND AQI ............................................................................................. 36

    A.      Iran Allowed al-Qaeda to Operate a Facilitation Network Within Its Borders .... 39

    B.      Iran Provided Material Support to Sunni Terrorists Groups in Iraq ................... 42

VII.    SYRIA PROVIDED MATERIAL SUPPORT AND RESOURCES TO SUNNI TERRORIST GROUPS IN IRAQ ...................................................................... 44

VIII.   PLAINTIFFS ....................................................................................................... 49

        1.      THE APRIL 19, 2007, ATTACK – FOB MAHMUDIYAH, IRAQ .................. 49

2.  THE JULY 21, 2003, ATTACK – BAGHDAD/THAWRA, IRAQ ................... 50

3.  THE SEPTEMBER 27, 2003, ATTACK – TAJI CORRIDOR, IRAQ ............... 51

4.  THE OCTOBER 6, 2003, ATTACK – HIT, IRAQ ................................. 52

5.  THE OCTOBER 23, 2003, ATTACK – HABBANIYAH, IRAQ ..................... 53

6.  OCTOBER 26, 2003, ATTACK – BAGHDAD/DORA, IRAQ ........................ 53

7.  THE OCTOBER 28, 2003, ATTACK – BAQUBAH, IRAQ .......................... 55

8.  THE NOVEMBER 8, 2003, ATTACK – FALLUJAH, IRAQ ......................... 57

9.  THE NOVEMBER 13, 2003, ATTACK – SAMARRA, IRAQ ........................ 59

10. THE DECEMBER 12, 2003, ATTACK – RAMADI, IRAQ .......................... 60

11. THE DECEMBER 24, 2003, ATTACK – SAMARA, IRAQ .......................... 61

12. THE JANUARY 2, 2004, ATTACK – RAMADI, IRAQ ................................. 62

13. THE JANUARY 8, 2004, ATTACK – FALLUJAH, IRAQ .......................... 64

14. THE JANUARY 14, 2004, ATTACK – BAQUBAH, IRAQ .......................... 67

15. THE JANUARY 17, 2004, ATTACK – TAJI, IRAQ ................................. 68

16. THE JANUARY 24, 2004, ATTACK – KHALIDIYAH, IRAQ ....................... 69

17. THE JANUARY 27, 2004, ATTACK – ISKANDARIYAH, IRAQ .................. 69

18. THE FEBRUARY 19, 2004, ATTACK – KHALIDIYAH, IRAQ .................... 70

19. THE MARCH 13, 2004, ATTACK – TIKRIT, IRAQ ................................. 71

20. THE MARCH 13, 2004, ATTACK – ARAB JABOUR, IRAQ ......................... 72

21. THE MARCH 20, 2004, ATTACK – FOB ST. MERES/FALLUJAH, IRAQ .... 73

22. THE MARCH  21, 2004, ATTACK – BAGHDAD, IRAQ ............................. 74

23. THE MARCH 26, 2004, ATTACK – FALLUJAH, IRAQ ............................. 75

24. THE APRIL 3, 2004, ATTACK – RAMADI, IRAQ ........................... 76

25. THE APRIL 5, 2004, ATTACK – ZAIDON, IRAQ ........................... 77

26. THE APRIL 6, 2004, ATTACK – RAMADI, IRAQ ........................... 78

27. THE APRIL 7, 2004, ATTACK – FALLUJAH, IRAQ ........................... 81

28. THE AUGUST 8, 2004, ATTACK – RAMANA, IRAQ ........................... 82

29. THE APRIL 9, 2004, ATTACK – RAMADI, IRAQ ........................... 83

30. THE APRIL 9, 2004, ATTACK – NEAR JURF SAKHAR, IRAQ .................. 84

31. THE APRIL 13, 2004, ATTACK – FALLUJAH, IRAQ ........................... 85

32. THE APRIL 17, 2004, ATTACK – AL-QA'IM, IRAQ ........................... 86

33. THE APRIL 22, 2004, ATTACK – AL_HABBANIYAH, IRAQ ..................... 88

34. THE APRIL 26, 2004, ATTACK – FALLUJAH, IRAQ ........................... 90

35.     THE APRIL 30, 2004, ATTACK – HIT, IRAQ.................................................... 92

36.     THE MAY 2, 2004, ATTACK – BAGHDAD, IRAQ ........................................ 93

37.     THE MAY 5, 2004, ATTACK – BAGHDAD, IRAQ ........................................ 94

38.     THE MAY 25, 2004, ATTACK – AL ISKANDARIYA, IRAQ ......................... 95

39.     THE JUNE 16, 2004, ATTACK – BALAD, IRAQ ........................................... 96

40.     THE JUNE 18, 2004, ATTACK – RAMADI, IRAQ........................................... 97

41.     THE JULY 7, 2004, ATTACK – KARMAH, IRAQ ........................................... 98

42.     THE JULY 11, 2004, ATTACK – SAMARRA, IRAQ ....................................... 99

43.     THE JULY 20, 2004, ATTACK – SALMAN PAK, IRAQ .................................. 99

44.     THE AUGUST 1, 2004, ATTACK – SAMARRA, IRAQ................................. 100

45.     THE AUGUST 13, 2004, ATTACK – AL KHALIDIYAH, IRAQ.................. 101

46.     THE SEPTEMBER 6, 2004, ATTACK – FALLUJAH, IRAQ ........................ 102

47.     THE SEPTEMBER 28, 2004, ATTACK – RAMADI, IRAQ ........................... 104

48.     THE OCTOBER 2, 2004, AND NOVEMBER 13, 2004, ATTACKS – KARMAH, IRAQ AND FALLUJAH, IRAQ ........................................................ 104

49.     THE OCTOBER 6, 2004, ATTACK – AS SINIYAH, IRAQ........................... 105

50.     THE OCTOBER 10, 2004, ATTACK – CAMP AL-SAQR, IRAQ ................. 106

51.     THE OCTOBER 25, 2004, ATTACK – FALLUJAH, IRAQ........................... 107

52.     THE NOVEMBER 2, 2004, ATTACK – KARMAH, IRAQ ........................... 108

53.     THE NOVEMBER 11, 2004, ATTACK – FALLUJAH, IRAQ ...................... 109

54.     THE NOVEMBER 12, 2004, ATTACK – FALLUJAH, IRAQ ...................... 111

55.     THE NOVEMBER 13, 2004, ATTACK – FALLUJAH, IRAQ ...................... 111

56.     THE NOVEMBER 20, 2004, ATTACK – FOB VOLUNTEER, IRAQ........... 112

57.     THE NOVEMBER 20, 2004, ATTACK – BAGHDAD/KAMALIYAH, IRAQ113

58.     THE NOVEMBER 20, 2004, ATTACK – AL SHOMALI, IRAQ................... 114

59.     THE NOVEMBER 28, 2004, ATTACK – RAMADI, IRAQ ........................... 115

60.     THE NOVEMBER 28, 2004, ATTACK – RAMADI, IRAQ ........................... 115

61.     THE NOVEMBER 29, 2004, ATTACK –  MIQDADIYAH, IRAQ............... 116

62.     THE DECEMBER 4, 2004, ATTACK – MOSUL, IRAQ ................................ 117

63.     THE DECEMBER 8, 2004, ATTACK – RAMADI, IRAQ............................... 118

64.     THE DECEMBER 11, 2004 ATTACK – BAGHDAD/THAWRA, IRAQ ....... 119

65.     THE DECEMBER 12, 2004, ATTACK – WESTERN FALLUJAH, IRAQ..... 120

66.     THE DECEMBER 12, 2004, ATTACK – FALLUJAH, IRAQ........................ 121

67.   THE DECEMBER 21, 2004, ATTACK – FOB MAREZ, MOSUL, IRAQ ...... 123

68.   THE JANUARY 1, 2005, ATTACK – HADITHA, IRAQ ............................... 123

69.   THE JANUARY 1, 2005, ATTACK – HUSAYBAH, IRAQ ........................... 125

70.   THE JANUARY 3, 2005, ATTACK – NEAR AL-QAIM, IRAQ .................... 126

71.   THE JANUARY 6, 2005, ATTACK – TAJI, IRAQ ......................................... 127

72.   THE JANUARY 26, 2005, ATTACK – BAGHDAD, IRAQ ........................... 129

73.   THE JANUARY 28, 2005, ATTACK – BAGHDAD, IRAQ ........................... 130

74.   THE JANUARY 29, 2005 ATTACK – BAGHDAD/U.S. EMBASSY, IRAQ . 131

75.   THE JANUARY 30, 2005, ATTACK – AR-RUTBAH, IRAQ........................ 133

76.   THE FEBRUARY 19, 2005, ATTACK – AL-QAIM, IRAQ ........................... 134

77.   THE FEBRUARY 25, 2005, ATTACK – TAJI, IRAQ ................................... 135

78.   THE MARCH 4, 2005, ATTACK – RAMADI, IRAQ.................................... 136

79.   THE MARCH 4, 2005, ATTACK – FALLUJAH, IRAQ ................................ 137

80.   THE MARCH 9, 2005, ATTACK – BAGHDAD, IRAQ ................................ 138

81.   THE MARCH 19, 2005, ATTACK – BAGHDAD, IRAQ .............................. 139

82.   THE APRIL 5, 2005, ATTACK – JISR DIYALA, IRAQ .............................. 140

83.   THE APRIL 16, 2005, ATTACK – RAMADI, IRAQ.................................... 140

84.   THE MAY 8, 2005, ATTACK – UBAYDI, IRAQ........................................... 141

85.   THE MAY 8, 2005, ATTACK – SAMARRA, IRAQ...................................... 142

86.   THE MAY 19, 2005, ATTACK – BAGHDAD, IRAQ .................................... 144

87.   THE MAY 30, 2005, ATTACK – RAMADI, IRAQ ....................................... 145

88.   THE JUNE 3, 2005, ATTACK – RASHAD, IRAQ........................................ 146

89.   THE JUNE 3, 2005, ATTACK – BAGHDAD/FOB LIBERTY, IRAQ ............ 147

90.   THE JUNE 6, 2005, ATTACK – TAJIYAT, IRAQ........................................ 148

91.   THE JUNE 17, 2005, ATTACK – HIT, IRAQ ............................................... 149

92.   THE JUNE 27, 2005, ATTACK – TAJI, IRAQ.............................................. 150

93.   THE JULY 2, 2005, ATTACK – ABU GHRAIB, IRAQ ............................... 152

94.   THE JULY 24, 2005, ATTACK – ALBU AMER, IRAQ............................... 153

95.   THE AUGUST 3, 2005, ATTACK – BAGHDAD, IRAQ............................... 153

96.   THE AUGUST 3, 2005, ATTACK – HADITHA, IRAQ ................................ 154

97.   THE AUGUST 13, 2005, ATTACK – TUZ, IRAQ........................................ 155

98.   THE AUGUST 29, 2005, ATTACK – BALAD, IRAQ................................... 157

99.   THE SEPTEMBER 12, 2005, ATTACK – NEAR MAHAWIL, IRAQ............ 157

100. THE SEPTEMBER 13, 2005, ATTACK – MSR TAMPA/BABIL PROVINCE, IRAQ .................................................................................................. 158

101. THE SEPTEMBER 15, 2005, ATTACK – AL RAMADI, IRAQ .................... 159

102. THE SEPTEMBER 23, 2005, ATTACK – ARAB JABOUR, IRAQ ............... 161

103. THE OCTOBER 10, 2005, ATTACK – BAGHDAD, IRAQ ........................... 161

104. THE OCTOBER 10, 2005, ATTACK – RAMADI, IRAQ ............................... 162

105. THE OCTOBER 18, 2005, ATTACK – MOSUL, IRAQ ................................. 163

106. THE OCTOBER 20, 2005, ATTACK – AL NASR WAL SALAM, IRAQ ...... 164

107. THE OCTOBER 27, 2005, ATTACK – SAQLAWIYAH, IRAQ .................... 166

108. THE NOVEMBER 4, 2005, ATTACK – HADITHA, IRAQ ........................... 167

109. THE NOVEMBER 6, 2005, ATTACK – AD DAWR, IRAQ ......................... 167

110. THE NOVEMBER 10, 2005, ATTACK – HUSEYBA, IRAQ ........................ 168

111. THE NOVEMBER 16, 2005, ATTACK – HADITHA, IRAQ ........................ 169

112. THE NOVEMBER 27, 2005, ATTACK – BAQUBAH, IRAQ ...................... 170

113. THE DECEMBER 1, 2005, ATTACK – FALLUJAH, IRAQ........................... 171

114. THE DECEMBER 13, 2005, ATTACK – KARMAH, IRAQ .......................... 173

115. THE DECEMBER 20, 2005, ATTACK – HIT, IRAQ .................................... 174

116. THE DECEMBER 29, 2005, ATTACK – FALLUJAH, IRAQ........................ 175

117. THE JANUARY 20, 2006, ATTACK – HAWIJAH, IRAQ............................. 176

118. THE JANUARY 23, 2006, ATTACK – BAGHDAD, IRAQ ........................... 178

119. THE FEBRUARY 1, 2006, ATTACK – FALLUJAH, IRAQ .......................... 180

120. THE FEBRUARY 3, 2006, ATTACK – RAMADI, IRAQ .............................. 181

121. THE FEBRUARY 6, 2006, ATTACK – BAGHDAD, IRAQ .......................... 182

122. THE FEBRUARY 22, 2006, ATTACK – AL HAWIJA, IRAQ....................... 183

123. THE FEBRUARY 22, 2006, ATTACK – BALAD, IRAQ............................... 184

124. THE FEBRUARY 25, 2006, ATTACK – RAMADI, IRAQ ............................ 185

125. THE APRIL 6, 2006, ATTACK – AR RAMADI, IRAQ ................................. 186

126. THE APRIL 9, 2006, ATTACK – RAMADI, IRAQ ....................................... 187

127. THE MAY 3, 2006, ATTACK – BAGHDAD, IRAQ ...................................... 188

128. THE MAY 11, 2006, ATTACK – BAGHDAD, IRAQ .................................... 188

129. THE MAY 13, 2006, ATTACK – BAGHDAD, IRAQ .................................... 190

130. THE MAY 23, 2006, ATTACK – KARMAH, IRAQ....................................... 191

131. THE JUNE 5, 2006, ATTACK – ANAH, IRAQ .............................................. 191

132.   THE JUNE 6, 2006, ATTACK – FALLUJAH, IRAQ ...................................... 192

133.   THE JUNE 22, 2006, ATTACK – RAMADI, IRAQ ......................................... 194

134.   THE JUNE 25, 2006, ATTACK – MSR TAMPA NEAR HILLAH, IRAQ...... 195

135.   THE JUNE 26, 2006, ATTACK – HIT, IRAQ ................................................ 196

136.   THE JUNE 28, 2006, ATTACK – FALLUJAH, IRAQ.................................... 197

137.   THE JUNE 29, 2006, ATTACK – BAGHDAD, IRAQ ................................... 198

138.   THE JULY 2, 2006, ATTACK – RAMADI, IRAQ........................................ 199

139.   THE AUGUST 20, 2006, ATTACK – MOSUL, IRAQ................................... 200

140.   THE AUGUST 28, 2006 ATTACK – FALLUJAH, IRAQ .............................. 201

141.   THE AUGUST 28, 2006, ATTACK – BAJI, IRAQ ......................................... 201

142.   THE SEPTEMBER 9, 2006, ATTACK – HASAYBAH, IRAQ ....................... 202

143.   THE OCTOBER 14, 2006 ATTACK – BAGHDAD/WAHDAH, IRAQ.......... 203

144.   THE OCTOBER 17, 2006, ATTACK – BAGHDAD, IRAQ ............................ 204

145.   THE OCTOBER 22, 2006, ATTACK – BAGHDAD, IRAQ ............................ 205

146.   THE NOVEMBER 3, 2006, ATTACK – RAMADI, IRAQ .............................. 206

147.   THE NOVEMBER 15, 2006, ATTACK – BAQUBAH, IRAQ ....................... 206

148.   THE NOVEMBER 18, 2006, ATTACK – BAGHDAD, IRAQ ....................... 208

149.   THE NOVEMBER 21, 2006, ATTACK - NEAR SADR CITY, IRAQ ............ 208

150.   THE NOVEMBER 21, 2006, ATTACK – BAGHDAD, IRAQ ....................... 209

151.   THE NOVEMBER 22, 2006, ATTACK - HAQLANIYAH, IRAQ ................. 210

152.   THE DECEMBER 3, 2006, ATTACK – ABU HASHIMA............................. 211

153.   THE DECEMBER 10, 2006, ATTACK – BAGHDAD, IRAQ ........................ 211

154.   THE DECEMBER 23, 2006, ATTACK – SALMAN PAK, IRAQ .................. 212

155.   THE DECEMBER 23, 2006, ATTACK – SOUTHERN BAGDHAD, IRAQ... 213

156.   THE DECEMBER 24, 2006, ATTACK – ALBU HAYATT, IRAQ................ 214

157.   THE DECEMBER 25, 2006, ATTACK – SADR AL-YUSUFIYAH, IRAQ.... 214

158.   THE DECEMBER 25, 2006, ATTACK – BAGHDAD, IRAQ ........................ 215

159.   THE DECEMBER 27, 2006, ATTACK – HABBANIYAH, IRAQ .................. 216

160.   THE DECEMBER 27, 2006, ATTACK – BAGHDAD, IRAQ ........................ 217

161.   THE DECEMBER 29, 2006, ATTACK – BAGHDAD, IRAQ ........................ 217

162.   THE JANUARY 5, 2007, ATTACK – BAGHDAD/CAMP RUSTAMIYAH, IRAQ................................................................................................................ 218

163.   THE JANUARY 5, 2007, ATTACK – FALLUJAH, IRAQ............................. 219

164.   THE JANUARY 25, 2007, ATTACK – FALLUJAH, IRAQ ............................ 220

165.   THE JANUARY 27, 2007,ATTACK – TAJI, IRAQ ........................................ 221

166.   THE JANUARY 30, 2007, ATTACK – RAMADI, IRAQ ............................... 221

167.   THE FEBURARY 5, 2007, ATTACK – HABBANIYAH, IRAQ ................... 222

168.   THE FEBRUARY 19, 2007, ATTACK – BAGHDAD, IRAQ ....................... 223

169.   THE FEBRUARY 26, 2007, ATTACK – HAQLANIYAH, IRAQ.................. 225

170.   THE MARCH 2, 2007, ATTACK – BAGHDAD, IRAQ ................................ 226

171.   THE MARCH 3, 2007, ATTACK – BAGHDAD, IRAQ ................................ 227

172.   THE MARCH 4, 2007, ATTACK – BAYJI, IRAQ ........................................ 228

173.   THE MARCH 11, 2007, ATTACK – TAQADDUM, IRAQ ........................... 229

174.   THE MARCH 11, 2007, ATTACK – TIKRIT, IRAQ ..................................... 229

175.   THE MARCH 19, 2007, ATTACK – TAJI, IRAQ ......................................... 231

176.   THE MARCH 25, 2007, ATTACK – TAHRIR, IRAQ ................................... 232

177.   THE APRIL 1, 2007, ATTACK – BAGHDAD, IRAQ ................................... 232

178.   THE APRIL 5, 2007, ATTACK – HAWIJAH, IRAQ ..................................... 233

179.   THE APRIL 6, 2007, ATTACK – BAGHDAD, IRAQ ................................... 234

180.   THE APRIL 9, 2007, ATTACK – KARMAH, IRAQ ..................................... 235

181.   THE APRIL 21, 2007, ATTACK – BAGHDAD, IRAQ ................................. 236

182.   THE APRIL 23, 2007, ATTACK – FALLUJAH, IRAQ ................................. 237

183.   THE APRIL 27, 2007, ATTACK – FALLUJAH, IRAQ ................................. 238

184.   THE APRIL 27, 2007, ATTACK – RAMADI, IRAQ ..................................... 239

185.   THE MAY 3, 2007, ATTACK – RAMADI, IRAQ ......................................... 240

186.   THE MAY 21, 2007, ATTACK – BAGHDAD, IRAQ ................................... 242

187.   THE MAY 26, 2007, ATTACK – BAGHDAD, IRAQ ................................... 242

188.   THE MAY 28, 2007, ATTACK – ABU SAYDA, IRAQ ................................ 243

189.   THE MAY 28, 2007, ATTACK – BAGHDAD, IRAQ ................................... 244

190.   THE JUNE 2, 2007, ATTACK – HADID, IRAQ .......................................... 244

191.   THE JUNE 9, 2007, ATTACK – KHAN BANI SAAD, IRAQ........................ 245

192.   THE JUNE 3, 2007, ATTACK – DIYALA, IRAQ.......................................... 246

193.   THE JUNE 23, 2007, ATTACK – BAGHDAD, IRAQ ................................... 247

194.   THE JULY 1, 2007, ATTACK – ZAIDON, IRAQ.......................................... 248

195.   THE JULY 5, 2007, ATTACK – BAGHDAD, IRAQ ..................................... 249

196.   THE JULY 17, 2007, ATTACK – SAMARRA, IRAQ ................................... 250

197.   THE JULY 21, 2007, ATTACK – KARMAH, IRAQ ...................................... 251

198.   THE JULY 22, 2007, ATTACK – OWASET, IRAQ ...................................... 252

199.   THE JULY 24, 2007, ATTACK – ASR MINNEAPOLIS, NINEWA PROVINCE, IRAQ ...................................................................................................... 253

200.   THE JULY 30, 2007, ATTACK – KARMAH, IRAQ ...................................... 254

201.   THE AUGUST 4, 2007, ATTACK – HAWR RAJAB, IRAQ.......................... 255

202.   THE AUGUST 11, 2007, ATTACK – ARAB JABOUR, IRAQ...................... 257

203.   THE AUGUST 22, 2007, ATTACK – ARAB JABOUR, IRAQ...................... 258

204.   THE AUGUST 23, 2007, ATTACK – HABBANIYAH, IRAQ....................... 258

205.   THE SEPTEMBER 5, 2007, ATTACK – BALAD, IRAQ............................... 259

206.   THE SEPTEMBER 8, 2007, ATTACK – KIRKUK, IRAQ ............................ 260

207.   THE OCTOBER 5, 2007, ATTACK – BAYJI, IRAQ...................................... 261

208.   THE OCTOBER 24, 2007, ATTACK – BAYJI, IRAQ.................................... 262

209.   THE OCTOBER 30, 2007, ATTACK – SALMAN PAK, IRAQ ..................... 262

210.   THE NOVEMBER  1, 2007, ATTACK – BALAD, IRAQ .............................. 263

211.   THE NOVEMBER 7, 2007, ATTACK – ARAB JABOUR, IRAQ.................. 264

212.   THE DECEMBER 26, 2007, ATTACK – MOSUL, IRAQ .............................. 264

213.   THE JANUARY 6, 2008, ATTACK – BAGHDAD, IRAQ ............................. 265

214.   THE JANUARY 16, 2008, ATTACK – BALAD, IRAQ ................................. 266

215.   THE JANUARY 18, 2008, ATTACK – AT TAJI, IRAQ................................. 267

216.   THE FEBRAURY 8, 2008, ATTACK – BAQUBAH, IRAQ........................... 267

217.   THE FEBRUARY 20, 2008, ATTACK – BAGHDAD/THAWRA, IRAQ....... 268

218.   THE MARCH 10, 2008, ATTACK – BALAD RUZ, IRAQ ............................ 269

219.   THE MARCH 21, 2008, ATTACK – FOB FALCON, IRAQ .......................... 270

220.   THE MARCH 26, 2008, ATTACK – BAGHDAD/9 NISSAN, IRAQ.............. 271

221.   THE JULY 7, 2008, ATTACK – MOSUL, IRAQ............................................ 272

222.   THE OCTOBER 14, 2008, ATTACK – BAGHDAD, IRAQ ........................... 275

223.   THE NOVEMBER 14, 2008, ATTACK – FERRIS, IRAQ.............................. 276

224.   THE NOVEMBER 25, 2008, ATTACK – BIAJ, IRAQ................................... 277

225.   THE SEPTEMBER 8, 2009, ATTACK – TIKRIT, IRAQ................................ 278

226.   THE APRIL 7, 2010, ATTACK – MOSUL, IRAQ .......................................... 278

227.   THE APRIL 24, 2010, ATTACK - ISKANDARIYAH/CONTINGENCY OPERATING BASE KALSU, IRAQ................................................................. 280

228.  THE APRIL 2, 2011, ATTACK – FOB KALSU, IRAQ .................................. 281

229.  THE JULY 10, 2011, ATTACK – AMARAH, IRAQ ..................................... 282

FIRST CLAIM FOR RELIEF ............................................................................... 283

AGAINST DEFENDANTS ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN
    WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM FOR
    DEFENDANTS' MATERIAL SUPPORT FOR ACTS OF EXTRAJUDICIAL
    KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN
    PERSONAL INJURY UNDER 28 U.S.C. § 1605A(c) ...................................... 283

SECOND CLAIM FOR RELIEF ............................................................................ 284

AGAINST DEFENDANTS ON BEHALF OF THE ESTATES OF PLAINTIFFS
    IDENTIFIED HEREIN FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS
    OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT
    RESULTED IN WRONGFUL DEATH UNDER 28 U.S.C. § 1605A(c) .......... 284

THIRD CLAIM FOR RELIEF ............................................................................... 285

AGAINST DEFENDANTS ON BEHALF OF THE FAMILIES OF PLAINTIFFS
    IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF
    DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL
    KILLING, ATTEMPTED EXTRAJUDICIAL KILLING, TORTURE AND
    HOSTAGE TAKING FOR LOSS OF SOLATIUM AND INTENTIONAL
    INFLICTION OF SEVERE EMOTIONAL DISTRESS UNDER 28 U.S.C. §
    1605A(c) ........................................................................................................ 285

PRAYER FOR RELIEF ........................................................................................ 286

Plaintiffs, by and through their attorneys, allege the following:

## I.      NATURE OF THE ACTION

1.      This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.* ("FSIA") for wrongful death, personal injury, and related torts, by United States nationals and members of the U.S. armed forces and civilian contractors, along with their estates and members of their families, who were injured or killed in terrorist attacks in Iraq from 2003 to 2011.

2.      All of these attacks were committed by one or more of the U.S.-designated Foreign Terrorist Organizations ("FTOs")[1] al-Qaeda;[2] al-Qaeda in Iraq ("AQI") (previously known as Jamaat Tawhid wa Jihad ("JTJ") and later known as the Mujahideen Shura Council ("MJC"), the Islamic State of Iraq ("ISI"), and the Islamic State of Iraq and Syria ("ISIS"));[3] Ansar al-Islam (and its offshoot organization Ansar al-Sunna) (together, the "AQ FTOs") or other related Sunni terror cells ("Sunni Terrorist Groups in Iraq" or "STGI") or by Islamic Revolutionary Guard Corps ("IRGC")-backed Shi'a terror cells, including Jaysh al-Mahdi ("JAM"), the Promised Day Brigades, Kata'ib Hezbollah (an FTO), Asa'ib Ahl Al-Haq ("AAH"), and the umbrella term of

---

[1]      As defined in 8 U.S.C. § 1189 of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA").

[2]      The group's name can be spelled several ways in English. For consistency purposes, this Complaint uses "al-Qaeda" regardless of the naming convention used in the original source material.

[3]      ISIS is also known as the "Islamic State of Iraq and the Levant," "ISIL" and by the Arabic acronym "Daesh." For consistency purposes, this Complaint uses "ISIS" regardless of the naming convention used in the original source material.

Shi'a Special Groups.[4] Each attack constituted an act, or attempted act, of torture, extrajudicial killing, and/or hostage taking.

3.      Defendants Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria") knowingly provided material support for such attacks, and did so through their officials, employees, and agents while acting in the scope of their office, employment, and agency, respectively.

4.      During the relevant period (2003-2015), Iran and Syria played a highly destabilizing role in Iraq. Both regimes sought to inflict casualties on U.S. and Coalition Forces[5] and destabilize Iraq both to gain advantage in their ongoing regional political struggles and to prevent the creation of a stable Iraqi Government allied with the United States.

5.      In pursuit of these objectives, both regimes gave sanctuary and strategic assistance to the Sunni and Shi'a terror groups that wreaked havoc and destruction across Iraq during the relevant period.

6.      Most relevant to this Action, Iran and Syria coordinated with the Sunni Terrorist Groups in Iraq or Shi'a terror cells to encourage and facilitate attacks against U.S. armed forces in Iraq, as well as attacks on other American and foreign targets.

---

[4]      The Sunni jihadist groups evolved, sometimes merging, and often splitting apart. For example, at one point, AQI was allied with the 1920 Revolutionary Brigades, Jaysh Mujahideen, and Jaysh al-Islami, but they later broke ranks. Major General Mark Hertling commanded MND-N (the northern sector of Iraq commanded by U.S. Forces) in late 2007. His staff at that time identified at least 22 different terrorist groups operating in the MND-N area of operations, many with facilitation networks extending into Syria. Counting various cells from the 2003 period, the number of terrorist groups was likely much higher.

[5]      "Coalition Forces" is a term generally used to describe participants in the Multi-National Force – Iraq (MNF–I) that attempted to stabilize post-invasion Iraq. The United States led the "coalition" with a significant contribution from Great Britain and lesser contributions from a list of countries ranging from Australia to Poland to Mongolia.

7.　　The STGIs also targeted (primarily Shi'a) Iraqi civilians and armed service members.

8.　　In the years before the March 2003 U.S.-led invasion of Iraq, Iran and Syria provided substantial tangible and intangible property and services to al-Qaeda and Ansar al-Islam and their affiliates, including lodging, training, expert advice, and assistance, safehouses, false documentation and identification, facilities, weapons, lethal substances, explosives, personnel, and transportation, with the intention of assisting their lethal attacks on U.S. and other foreign targets.

9.　　Following the 2003 invasion, Iran and Syria provided similar material support to STGIs, with the intention of assisting their lethal attacks on U.S. armed forces and other foreigners and Iraqi civilians and Iraqi armed forces.

10.　　Iran provided this material support through several officials, employees, and agents, including its IRGC, the IRGC's foreign operations directorate called the Qods Force ("IRGC-QF"), Iran's Ministry of Intelligence ("MOIS"), and Iran's Lebanese terror proxy, Hezbollah.

11.　　The United States designated the IRGC a Specially Designated Global Terrorist ("SDGT") in October 2017[6] and an FTO in April 2019.[7] The IRGC has retained those designations through the present.

---

[6]　　*See Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority* (U.S. Dep't of the Treasury, Oct. 13, 2017), *available at* https://home.treasury.gov/news/press-releases/sm0177.

[7]　　*See Designation of the Islamic Revolutionary Guard Corps* (U.S. Dep't of State, Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html.

12.     When the U.S. Department of the Treasury ("Treasury") designated the IRGC an SDGT, it found, "[t]he IRGC has played a central role to Iran becoming the world's foremost state sponsor of terror. Iran's pursuit of power comes at the cost of regional stability, and Treasury will continue using its authorities to disrupt the IRGC's destructive activities." Treasury also designated the IRGC "for the activities it undertakes to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of" the IRGC-QF.[8]

13.     The White House explained that the decision to designate the IRGC an FTO "recognizes the reality that Iran is not only a State Sponsor of Terrorism, but that the IRGC actively participates in, finances, and promotes terrorism as a tool of statecraft. The IRGC is the Iranian government's primary means of directing and implementing its global terrorist campaign."[9]

14.     The State Department explained in connection with the IRGC's FTO designation that "[t]he Iranian regime is responsible for the deaths of at least 603 American service members in Iraq since 2003," "in addition to the many thousands of Iraqis killed by the IRGC's proxies."[10]

---

[8]     *See Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority* (U.S. Dep't of the Treasury, Oct. 13, 2017), *available at* https://home.treasury.gov/news/press-releases/sm0177.

[9]     *See Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization* (The White House, Apr. 8, 2019), *available at* https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-designation-islamic-revolutionary-guard-corps-foreign-terrorist-organization/.

[10]    *See Designation of the Islamic Revolutionary Guard Corps* (U.S. Dep't of State, Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html.

15.    The United States designated the IRGC-QF an SDGT in October 2007[11] and an FTO in April 2019.[12] The IRGC-QF has retained those designations through the present.

16.    When Treasury designated the IRGC-QF an SDGT, it found:

> The Qods Force has had a long history of supporting Hezbollah [sic]'s military, paramilitary, and terrorist activities, providing it with guidance, funding, weapons, intelligence, and logistical support. The Qods Force operates training camps for Hezbollah [sic] in Lebanon's Bekaa Valley and has reportedly trained more than 3,000 Hezbollah fighters at IRGC training facilities in Iran. The Qods Force provides roughly $100 to $200 million in funding a year to Hezbollah and has assisted Hezbollah [sic] in rearming in violation of UN Security Council Resolution 1701.
>
> In addition, the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians.[13]

---

[11]    *See Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (U.S. Dep't of the Treasury, Oct. 25, 2007), *available at* https://home.treasury.gov/news/press-releases/hp644.

[12]    *See Designation of the Islamic Revolutionary Guard Corps* (U.S. Dep't of State, Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html.

[13]    *See Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (U.S. Dep't of the Treasury, Oct. 25, 2007), *available at* https://home.treasury.gov/news/press-releases/hp644.

17.    The United States designated Hezbollah a Specially Designated Terrorist ("SDT") in January 1995,[14] an FTO in October 1997,[15] and an SDGT in October 2001.[16] Hezbollah has retained those designations through the present.

18.    The United States designated al-Qaeda an FTO in October 1999.[17] Al-Qaeda has retained that designation through the present.

19.    The United States designated AQI (including its later form, ISIS) an FTO in December 2004.[18] AQI has retained that designation through the present (ISIS's FTO listing states that it is "formerly al-Qaeda in Iraq").

20.    Treasury explained that the IRGC and IRGC-QF have worked hand-in-hand with Syrian forces:

> The IRGC has trained IRGC-QF personnel in Iran prior to their deployments to Syria and has deployed at least hundreds of personnel from its conventional ground forces to Syria to support IRGC-QF operations. IRGC personnel in Syria have provided military assistance to the IRGC-QF and have been assigned to IRGC-QF units on the battlefield, where they provide critical combat support, including serving as snipers and machine gunners. Additionally, the IRGC has recruited, trained, and facilitated the travel of Afghan and Pakistani nationals to Syria, where those personnel are assigned to, and fight alongside, the IRGC-QF. The IRGC

---

[14]    *See Prohibiting Transactions with Terrorists Who Threaten To Disrupt The Middle East Peace Process* (Fed. Reg. Jan. 23, 1995), *available at* https://www.govinfo.gov/content/pkg/FR-1995-01-25/pdf/X95-110125.pdf.

[15]    *See Foreign Terrorist Organizations* (U.S. Dep't of State), *available at* https://www.state.gov/foreign-terrorist-organizations/.

[16]    *See Executive Order 13224* (U.S. Dep't of State), *available at* https://www.state.gov/executive-order-13224/.

[17]    *See Foreign Terrorist Organizations* (U.S. Dep't of State), *available at* https://www.state.gov/foreign-terrorist-organizations/.

[18]    *See Foreign Terrorist Organizations* (U.S. Dep't of State), *available at* https://www.state.gov/foreign-terrorist-organizations/.

also has worked with the IRGC-QF to transfer military equipment to Syria. The IRGC used both IRGC bases and civilian airports in Iran to transfer military equipment to Iraq and Syria for the IRGC-QF.[19]

## II.    JURISDICTION AND VENUE

21.    This Court has jurisdiction over this matter and over Defendants pursuant to 28 U.S.C. §§ 1330(a), 1330(b), 1331, 1332(a)(2) and 1605A(a)(1), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against State Sponsors of Terrorism and their officials, employees, and agents.

22.    At all times relevant to this Complaint, Iran and Syria have been foreign states within the meaning of 28 U.S.C. § 1603.

23.    As detailed below, at all times relevant to this Complaint, Iran and Syria have been State Sponsors of Terrorism within the meaning of 28 U.S.C. § 1605A(h)(6).

24.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(f).

## III.    DEFENDANTS

### A.    Iran

#### 1.    Iran's Long History of Supporting and Financing Terrorism

25.    Since the Iranian Revolution in 1979, Iran has been a principal source of extremism and terrorism throughout the Middle East and has been responsible for bombings, kidnappings, assassinations, and other acts of international terrorism.

26.    The Government of Iran is politically and ideologically hostile to the United States and its allies. For four decades, Iran has consistently provided massive material support for acts of

---

[19]    *See Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority* (U.S. Dep't of the Treasury, Oct. 13, 2017), *available at* https://home.treasury.gov/news/press-releases/sm0177.

international terrorism, including extrajudicial killings, torture, and hostage takings, particularly through the IRGC and Hezbollah.

27.    The United States designated Iran a State Sponsor of Terrorism in January 1984, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act.[20] Iran has retained that designation since that time.

28.    Since Iran's designation as a State Sponsor of Terrorism, the United States has attempted to deter and/or constrain Iran's sponsorship and perpetration of terrorist attacks and development of Weapons of Mass Destruction ("WMDs") by imposing a wide variety of trade and economic sanctions intended to reduce the flow of financial resources, especially U.S. dollar-denominated assets, for Iran's support of such activities.

29.    The IRGC is a paramilitary force answerable only to the Supreme Leader of Iran, currently Ayatollah Ali Khamenei. The IRGC's devotion to Ayatollah Khamenei is "a religious imperative." The IRGC differs from, and is hierarchically superior to, Iran's "regular" armed forces, which ostensibly function under a national command structure.

30.    The IRGC is tasked with "protecting the revolution," which it accomplishes by silencing perceived domestic enemies through secret police methods and exporting it abroad by attacking perceived enemies around the world (via its IRGC-QF) through terrorist tactics. It also aids in Iran's development of WMDs, including Explosively Formed Penetrators[21] ("EFPs"), signature anti-armor weapons designed by Hezbollah and supplied by the IRGC-QF, and Improvised Rocket-Assisted Munitions ("IRAMs"), and its nuclear program.

---

[20]    *See State Sponsors of Terrorism* (U.S. Dep't of State), *available at* https://www.state.gov/state-sponsors-of-terrorism/.

[21]    Sometimes referred to as "Explosively Formed Projectiles."

31.     The IRGC nominally comprises five branches (Ground Forces, Air Force, Navy, Basij militia, and IRGC-QF), in addition to a counterintelligence directorate and representatives of the Supreme Leader. Several of the IRGC's leaders have been sanctioned under U.N. Security Council Resolution 1747 (2007), related to their nuclear or ballistic missile activities.

32.     Iran used (and uses) the IRGC to provide material support and direction to terrorist groups in Iraq.

33.     For example, according to the U.S. State Department's 2005 Country Reports on Terrorism: "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq … Senior Iraqi officials have publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."[22]

34.     The IRGC's support was provided to ostensibly incompatible Shi'a and Sunni groups, so long as they targeted U.S. forces and other Iranian enemies. These included (and include) Shi'a and Sunni terrorist groups in Iraq.

**2.      Iran Provided Material Support to Terrorist Groups in Iraq**

35.     On May 1, 2003, President Bush declared that "major combat operations in Iraq have ended." On May 23, 2003, the Coalition Provisional Authority, established as the interim government for Iraq, disbanded the Iraqi military forces.

36.     The U.N. Security Council authorized the post-conflict occupation of Iraq by Coalition Forces in October 2003 to maintain "security and stability." U.N.S.C. Res. 1511, para. 13, U.N. Doc. S/RES/1511 (Oct. 16, 2003).

---

[22]     *See U.S. Department of State Country Reports on Terrorism* (Ch. 6) (U.S. Dep't of State), *available at* https://2009-2017.state.gov/j/ct/rls/crt/2005//index.htm.

37.    Although U.S. policy (supported by U.N. Security Council resolutions) was intended to facilitate peace and stability in Iraq in the hopes of establishing a democratic government, Iran viewed the U.S. peacekeeping efforts in Iraq as a threat to its regime.

38.    Rather than engage in traditional armed conflict with the U.S. or other Coalition Forces, Iran initiated acts of international terrorism against American military personnel, Coalition Forces, and Iraqi citizens with the goals of destabilizing Iraq and increasing Iranian influence in that country, in a manner that allowed it to deny that it was doing so.

39.    In addition to funding, training, and directing various Shi'a proxy groups in Iraq, the IRGC and Hezbollah also provided crucial material support to STGIs including al-Qaeda, AQI, and Ansar al-Islam, providing them with a safe haven and an operational base within Iran, as well as weapons and training.

40.    In an April 11, 2007, interview, Major General William Caldwell noted that: "We have, in fact, found some cases recently where Iranian intelligence services have provided to some Sunni insurgent groups some support. We do continue to see the Iranian intelligence services being active here in Iraq in terms of both providing funding and providing weapons and munitions."

41.    At a May 9, 2007, press conference, Major General Caldwell went further, noting that "we do know that there is a direct awareness by Iranian intelligence officials that they are providing support to some select Sunni insurgent elements."

42.    In February 2012, Treasury designated the Iranian Ministry of Intelligence, Iran's primary intelligence organization, as an SDGT for "its support to terrorist groups, including al-Qaeda, al-Qaeda in Iraq, Hizballah and HAMAS …."[23]

---

[23]    *See Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism* (U.S. Dep't of the Treasury, Feb. 16, 2012), *available at* https://home.treasury.gov/news/press-releases/tg1424.

43. The U.S. Department of the Treasury further found that "MOIS has facilitated the movement of al-Qaeda operatives in Iran and provided them with documents, identification cards, and passports. MOIS also provided money and weapons to al-Qaeda in Iraq (AQI), a terrorist group designated under E.O. 13224, and negotiated prisoner releases of AQI operatives."

44. The U.S. State Department has found that Iran has provided support to terrorist groups in Iraq and serves as "a safe haven in that known terrorists, extremists, and sympathizers are able to transit its territory and cross the long and porous border into Iraq."

45. As detailed below, even though Iran's relationship with al-Qaeda and AQI was significantly less close than its relationships with its Shi'a proxies in Iraq, it spanned many years.

### 3. Iran's IRGC-QF in Iraq

46. Even before the U.S. invasion of Iraq in 2003, the IRGC-QF had long cultivated ties to Shi'a opposition groups opposed to Saddam Hussein's brutal regime, including the Badr Corps that was headquartered in Iran throughout the 1990s.

47. During that time, the Badr Corps smuggled men and weapons into Iraq to conduct attacks against the Hussein regime.

48. Before 2003, the Badr Corps served as Iran's most important surrogate inside Iraq, acting as a de facto arm of the IRGC-QF.

49. After Saddam Hussein's overthrow in 2003, the Badr Corps renamed itself the Badr Organization, and many of its operatives joined the newly formed Iraqi security forces.

50. "Department 1000" of the IRGC-QF, known as the Ramazan Corps, was in charge of Iraq operations and remains the largest IRGC-QF command outside of Iran. It coordinated, armed and influenced the Badr Organization.

51.     Published reports indicate that thousands of members of the Badr Organization remained on the IRGC-QF payroll after 2004.

52.     Several senior Badr Organization operatives later emerged as key conduits for funneling weapons to Iranian proxies in Iraq from 2004 through 2011, including Abu Mustafa al-Sheibani, a key smuggler of deadly Iranian IEDs, and Jamal Ja'far Muhammad, a.k.a. Abu Mahdi al-Muhandis (a.k.a. "The Engineer"), who later led Kata'ib Hezbollah (discussed further below).

53.     Although the Badr Organization evolved into a major political organization with seats in the new Iraqi parliament, it also played a significant role in facilitating Special Groups[24] operations in Iraq, and a segment of senior Special Groups commanders such as Al-Muhandis are, or were, initially Badr Organization personnel.

54.     After 2003, the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs (notably the Ministry of Interior intelligence structure) in part through its influence within the Badr Organization.

55.     Although a June 7, 2004, U.N. Security Council Resolution (S.C. Res. 1546, U.N. Doc. S/RES/1546) expressly assigned Coalition Forces the task of helping Iraq "*by preventing and deterring terrorism,*" Iran set out to target Coalition Forces and force them out of Iraq.

56.     Notwithstanding the fact that U.S. military personnel in Iraq were participants in an internationally recognized peace keeping mission from October 16, 2003, onward, Iran opposed such efforts, and engaged in a policy of terrorism, murder, kidnapping and torture against American military personnel, Coalition Forces and Iraqi citizens with the goals of destabilizing Iraq and increasing Iranian influence within that country.

---

[24]     "Special Groups" was a term used by the U.S. military to describe Shi'a terror cells backed by the IRGC and Hezbollah, such as Asaib Ahl Al-Haq (AAH) and Kata'ib Hezbollah (KH).

57.     Iran, through its authorized agents and instrumentalities acting within the scope of their employment, agency and direction from Iran, provided material support and/or resources that facilitated acts of torture, extrajudicial killing and hostage taking that caused personal injury or death to more than 1,000 Americans in Iraq.

58.     In particular, Iranian agents developed and cultivated Shi'a Special Groups, providing training in the use of EFPs, Improvised Rocket Assisted Munitions ("IRAMs"), rocket-propelled grenades, sniper fire, mortars and kidnapping operations.

**B.     Syria**

59.     The United States designated Syria a State Sponsor of Terrorism in December 1979, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act. Syria has retained that designation since that time.

60.     Even before the U.S.-led invasion of Iraq in 2003, the Syrian regime began planning to expand its regional influence by increasing its coordination with a variety of terrorist organizations.

61.     Beginning in 2003, the Syrian regime secretly allowed armed insurgent and terrorist organizations to operate from Syria. One former Iraqi military officer who was assigned to work with Arab foreign fighters before the 2003 invasion recalled that the fighters often brought with them personnel files compiled by Syrian regime officials.

62.    Providing support and transportation to foreign jihadists[25] transiting through Syria to Iraq also enabled the Syrian regime's security services to identify and track Syrian volunteers who could potentially form part of Syria's domestic (Sunni) opposition.

## IV.    SUNNI TERRORIST GROUPS IN IRAQ

63.    Sunni armed groups opposing the U.S. and Coalition Forces in Iraq comprised disparate groups: former Iraqi regime elements, Iraqi nationalists, members of the global jihadist network (including al-Qaeda), and regional criminal organizations.

64.    The Syrian regime provided safe haven and external support for most of these groups by harboring former Iraqi regime elements and facilitating the flow of foreign fighters, for whom Iraq had become a cause célèbre, attracting jihadists from across the Muslim world.

### A.    Al-Qaeda

65.    Established by Osama bin Laden in or about 1988, al-Qaeda is a global network of terrorist cells dedicated to establishing a pan-Islamic caliphate throughout the world through violent and frequently deadly means. The network's strength is reinforced by its ties to other FTOs, extremist organizations, and State Sponsors of Terrorism.

66.    Al-Qaeda has its origins in the jihad started in December 1979 by Islamists against the Soviet occupation of Afghanistan. During the 1980s, *mujahedeen*[26] from throughout the Muslim world came to Afghanistan to fight the Soviet Red Army and defend the Afghan Muslim community. From the early stages of the conflict, Osama bin Laden provided financial, organizational, and engineering aid to the *mujahedeen*.

---

[25]    In the context of this Complaint, "jihad" refers to the Muslim concept of "holy war" and "jihadists" refers to individuals who believe(d) that their acts of violence were (or are) in furtherance of a holy war.

[26]    *Mujahedeen* are Muslims who engage in *jihad*.

67.    Shortly before the Soviet Red Army withdrew from Afghanistan in 1989, bin Laden became determined to spread the jihadist movement to regions outside of Afghanistan, and to wage war with the United States, which he believed was Islam's true enemy. In furtherance of that objective, bin Laden established al-Qaeda.

68.    When al-Qaeda was founded, it maintained offices in various parts of the world, including Afghanistan, Pakistan, and even in the United States at the Alkifah Refugee Center in Brooklyn. In or about 1991, al-Qaeda's leadership, including bin Laden, relocated to Sudan, where they remained headquartered until 1996. Following the failed assassination of Egyptian President Hosni Mubarak on June 26, 1995, Sudanese officials, pressured by the United States to crack down on terrorism, asked bin Laden to leave the Sudan.

69.    Bin Laden returned to Afghanistan in 1996, after the Taliban seized control of most of the country. Al-Qaeda actively supported the Taliban and violently suppressed all opposition to it. Bin Laden established several training camps for terrorism, teaching guerilla warfare, rocket warfare, demolition, and bombing.

70.    Ties between Al-Qaeda and Iran began as early as April 1991, when Ayman al-Zawahiri, then the emir (commander (literally "prince")) of the Egyptian Islamic Jihad ("EIJ") – an Islamist organization and al-Qaeda affiliate – secretly visited Iran.

71.    Zawahiri asked Iran to support EIJ's efforts to overthrow the Egyptian regime, and the regime soon began training EIJ members in both Iran and Sudan, while also providing the organization with financial support.

72.    Subsequently, EIJ operatives were also sent to Lebanon to train with Hezbollah.

73.    During this period, Sudan harbored EIJ operatives as well as al-Qaeda and Hezbollah operatives and a contingent of IRGC personnel.

74.     According to the Final Report of the National Commission on Terrorist Attacks Upon the United States ("9/11 Commission Report"), during this period an informal agreement between al-Qaeda and Iran was reached in Sudan (that also included EIJ and Hezbollah) through which they cooperated "in providing support—even if only training—for actions carried out primarily against Israel and the United States."[27]

75.     Bin Laden left Sudan in 1996 and returned to Afghanistan. Iran helped facilitate the transit of fellow Al-Qaeda operatives through Iran both into and out of Afghanistan.[28]

76.     During the 1990s, al-Qaeda actively pursued a campaign of terror, targeting Americans and American interests in the Middle East. Al-Qaeda attacks on U.S. interests included, but were not limited to, the:

- February 26, 1993, bombing of the World Trade Center in New York City, which killed 6 Americans and injured more than 1,000 people;

- June 25, 1996, bombing of the Khobar Towers complex in Dhahran, Saudi Arabia (used as a barracks for U.S. service members), which killed 19 American service members and one other person and injured approximately 500 people;

- August 7, 1998, bombings of the U.S. embassies in Nairobi, Kenya, and Dar Es Salaam, Tanzania, which killed 224 people (including 12 Americans) and injured more than 4,000 people;

- October 12, 2000, bombing of the U.S.S. Cole in Aden, Yemen, which killed 17 American sailors and injured 39 personnel; and

- September 11, 2001, attacks on the World Trade Center and the Pentagon (the "9/11 Attacks"), which killed 2,977 people and injured more than 6,000 others.

---

[27]     *See The 9-11 Commission Report*, p. 61 (9-11 Commission, July 22, 2004), *available at* https://govinfo.library.unt.edu/911/report/911Report.pdf.

[28]     At least eight of the 9/11 hijackers transited through Iran at one point or another.

77.     After the 9/11 Attacks, Iran permitted a wave of al-Qaeda operatives and their families, including al-Qaeda spokesman (and bin Laden son-in-law) Sulayman Abu Ghayth and al-Qaeda computer specialist Nazih Abdul-Hamed Nabih al-Ruqaii (a/k/a Abu Anas al-Libi), as well as other affiliated Sunni jihadists such as Abu Musab al-Suri and Abu Musab al-Zarqawi and their families, to enter Iran.

78.     In 2002, the Iranian regime also permitted al-Qaeda to establish a "management council" in Iran that was charged with providing strategic support to the terrorist organization's main leadership in Pakistan.

79.     Al-Qaeda's "management council" in Iran likely planned and directed two deadly May 2003 attacks, a truck bombing of a housing complex in Riyadh, Saudi Arabia, and a suicide bombing in Casablanca, Morocco.

80.     On April 25, 2003, al-Qaeda declared jihad in Iraq, and in July, it established the Armed Group of al-Qaeda in Fallujah under a commander known as Abu Iyad.

81.     From 2003 onward, Iran kept certain senior al-Qaeda leaders (and their families) under a form of house arrest while simultaneously allowing the terrorist organization to use Iran as a facilitation hub for its terror networks, including in Iraq.[29]

82.     This "dual track" approach served Iran's interest in harnessing al-Qaeda's violent targeting of the U.S. and its regional allies while simultaneously taking active measures to ensure

---

[29]     On March 16, 2010, then-commander of U.S. Central Command General David H. Petraeus testified before the Senate Foreign Relations Committee that al-Qaeda "continues to use Iran as a key facilitation hub, where facilitators connect al-Qaeda's senior leadership to regional affiliates … and although Iranian authorities do periodically disrupt this network by detaining select al-Qaeda facilitators and operational planners, Tehran's policy in this regard is often unpredictable."

that the terrorist organization's radical Sunni ideology (with its intrinsically anti-Shi'a elements) was not redirected against Iran or its interests.[30]

83.    In July 2011, the U.S. Treasury Department stated that the Iranian government had previously entered into an agreement with al-Qaeda operatives to use Iran as a transit point for funneling money and people from the Gulf to Pakistan and Afghanistan. The U.S. Department of the Treasury also highlighted the role played by Ezedin Abdel Aziz Khalil (a/k/a Yasin al-Suri), a Syrian-born senior al-Qaeda operative who had operated in Iran since 2005.

84.    The Iranian regime arrested al-Suri in December 2011— at which time he had been acting as al-Qaeda's key facilitator in Iran for several years.

85.    After his arrest, al-Suri was temporarily replaced in this position by Muhsin al-Fadhli, a close confidant of bin Ladin. Under Fadhli, al-Qaeda's network in Iran began supporting the movement of fighters and money through Turkey to support al-Qaeda affiliated elements in Syria.

86.    Against this backdrop, for most of 2003, al-Qaeda maintained only a small presence in Iraq focused mainly on indoctrination, propaganda, and recruiting, as well as developing

---

[30]    Al-Qaeda actually entered into an agreement with Iran in which it committed to "refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities." In return, the Iranian regime allowed the Iran-based al-Qaeda network freedom to operate, plan attacks, raise funds and travel. A U.S. Department of the Treasury designation from October 2012 sheds further light on the terms of the arrangement between al-Qaeda and Iran: *See Treasury Further Exposes Iran-Based al-Qaeda Network* (U.S. Dep't of the Treasury, Oct. 12, 2012), *available at* https://home.treasury.gov/news/press-releases/tg1741 (noting that under the terms of the agreement between al-Qaeda and Iran, "al-Qaeda must refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities. In return, the Government of Iran gave the Iran-based al-Qaeda network freedom of operation and uninhibited ability to travel for extremists and their families. Al-Qaeda members who violate these terms run the risk of being detained by Iranian authorities.").

smuggling networks (mostly in Syria) to bring more foreign fighters into Iraq to wage war on Coalition Forces there.

87.    As discussed below, al-Qaeda subsequently nurtured and helped finance Tawhid wal-Jihad, the extremely violent terrorist network that eventually became al-Qaeda in Iraq or AQI.

**B.    Al-Qaeda in Iraq**

88.    Abu Musab al-Zarqawi was a Jordanian national who commanded a group of Arab jihadists based in Herat, Afghanistan, prior to the 9-11 Attacks committed by al-Qaeda.

89.    Following the U.S. invasion of Afghanistan in October 2001, Zarqawi led his organization to Iran, where he and his relatively small group of followers were given safe haven and relocated by Iran's MOIS to an area near Halabja in northeastern Iraq. They were also permitted to establish safe houses in Zahedan, Isfahan, and Tehran.

90.    Zarqawi spent crucial months inside Iran rebuilding his network under the IRGC's protection.

91.    He also traveled under numerous aliases, using Iranian passports likely provided by Iran's MOIS.

92.    With Iran's assistance, Zarqawi set up his operations in the Kurdish region of Iraq and developed ties to Ansar al-Islam, a Kurdish terrorist group that had also fought in Afghanistan as part of an array of Sunni jihadist organizations.

93.    Zarqawi's terror network initially operated in Iraq under the name "Tawhid wal-Jihad."

94.    For most of 2003, despite several spectacular terror attacks, Zarqawi's network only maintained a limited presence in Iraq, and largely focused on propaganda, recruiting, and developing smuggling networks to facilitate the flow of foreign fighters into the country.

95.     Among the spectacular Zarqawi-orchestrated terror attacks of 2003 were the August 7, 2003, car bombing of the Jordanian Embassy in Baghdad that killed 17 and wounded 40, and the August 19, 2003, truck bomb that struck the newly established UN headquarters in Baghdad, killing 22 people, including Sérgio Vieira de Mello, the UN special representative in Iraq.

96.     On August 28, 2003, a suicide car bomb driven by Zarqawi's Jordanian father-in-law, Yassin al-Jarad, detonated outside of the Imam Ali Mosque in Najaf, killing prominent Shi'a leader Mohammed Baqr al-Hakim and nearly 100 others.

97.     In response to these atrocities, in September 2003, Treasury designated Zarqawi as an SDGT, noting his ties to al-Qaeda and Hezbollah.[31]

98.     In October 2004, Zarqawi formally pledged allegiance to Osama bin Laden and changed his organization's name to Qa'idat al Jihad fi Bilad ar Rafidain (al-Qaeda in the Land of the Two Rivers), better known as al-Qaeda in Iraq—*i.e.*, AQI.

99.     On October 15, 2004, the United States designated Tawhid wal-Jihad an FTO.[32]

100.    Thus, Tawhid wal-Jihad evolved from a semi-independent jihadist group into a part of al-Qaeda in late 2004 and early 2005.

101.    Osama bin Laden named Zarqawi emir (commander) of al-Qaeda forces in Iraq in January 2005.

---

[31]    *See Treasury Designates Six Al-Qaida Terrorists* (U.S. Dep't of the Treasury, Sept. 24, 2003), *available at* https://home.treasury.gov/news/press-releases/js757.

[32]    *See Foreign Terrorist Organization: Designation of Jama'at al-Tawhid wa'al-Jihad and Aliases* (U.S. Dep't of State), *available at* https://2001-2009.state.gov/r/pa/prs/ps/2004/37130.htm.

102.    At the same time, Zarqawi met with leaders of Ansar al Sunna and Jaysh Muhammad in Abu Ghraib in early January 2005 to plan a joint campaign against the Shi'a-led government in Baghdad.[33]

103.    From 2004 to 2006, AQI's organizational structure depended heavily on Zarqawi's charisma.

104.    Zarqawi led by example, personally beheading two captured American civilians in May and September 2004.

105.    By 2005, Zarqawi was receiving considerable external financial support from al-Qaeda's senior leaders, who recognized Iraq's central place in the global jihad.

106.    AQI conducted countless attacks against foreign and Iraqi military and civilian targets. Its attacks on civilians included bombings against largely Shi'a targets in Sadr City, Baghdad, as well as attacks and suicide bombings against various Iraqi officials, community leaders and rivals, and the Yazidi community. AQI sought to ignite a sectarian war pitting Sunnis against Shi'a, stoking violence between Iraq's Sunnis and Shi'a. AQI's attacks against military targets focused on American personnel.

107.    AQI's sectarian violence included indiscriminate attacks on the Shi'a community, as well as targeted high-profile attacks such as the February 2006 bombing of the Askari Shrine in Samarra, one of the holiest shrines in Shi'a Islam. Mass-casualty suicide bombings typified AQI's violence, which contributed to the development of a full-scale Sunni-Shi'a civil war in Iraq. Thousands of Iraqi civilians fell victim to AQI attacks between 2003 and 2007.

---

[33]    Ansar al Sunna would become an ally of AQI while Jaysh Muhammad would become a bitter rival.

108.    AQI also targeted American personnel in violent attacks.[34]

109.    At its height, AQI had an estimated 5,000 – 10,000 operatives, many of whom came from outside Iraq. AQI came to control large parts of Iraqi territory between 2005 and 2008. By Autumn 2006, it had taken control of Baqubah, the capital of Diyala Province; by March 2007, AQI had claimed it as its capital. AQI was the dominant power in Al Anbar Province, with strongholds throughout the region in 2006; by 2007 it had expanded to Mosul as well.[35]

110.    AQI continued to expand even after Zarqawi's death in a U.S. airstrike in June 2006.

111.    However, its continued fanaticism, marked not only by frequent atrocities committed against Shi'a civilians but also against competing Sunni insurgent groups, helped propel a burgeoning "Sunni Awakening" movement against it in Al Anbar Province.

112.    Together with a surge of U.S forces starting in 2007, the Sunni Awakening helped weaken AQI significantly, and for several years both its influence and its capacity to launch attacks was downgraded, though it was never extinguished.

113.    Among the causes of AQI's resilience were its continued access to safe havens in Syria and its continued ability to transit foreign fighters from Saudi Arabia, Tunisia, Libya, Syria, and other Muslim countries through Syria and into northern Iraq.

---

[34]    AQI also employed a significant number of suicide-driven Vehicle-Borne Improvised Explosive Devices ("VBIEDs"), both against Iraqi civilians and American and Coalition Forces.

[35]    In January 2006, Zarqawi established an umbrella organization, the Mujahideen Shura Council ("MSC"), in collaboration with five other Sunni Islamist groups. This organization represented the broadening of AQI's goals toward increased Sunni collaboration and desire to transition from insurgency toward creating an Islamic State. Al-Zarqawi was killed in a U.S. airstrike on June 7, 2006, and in October 2006, after AQI's new leadership structure was formed, AQI began referring to itself as the Islamic State of Iraq. As noted above, in this Complaint, AQI is used rather than Islamic State or ISIS.

114.    AQI also benefited from continued financial support from al-Qaeda and its support network in Iran.

115.    Therefore, although severely challenged during the years 2007-2011, AQI was never fully defeated and continued to launch horrific terrorist attacks targeting U.S. service members and others during the relevant period.

## C.    Former Hussein Regime Elements and Other Sunni Terror Cells

### 1.    Jaysh Muhammad (Army of Muhammad)

116.    Jaysh Muhammad (Army of Muhammad) was a Sunni organization originally directed and founded by Saddam Hussein, who managed its initial operations from his hiding spot in Ad Dawr in Salahadin, Iraq.

117.    The group planned to wage a guerrilla warfare campaign against the U.S.-led coalition to restore the Iraqi Ba'ath party to power.

118.    Jaysh Muhammad initially consisted of a small cadre of low- and mid-level Ba'athist and relied upon existing Iraqi Ba'ath Party networks, political leadership, and militias – much of it operating from Syria with the help of the Syrian regime.

119.    It also developed a relationship with a National Islamic Resistance front led by a former Iraqi colonel and Saddam's half-brother, Sabawi Ibrahim al-Tikriti, the latter based in Syria.

120.    Tikriti made an agreement with Syrian leaders whereby members of the group could purchase supplies inside Syria at reduced prices, transit the Iraq-Syria border with ease, and receive direct support from Syria through the Syrian branch of the Ba'ath Party.[36]

121.    The organization's deals with the Syrian regime allowed its members to purchase supplies in Syria and infiltrate fighters back and forth across the border with Iraq.

122.    Thanks to having plentiful resources at its disposal, Jaysh Muhammad eventually expanded its terrorist activities from Anbar to Ninawa, Salahadin, Tamim, Diyala, and Baghdad.

### 2.    Jaysh al-Islami (Islamic Army of Iraq)

123.    Jaysh al-Islami (Islamic Army of Iraq) was formed by a former Iraqi military intelligence colonel named Mohammed Kazem al-Janabi to carry out the former Iraqi regime's intelligence service's final orders to continue fighting in the event U.S.-led Coalition Forces overthrew the regime.

124.    Unlike AQI and certain other terrorist organizations, Jaysh al-Islami prosecuted a more traditional guerrilla war, first against the U.S.-led Coalition Forces, and later against the new Iraqi Army, the reconstituted Iraqi police, and the Iraqi Government.

125.    Its members were drawn primarily from the Janabi, Ubaydi, and Zobai tribes and saw themselves as the institutional continuation of the Iraqi military that was defeated in April 2003.

---

[36]    The Syrian regime was flexible when it needed to be. When former regime elements suffered crippling setbacks in early 2005, the Syrian regime sensed that Tikriti's utility had come to an end and handed him over to coalition custody.

126.    Like Jaysh Muhammad, the Jaysh al-Islami leadership maintained a strict, military-style hierarchy and chain of command among its terror cells.[37]

127.    Like Jaysh Muhammad, Jaysh al-Islami also used Islamic imagery and themes in describing its organization and employed Islamist rhetoric as a major component of its recruiting efforts and propaganda.

### 3.    1920 Revolutionary Brigades

128.    In 2003, former members of the Iraqi military founded the 1920s Revolution Brigades, named after the 1920 Iraqi uprising against British colonial rule.

129.    Between 2003 and 2007, the 1920s Revolution Brigades focused most of its efforts on attacking U.S. soldiers and bases.

130.    In Summer 2007,[38] the 1920s Revolution Brigades fought AQI in Anbar Province but later joined forces with ISIS in 2014.

### 4.    Ansar al-Islam

131.    Ansar al-Islam is a terrorist group composed of mainly Kurdish Islamists who had fought in Afghanistan and who violently opposed the more mainstream Kurdish militias (peshmerga) in Iraq.

132.    Ansar al-Islam began as an offshoot of the Islamic Movement of Kurdistan ("IMK") that became affiliated with al-Qaeda and engaged in an active war with the Patriotic Union of Kurdistan ("PUK").

---

[37]    On March 27, 2007, AQI committed a suicide attack that killed a leader of the 1920 Revolutionary Brigades. By Summer 2007, the 1920s Revolution Brigades, Jaysh al-Islami, and other Sunni "insurgent" groups had turned against AQI and began actively fighting them.

[38]    In March 2007, a splinter group calling itself "Hamas of Iraq" broke off from the organization.

133.    Ansar al-Islam's leaders, Mullah Krekar[39] and Abu Abdullah al-Shafi, worked openly with al-Qaeda, and al-Qaeda, in turn, provided resources, training, and guidance to the group, enabling it to carve out a miniature Islamic state in the Halabjah area of Iraq.[40]

134.    Despite its aggressively Sunni jihadist ideology, Ansar al-Islam was given safe harbor by Iran because the organization opposed Saddam Hussein's regime and was a destabilizing force opposed to the United States and its allies.

135.    When the U.S.-led invasion destroyed Ansar al-Islam's operating bases in and around Halabjah, most of the organization's surviving operatives fled to Iran, while a critical subset of its operatives went to ground in what became known as the "Sunni Triangle."

136.    In both Iran and within the Sunni Triangle, these operatives joined forces with al-Qaeda and other Islamist resistance groups.

137.    In relatively short order, Ansar al-Islam established a network of safe houses and other logistics operations for foreign fighters inside Iraq and were able to use that network to regroup and broaden their appeal to Iraqis beyond Kurdistan, extending its reach to Fallujah, Tikrit, Bayji, and Baghdad.

138.    In Anbar Province, this new branch of Ansar al-Islam established ties to al-Qaeda, which influenced Ansar al-Islam to develop a cell-based structure similar to al-Qaeda's, each of which was organized into small units of 10 to 15 members led by an emir/commander.

---

[39]    Krekar lived in Iran for a time before fleeing to Norway.

[40]    Reports suggest that Ansar al-Islam was formed in late 2001, when Osama bin Laden and Kurdish Islamist groups decided to combine their efforts in northern Iraq.

139.    After June 2003, Ansar al-Islam's preferred method of attack was the use of suicide bombers.[41] At that time, it had an estimated 2,000 operatives inside Iraq.

140.    By midsummer 2004, Ansar al-Islam and other insurgent groups had taken control of the strategic city of Tel Afar, about 80 kilometers west of Mosul astride the main highway to Syria.

**5.    Ansar al-Sunna**

141.    Ansar al-Sunna was a splinter group formed from dissident factions of Ansar al-Islam.

142.    It initially focused much of its violence on traditional enemies, the PUK, and the Turkish military presence in Iraq.

143.    In December 2005, the U.S. military described Ansar al Sunna as "a terrorist organization with links to terrorists in Syria and Iran," which has "committed multiple suicide bomb attacks in Iraq that have resulted in the deaths of Coalition Forces, Iraqi Army Soldiers, Iraqi police officers and Iraqi citizens."

144.    Though Ansar al-Sunna frequently targeted Coalition Forces, by May 2007 it had joined the Jihad and Reform Front united against AQI in Anbar Province.

145.    Yet, by 2008, Ansar al Sunna had rejoined AQI's efforts. One of its trademarks was to orchestrate the rape of Iraqi women who could then be psychologically shamed into becoming suicide bombers.

146.    In 2008 alone, AQI and Ansar al Sunna launched 36 attacks by female suicide bombers.

---

[41]    Ansar al-Islam's ideological affinity with al-Qaeda meant that its core ideology now accepted participants in suicide bombings as "shahids," or martyrs, in a jihad campaign against the enemies of God.

## V.    SHI'A TERRORIST GROUPS IN IRAQ

147.    Although Shi'a armed groups opposing the U.S. and Coalition Forces in Iraq comprised a more homogeneous group than their Sunni "competitors," and were all supported by (and often created by) Iran's IRGC and Hezbollah, they nevertheless exhibited rivalries and sometimes divergent short-term objectives.

### A.    Jaysh Al Mahdi and the Promised Day Brigades

148.    Jaysh al Mahdi (the "Mahdi Army" or "JAM") was established by radical Shi'a cleric Muqtada al-Sadr in June 2003.

149.    JAM was co-founded by Imad Mughniyah, one of Hezbollah's most senior commanders, acting under Iran's direction.

150.    Like the Badr Organization, it received support and training from the IRGC.

151.    On April 18, 2004, JAM led the first major armed confrontation from the Shi'a community against U.S.-led forces in Iraq.

152.    JAM expanded its territorial control of mixed or predominantly Shi'a neighborhoods and displaced or killed the local Sunni population. JAM gained initial control in many of the neighborhoods surrounding Baghdad (including the Shi'a slum referred to as "Sadr City") by offering the Shi'a population protection and social services.

153.    Muqtada Al-Sadr purportedly dissolved part of his militia after 2007, but he maintained a small group of Iranian-supported terrorists called the Promised Day Brigades to carry out attacks against Coalition Forces.

154.    The Promised Day Brigades received funding, training, and weapons from the IRGC and the IRGC's proxy, Hezbollah.

155.    The Promised Day Brigades actively targeted U.S. forces in an attempt to disrupt security operations and further destabilize Iraq.

### B.    Kata'ib Hezbollah

156.    For many years, Kata'ib Hezbollah ("KH") functioned as Iran's go-to terrorist group in Iraq and received support from Lebanese Hezbollah, including training in weapons use, IED construction and operation, and sniper, rocket, and mortar attacks.

157.    Historically, KH operated mainly in Shi'a areas of Baghdad, such as Sadr City, and throughout the Shi'a-dominated south of Iraq.

158.    On June 24, 2009, the United States designated KH an FTO.

159.    The State Department's notice of KH's designation stated:

> The organization has been responsible for numerous violent terrorist attacks since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hezbollah also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and civilians that support the legitimate political process in Iraq.

160.    KH was also simultaneously designated an SDGT because it was "responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since 2007."

161.    The Treasury Department's press release announcing KH's designation explained that it had "committed, directed, supported, or posed a significant risk of committing acts of violence against Coalition and Iraqi Security Forces…."

162.    The press release also quoted then-Under Secretary for Terrorism and Financial Intelligence Stuart Levey as stating: "the IRGC-Qods Force provides lethal support to Kata'ib Hezbollah and other Iraqi Shia militia groups who target and kill Coalition and Iraqi Security Forces."

163.    The press release further reported that between March 2007 and June 2008, KH led a number of attacks against U.S. forces in Iraq, advising: "[a]s of 2008, Kata'ib Hezbollah was

funded by the IRGC-Qods Force and received weapons training and support from Lebanon-based Hezbollah. In one instance, Hezbollah provided training--to include building and planting IEDs and training in coordinating small and medium arms attacks, sniper attacks, mortar attacks, and rocket attacks--to Kata'ib Hezbollah members in Iran."

164.    In 2008, the U.S. Department of Defense stated that KH, "also known as Hezbollah Brigades, is a terrorist group believed to receive funding, training, logistics and material support from Iran to attack Iraqi and coalition forces using what the military calls 'explosively formed penetrators' – roadside bombs designed to pierce armor-hulled vehicles – and other weapons such as rocket-assisted mortars."

165.    KH's leadership includes Abu Mahdi al-Muhandis (real name: Jamal al-Ibrahimi), a long-standing member of the Badr Organization who lived for many years in Iran.

166.    Al-Muhandis is wanted in Kuwait for his alleged role in the 1983 bombings of the American and French embassies in Kuwait City, as well as for his alleged involvement in the assassination attempt on the Kuwaiti Emir in 1985.

167.    Al-Muhandis was designated an SDGT in July 2009 on the same day KH was so-designated.

168.    In a July 2010 press briefing, U.S. General Ray Odierno described KH as "clearly connected to Iranian IRGC."

**C. Asa'ib Ahl Al-Haq**

169.    Asa'ib Ahl al-Haq ("AAH") is a Shi'a Special Group supported by Hezbollah and the IRGC-QF that has conducted assassinations and operations against Iraqi civilians, Iraqi Security Forces, and Coalition Forces.

170.    AAH was originally established by a follower of Muqtada al-Sadr named Qais al-Khazali.

171.    His brother, Laith Khazali, also helped to lead the organization.

172.    AAH split from al-Sadr's JAM in 2006. Following the split, AAH conducted numerous IED attacks against U.S. and Iraqi forces, kidnapped Westerners, launched rocket and mortar attacks on the U.S. Embassy, murdered American soldiers, and assassinated Iraqi officials.

173.    At all relevant times, AAH received significant funding, training and arms from Iran, and closely coordinated with the IRGC-QF and Hezbollah.

174.    In particular, Lebanese Hezbollah operative Ali Musa Daqduq provided training to AAH terrorists.

175.    The U.S. Treasury Department's November 19, 2012, press release announcing Daqduq's designation as an SDGT stated, in part:

> Daqduq is a senior Hezbollah commander responsible for numerous attacks against Coalition Forces in Iraq, including planning an attack on the Karbala Joint Provincial Coordination Center (JPCC) [sic] on January 20, 2007, which resulted in the deaths of five U.S. soldiers.

176.    Daqduq is Lebanese-born and served in Hezbollah for more than two decades. He was reportedly killed in 2024 by an Israeli airstrike.

177.    Daqduq served as a bodyguard for former Hezbollah leader Hassan Nasrallah and also led Hezbollah operations in large swaths of Lebanon.

178.    According to the U.S. Government, Daqduq "was in Iraq working as a surrogate for Iranian Revolutionary Guards Corps Quds Force operatives involved with special groups."

179.    In 2005, Daqduq was directed by senior Lebanese Hezbollah leadership to go to Iran and work with the IRGC-QF to train Iran's proxies in Iraq.

180.    According to the U.S. Government: "In May 2006, [Daqduq] traveled to Tehran with Yussef Hashim, a fellow Lebanese Hezbollah and head of their operations in Iraq. There they met with the commander and deputy commander of the Iranian Quds Force special external operations."

181.    Daqduq was ordered to go to Iraq to report on the training and operations of the Iraqi Shi'a Special Groups.

182.    In the year prior to his capture in 2007, Daqduq made four trips to Iraq, where he monitored and reported on the training and arming of the Special Groups in mortars and rockets, manufacturing and employment of IEDs, and kidnapping operations.

183.    Most significantly, Daqduq was tasked with organizing the Special Groups in ways that mirrored how Hezbollah was organized in Lebanon.

184.    Daqduq also helped the IRGC train Iraqis at multiple sites in Iran.

185.    Using training groups of approximately 20 to 60 Iraqis at a time, Daqduq instructed his trainees on how to use EFPs, mortars, and rockets, as well as intelligence, sniper and kidnapping operations.

186.    The IRGC then provided operational, intelligence and logistical support to insert the terrorist trainees back into various Iraqi cities where they rejoined their respective Special Groups.

187.    The IRGC also supplied the Special Groups with weapons and a funding stream ranging from an estimated $750,000 to $3 million per month.

188.    Hezbollah and the IRGC-QF provided JAM, the Promised Day Brigades, KH, AAH, and other Shi'a terrorist groups with a variety of weapons used to target U.S. and Coalition Forces engaged in their post-2003 peacekeeping mission.

189.    These weapons included signature Iranian munitions such as EFPs and IRAMs, as well as 107 mm rockets (often used as part of IRAMs), 120 mm and 60 mm mortars, RPG-29 launchers and other small arms.

### D.    Explosively Formed Penetrators

190.    One of Iran's primary forms of material support and/or resources that facilitated extrajudicial killings of U.S. citizens in Iraq was the financing, manufacturing, and deployment of EFPs.

191.    As noted above, the EFPs deployed by the IRGC and Hezbollah in Iraq were not truly "improvised" explosive devices but professionally manufactured and specifically designed to target U.S. and Coalition Forces' armor.

192.    EFPs constitute "weapons of mass destruction" as that term is defined in 18 U.S.C. § 2332a(2)(A).

193.    First used by Hezbollah against Israeli armor in Lebanon, EFPs are usually constructed from a steel pipe, anywhere from three to six inches in diameter, capped with a manufactured concave copper disk, known as the "liner," and a high explosive (such as C-4) packed behind the liner.

194.    In Iraq, EFPs were often triggered by a passive infra-red device that set off the explosion within the EFP's casing, inverting the copper disk into a teardrop or tadpole shaped slug, and propelling it forward at tremendous speed, rendering the high velocity slug capable of piercing most military-grade armor.

195.    To produce these weapons, copper sheets are often loaded onto a punch press to yield copper discs. These discs are annealed in a furnace to soften the copper. The discs are then loaded into a large hydraulic press and formed into the disk-like final shape.

196.    EFPs are far more sophisticated than homemade explosive devices such as traditional IEDs, and they are designed specifically to target vehicles such as armored patrols and supply convoys.

197.    Although Iran's use of EFPs was publicly disclosed by U.S. and British officials in 2005, the official identification of *specific* attacks as EFP attacks was not first publicly disclosed until 2010.

198.    In 2006, the U.S. State Department's *Country Reports on Terrorism* further documented Iran's specific efforts to provide terrorists with lethal EFPs to ambush and murder U.S. and other Coalition Forces:

> Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hezbollah. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hezbollah, implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology. *These individuals then passed on this training to additional militants in Iraq.* (Emphasis added.)

199.    Also in 2006, Brigadier Gen. Michael Barbero, Deputy Chief of Staff for Strategic Operations of the Multi-National Force – Iraq ("MNF-I") stated: "Iran is definitely a destabilizing force in Iraq. I think it's irrefutable that Iran is responsible for training, funding and equipping some of these Shi'a extremist groups and also providing advanced IED technology to them, and there's clear evidence of that."

200.    In July 2007, Brigadier Gen. Kevin Bergner commented on Iran's material support of Hezbollah operatives in Iraq:

> Actions against these Iraqi groups have allowed coalition intelligence officials to piece together the Iranian connection to terrorism in Iraq […] Iran's Quds Force, a special branch of Iran's Revolutionary Guards, is

training, funding and arming the Iraqi groups. […] It shows how Iranian operatives are using Lebanese surrogates to create Hezbollah-like capabilities. And it paints a picture of the level of effort in funding and arming extremist groups in Iraq…. The groups operate throughout Iraq. They planned and executed a string of bombings, kidnappings, sectarian murders and more against Iraqi citizens, Iraqi forces and coalition personnel. They receive arms -- including explosively formed penetrators, the most deadly form of improvised explosive device -- and funding from Iran. They also have received planning help and orders from Iran.

201.    In May 2007, the Commander of the Multinational Division-Center, U.S. Army Major General Richard Lynch, commented that "[m]ost of our casualties have come from improvised explosive devices. That's still the primary threat to our soldiers -- IEDs. And we have an aggressive campaign to counter those IEDs, but they still are taking a toll on our soldiers: 13 killed, 39 soldiers wounded. *What we're finding is that the technology and the financing and the training of the explosively formed penetrators are coming from Iran.* The EFPs are killing our soldiers, and we can trace that back to Iran." (Emphasis added.)

202.    According to the U.S. State Department's 2007 *Country Reports on Terrorism*:

> The Islamic Revolutionary Guard Corps (IRGC)-Qods Force, continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, mortars that have killed thousands of Coalition and Iraqi Forces, and explosively formed projectiles (EFPs) that have a higher lethality rate than other types of improvised explosive devices (IEDs), and are specially designed to defeat armored vehicles used by Coalition Forces. The Qods Force, in concert with Lebanese Hezbollah, provided training outside Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry. These individuals then passed on this training to additional militants inside Iraq, a "train-the-trainer" program. In addition, the Qods Force and Hezbollah have also provided training inside Iraq. In fact, Coalition Forces captured a Lebanese Hezbollah operative in Iraq in 2007.

203.    The U.S. State Department reaffirmed these exact allegations against Iran in its 2008 *Country Reports on Terrorism*.

## VI.    IRAN ALSO PROVIDED MATERIAL SUPPORT AND RESOURCES TO AL-QAEDA AND AQI

204.    As noted above, Iran has long provided substantial material support and resources to al-Qaeda. According to U.S. intelligence reports, the relationship between Iran and al-Qaeda dates to the early 1990s, when al-Qaeda officials met with Iranian intelligence officials to establish an anti-American partnership.

205.    According to the U.S. federal indictment filed against Osama bin Laden, al-Qaeda "forged alliances with the National Islamic Front in the Sudan and with representatives of Iran, and its associated terrorist group Hizballah, for the purpose of working together against their perceived common enemies in the West, particularly the United States."[42]

206.    According to the testimony of Ali Mohammed, an Egyptian-born U.S. Green Beret who pleaded guilty to conspiring with bin Laden to bomb the U.S. embassies in Nairobi and Dar es Salaam, Iran used Hezbollah to supply explosives and explosives training to al-Qaeda operatives.

207.    Iran, either directly or through its proxy, Hezbollah, has provided critical and substantial financial and logistical support to al-Qaeda. According to the 9/11 Commission Report:

> In late 1991 or 1992, discussions in Sudan between al-Qaeda and Iranian operatives led to an informal agreement to cooperate in providing support—even if only training—for actions carried out primarily against Israel and the United States. Not long afterward, senior al-Qaeda operatives and trainers traveled to Iran to receive training in explosives. In the fall of 1993, another such delegation went to the Bekaa Valley in Lebanon for further training in explosives as well as in intelligence and security. Bin Ladin reportedly showed particular interest in learning how to use truck bombs such as the one that had killed 241 U.S. Marines in Lebanon in 1983. The relationship between al-Qaeda and Iran demonstrated that Sunni-Shia

---

[42]    *See United States of America v. Usama Bin Laden*, p. 7 (S.D.N.Y. Nov. 4, 1998), *available at* https://www.asser.nl/upload/documents/DomCLIC/Docs/NLP/US/US_v_Usama_bin_Laden_et_al_Indictment_1998.pdf.

> divisions did not necessarily pose an insurmountable barrier to cooperation in terrorist operations.

9/11 Commission Report at 61.

208.    On various occasions during the early- to mid-1990s, high-ranking al-Qaeda members met with Imad Mughniyeh, then head of Hezbollah's terrorism directorate known as the Islamic Jihad Organization, to discuss cooperating in attacks against the United States. Bin Laden himself met with Mughniyeh in the Sudan in 1994; IRGC Brigadier General Mohammad Baqr Zolqadr was also present.

209.    Between 1992 and 1996, al-Qaeda, Hezbollah and IRGC representatives met to arrange a tripartite agreement to work together to wage terrorism against the United States, Israel, and other Western countries.

210.    Pursuant to this tripartite agreement, Hezbollah provided explosives training for al-Qaeda and al-Qaeda affiliate EIJ, and Iran supplied EIJ with weapons.

211.    According to the 9/11 Commission Report, al-Qaeda had been perfecting its expertise with explosives with Hezbollah's help since 1993-1994:

> Al-Qaeda had begun developing the tactical expertise for such attacks months earlier when some of its operatives—top military committee members and several operatives who were involved with the Kenya cell among them—were sent to Hezbollah training camps in Lebanon.

9-11 Commission Report at 68.

212.    Mughniyeh personally trained al-Qaeda operatives, in conjunction with Iranian government officials in Iran and IRGC officers working at the Iranian embassy in Beirut.

213.    In 1996, a delegation from al-Qaeda led by senior al-Qaeda official Saif el Adel went to Iran to discuss establishing an al-Qaeda base in the region around the Iran-Afghanistan border. As a result of those meetings, Iran and al-Qaeda agreed to establish a joint base for training al-Qaeda and Hezbollah terrorists.

214.    In or around this time (1996), Saif el Adel moved to Iran and began coordinating al-Qaeda operations within that country's borders.

215.    According to the 9/11 Commission Report, "[i]ntelligence indicates the persistence of contacts between Iranian security officials and senior al-Qaeda figures after Bin Ladin's return to Afghanistan [in 1996]." Additionally, "Iranian officials…facilitate[d] the travel of al-Qaeda members through Iran, on their way to and from Afghanistan. For example, Iranian border inspectors would be told not to place telltale stamps in the passports of these travelers. Such arrangements were particularly beneficial to Saudi members of al-Qaeda." 9-11 Commission Report at 240.

216.    Shortly before September 11, 2001, members of al-Qaeda's leadership, including Saad bin Laden, one of Osama bin Laden's sons, met with Iranian officials to secure a safe place for al-Qaeda leadership to retreat following the 9/11 Attacks. According to the U.S. Government, Saad bin Laden and several other senior al-Qaeda officials (including Saif el Adel) retreated to Iran from Afghanistan following the 9/11 Attacks and were harbored there.

217.    Iran permitted those al-Qaeda officials to recruit new members, train terrorist cells, and coordinate, plan, and fund new terrorist attacks around the world.

218.    After the 9/11 Attacks, with American forces actively engaging the Taliban and al-Qaeda in Afghanistan, Iran became a transit route, safe haven, and staging area for al-Qaeda operatives and leaders.

219.    For example, following a September 17, 2008, attack on the U.S. embassy in Sana'a, Yemen, which killed 18 people and injured 16, Ayman al-Zawahiri, al-Qaeda's second in command, wrote a letter thanking the IRGC's leadership for assisting al-Qaeda to set up its network in Yemen. In the letter, which paid tribute to Iran's generosity, al-Zawahiri states that it

would not have been possible to carry out the terrorist attack without Iran's "monetary and infrastructure assistance."[43]

220.    As noted above, when the U.S. Department of the Treasury designated MOIS an SDGT in February 2012, it explicitly cited "its support of terrorist groups, including al-Qaeda, al-Qaeda in Iraq, Hizballah and HAMAS…" and further noted that "MOIS has facilitated the movement of al-Qaeda operatives in Iran and provided them with documents, identification cards, and passports. **MOIS also provided money and weapons to al-Qaeda in Iraq (AQI)** … and negotiated prisoner releases of AQI operatives." (Emphasis added.)

A.    **Iran Allowed al-Qaeda to Operate a Facilitation Network Within Its Borders**

221.    As noted above, in the mid-1990s, Iran entered an arrangement with al-Qaeda whereby al-Qaeda operatives could safely transit through Iran to and from Afghanistan. This agreement expanded to allow al-Qaeda to direct a facilitation network inside Iran that served as a pipeline for operatives, weapons, and money to flow throughout al-Qaeda's global network.

222.    The initial safe transit agreement served a very tangible purpose: it gave al-Qaeda freedom of movement it would not otherwise have. In 1996, after the Taliban seized power and Bin Laden relocated to Afghanistan, al-Qaeda attracted a steady stream of volunteers, many of whom wanted to attend the terrorist training camps that were being established. As stated above, Iranian border officials would not stamp the passports of al-Qaeda terrorists, thereby hiding their movements.

223.    Following the 9/11 Attacks and the subsequent entry of American military forces into Afghanistan, Mustafa Hamid, a senior al-Qaeda operative who, according to the U.S.

---

[43]    Con Coughlin, "Iran receives al-Qaeda praise for role in terrorist attacks," *The Telegraph*, Nov. 23, 2008.

Department of the Treasury,[44] "served as a primary interlocutor between al-Qaeda and the Government of Iran," and Mahfouz Ibn al-Walid (a.k.a. Abu Hafs the Mauritanian), accompanied by two IRGC members, traveled to Tehran to negotiate on al-Qaeda's behalf to relocate al-Qaeda families to Iran. Abu Hafs eventually gained an audience with Major General Qasem Soleimani, then head of the IRGC-QF, to ask for sanctuary.

224.    The IRGC-QF eventually approved the request. Once settled in Iran, Hamid continued his role as intermediary, facilitating contacts between the IRGC and a senior al-Qaeda leader.

225.    By 2007, according to a letter Osama Bin Laden wrote to a subordinate, "Iran is our main artery for funds, personnel, and communication."

226.    In 2011, the U.S. Department of the Treasury designated "six members of an al-Qaeda network headed by Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri), a prominent Iran-based al-Qaeda facilitator, operating under an agreement between al-Qaeda and the Iranian government," further noting the U.S. Government's effort to expose "Iran's secret deal with al-Qaeda allowing it to funnel funds and operatives through its territory."[45]

227.    Similarly, Yasin al-Suri was designated an SDGT by the U.S. Department of the Treasury on July 28, 2011, for his pivotal role overseeing the transfer of fighters and weapons

---

[44]    *See Treasury Targets Al Qaida Operatives in Iraq* (U.S. Dep't of the Treasury, Jan. 16, 2009), *available at* https://home.treasury.gov/news/press-releases/hp1360. Another al-Qaeda operative who was designated was Ali Saleh Husain, a close associate of Osama bin Laden. Husain "facilitated the move of al-Qaeda-associated fighters, including an al-Qaeda military commander, from Afghanistan to Iran. After leaving Afghanistan, Husain was responsible for smuggling al Qaida members and associates via networks in Zahedan, Iran."

[45]    *See Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point* (U.S. Dep't of the Treasury, July 28, 2011), *available at* https://home.treasury.gov/news/press-releases/tg1261.

through Iran, collecting funds from various donors and fundraisers throughout the Persian Gulf, and "moving significant amounts of money via Iran for onward passage to al-Qaeda's leadership in Afghanistan and Iraq."[46]

228.    Several of the U.S. Department of the Treasury's concomitant designations on July 28, 2011, highlight Iran's ongoing support for al-Qaeda's terrorist activities, including attacks in Iraq:

- Atiyah Abd al-Rahman was al-Qaeda's overall commander in Pakistan's tribal areas. He "was previously appointed by Usama bin Laden to serve as al-Qaeda's emissary in Iran, a position which allowed him to travel in and out of Iran with the permission of Iranian officials."

- Umid Muhammadi planned multiple attacks in Iraq and trained terrorists in the use of explosives. He was "an al-Qaeda facilitator and key supporter of al-Qaeda in Iraq (AQI) [who] petitioned Iranian officials on al-Qaeda's behalf to release operatives detained in Iran."

- Salim Hasan Khalifa Rashid al-Kuwari, based in Qatar, provided funding for al-Qaeda operations, including hundreds of thousands of dollars in financial support. He provided financial and logistical support "primarily through al-Qaeda facilitators in Iran," and also "facilitated travel for extremist recruits on behalf of senior al-Qaeda facilitators based in Iran."

- Ali Hasan Ali al-Ajmi, based in Kuwait, facilitated terrorists' travel to Afghanistan and "provide[d] financial and facilitation support to al-Qaeda, AQI and the Taliban."

229.    The U.S. Government has identified other key members of al-Qaeda's network in Iran who facilitated its global terrorism with Iran's support.

---

[46]    *See OFAC Recent Actions* (U.S. Dep't of the Treasury), *available at* https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20110728.

230.    In October 2012, the U.S. Department of the Treasury designated Adel Raqi Saqr al-Wahabi al-Harbi, "a key member of an al-Qaeda network operating in Iran and led by Iran-based al-Qaeda facilitator Muhsin al-Fadhli."[47]

231.    According to then Under Secretary for Terrorism and Financial Intelligence David S. Cohen, the designation "underscore[d] that Iran continues to allow al-Qaeda to operate a core pipeline that moves al-Qaeda money and fighters through Iran to support al-Qaeda activities in South Asia. This network also sends funding and fighters to Syria."

232.    In designating the IRGC an FTO in 2019, the State Department again noted that "Iran continues to allow Al-Qaeda (AQ) operatives to reside in Iran, where they have been able to move money and fighters to South Asia and Syria." As an example, the designation explained that "[i]n 2016, the U.S. Treasury Department identified and sanctioned three senior AQ operatives residing in Iran and noted that Iran had knowingly permitted these AQ members, including several of the 9/11 hijackers, to transit its territory on their way to Afghanistan for training and operational planning."

**B.    Iran Provided Material Support to Sunni Terrorists Groups in Iraq**

233.    As noted above, Osama bin Laden wrote to AQI leaders in 2007: "Iran is our main artery for funds, personnel, and communication."

234.    The IRGC played a central role in providing financial and material support for attacks against American and Coalition Forces in Iraq.

---

[47]    *See Treasury Further Exposes Iran-Based Al-Qa'ida Network* (U.S. Dep't of the Treasury, Oct. 18, 2012), *available at* https://home.treasury.gov/news/press-releases/tg1741.

235.    In January 2008, the U.S. Department of the Treasury designated IRGC Brigadier General Ahmed Foruzandeh for attempting to finance suicide bombings against Coalition Forces in Salah Ad Din Province, Iraq, using Sunni terrorist organization in Iraq .[48]

236.    The U.S. Department of the Treasury designated Abd al-Rahman Khalaf Ubayd Juday al-Anizi in August 2014, noting his activities "since at least 2008" — which included working "with an ISIS facilitator to pay for the travel of foreign fighters moving from Syria to Iraq" and being involved in extremist facilitation activities with Iran-based al-Qaeda facilitators…."

237.    Iran also had ties with other STGI, including Ansar al-Islam (discussed above). For example, Muhammad Hisham Muhammad Isma'il Abu Ghazala, described by the Iraqi government as an Ansar al-Islam operative, was designated an SDGT in September 2011.[49]

238.    The U.S. Department of State identified Abu Ghazala as a Hamas operative with "links to Iran" and described him as an "improvised explosive device (IED) facilitator with connections to multiple IED networks throughout northern Iraq and [] also responsible for disseminating numerous remote detonation device designs used by former regime elements and terror organizations in Iraq."[50]

---

[48]    *See Treasury Designates Individuals, Entity Fueling Iraqi Insurgency* (U.S. Dep't of the Treasury, Jan. 9, 2008), *available at* https://home.treasury.gov/news/press-releases/hp759.

[49]    *See Recent Actions: Anti-Terrorism Designations; Cuba Designation Removed* (U.S. Dep't of the Treasury, Sept. 22, 2011), *available at* https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20110922.

[50]    *See Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala* (U.S. Dep't of State, Sept. 22, 2001), *available at* https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

## VII.  SYRIA PROVIDED MATERIAL SUPPORT AND RESOURCES TO SUNNI TERRORIST GROUPS IN IRAQ

239.    Syria provided material support to STGI at the behest and direction of former Syrian President Bashar al-Assad through Syrian military and intelligence officials, employees, and agents.

240.    The Syrian regime regarded support for STGI infiltration into Iraq as a high priority, assigning Bashar al-Assad's own brother-in-law, Assef Shawkat, to supervise the operation.

241.    A former Syrian provincial governor later revealed that after the 2003 invasion the Syrian regime formed an alliance with al-Qaeda and that "all Arabs and other foreigners were encouraged to go to Iraq via Syria, and the Syrian government facilitated their movements."

242.    One of AQI's most influential leaders, Sheikh Abdullah Janabi, was based in Syria and coordinated with AQI financier Brigadier General Ali Dawud Sulayman Nayil al-Khalifawi, who, among other things, coordinated AQI's activities in Fallujah, beginning in 2004.

243.    The Syrian regime not only provided sanctuary to foreign jihadists and Iraqi insurgents but also transited them to the Iraqi border.

244.    By Summer 2005, the media began describing the upper Euphrates River Valley linking the Syrian-Iraqi border as "Iraq's Ho Chi Minh Trail," as shorthand for the supply route fueling the violent insurgency in Iraq during that period.

245.    In fact, beginning in 2003, with the consent and assistance of the Syrian regime, Zarqawi and other insurgents created networks inside Syria that facilitated the movement of fighters from around the Arab world to be suicide bombers or fighters in Iraq.

246.    From the Damascus airport, foreign fighters transited into Iraq's Euphrates River Valley or the Jazeera desert of Ninawa Province.

247.    MNF-I's intelligence analysts estimated that 100 to 125 foreign fighters entered Iraq each month through the Euphrates River Valley route.

248.    U.S. Central Command ("CENTCOM") assessed that 65 to 75 percent of the foreign fighters entering Iraq came through Syria, with Damascus serving as a "funnel point for foreign fighter entry to Syria."

249.    One of the key AQI operatives exploiting the "funnel point" was a Syrian-based[51] Iraqi named Badran Turki al-Mazidih—also known as "Abu Ghadiyah," but he was not alone.

250.    A former Iraqi military officer named Suhail Hammo[52] oversaw a network that sent STGI fighters into Iraq from the Syrian border town of Qamishli.

251.    The Syrian regime also supported Izzat Ibrahim al-Douri,[53] the former deputy leader of Saddam's Ba'athist regime, providing his network with weapons via Syria's intelligence services.

252.    The Syrian regime also allowed vital components for the car bombs used by AQI to transit through at least two infiltration routes, or rat lines, which originated in Syria.

253.    During the second half of 2003 and throughout 2004 and 2005, the security situation in Iraq deteriorated as STGI flooded across the border from Syria, launching an avalanche of terrorist attacks.

254.    In 2005, extensive reconnaissance conducted by the U.S. military in and around Sinjar, an Iraqi town close to the Syrian border that was a key transit station for AQI and other

---

[51]    Abu Ghadiyah divided his time between the eastern Syrian cities of Deir ez Zour and Albu Kamal.

[52]    Hammo later became a senior ISIS leader.

[53]    Douri became a de facto ally of Zarqawi and AQI, using his former Iraqi Intelligence Service contacts to smuggle Syrian weapons into Iraq.

STGI, revealed a vast network of "safe houses, weapons caches, transportation companies, [and] passport counterfeiters" and revealed the depth of the Syrian regime's complicity in assisting AQI and other STGI.

255.    Facing both mounting U.S. casualties and an increasingly unstable political situation, in July 2005, General John Abizaid, then head of CENTCOM, wrote a letter to Secretary of Defense Donald Rumsfeld asserting: "We must send a clear message that they [Syria] will either secure their borders to include insurgent flow in and out or we will do it for them."

256.    But the Syrian regime did not merely harbor and provide safe passage to al-Qaeda and other STGI, it also provided them with a safe haven when these terrorist operatives were forced to flee Iraq.

257.    For example, confronted with an offensive in May 2006 by the U.S. Army's 1st Battalion, 506th Infantry Regiment, many senior and mid-level AQI members gravitated to safe havens in Syria.

258.    In December 2007, the U.S. Department of the Treasury designated Fawzi Mutlaq Al-Rawi, the leader of the Iraqi wing of the Syrian Ba'th Party, as an SDGT for providing financial and material support to AQI.[54]

259.    According to the U.S. Department of the Treasury: "Al-Rawi was appointed leader of the Iraqi wing of the Syrian Ba'th Party by Syrian President Bashar Al-Asad in 2003. The Iraqi wing of the Syrian Ba'th Party has since provided significant funding to Iraqi insurgents at Al-Rawi's direction. Al-Rawi is supported financially by the Syrian Government and has close ties to Syrian Intelligence."

---

[54]    *See Treasury Designates Individuals with Ties to Al Qaida, Former Regime* (U.S. Dep't of the Treasury, Dec. 7, 2007) *available at* https://home.treasury.gov/news/press-releases/hp720.

260.    The U.S. Department of the Treasury also found that in November 2005 Al-Rawi "facilitated the provision of $300,000 to members of AQI. In addition, he provided AQI with vehicle-borne improvised explosive devices, rifles, and suicide bombers at the request of a senior AQI leader in Iraq. Al-Rawi and that same leader in September 2005 attended a meeting in Ar Ramadi, Iraq, with other senior AQI representatives where they discussed financing, unifying AQI forces, conducting airborne improvised explosive device attacks against" U.S. facilities in Iraq.

261.    A 2007 U.S. Department of Defense report on the sources of instability in Iraq noted that "Syria remains the primary foreign fighter gateway into Iraq. Despite its heightened scrutiny of extremists and suspected insurgents, Damascus appears to want to appease Islamist extremist groups. Damascus also recognizes that Islamist extremists and elements of the former Iraqi regime share Syria's desire to undermine Coalition efforts in Iraq."[55]

262.    In February 2008, the U.S. Department of the Treasury designated Abu Ghadiyah an SDGT, finding that he "runs the AQI facilitation network, which controls the flow of money, weapons, terrorists, and other resources through Syria into Iraq," "obtained false passports for foreign terrorists, provided passports, weapons, guides, safe houses, and allowances to foreign terrorists in Syria and those preparing to cross the border into Iraq," and used donated funds "to support anti-U.S. military elements and the travel of AQI foreign fighters."[56]

---

[55]    Measuring Security and Stability in Iraq (Dep't of Defense, March 2007), Report to Congress In accordance with the Department of Defense Appropriations Act 2007 (Section 9010, Public Law 109-289), p. 17, *available at* https://web.archive.org/web/20150905175829/https://archive.defense.gov/home/pdf/9010_March _2007_Final_Signed.pdf.

[56]    *See Treasury Designates Members of Abu Ghadiyah's Network Facilitates flow of terrorists, weapons, and money from Syria to al Qaida in Iraq* (U.S. Dep't of the Treasury, Feb. 28, 2008), *available at* https://home.treasury.gov/news/press-releases/hp845.

263.    The U.S. Department of the Treasury also found that Abu Ghadiyah "facilitated the movement of AQI operatives into Iraq via the Syrian border" and "also directed another Syria-based AQI facilitator to provide safe haven and supplies to foreign fighters."

264.    By mid-2008, the U.S. military had degraded the Syria-based foreign fighter network that had funneled thousands of STGI terrorists into Iraq, but it had not destroyed it.

265.    For example, between February and April 2008, AQI attacked nine coalition and Iraqi combat outposts in Mosul with large suicide car or truck bombs smuggled from Syria, destroying several of the compounds.[57]

266.    On October 26, 2008, U.S. forces crossed the Syrian border and launched an operation in the Syrian town of Albu Kamal that resulted in the death of Abu Ghadiyah, the long-time head of AQI's vast foreign fighter facilitation network in Syria. Since 2005, most of al-Qaeda's foreign fighters (including most AQI suicide bombers) had been funneled into Iraq with the Syrian regime's assistance by Abu Ghadiyah and his network of facilitators.

267.    On February 20, 2009, U.S. and Iraqi forces launched Operation NEW HOPE, targeting AQI (now ISIS) strongholds and arresting Ahmad Mohammed Ali al-Tai, the AQI "governor" of Mosul.

268.    But AQI/ISIS was particularly resilient in Ninawa Province because Abu Ghadiyah's vast foreign fighter facilitation network in Syria was being rebuilt (with the Syrian regime's support) under the leadership of Abu Khalaf, who helped transit AQI operatives (particularly from Tunisia) to Syria and then across the border into Mosul to perpetrate suicide attacks.

---

[57]    The same pattern re-emerged in 2012 with ISIS launching waves of suicide bombings, using foreign volunteers transited through the same infiltration routes from Syria.

269. Abu Khalaf was killed in January 2010.

## VIII.  PLAINTIFFS

### 1.  <u>THE APRIL 19, 2007, ATTACK – FOB MAHMUDIYAH, IRAQ</u>

<u>**The Moore Family**</u>

270. Dwayne L. Moore was a citizen of the United States and was domiciled in State of Virginia when he was killed in Iraq.

271. On April 19, 2007, Dwayne L. Moore, then 31, was a Chief Warrant Officer 2 in the United States Army who was aiding in the evacuation of wounded soldiers near the Battalion Command Post at Forward Operating Base Mahmudiyah in Babil Province, Iraq following an attack on the base with 107mm Fajr-1 rockets when he sustained fatal blast fragmentation injuries when another 107mm Fajr-1 rocket landed in close proximity to him.

272. The weapon used to kill Dwayne L. Moore was launched by Special Groups and was Iranian manufactured, and the attack was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

273. Plaintiff Fred D. Moore, Jr. is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Dwayne L. Moore.

274. Plaintiff Lisa M. Ingram is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Dwayne L. Moore.

275. Plaintiff Gary C. Moore, Sr. is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Dwayne L. Moore.

276. Plaintiff Terry L. Moore, Sr. is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Dwayne L. Moore.

277.    Plaintiff Phyllis D. Thompson is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Dwayne L. Moore.

278.    Plaintiff Sandra Wallace is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Dwayne L. Moore.

279.    As a result of the attack, and the death of Dwayne L. Moore, Plaintiffs Fred D. Moore, Jr., Lisa M. Ingram, Gary C. Moore, Sr., Terry L. Moore, Sr., Phyllis D. Thompson, and Sandra Wallace have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dwayne L. Moore's companionship, comfort, advice and counsel.

### 2.    THE JULY 21, 2003, ATTACK – BAGHDAD/THAWRA, IRAQ

**The Bibby Family**

280.    Mark Anthony Bibby was a citizen of the United States and was domiciled in the State of North Carolina when he was killed in Iraq.

281.    On July 21, 2003, Mark Anthony Bibby, then 25, was a Corporal in the United States Army who was serving as rear security for the lead M998 cargo HMMWV in a two-HMMWV convoy traveling northbound on Army Canal Road near the Thawra neighborhood in the northeast section of Baghdad en route to conduct an assessment of a water treatment lab in northern Baghdad when his HMMWV came under rocket-propelled grenade ("RPG") fire resulting in Mark Anthony Bibby's death from ballistic injuries.

282.    The attack in which Mark Anthony Bibby was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

283.    Plaintiff Jean Harden Bibby is a citizen of the United States and domiciled in the State of Georgia.  She is the mother of Mark Anthony Bibby.  She brings this action individually and on behalf of the Plaintiff Estate of Mark Anthony Bibby, as its proposed legal representative.

284.    Plaintiff Eustace Anthony Bibby, Jr., is a citizen of the United States and domiciled in the State of California.  He is the brother of Mark Anthony Bibby.

285.    As a result of the attack, and the death of Mark Anthony Bibby, Plaintiffs Jean Harden Bibby and Eustace Anthony Bibby, Jr., have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Mark Anthony Bibby's companionship, comfort, advice and counsel.

286.    As a result of the attack, the Plaintiff Estate of Mark Anthony Bibby experienced conscious pain and suffering and/or suffered economic loss.

### 3.  THE SEPTEMBER 27, 2003, ATTACK – TAJI CORRIDOR, IRAQ

**Shaun D. Fetters**

287.    Plaintiff Shaun D. Fetters is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Ohio.

288.    On September 27, 2003, Shaun D. Fetters, then 23, was a Specialist in the United States Army participating as a heavy-wheeled vehicle driver in the Taji Corridor between Taji, Iraq, and Balad, Iraq when his vehicle was hit by an IED that showered his vehicle with debris and rocks and caused him to be temporarily deafened in his left ear.  Shaun D. Fetters was able to maintain control over the vehicle and proceed to the completion of his mission; however, he has suffered from hearing loss, tinnitus, memory loss, and post-traumatic stress disorder as a result of the attack.

289.    The attack in which Shaun D. Fetters was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

290.    As a result of this attack and the injuries he suffered, Plaintiff Shaun D. Fetters has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 4.    THE OCTOBER 6, 2003, ATTACK – HIT, IRAQ

**The Karol Family**

291.    Spencer Timothy Karol was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

292.    On October 6, 2003, Spencer Timothy Karol, then 20, was a Specialist in the United States Army infiltrating an abandoned compound in Hit, Iraq, when they were attacked with an Improvised Explosive Device (IED). The blast capsized their vehicle, which threw Spencer Timothy Karol from the vehicle causing blunt force injuries resulting in his death.

293.    The attack in which Spencer Timothy Karol was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

294.    Plaintiff Bridget Catherine Madison is a citizen of the United States and domiciled in the State of Arizona.  She is the mother of Spencer Timothy Karol. She brings this action individually and on behalf of the Plaintiff Estate of Spencer Timothy Karol, as its proposed legal representative.

295.    As a result of the attack, and the death of Spencer Timothy Karol, Plaintiff Bridget Catherine Madison has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Spencer Timothy Karol's companionship, comfort, advice, and counsel.

296.    As a result of the attack, the Plaintiff Estate of Spencer Timothy Karol experienced conscious pain and suffering and/or suffered economic loss.

5. **THE OCTOBER 23, 2003, ATTACK – HABBANIYAH, IRAQ**

**The Gray Family**

297.    Plaintiff Shawn Gray is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Michigan.

298.    On October 23, 2003, Shawn Gray, then 26, was a Private First Class in the United States Army traveling toward Forward Operating Base (FOB) "Manhattan" in Habbaniyah, Iraq with his unit when they were attacked with an IED.  While other members of his unit attempted to repair the damaged truck, Shawn Gray (despite his injuries caused by the blast) maintained security to protect his fellow soldiers.

299.    Shawn Gray suffered injuries from the explosion, including a Traumatic Brain Injury (TBI), migraines, skin rashes, sleep apnea, and Meniere's disease (a disorder of the inner ear that can lead to dizzy spells, vertigo, and hearing loss). He also suffers from severe Post-Traumatic Stress Disorder (PTSD).

300.    The attack in which Shawn Gray was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

301.    As a result of this attack and the injuries he suffered, Plaintiff Shawn Gray has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

6. **OCTOBER 26, 2003, ATTACK – BAGHDAD/DORA, IRAQ**

**The Guerrera Family**

302.    Joseph Robert Guerrera was a citizen of the United States and was domiciled in the State of North Carolina when he was killed in Iraq.

303.    On October 26, 2003, Joseph Robert Guerrera, then 20, was a Private First Class in the United States Army conducting surveillance operations to capture insurgents firing mortars in the area south and west of Baghdad when his company responded to a point of origin of a recent mortar attack and their HMMWV struck an IED in a traffic circle in the southern portion of Dora district in Baghdad resulting in Joseph Robert Guerrera's death the following morning.

304.    The attack in which Joseph Robert Guerrera was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

305.    Plaintiff Brenda Norris Tart is a citizen of the United States and domiciled in the State of North Carolina.  She is the mother of Joseph Robert Guerrera.  She brings this action individually and on behalf of the Plaintiff Estate of Joseph Robert Guerrera, as its proposed personal representative.

306.    As a result of the attack, and the death of Joseph Robert Guerrera, Plaintiff Brenda Norris Tart has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joseph Robert Guerrera's companionship, comfort, advice and counsel.

307.    As a result of the attack, the Plaintiff Estate of Joseph Robert Guerrera experienced conscious pain and suffering and/or suffered economic loss.

**The Huggins Family**

308.    Jamie L. Huggins was a citizen of the United States and was domiciled in the State of North Carolina when he was killed in Iraq.

309.    On October 26, 2003, Jamie L. Huggins, then 26, was a Staff Sergeant in the United States Army who was killed in the same IED attack that took the life of Joseph Robert Guerrera.

310.    The attack in which Jamie L. Huggins was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

311.    Plaintiff Helen L. Huggins is a citizen of the United States and domiciled in the State of Missouri.  She is the mother of Jamie L. Huggins.

312.    Plaintiff Connie Greene is a citizen of the United States and domiciled in the State of Missouri.  She is the sister of Jamie L. Huggins.

313.    Plaintiff Lloyd Huggins is a citizen of the United States and domiciled in the State of Missouri.  He is the brother of Jamie L. Huggins.

314.    Plaintiff Mallory Huggins is a citizen of the United States and domiciled in the State of Texas.  She is the daughter of Jamie L. Huggins.

315.    Plaintiff Robert Huggins is a citizen of the United States and domiciled in the State of Missouri.  He is the brother of Jamie L. Huggins.

316.    Plaintiff Jayne Massey is a citizen of the United States and domiciled in the State of Missouri.  She is the sister of Jamie L. Huggins.

317.    As a result of the attack, and the death of Jamie L. Huggins, Plaintiffs Helen L. Huggins, Connie Greene, Lloyd Huggins, Mallory Huggins, Robert Huggins, and Jayne Massey have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jamie L. Huggins' companionship, comfort, advice and counsel.

### 7.  THE OCTOBER 28, 2003, ATTACK – BAQUBAH, IRAQ

**The Barrera Family**

318.    Michael P. Barrera was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

319.    On October 28, 2003, Michael P. Barrera, then 26, was serving as a Staff Sergeant1 in the United States Army in Baqubah, Iraq, when his M1 Abrams tank was struck by an IED causing the tank to roll down a 30-foot embankment resulting in his death.

320.    The attack in which Michael P. Barrera was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

321.    Plaintiff Hilda Barrera Guardiola is a citizen of the United States and domiciled in the State of Texas.  She is the mother of Michael P. Barrera.

322.    Plaintiff C'lina A. Sabillon is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Michael P. Barrera.

323.    Plaintiff Gabriel Guardiola is a citizen of the United States and domiciled in the State of Texas.  He is the stepfather of Michael P. Barrera.

324.    As a result of the attack, and the death of Michael P. Barrera, Plaintiffs Hilda Barrera Guardiola, C'lina A. Sabillon, and Gabriel Guardiola have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael P. Barrera's companionship, comfort, advice and counsel.

**The Campoy Family**

325.    Isaac Campoy was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq in the same attack as Michael P. Barrera.

326.    The attack in which Issac Campoy was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

327.    Plaintiff Victor Manuel Campoy is a citizen of the United States and domiciled in the State of Arizona.  He is the father of Isaac Campoy.  He brings this action individually and on behalf of the Plaintiff Estate of Isaac Campoy, as its proposed legal representative.

328.    Plaintiff Victor Manuel Campoy also brings this action on behalf of the Plaintiff Estate of Manuela Campoy, deceased mother of Isaac Campoy, as its proposed legal representative.

329.    Plaintiff Victor Manuel Campoy, Jr. is a citizen of the United States and domiciled in the State of Arizona.  He is the brother of Isaac Campoy.

330.    Plaintiff Jonathan Campoy is a citizen of the United States and domiciled in the State of Arizona.  He is the brother of Isaac Campoy.

331.    As a result of the attack, and the death of Isaac Campoy, Plaintiffs Victor Manuel Campoy, Estate of Manuela Campoy, Victor Manuel Campoy, Jr., and Jonathan Campoy have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Isaac Campoy's companionship, comfort, advice and counsel.

332.    As a result of the attack, the Plaintiff Estate of Isaac Campoy experienced conscious pain and suffering and/or suffered economic loss.

### 8.    THE NOVEMBER 8, 2003, ATTACK – FALLUJAH, IRAQ

**The Collins Family**

333.    Gary L. Collins was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

334.    On November 8, 2003, Gary L. Collins, then 32, was a Sergeant First Class in the United States Army when the Bradley Fighting Vehicle in which he was traveling was struck an Improvised Explosive Device (IED) while conducting combat operations in the southern region of Fallujah, Iraq. Gary L. Collins suffered ballistic injuries sustained in the blast resulting in his death.

335.    The attack in which Gary Collins was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

336.    Plaintiff Kasandra Kate Collins is a citizen of the United States and domiciled in the State of Missouri.  She is the widow of Gary L. Collins and brings this action individually and on behalf of the Plaintiff Estate of Gary L. Collins, as its legal representative.

337.    As a result of the attack, and the death of Gary L. Collins, Plaintiff Kasandra Kate Collins has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gary Collins' companionship, comfort, advice, and counsel.

338.    As a result of the attack, the Plaintiff Estate of Gary L. Collins experienced conscious pain and suffering and/or suffered economic loss.

**The Vasquez Family**

339.    Mark Daniel Vasquez was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq in the same attack as Gary L. Collins.

340.    The attack in which Mark Daniel Vasquez was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

341.    Plaintiff Nicole M. Vasquez is a citizen of the United States and domiciled in the State of Texas.  She of the widow of Mark Daniel Vasquez. She brings this action individually and on behalf of the Plaintiff Estate of Mark Daniel Vasquez, as its proposed legal representative.

342.    As a result of the attack, and the death of Mark Daniel Vasquez, Plaintiff Nicole M. Vasquez has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Mark Daniel Vasquez's companionship, comfort, advice, and counsel.

343.    As a result of the attack, the Plaintiff Estate of Mark Daniel Vasquez experienced conscious pain and suffering and/or suffered economic loss.

### 9. **THE NOVEMBER 13, 2003, ATTACK – SAMARRA, IRAQ**

**The Fletcher Family**

344.    Jacob S. Fletcher was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

345.    On November 13, 2003, Jacob S. Fletcher, then 28, was serving as a Private First Class in the United States Army and was traveling back to Iraq from Qatar when the military bus he was traveling in was struck by an IED near Samarra, Iraq. resulting in his death from blast injuries.

346.    The attack in which Jacob S. Fletcher was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

347.    Plaintiff Dorine Kenney is a citizen of the United States and domiciled in the State of New York.  She is the mother of Jacob S. Fletcher.  She brings this action individually and on behalf of the Plaintiff Estate of Jacob S. Fletcher, as its legal representative.

348.    As a result of the attack, and the death of Jacob S. Fletcher, Plaintiff Dorine Kenney has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jacob S. Fletcher's companionship, comfort, advice and counsel.

349.    As a result of the attack, the Plaintiff Estate of Jacob S. Fletcher experienced conscious pain and suffering and/or suffered economic loss.

**The Minucci Family**

350.    Joseph Minucci II was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq in the same attack as Jacob S. Fletcher.

351.    The attack in which Joseph Minucci II was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

352.    Plaintiff Marcella Rae Minucci Banks is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Joseph Minucci II. She brings this action individually and on behalf of the Plaintiff Estate of Joseph Minucci II, as its proposed legal representative.

353.    Plaintiff Shannon Grande is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Joseph Minucci II.

354.    Plaintiff Terrence Lee Minucci, Jr. is a citizen of the United States and domiciled in the State of Pennsylvania.  He is the brother of Joseph Minucci II.

355.    As a result of the attack, and the death of Joseph Minucci II, Plaintiffs Marcella Rae Minucci Banks, Shannon Grande, and Terrence Lee Minucci, Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joseph Minucci II's companionship, comfort, advice, and counsel.

356.    As a result of the attack, the Plaintiff Estate of Joseph Minucci II experienced conscious pain and suffering and/or suffered economic loss.

**10. THE DECEMBER 12, 2003, ATTACK – RAMADI, IRAQ**

**The Black Family**

357.    Jarrod W. Black was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

358.    On December 12, 2003, Jarrod W. Black, then 26, was a Sergeant ("SGT") in the United States Army participating in a routine patrol near Ramadi, Iraq when an IED exploded next to his vehicle inflicting injuries to his chest, face, right wrist, and right femoral region causing him to be pronounced dead approximately three hours after the explosion.

359.    The attack in which Jarod W. Black was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

360.    Plaintiff Shawna Black is a citizen of the United States and domiciled in the State of Louisiana.  She is the widow of Jarrod W. Black.  She brings this action individually and on behalf of the Plaintiff Estate of Jarrod W. Black, as its proposed legal representative.

361.    Plaintiff Sheridan Black is a citizen of the United States and domiciled in the State of Louisiana.  She is the daughter of Jarrod W. Black and Shawna Black.  She was in utero at the time of her father's death.

362.    As a result of the attack, and the death of Jarrod W. Black, Plaintiffs Shawna Black and Sheridan Black have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jarrod W. Black's companionship, comfort, advice and counsel.

363.    As a result of the attack, the Plaintiff Estate of Jarrod W. Black experienced conscious pain and suffering and/or suffered economic loss.

**11.  <u>THE DECEMBER 24, 2003, ATTACK – SAMARA, IRAQ</u>**

**<u>The Splinter Family</u>**

364.    Christopher Jon Splinter was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

365.    On December 24, 2003, Christopher Jon Splinter, then 43, was a Major in the United States Army when an IED detonated near his unit while they were conducting routine ground operations in Samara, Iraq. Christopher Jon Splinter died as a result of injuries sustained in the blast.

366.    The attack in which Christopher Jon Splinter was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

367.    Plaintiff Penny Lou Splinter is a citizen of the United States and domiciled in the State of Iowa. She is the widow of Christopher Jon Splinter. She brings this action individually and on behalf of the Plaintiff Estate of Christopher Jon Splinter, as its proposed legal representative.

368.    Plaintiff Mitchell Christopher Splinter is a citizen of the United States and domiciled in the State of Wisconsin. He is the son of Christopher Jon Splinter.

369.    Plaintiff Rachel Lou Splinter (Meyer) is a citizen of the United States and is domiciled in the state of Iowa. She is the daughter of Christopher Jon Splinter.

370.    As a result of the attack, and the death of Christopher Jon Splinter, Plaintiffs Penny Lou Splinter, Mitchell Christopher Splinter, and Rachel Lou Splinter (Meyer) have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher Jon Splinter's companionship, comfort, advice, and counsel.

371.    As a result of the attack, the Plaintiff Estate of Christopher Jon Splinter experienced conscious pain and suffering and/or suffered economic loss.

## 12.  THE JANUARY 2, 2004, ATTACK – RAMADI, IRAQ

### The Frist Family

372.    Lucas Peirce Frist was a citizen of the United States and domiciled in the State of Indiana when he was mortally wounded in Iraq.

373.    On January 2, 2004, Lucas Peirce Frist, then 20, was serving as a Specialist in the United States Army Reserves and was driving a petroleum tanker near Ramadi, Iraq when the tanker struck an IED. His unit sustained small-arms fire and the tanker was struck by a rocket-propelled grenade. As a result of the attack, Lucas Peirce Frist sustained full thickness burns over

90% of his body. He succumbed to his injuries at Brooke Army Medical Center in San Antonio, Texas three days later on January 5, 2004.

374.    The attack that resulted in the death of Lucas Peirce Frist was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

375.    Plaintiff Dennis Franklin Frist is a citizen of the United States and domiciled in the state of Indiana. He is the father of Lucas Peirce Frist.

376.    Plaintiff Patti Lou Frist is a citizen of the United States and domiciled in the state of Indiana. She is the mother of Lucas Peirce Frist.

377.    Plaintiff Johanna Lipscomb is a citizen of the United States and is domiciled in the state of Indiana. She is the sister of Lucas Peirce Frist.

378.    Plaintiff Erin E. Frist is a citizen of the United States and is domiciled in the state of Indiana. She is the sister of Lucas Peirce Frist.

379.    Plaintiffs Dennis Franklin Frist and Patti Lou Frist bring this action individually and on behalf of the Plaintiff Estate of Lucas Peirce Frist, as its proposed legal co-representatives.

380.    As a result of the attack, and the death of Lucas Peirce Frist, Plaintiffs Dennis Franklin Frist, Patti Lou Frist, Erin E. Frist, and Johanna Lipscomb have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Lucas Peirce Frist's companionship, comfort, advice and counsel.

381.    As a result of the attack, the Plaintiff Estate of Lucas Peirce Frist experienced conscious pain and suffering and/or suffered economic loss.

### 13. THE JANUARY 8, 2004, ATTACK – FALLUJAH, IRAQ

**The Davis Family**

382.    Craig Davis was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

383.    On January 8, 2004, Craig Davis, then 37, was serving as a Staff Sergeant in the United States Army when the UH-80 Black Hawk helicopter in which he was a passenger was shot down approximately seven kilometers south of Fallujah, Iraq. Craig Davis was killed in the attack along with eight others who were on board the helicopter.

384.    The attack in which Craig Davis was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

385.    Plaintiff Clara Mae Davis-Johnson is a citizen of the United States and domiciled in the State of Louisiana.  She is the mother of Craig Davis.

386.    Plaintiff Earl Johnson is a citizen of the United States and domiciled in the State of Louisiana.  He is the stepfather of Craig Davis.

387.    As a result of the attack, and the death of Craig Davis, Plaintiffs Clara Mae Davis-Johnson and Earl Johnson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Craig Davis's companionship, comfort, advice and counsel.

**The Golby Family**

388.    Christopher Allen Golby was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq in the same attack as Craig Davis.

389.    The attack in which Christopher Allen Golby was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

390.    Plaintiff Sonya Marie Golby is a citizen of the United States and domiciled in the state of Indiana. She is the widow of Christopher Allen Golby. She brings this action individually and on behalf of the Plaintiff Estate of Christopher Allen Golby, as its proposed legal representative.

391.    Plaintiff Sean Ford is a citizen of the United States and domiciled in the State of Indiana. He is the stepson of Christopher Allen Golby.

392.    Plaintiff Dylon Golby is a citizen of the United States and domiciled in the State of Indiana.  He is the son of Christopher Allen Golby.

393.    As a result of the attack, and the death of Christopher Allen Golby, Plaintiffs Sean Ford, Dylon Golby, and Sonya Marie Golby have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Allen Golby's companionship, comfort, advice and counsel.

394.    As a result of the attack, the Plaintiff Estate of Christopher Allen Golby experienced conscious pain and suffering and/or suffered economic loss.

**The Johnson Family**

395.    Nathaniel Henry Johnson was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq in the same attack as Craig Davis and Christopher Allen Golby.

396.    The attack in which Nathaniel Henry Johnson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

397.    Plaintiff Phyllis A. Johnson is a citizen of the United States and domiciled in the state of Georgia.  She is the stepmother of Nathaniel Henry Johnson.

398.    Plaintiff Felix Johnson is a citizen of the United States and domiciled in the state of Georgia.  He is the father of Nathaniel Henry Johnson.

399.    Plaintiff Tiffiney D. Williams is a citizen of the United States and domiciled in the state of Mississippi. She is the sister of Nathaniel Henry Johnson.

400.    Plaintiffs Felix Johnson and Phyllis A. Johnson bring this action individually and on behalf of the Plaintiff Estate of Nathaniel Henry Johnson, as its proposed legal co-representatives.

401.    As a result of the attack, and the death of Nathaniel Henry Johnson, Plaintiffs Phyllis A. Johnson, Felix Johnson, and Tiffiney D. Williams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nathaniel Henry Johnson's companionship, comfort, advice, and counsel.

402.    As a result of the attack, the Plaintiff Estate of Nathaniel Henry Johnson experienced conscious pain and suffering and/or suffered economic loss.

**The Manuel Family**

403.    Ian Desmond Manuel was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq in the same attack as Craig Davis, Christopher Allen Golby, and Nathaniel Henry Johnson.

404.    Ian Desmond Manuel, then 23, was a Chief Warrant Officer 2 in the United States Army piloting the UH-60 Blackhawk Helicopter which was shot down by enemy insurgents. Ian Desmond Manuel died as a result of several traumatic injuries sustained in the crash.

405.    The attack in which Ian Desmond Manuel was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

406.    Plaintiff Tita Camacis Derrow is a citizen of the United States and domiciled in the state of Virginia. She is the mother of Ian Desmond Manuel. She brings this action individually and on behalf of the Plaintiff Estate of Ian Desmond Manuel, as its proposed legal representative.

407.    As a result of the attack, and the death of Ian Desmond Manuel, Plaintiff Tita Camacis Derrow has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ian Desmond Manuel's companionship, comfort, advice, and counsel.

408.    As a result of the attack, the Plaintiff Estate of Ian Desmond Manuel experienced conscious pain and suffering and/or suffered economic loss.

**14. THE JANUARY 14, 2004, ATTACK – BAQUBAH, IRAQ**

**Robert J. Barry**

409.    Plaintiff Robert J. Barry is a citizen of the United States who was wounded in Iraq and is domiciled in the State of California.

410.    On January 14, 2004, Robert J. Barry, then 24, was a Sergeant in the United States Army participating in a mission tasked with searching and seizing weapons from Iraqi operatives in the Diyala River Valley near Baqubah, Iraq. After detaining numerous individuals for weapons violations, the unit was ambushed on their return to base, and Robert J. Barry and another dismounted servicemember (who was subsequently shot) engaged in a nearly two-hour firefight until rescue support arrived.  Robert J. Barry has suffered from hearing loss, tinnitus, memory loss, suicidal ideation, panic attacks, persistent delusions and hallucinations, lumbar spine degenerative disc disease, and post-traumatic stress disorder as a result of the attack.

411.    The attack in which Robert J. Barry was injured was carried out by Iranian- and Syrian- funded and -trained terror operatives in Iraq.

412.    As a result of this attack and the injuries he suffered, Plaintiff Robert J. Barry has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 15. <u>THE JANUARY 17, 2004, ATTACK – TAJI, IRAQ</u>

**<u>The Randle Family</u>**

413.    Edmond Lee Randle Jr. was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

414.    On January 17, 2004, Edmond Lee Randle Jr., then 26, was a Sergeant in the United States Army conducting a routine patrol in Taji, Iraq when the vehicle he was riding in was struck by an IED. Edmond Lee Randle Jr. was killed as a result of injuries he sustained in the attack.

415.    The attack in which Edmond Lee Randle Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

416.    Plaintiff Karla Denise McKnight is a citizen of the United States and domiciled in the State of Florida. She is the mother of Edmond Lee Randle Jr. and brings this action individually and on behalf of the Plaintiff Estate of Edmond Lee Randle, Jr., as its proposed legal representative.

417.    As a result of the attack, and the death of Edmond Lee Randle Jr., Plaintiff Karla Denise McKnight has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Edmond Lee Randle Jr.'s companionship, comfort, advice and counsel.

418.    As a result of the attack, the Plaintiff Estate of Edmond Lee Randle, Jr. experienced conscious pain and suffering and/or suffered economic loss.

## 16. THE JANUARY 24, 2004, ATTACK – KHALIDIYAH, IRAQ

**The Chappell Family**

419.    Jason Chappell was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

420.    On January 24, 2004, Jason Chappell, then 22, was serving as a Specialist in the United States Army when his unit was attacked with a VBIED on the north side of a bridge in Khalidiya, Iraq resulting in his death.

421.    The attack in which Jason Chappell was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

422.    Gail L. Farnsworth brings this action on behalf of the Plaintiff Estate of Jason Chappell, as its proposed legal representative.

423.    As a result of the attack, the Plaintiff Estate of Jason Chappell experienced conscious pain and suffering and/or suffered economic loss.

## 17. THE JANUARY 27, 2004, ATTACK – ISKANDARIYAH, IRAQ

**The Mracek Family**

424.    Cory Ryan Mracek was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

425.    On January 27, 2004, Cory Ryan Mracek, then 26, was a Sergeant in the United States Army conducting security operations in Iskandariyah, Iraq, when an IED detonated near his location. Cory Ryan Mracek was killed as a result of ballistic injuries sustained in the attack.

426.    The attack in which Cory Mracek was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

427.    Plaintiff Patricia L. Mracek is a citizen of the United States and domiciled in the state of Nebraska. She is the mother of Cory Ryan Mracek. She brings this action individually and on behalf of the Plaintiff Estate of Cory Ryan Mracek, as its proposed legal representative.

428.    As a result of the attack, and the death of Cory Ryan Mracek, Plaintiff Patricia L. Mracek has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cory Ryan Mracek's companionship, comfort, advice, and counsel.

429.    As a result of the attack, the Plaintiff Estate of Cory Ryan Mracek experienced conscious pain and suffering and/or suffered economic loss.

## 18.  THE FEBRUARY 19, 2004, ATTACK – KHALIDIYAH, IRAQ

**The Graham Family**

430.    Jeffrey Carl Graham was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

431.    On February 19, 2004, Jeffrey Carl Graham, then 24, was a Second Lieutenant in the United States Army conducting security operations in Khalidiyah, Iraq. when an IED detonated near their location. Jeffrey Graham was killed as a result of injuries sustained in the explosion.

432.    The attack in which Jeffrey Carl Graham was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

433.    Plaintiff Carol Shroat Graham is a citizen of the United States and domiciled in the state of New Jersey. She is the mother of Jeffrey Carl Graham.

434.    Plaintiff Mark Alan Graham is a citizen of the United States and domiciled in New Jersey. He is the father of Jeffrey Carl Graham.

435.    Plaintiff Melanie Graham Quinn is a citizen of the United States and domiciled in New York. She is the sister of Jeffrey Carl Graham.

436.    Plaintiffs Carol Shroat Graham and Mark Alan Graham bring this action individually and on behalf of the Plaintiff Estate of Jeffrey Carl Graham, as its proposed legal co-representatives.

437.    As a result of the attack, and the death of Jeffrey Carl Graham, Plaintiffs Carol Shroat Graham, Mark Alan Graham, and Melanie Graham Quinn have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeffrey Carl Graham's companionship, comfort, advice, and counsel.

438.    As a result of the attack, the Plaintiff Estate of Jeffrey Carl Graham experienced conscious pain and suffering and/or suffered economic loss.

### 19.  <u>THE MARCH 13, 2004, ATTACK – TIKRIT, IRAQ</u>

**<u>The Ford Family</u>**

439.    Jason Christopher Ford was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

440.    On March 13, 2004, Jason Christopher Ford, then 21, was serving as a Specialist in the United States Army when an IED detonated next to his HMMWV in Tikrit, Iraq resulting in his death.

441.    The attack in which Jason Christopher Ford was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

442.    Plaintiff Joseph C. Ford is a citizen of the United States and domiciled in the State of Maryland.  He is the father of Jason Christopher Ford and brings this action individually and on behalf of the Plaintiff Estate of Jason Christopher, as its proposed legal representative.

443.    As a result of the attack, and the death of Jason Christopher Ford, Plaintiff Joseph C. Ford has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jason Christopher Ford's companionship, comfort, advice and counsel.

444.    As a result of the attack, the Plaintiff Estate of Jason Christopher Ford experienced conscious pain and suffering and/or suffered economic loss.

## 20. THE MARCH 13, 2004, ATTACK – ARAB JABOUR, IRAQ

### The Londono Family

445.    Daniel J. Londono was a citizen of the United States and was domiciled in the State of Massachusetts when he was killed in Iraq.

446.    On March 13, 2004, Daniel J. Londono, then 22, was a Sergeant in the United States Army participating in a reconnaissance patrol in the Arab Jabour area immediately south of Baghdad when his vehicle was struck with an IED immediately below the vehicle causing it to roll into a nearby canal killing Daniel J. Londono and two other members of his unit.

447.    The attack in which Daniel J. Londono was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

448.    Plaintiff Iwona Londono is a citizen of the United States and domiciled in the State of Massachusetts.  She is the mother of Daniel J. Londono. She brings this action individually and on behalf of the Plaintiff Estate of Daniel J. Londono, as its proposed legal representative.

449.    As a result of the attack, and the death of Daniel J. Londono, Plaintiff Iwona Londono has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Daniel J. Londono's companionship, comfort, advice and counsel.

450.    As a result of the attack, the Plaintiff Estate of Daniel J. Londono experienced conscious pain and suffering and/or suffered economic loss.

## 21.  THE MARCH 20, 2004, ATTACK – FOB ST. MERES/FALLUJAH, IRAQ

### The Sandri Family

451.    Matthew Joseph Sandri was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

452.    On March 20, 2004, Matthew Joseph Sandri, then 24, was a Specialist in the United States Army serving with his unit at Forward Operating Base St. Mere in Fallujah, Iraq when their housing unit was struck by a bombardment of rockets and gunfire. Matthew Joseph Sandri was killed as a result of injuries sustained in the attack.

453.    The attack in which Matthew Joseph Sandri was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

454.    Plaintiff Annette R. Sandri is a citizen of the United States and domiciled in the State of Pennsylvania.  She is the mother of Matthew Joseph Sandri.

455.    Plaintiff Robert J. Sandri is a citizen of the United States and domiciled in the State of Pennsylvania.  He is the father of Matthew Joseph Sandri.

456.    Plaintiff Blake Sandri is a citizen of the United States and domiciled in the State of Pennsylvania.  He is the brother of Matthew Joseph Sandri.

457.    Plaintiff Julianne Sandri is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Matthew Joseph Sandri.

458.    Plaintiff Lydia Sandri is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Matthew Joseph Sandri.

459.    Plaintiffs Annette R. Sandri and Robert J. Sandri bring this action individually and on behalf of the Plaintiff Estate of Matthew Joseph Sandri, as its proposed legal co-representatives.

460.    As a result of the attack, and the death of Matthew Joseph Sandri, Plaintiffs Annette R. Sandri, Robert J. Sandri, Blake Sandri, Julianna Sandri, and Lydia Sandri have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Matthew Joseph Sandri's companionship, comfort, advice and counsel.

461.    As a result of the attack, the Plaintiff Estate of Matthew Joseph Sandri experienced conscious pain and suffering and/or suffered economic loss.

## 22.  <u>THE MARCH  21, 2004, ATTACK – BAGHDAD, IRAQ</u>

**<u>The Hudson Family</u>**

462.    Christopher Edwin Hudson was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

463.    On March 21, 2004, Christopher Edwin Hudson, then 21, was a Private First Class in the United States Army conducting mounted patrol on "Route Cardinal" in Abu Ghraib, Iraq, when an IED detonated near his location. After being Medevac'd to the combat support hospital, Christopher Hudson died as a result of injuries sustained in the blast.

464.    The attack in which Christopher Edwin Hudson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

465.    Plaintiff Sarah Grace Hudson is a citizen of the United States and domiciled in the State of Indiana.  She is the mother of Christopher Edwin Hudson.

466.    Plaintiff Michelle L. Braun is a citizen of the United States and domiciled in the State of Indiana.  She is the widow of Christopher Edwin Hudson. She brings this action individually and on behalf of the Plaintiff Estate of Christopher Edwin Hudson, as its proposed legal representative.

467.    Plaintiff Veronika Hudson is a citizen of the United States and domiciled in the State of Indiana.  She is the daughter of Christopher Edwin Hudson.

468.    Plaintiff Gavin Hudson is a citizen of the United States and domiciled in the State of Indiana.  He is the son of Christopher Edwin Hudson.

469.    Plaintiff Janell D. Pierle is a citizen of the United States and domiciled in the State of Indiana.  She is the sister of Christopher Edwin Hudson.

470.    Plaintiff Raymond L. Hudson is a citizen of the United States and domiciled in the State of Indiana.  He is the brother of Christopher Edwin Hudson.

471.    Plaintiff Bradley Rhodes is a citizen of the United States and domiciled in the State of Indiana.  He is the brother of Christopher Edwin Hudson.

472.    As a result of the attack, and the death of Cristopher Edwin Hudson, Plaintiffs Sarah Grace Hudson, Michelle L. Braun, Veronika Hudson, Gavin Hudson, Janell D. Pierle, Raymond L. Hudson, and Bradley Rhodes have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Edwin Hudson's companionship, comfort, advice, and counsel.

473.    As a result of the attack, the Plaintiff Estate of Christopher Edwin Hudson experienced conscious pain and suffering and/or suffered economic loss.

## 23. THE MARCH 26, 2004, ATTACK – FALLUJAH, IRAQ

**The Hill Family**

474.    Plaintiff Joshua Eldon Hill is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

475.    On March 26, 2004, Joshua Eldon Hill, then 22, was a Corporal in the United States Marine Corps conducting ground operations in Fallujah, Iraq, when he was engaged by insurgents

with machine guns and RPGs. During the intense firefight, Joshua Eldon Hill received injuries when an RPG exploded in close proximity to his position.

476.    Joshua Eldon Hill suffered injuries in the insurgent attack, including a TBI, a concussion, bilateral hearing loss, bilateral tinnitus, as well as back and leg injuries which required multiple surgeries and have been partially disabling.  He also suffers from PTSD.

477.    The attack in which Joshua Eldon Hill was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

478.    As a result of these attacks and the injuries he suffered, Plaintiff Joshua Eldon Hill has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 24. THE APRIL 3, 2004, ATTACK – RAMADI, IRAQ

**The Barr Family**

479.    Aric J. Barr was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

480.    On April 3, 2004, Aric J. Barr, then 22, was a Lance Corporal in the United States Marine Corps when his unit came under enemy fire in Ramadi, Iraq resulting in the death of Aric J. Barr from multiple traumatic ballistic injuries from an explosion.

481.    The attack in which Aric J. Barr was killed was carried out by Iranian- and Syrian- funded and -trained terror operatives in Iraq.

482.    Plaintiff Anthony J. Barr was a citizen of the United States and domiciled in the State of Pennsylvania at the time of his death. He is the father of Aric Barr. Lisa Marie Barr brings this action on behalf of the Plaintiff Estate of Anthony J. Barr, as its proposed legal representative.

483.    As a result of the attack, and the death of Aric J. Barr, Anthony J. Barr has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Aric J. Barr's companionship, comfort, advice and counsel.

### 25.  THE APRIL 5, 2004, ATTACK – ZAIDON, IRAQ

**The Ramos Family**

484.    Christopher Ramos was a citizen of the United States and domiciled in the State of New Mexico when he was killed in Iraq.

485.    On April 5, 2004, Christopher Ramos, then 26, was a Private First Class in the United States Marine Corps conducting routine combat operations in Zaidon, Iraq, when his unit came under attack by enemy insurgents. The attack consisted of IEDs, RPGs, and small arms fire. Christopher Ramos was killed in the attack as a result of multiple gunshot wounds, and massive trauma due to shrapnel wounds.

486.    The attack in which Christopher Ramos was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

487.    Plaintiff Alvaro Ramos is a citizen of the United States and domiciled in the State of New Mexico.  He is the father of Christopher Ramos.

488.    Plaintiff Malaya Ramos is a citizen of the United States and domiciled in the State of New Mexico. She is the daughter of Christopher Ramos.

489.    Plaintiff Gabriel Booth is a citizen of the United States and domiciled in the State of New Mexico. He is the step-son of Christopher Ramos.

490.    Plaintiff Dianna Ramos is a citizen of the United States and domiciled in the State of New Mexico.  She is the widow of Christopher Ramos. She brings this claim individually and on behalf of the Plaintiff Estate of Christopher Ramos, as its proposed legal representative.

491.    As a result of the attack, and the death of Christopher Ramos, Plaintiffs Alvaro Ramos, Malaya Ramos, Gabriel Booth and Dianna Ramos have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher Ramos' companionship, comfort, advice and counsel.

492.    As a result of the attack, the Plaintiff Estate of Christopher Ramos experienced conscious pain and suffering and/or suffered economic loss.

## 26. <u>THE APRIL 6, 2004, ATTACK – RAMADI, IRAQ</u>

<u>The Wroblewski Family</u>

493.    John Thomas Wroblewski was a citizen of the United States and domiciled in the State of New Jersey when he was killed in Iraq.

494.    On April 6, 2004, John Thomas Wroblewski, then 25, was a Second Lieutenant in the United States Marine Corps conducting combat operations in Ramadi, Iraq, when his unit came under a complex attack by enemy insurgents. John Thomas Wroblewski died as a result of a single gunshot wound sustained in the attack.

495.    The attack in which John Thomas Wroblewski was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

496.    Plaintiff John W. Wroblewski is a citizen of the United States and domiciled in the State of New Jersey. He is the father of John Thomas Wroblewski.

497.    Plaintiff Shawn M. Wroblewski is a citizen of the United States and domiciled in the State of New Jersey. She is the mother of John Thomas Wroblewski.

498.    Plaintiff Michael P. Wroblewski is a citizen of the United States and domiciled in the state of Florida. He is the brother of John Thomas Wroblewski.

499.    Plaintiff David Wroblewski is a citizen of the United States and domiciled in the state of New Jersey. He is the brother of John Thomas Wroblewski.

500.    Plaintiff Richard Wroblewski is a citizen of the United States and domiciled in the state of New Jersey. He is the brother of John Thomas Wroblewski.

501.    As a result of the attack, and the death of John Thomas Wroblewski, Plaintiffs John W. Wroblewski, Shawn Wroblewski, Michael P. Wroblewski, Richard Wroblewski, and David Wroblewski, have experienced severe mental anguish, extreme emotional pain and suffering, and loss of John Thomas Wroblewski's companionship, comfort, advice, and counsel.

**The Carman Family**

502.    Benjamin Carman was a citizen of the United States and domiciled in the State of Iowa when he was killed in Iraq.

503.    On April 6, 2004, Benjamin Carman, then 20, was serving as a Lance Corporal in the United States Marine Corps when his unit responded to an emergency call for backup in Ramadi, Iraq, and was hit and killed by small arms fire.

504.    The attack in which Benjamin Carman was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

505.    Plaintiff Nelson Carman is a citizen of the United States and domiciled in the State of Iowa.  He is the father of Benjamin Carman.

506.    Plaintiff Marie Carman is a citizen of the United States and domiciled in the State of Iowa.  She is the mother of Benjamin Carman.

507.    Plaintiff Amelia Carman is a citizen of the United States and domiciled in the State of Iowa.  She is the sister of Benjamin Carman.

508.    Plaintiff Catherine J. Wilson is a citizen of the United States and domiciled in the State of Iowa.  She is the sister of Benjamin Carman.

509.    Plaintiff James A. Carman is a citizen of the United States and domiciled in the State of Iowa.  He is the brother of Benjamin Carman.

510.    Plaintiffs Nelson Carman and Marie Carman bring this action individually and on behalf of the Plaintiff Estate of Benjamin Carman, as its proposed legal co-representatives.

511.    As a result of the attack, and the death of Benjamin Carman, Plaintiffs Nelson Carman, Marie Carman, Amelia Carman, Catherine J. Wilson and James A. Carman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Benjamin Carman's companionship, comfort, advice and counsel.

512.    As a result of the attack, the Plaintiff Estate of Benjamin Carman experienced conscious pain and suffering and/or suffered economic loss.

### The Cobb Family

513.    Christopher Ronald Cobb was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq in the same attack as Benjamin Carman.

514.    The attack in which Christopher Ronald Cobb was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

515.    Pamela Hodges brings this action on behalf of the Plaintiff Estate of Sheila Cobb, as its legal representative. Sheila Cobb was the mother of Christopher Ronald Cobb and was a citizen of the United States and domiciled in the State of Florida.

516.    As a result of the attack, and the death of Christopher Ronald Cobb, Sheila Cobb experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Ronald Cobb's companionship, comfort, advice, and counsel.

**The Walker Family**

517.    Allan Kendall Walker was a citizen of the United States and domiciled in the State of California when he was killed in Iraq in the same attack as Benjamin Carman and Christopher Ronald Cobb.

518.    The attack in which Allan Kendall Walker was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

519.    Plaintiff Nancy L. Walker is a citizen of the United States and domiciled in the State of California. She is the mother of Allan Kendall Walker.

520.    As a result of the attack, and the death of Allan Kendall Walker, Plaintiff Nancy L. Walker has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Allan Kendall Walker's companionship, comfort, advice, and counsel.

## 27. THE APRIL 7, 2004, ATTACK – FALLUJAH, IRAQ

**The Morel Family**

521.    Brent Lee Morel was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

522.    On April 7, 2004, Brent Lee Morel, then 27, was a Captain in the United States Marine Corps, conducting combat operations on "Route Boston" in South Fallujah, Iraq when his unit came under a complex attack by insurgents.

523.    The complex attack consisted of RPGs, mortars, heavy machine gun fire, and snipers. Brent Lee Morel coordinated a counterattack and was killed by a gunshot wound to the chest from armor piercing rounds.

524.    The attack in which Brent Lee Morel was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

525.    Plaintiff Paulette Smith Morel is a citizen of the United States and domiciled in the State of Tennessee.  She is the mother of Brent Lee Morel.

526.    Plaintiff Joseph Michael Morel is a citizen of the United States and domiciled in the State of Tennessee.  He is the father of Brent Lee Morel.

527.    Plaintiff Marcy Heather Morel Laird is a citizen of the United States and domiciled in the State of Tennessee.  She is the sister of Brent Lee Morel.

528.    As a result of the attack, and the death of Brent Lee Morel, Plaintiffs Paulette Smith Morel, Joseph Michael Morel, and Marcy Heather Morel Laird have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brent Lee Morel's companionship, comfort, advice and counsel.

## 28. THE AUGUST 8, 2004, ATTACK – RAMANA, IRAQ

### The Dieruf Family

529.    Nicholas James Dieruf was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

530.    On August 8, 2004, Nicholas James Dieruf, then 21, was a Corporal in the United States Marine Corps when his unit came under attack in the vicinity of Al-Qaim, Iraq with an IED, small arms fire, machine gun fire, and RPGs. The lead vehicle in the unit was hit by two rocket-propelled grenades resulting in Nicholas James Dieruf's death.

531.    The attack in which Nicholas James Dieruf was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

532.    Plaintiff Emily J. Dieruf-Chambers is a citizen of the United States and domiciled in the State of Kentucky.  She is the widow of Nicholas James Dieruf.  She brings this action

individually and on behalf of the Plaintiff Estate of Nicholas James Dieruf, as its proposed legal representative.

533.    Plaintiff Paul R. Dieruf is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Nicholas James Dieruf.

534.    Plaintiff Charles Dieruf III is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Nicholas James Dieruf.

535.    Plaintiff Barbara Marie Dieruf is a citizen of the United States and domiciled in the state of Kentucky. She is the mother of Nicholas James Dieruf.

536.    As a result of the attack, and the death of Nicholas James Dieruf, Plaintiffs Emily J. Dieruf-Chambers, Charles Dieruf III, Barbara Marie Dieruf, and Paul R. Dieruf have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nicholas James Dieruf's companionship, comfort, advice and counsel.

537.    As a result of the attack, the Plaintiff Estate of Nicholas James Dieruf experienced conscious pain and suffering and/or suffered economic loss.

## 29. THE APRIL 9, 2004, ATTACK – RAMADI, IRAQ

**The Ayon Family**

538.    Eric A. Ayon was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

539.    On April 9, 2004, Eric A. Ayon, who was 26 years old at the time, was a Private First Class in the U.S. Marine Corps conducting combat operations in the vicinity of Ramadi, Iraq when he was killed in a complex attack including small-arms fire and an IED. Prior to his death, Eric A. Ayon provided assistance to two other Marines in his vehicle who had been injured and who subsequently survived the attack.

540.    The attack in which Eric A. Ayon was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

541.    Plaintiff Angelina Ayon is a citizen of the Unted States and domiciled in the State of California. She is the widow of Eric A. Ayon.

542.    Plaintiff Joshua Ayon is a citizen of the United States and domiciled in the State of California. He is the son of Eric A. Ayon.

543.    Plaintiff Jasmine Ayon is a citizen of the United States and domiciled in the State of California. She is the sister of Eric A. Ayon

544.    As a result of the attack, and the death of Eric A. Ayon, Plaintiffs Angelina Ayon, Jasmine Ayon, and Joshua Ayon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Eric A. Ayon's companionship, comfort, advice and counsel.

### 30. THE APRIL 9, 2004, ATTACK – NEAR JURF SAKHAR, IRAQ

**The Phelps Family**

545.    Chance Phelps was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

546.    On April 9, 2004, Chance Phelps, then 19, was a Private First Class in the United States Marine Corps in the fifth vehicle of a convoy traveling from Fallujah to the northern Babil Province in the vicinity of Jurf As Sukar in Northern Babil Province, Iraq.  An IED explosion disabled the first vehicle, and Chance Phelps' vehicle positioned itself so he could lay down suppression fire from his position in the gunner's turret.

547.    From a fully-exposed position in the turret, Chance Phelps continue to provide suppression fire to allow the Marines who were caught in the open to be able to obtain better

positions and was struck by enemy small-arms fire to the head when he vehicle began moving from its location resulting in his death.

548.    The attack in which Chance Phelps was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

549.    Plaintiff Kelly Orndoff is a citizen of the United States and domiciled in the State of Colorado.  She is the sister of Chance Phelps.

550.    As a result of the attack, and the death of Chance Phelps, Plaintiff Kelly Orndoff has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Chance Phelps' companionship, comfort, advice and counsel.

## 31. THE APRIL 13, 2004, ATTACK – FALLUJAH, IRAQ

**The Boye Family**

551.    Noah Boye was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

552.    On April 13, 2004, Noah Boye, then 21, was serving as a Private First Class in the United States Marine Corps as part of a Quick Reaction Force sent to recover a downed helicopter approximately seven miles outside of Fallujah, when they were ambushed and attacked with RPGs.

553.    The attack in which Noah Boye was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

554.    Plaintiff Brett Boye is a citizen of the United States and domiciled in the State of Nebraska.  He is the father of Noah Boye. He brings this action individually and on behalf of the Plaintiff Estate of Noah Boye, as its proposed legal representative.

555.    As a result of the attack, and the death of Noah Boye, Plaintiff Brett Boye has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Noah Boye's companionship, comfort, advice and counsel.

556.    As a result of the attack, the Plaintiff Estate of Noah Boye experienced conscious pain and suffering and/or suffered economic loss.

## 32. THE APRIL 17, 2004, ATTACK – AL-QA'IM, IRAQ

### The Smith Family

557.    Michael James Smith, Jr. was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

558.    On April 17, 2004, Michael James Smith, Jr., then 21, was a Lance Corporal in the United States Marine Corps when his unit came under a complex attack by enemy insurgents in Al Qaim, Iraq. The attack consisted of RPGs, heavy machine gun fire, and small-arms fire. Michael James Smith, Jr. died as a result of injuries sustained in the attack.

559.    The attack in which Michael James Smith, Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

560.    Plaintiff Marianne Minto Smith is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Michael James Smith, Jr.

561.    Plaintiff Alice M. Smith is a citizen of the United States and domiciled in the State of West Virginia. She is the sister of Michael James Smith, Jr.

562.    Plaintiff Alicia Smith is a citizen of the United States and domiciled in the State of Ohio.  She is the widow of Michael James Smith, Jr.

563.    Plaintiff Elizabeth Mates is a citizen of the United States and domiciled in the State of Ohio.  She is the step-daughter of Michael James Smith, Jr.

564.    Plaintiff Michael J. Smith III is a citizen of the United States and domiciled in the State of Ohio.  He is the son of Michael James Smith, Jr.

565.    Plaintiff Alicia Smith brings this claim individually and on behalf of the Estate of Michael James Smith, Jr., as its proposed legal representative.

566.    As a result of the attack, and the death of Michael James Smith Jr., Plaintiffs Marianne Minto Smith, Alice M. Smith, Alicia Smith, Elizabeth Mates and Michael J. Smith III have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Michael James Smith's companionship, comfort, advice and counsel.

567.    As a result of the attack, the Plaintiff Estate of Michael James Smith, Jr. experienced conscious pain and suffering and/or suffered economic loss.

**The VanLeuven Family**

568.    Gary Francis VanLeuven was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq in the same attack as Michael James Smith Jr.

569.    On April 17, 2004, Gary Francis VanLeuven, then 20, was a Lance Corporal in the United States Marine Corps conducting routine combat operations when his unit came under attack by enemy insurgents in Al Qaim, Iraq. Gray Francis VanLeuven was killed as a result of multiple gunshot wounds sustained during the attack.

570.    The attack in which Gary Francis VanLeuven was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

571.    Plaintiff Christine M. Dybevik is a citizen of the United States and domiciled in the State of Oregon. She is mother of Gary Francis VanLeuven.

572.    Plaintiff Todd VanLeuven is a citizen of the United States and domiciled in the State of Oregon. He is father of Gary Francis VanLeuven.

573.    Plaintiff Jeanie Krossman is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Gary Francis VanLeuven

574.    Plaintiff John VanFossen is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Gary Francis VanLeuven.

575.    Plaintiff Thomas VanLeuven is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Gary Francis VanLeuven.

576.    Plaintiff Trevor VanLeuven is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Gary Francis VanLeuven.

577.    Plaintiffs Christine M. Dybevik and Todd VanLeuven bring this action individually and on behalf of the Plaintiff Estate of Gary Francis VanLeuven, as its proposed legal co-representatives.

578.    As a result of the attack, and the death of Gary Francis VanLeuven, Plaintiffs Christine M. Dybevik, Todd VanLeuven, Jeanie Krossman, Thomas VanLeuven, John VanFossen, and Trevor VanLeuven have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gary Francis VanLeuven's companionship, comfort, advice and counsel.

579.    As a result of the attack, the Plaintiff Estate of Gary Francis VanLeuven experienced conscious pain and suffering and/or suffered economic loss.

### 33. THE APRIL 22, 2004, ATTACK – AL  HABBANIYAH, IRAQ

**The Johnson Family**

580.    Plaintiff Daniel Christopher Johnson is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Wisconsin.

581.    On April 23, 2004, Daniel Christopher Johnson, then 20, was a Private First Class in the United States Army traveling to Forward Operating Base (FOB) "Manhattan" on Highway

10 in Al-Habbaniyah, Iraq, when an IED was detonated near their location. Due to the force of the IED blast, Daniel Christopher Johnson was thrown from the vehicle, knocked unconscious for several minutes, and sustained a TBI, serious shrapnel wounds to his face, neck, hand, and lungs, and he now suffers from migraines, dizziness, tinnitus, extreme chest pain, recurring respiratory illnesses, burns to his face and hands, and PTSD.

582.    The attack in which Daniel Christopher Johnson was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

583.    As a result of the attack and the injuries he suffered, Plaintiff Daniel Christopher Johnson has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**The Gray Family**

584.    Plaintiff Shawn Gray is a citizen of the United States who was wounded in the same attack as Daniel Christopher Johnson and is domiciled in the State of Michigan.

585.    Shawn Gray suffered injuries in the IED attack including a TBI, and he suffers from migraines, skin rashes, sleep apnea, Meniere's disease (a disorder of the inner ear that can lead to dizzy spells, vertigo, and hearing loss), and severe PTSD.

586.    The attack in which Shawn Gray was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

587.    As a result of the attack and the injuries he suffered, Plaintiff Shawn Gray has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 34. THE APRIL 26, 2004, ATTACK – FALLUJAH, IRAQ

**The Austin Family**

588.    Aaron C. Austin was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

589.    On April 26, 2004, Aaron C. Austin, then 21, was serving as a Lance Corporal in the United States Marine Corps in Fallujah, Iraq when he was involved in a firefight with enemy insurgents in which he was fatally shot multiple times in the chest while throwing a hand grenade that halted the enemy attack on his position.

590.    The attack in which Aaron C. Austin was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

591.    Plaintiff Christy De'On Miller is a citizen of the United States and domiciled in the State of New Mexico.  She is the mother of Aaron C. Austin.

592.    Plaintiff Douglas L. Austin is a citizen of the United States and domiciled in the State of Texas.  He is the father of Aaron C. Austin.

593.    Plaintiff Michael D. Austin is a citizen of the United States and domiciled in the State of Nevada.  He is the brother of Aaron C. Austin.

594.    Plaintiff Eric D. Austin is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Aaron C. Austin.

595.    Plaintiffs Douglas L. Austin and Christy De'on Miller bring this action individually and on behalf of the Plaintiff Estate of Aaron C. Austin, as its proposed legal co-representatives.

596.    As a result of the attack, and the death of Aaron C. Austin, Plaintiffs Christy De'On Miller, Douglas L. Austin, Michael D. Austin, and Eric D. Austin have experienced severe mental

anguish, extreme emotional pain and suffering, and loss of Aaron C. Austin's companionship, comfort, advice and counsel.

597.    As a result of the attack, the Plaintiff Estate of Aaron C. Austin experienced conscious pain and suffering and/or suffered economic loss.

**The Magana Family**

598.    Plaintiff Josue Magana is a citizen of the United States who was wounded in the same attack that killed Aaron C. Austin and is domiciled in the State of Texas.

599.    Josue Magana, then 25, was serving as a Sergeant in the United States Marine Corps and sustained injuries in the attack including a gun-shot wound, TBI, severe concussion, tinnitus, and PTSD.

600.    The attack in which Josue Magana was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

601.    As a result of the attack and the injuries he suffered, Plaintiff Josue Magana has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

602.    Plaintiff Lisette Magana is a citizen of the United States and domiciled in the State of Texas. She is the spouse of Josue Magana.

603.    Plaintiff Danae Isabel Magana is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Josue Magana.

604.    As a result of the attack, and the injuries he suffered, Plaintiffs Lisette Magana and Danae Isabel Magana have experienced severe mental anguish and extreme emotional pain and suffering.

## 35. <u>THE APRIL 30, 2004, ATTACK – HIT, IRAQ</u>

### <u>The Dickerson Family</u>

605.    Christopher Mason Dickerson was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

606.    On April 30, 2004, Christopher Mason Dickerson, then 33, was a Petty Officer 3rd Class in the United States Navy Reserves when he was driving the second gun truck in a convoy returning from a mission supporting Marines and Seabees on the Iraqi-Syrian border. An Iraqi pickup truck carrying terrorist insurgents engaged with the convoy near Hit, Iraq while simultaneously detonating two IEDs causing mortal injuries to Christopher Mason Dickerson who nonetheless crashed his vehicle into the side of the insurgents' truck to prevent their continuing assault or escape.

607.    The attack in which Christopher Mason Dickerson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

608.    Plaintiff Tracy Kay Dickerson is a citizen of the United States and domiciled in the State of Georgia.  She is the widow of Christopher Mason Dickerson.  She brings this action individually and on behalf of the Plaintiff Estate of Christopher Mason Dickerson, as its legal representative.

609.    Plaintiff Skylar Jones is a citizen of the United States and domiciled in the State of Georgia.  She is the daughter of Christopher Mason Dickerson.

610.    Plaintiff Jeffrey M. Dickerson is a citizen of the United States and domiciled in the State of Georgia.  He is the father of Christopher Mason Dickerson.

611.    Plaintiff Gayle Revels is a citizen of the United States and domiciled in the State of Georgia.  She is the mother of Christopher Mason Dickerson.

612.    Plaintiff Sherri Dickerson Carmack is a citizen of the United States and domiciled in the State of Georgia.  She is the sister of Christopher Mason Dickerson.

613.    As a result of the attack, and the death of Christopher Mason Dickerson, Plaintiffs Tracy Kay Dickerson, Skylar Jones, Jeffrey M. Dickerson, Gayle Revels, and Sherri Dickerson Carmack have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Mason Dickerson's companionship, comfort, advice and counsel.

614.    As a result of the attack, the Plaintiff Estate of Christopher Mason Dickerson experienced conscious pain and suffering and/or suffered economic loss.

### 36.  <u>THE MAY 2, 2004, ATTACK – BAGHDAD, IRAQ</u>

<u>The Drexler Family</u>

615.    Jeremy Lee Drexler was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

616.    On May 2, 2004, Jeremy Lee Drexler, then 23, was a Private First Class in the United States Army patrolling the Ghazaliyah section of northwest Baghdad when his unit was hit by a Claymore-type device packed with ball bearings resulting in his death.

617.    The attack in which Jeremy Lee Drexler was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

618.    Plaintiff Deborah Annette Drexler is a citizen of the United States and domiciled in the State of Kansas.  She is the mother of Jeremy Lee Drexler.  She brings this action individually and on behalf of the Plaintiff Estate of Jeremy Lee Drexler, as its proposed legal representative.

619.    As a result of the attack, and the death of Jeremy Lee Drexler, Plaintiff Deborah Annette Drexler has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeremy Lee Drexler's companionship, comfort, advice and counsel.

620.    As a result of the attack, the Plaintiff Estate of Jeremy Lee Drexler experienced conscious pain and suffering and/or suffered economic loss.

### 37.  <u>THE MAY 5, 2004, ATTACK – BAGHDAD, IRAQ</u>

**<u>The Kritzer Family</u>**

621.    Bradley G. Kritzer was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

622.    On May 5, 2004, Bradley G. Kritzer, then 19, was serving as a Private First Class in the United States Army as part of a three-vehicle convoy in the Saidiyah neighborhood of Baghdad, Iraq, when their Humvee broke down and was struck by an IED. Bradley Kritzer sustained multiple ballistic injuries in the blast resulting in his death.  He was killed in the same attack as James Marshall.

623.    The attack in which Bradley G. Kritzer was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

624.    Plaintiff Sharon K. Kritzer is a citizen of the United States and domiciled in the state of Pennsylvania. She is the mother of Bradley G. Kritzer.

625.    Plaintiff Roger G. Kritzer is a citizen of the United States and domiciled in the state of Pennsylvania.  He is the father of Bradley G. Kritzer.

626.    Plaintiff Jennifer Kaufman is a citizen of the United States and domiciled in the state of Pennsylvania. She is the sister of Bradley G. Kritzer.

627.    As a result of the attack, and the death of Bradley G. Kritzer, Plaintiffs Sharon K. Kritzer, Roger G. Kritzer and Jennifer Kaufman have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Bradley G. Kritzer's companionship, comfort, advice, and counsel.

**The Marshall Family**

628.    James E. Marshall was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in the same attack as Bradley G. Kritzer.

629.    James E. Marshall, then 19, was a Specialist in the United States Army who was killed as a result of the IED blast.

630.    The attack in which James E. Marshall was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

631.    Plaintiff Pamela Joyee Marshall Rawlins is a citizen of the United States and domiciled in the state of Oklahoma. She is the mother of James E. Marshall.

632.    As a result of the attack, and the death of James E. Marshall, Plaintiff Pamela Joyee Marshall Rawlins has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of James E. Marshall's companionship, comfort, advice, and counsel.

## 38.    THE MAY 25, 2004, ATTACK – AL ISKANDARIYA, IRAQ

**The Gonzalez Family**

633.    Plaintiff Noe Gonzalez is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

634.    On May 25, 2004, Noe Gonzalez, then 23, was a Sergeant in the United States Army at Forward Operating Base (FOB) "Kalsu" in Al-Iskandariyah, Iraq, when the base came under a heavy mortar attack by enemy insurgents. Noe Gonzalez, along with other members of the unit, sought out cover in a bunker on base.  Two mortars struck the entrance to the bunker that Noe Gonzalez and other soldiers were in. Noe Gonzalez suffered serious injuries as a result of the attack. Other soldiers in the bunker were killed and wounded.

635.    Noe Gonzalez suffered injuries in the attack, including a TBI, a dislocated right hip, chronic head, neck, and back pain, bilateral foot injuries, tinnitus, migraines, memory loss, sleep apnea, sleep disorder, and four herniated discs in his back.  He also suffers from PTSD.

636.    The attack in which Noe Gonzalez was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

637.    As a result of the attack, and the injuries he suffered, Plaintiff Noe Gonzalez has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

638.    Plaintiff Sara Euresti is a citizen of the United States and is domiciled in the State of Texas. She is the mother of Noe Gonzalez.

639.    Plaintiff Elizabeth Gonzalez is a citizen of the United States and is domiciled in the State of Texas. She is the sister of Noe Gonzalez.

640.    Plaintiff Sara Gonzalez-Arvizo is a citizen of the United States and is domiciled in the State of Texas. She is the sister of Noe Gonzalez.

641.     As a result of the attack, and the injuries Noe Gonzalez suffered, Plaintiffs Sara Euresti, Elizabeth Gonzalez, and Sara Gonzalez-Arvizo have experienced severe mental anguish and extreme emotional pain and suffering.

### 39. THE JUNE 16, 2004, ATTACK – BALAD, IRAQ

**The Syverson Family**

642.    Paul Roland Syverson III was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

643.    On June 16, 2004, Paul Roland Syverson III, then 32, was a Major in the United States Army when two 107 mm rockets impacted Logistics Support Area ("LSA") Anaconda, killing him.

644.    The attack in which Paul Roland Syverson III was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

645.    Plaintiff Jacquelyn E. Syverson is a citizen of the United States and domiciled in the State of Florida. She is the widow of Paul Roland Syverson III

646.    Plaintiff Amy Syverson is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Paul Roland Syverson III.

647.    Plaintiff Paul Roland Syverson IV is a citizen of the United States and domiciled in the State of Florida. He is the son of Paul Roland Syverson III.

648.    As a result of the attack, and the death of Paul Syverson III, Plaintiffs Jacquelyn E. Syverson, Amy Syverson, and Paul Roland Syverson IV have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Paul Syverson III's companionship, comfort, advice and counsel.

### 40. THE JUNE 18, 2004, ATTACK – RAMADI, IRAQ

**The McElhenney Family**

649.    Plaintiff Lance Dustin McElhenney is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Mississippi.

650.    On June 18, 2004, Lance Dustin McElhenney, then 21, was a Lance Corporal in the United States Marine Corps conducting security operations on Highway 10 in Ramadi, Iraq. While near a designated Marine outpost, an enemy mortar struck the ground approximately five feet from

Lance Dustin McElhenney's location. Due to the force of the blast, he was knocked to the ground and suffered serious injuries such as shrapnel wounds to his head.

651.    Lance Dustin McElhenney suffered injuries in the attack, including a TBI and headaches, as well as shrapnel wounds and scars to his head and the right side of his body.  He also suffers from PTSD.

652.    The attack in which Lance Dustin McElhenney was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

653.    As a result of the attack, and the injuries he suffered, Plaintiff Lance McElhenney has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 41. THE JULY 7, 2004, ATTACK – KARMAH, IRAQ

**The Negron Family**

654.    Plaintiff David Negron is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Michigan.

655.    On July 7, 2004, David Negron, then 19, was a Private First Class in the United States Marine Corps responding as a Quick Response Force unit for an RPG attack at Forward Operating Base Orving. Upon arrival at the attack site, the vehicle he was riding in was struck by an IED.

656.    David Negron suffered injuries in the attack such as a minor concussion and severe burns to his legs. He also suffers from PTSD.

657.    The attack in which David Negron was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

658.    As a result of the attack, and the injuries he suffered, Plaintiff David Negron has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 42. THE JULY 11, 2004, ATTACK – SAMARRA, IRAQ

**The Fischer Family**

659.    Jeremy J. Fischer was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

660.    On July 11, 2004, Jeremy J. Fischer, then 26, was a Staff Sergeant in the United States Army National Guard. Jeremy Fischer's unit was traveling in a convoy in Samarra, Iraq, when an IED detonated near their location. Immediately after the explosion, their unit came under attack from enemy small arms fire. Jeremy Fischer died as a result of injuries sustained in the attack.

661.    The attack in which Jeremy Fischer was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

662.    Plaintiff James K. Fischer is a citizen of the United States and domiciled in the state of Nebraska. He is the father of Jeremy J. Fischer.

663.    As a result of the attack, and the death of Jeremy J. Fischer, Plaintiff James K. Fischer has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeremy J. Fischer's companionship, comfort, advice, and counsel.

### 43. THE JULY 20, 2004, ATTACK – SALMAN PAK, IRAQ

**The Daniels Family**

664.    Danny B. Daniels II was a citizen of the United States and domiciled in the State of West Virginia when he was killed in Iraq.

665.    On July 20, 2004, Danny B. Daniels II, then 23, was serving as a Specialist in the United States Army when his vehicle came under small arms fire and struck an IED resulting in his death from blast and shrapnel injuries.

666.    The attack in which Danny B. Daniels II was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

667.    Plaintiff Danny B. Daniels is a citizen of the United States and domiciled in the State of West Virginia.  He is the father of Danny B. Daniels II.

668.    Plaintiff Justin Daniels is a citizen of the United States and domiciled in the State of West Virginia.  He is the brother of Danny B. Daniels II.

669.    As a result of the attack, and the death of Danny B. Daniels II, Plaintiffs Danny B. Daniels and Justin Daniels have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Danny B. Daniels II's companionship, comfort, advice and counsel.

## 44. THE AUGUST 1, 2004, ATTACK – SAMARRA, IRAQ

### The Dixon Family

670.    Anthony Joseph Dixon was a citizen of the United States and domiciled in the State of New Jersey when he was killed in Iraq.

671.    On August 1, 2004, Anthony Joseph Dixon, then 20, was a Specialist in the United States Army when an IED exploded near his guard post in the vicinity of Samarra, Iraq resulting in his death.

672.    The attack in which Anthony Joseph Dixon was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

673.    Plaintiff Jacquelyn C. Dixon is a citizen of the United States and domiciled in the State of New Jersey.  She is the mother of Anthony Joseph Dixon.  She brings this action

individually and on behalf of the Plaintiff Estate of Anthony Joseph Dixon, as its proposed legal representative.

674.    As a result of the attack, and the death of Anthony Joseph Dixon Plaintiff Jacquelyn C. Dixon has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Anthony Joseph Dixon's companionship, comfort, advice and counsel.

675.    As a result of the attack, the Plaintiff Estate of Anthony Joseph Dixon experienced conscious pain and suffering and/or suffered economic loss.

## 45. THE AUGUST 13, 2004, ATTACK – AL KHALIDIYAH, IRAQ

### The Santoriello Family

676.    Neil Anthony Santoriello was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

677.    On August 13, 2004, Neil Anthony Santoriello, then 24, was a First Lieutenant in the United States Army on patrol in Al Khalidiyah, Iraq, when they came across two individuals in uniform on two separate occasions. Neil Anthony Santoriello's gunman pointed his gun towards the two individuals due to suspicion of intent. Neil Anthony Santoriello then ordered his gunman to disengage. Seconds after, the individuals detonated an IED. Neil Anthony Santoriello was killed as a result of injuries sustained in the blast.

678.    The attack in which Neil Anthony Santoriello was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

679.    Plaintiff Diane Lynn Davis Santoriello is a citizen of the United States and domiciled in the State of Pennsylvania.  She is the mother of Neil Anthony Santoriello.

680.    Plaintiff Neil Santoriello Sr. is a citizen of the United States and domiciled in the State of Pennsylvania.  He is the father of Neil Anthony Santoriello.

681.     As a result of the attack, and the death of Neil Anthony Santoriello, Plaintiffs Diane Lynn Davis Santoriello and Neil Santoriello Sr. have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Neil Anthony Santoriello's companionship, comfort, advice and counsel.

## 46. THE SEPTEMBER 6, 2004, ATTACK – FALLUJAH, IRAQ

**The Burridge Family**

682.     David P. Burridge was a citizen of the United States and domiciled in the State of Louisiana.

683.     On September 6, 2004, David P. Burridge, then 19, was a Private First Class in the United States Marine Corps was patrolling in a Humvee when a VBIED drove into the convoy, killing six members of the United States Marine Corps, including David P. Burridge.

684.     The attack in which David P. Burridge was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

685.     Plaintiff Yvette Burridge is a citizen of the United States and domiciled in the state of Louisiana. She is the mother of David P. Burridge. She brings this action individually and on behalf of the Plaintiff Estate of David P. Burridge, as its proposed legal representative.

686.     Plaintiff Shawn Burridge is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of David P. Burridge.

687.     Plaintiff Brittany Burridge is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of David P. Burridge.

688.     As a result of the attack, and the death of David P. Burridge, Plaintiffs Yvette Burridge, Shawn Burridge, and Brittany Burridge have experienced severe mental anguish,

extreme emotional pain and suffering, and the loss of David P. Burridge's companionship, comfort, advice, and counsel.

689.    As a result of the attack, the Plaintiff Estate of David P. Burridge experienced conscious pain and suffering and/or suffered economic loss

**The Wilson Family**

690.    Lamont N. Wilson was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in the same attack as David P. Burridge.

691.    On September 6, 2004, Lamont N. Wilson, then 20, was a Lance Corporal in the United States Marine Corps when he was killed in the VBIED explosion.

692.    The attack in which Lamont N. Wilson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

693.    Plaintiff Lanny Wilson Jr. is a citizen of the United States and domiciled in the state of Pennsylvania. He is the brother of Lamont N. Wilson. He brings this action individually and on behalf of the Plaintiff Estate of Lamont N. Wilson, as its proposed legal representative.

694.    Plaintiff Tafina Wilson is a citizen of the United States and domiciled in the State of Texas. She is the sister of Lamont N. Wilson.

695.    As a result of the attack, and the death of Lamont N. Wilson, Plaintiffs Lanny Wilson Jr., and Tafina Wilson have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Lamont N Wilson's companionship, comfort, advice, and counsel.

696.    As a result of the attack, the Plaintiff Estate of Lamont N. Wilson experienced conscious pain and suffering and/or suffered economic loss

### 47. THE SEPTEMBER 28, 2004, ATTACK – RAMADI, IRAQ

**The Titcomb Family**

697.    Joshua K. Titcomb was a citizen of the United States and domiciled in the State of Kentucky when he was mortally wounded in Iraq.

698.    On September 28, 2004, Joshua K. Titcomb, then 20, was a Private First Class in the United States Army on patrol outside of an American military compound in Ramadi, Iraq, when an IED detonated near his vehicle.  Joshua K. Titcomb died on September 29, 2004, as a result of the IED blast and shrapnel injuries that he sustained.

699.    The attack in which Joshua K. Titcomb was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

700.    Plaintiff Laura Gonzalez is a citizen of the United States and domiciled in the State of Texas.  She was the fiancé of Joshua K. Titcomb.

701.    Plaintiff Joshua Julius Titcomb is a citizen of the United States and domiciled in the State of Texas. He is the son of Joshua K. Titcomb.

702.    As a result of the attack, and the death of Joshua K. Titcomb, Plaintiffs Laura Gonzalez and Joshua Julius Titcomb have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joshua K. Titcomb's companionship, comfort, advice and counsel.

### 48. THE OCTOBER 2, 2004, AND NOVEMBER 13, 2004, ATTACKS – KARMAH, IRAQ AND FALLUJAH, IRAQ

**The Morgan Family**

703.    Plaintiff Michael Christopher Morgan is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Washington.

704.    On October 2, 2004, Michael Christopher Morgan, then 19, was a Corporal in the United States Marine Corps conducting routine combat operations on "Main Supply Route Chicago" in southern Karmah, Iraq when his unit was attacked by a VBIED.

705.    On November 13, 2004, Michael Christoper Morgan was involved in another attack while leading his team through clearing operations in Fallujah, Iraq when they were faced with heavy amounts of enemy automatic gunfire and grenades from behind a barricaded door. Michael Christopher Morgan sustained injuries in the attack such as a TBI, scarring from shrapnel wounds on his torso, and severe PTSD which affects his ability to live a normal everyday life.

706.    The attacks in which Michael Christopher Morgan was wounded were carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

707.    As a result of the attack, and the injuries he suffered, Plaintiff Michael Christopher Morgan has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

## 49.    THE OCTOBER 6, 2004, ATTACK – AS SINIYAH, IRAQ

**The Jacobs Family**

708.    Morgen Nathaniel Jacobs was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

709.    On October 6, 2004, Morgen Nathaniel Jacobs, then 20, was a Specialist in the United States Army. Morgen Jacobs' unit was conducting security patrol in As Siniyah near Bayji, Iraq, when an IED detonated near their location. Morgen Nathaniel Jacobs died the next day, October 7, 2004, as a result of injuries sustained in the blast.

710.    The attack in which Morgen Nathaniel Jacobs was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

711.    Plaintiff Cynthia Deann Jacobs is a citizen of the United States and domiciled in the State of California. She is the mother of Morgen Nathaniel Jacobs.

712.    As a result of the attack, and the death of Morgen Nathaniel Jacobs, Plaintiff Cynthia Deann Jacobs has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Morgen Nathaniel Jacobs' companionship, comfort, advice and counsel.

## 50. THE OCTOBER 10, 2004, ATTACK – CAMP AL-SAQR, IRAQ

### The Osbourne Family

713.    Pamela G. Osbourne was a citizen of the United States and domiciled in the State of Texas when she was killed in Iraq.

714.    On October 11, 2004, Pamela G. Osbourne, then 38, was serving as a Sergeant in the United States Army situated in Camp Al-Saqr/FOB Falcon, Iraq when two rockets hit her camp. She was killed as a result of the blasts.

715.    The attack in which Pamela G. Osbourne was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

716.    Plaintiff Rohan G. Osbourne is a citizen of the United States and domiciled in the state of Texas. He is the widower of Pamela G. Osbourne.

717.    Plaintiff Latoya F. Osbourne is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Pamela G. Osbourne.

718.    Plaintiff Rohan David Osbourne is a citizen of the United States and domiciled in the State of Texas. He is the son of Pamela G. Osbourne.

719.    Plaintiff Glenton Peterkin is a citizen of the United States and domiciled in the state of Florida. He is the son of Pamela G. Osbourne.

720.    As a result of the attack, and the death of Pamela G. Osbourne, Plaintiffs Rohan G. Osbourne, Latoya F. Osbourne, Rohan David Osbourne, and Glenton Peterkin have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Pamela G. Osbourne's companionship, comfort, advice, and counsel.

### 51. THE OCTOBER 25, 2004, ATTACK – FALLUJAH, IRAQ

**The Chavez Family**

721.    Plaintiff Edward Phillip Chavez, Jr., is a citizen of the United States who was wounded in Iraq and is domiciled in the State of California.

722.    On October 25, 2004, Edward Phillip Chavez, Jr., then 19, was a Corporal in the United States Marine Corps at Forward Operating Base Delta in Fallujah, Iraq. Edward Philip Chavez, Jr. and his squad members were standing in the middle of the Military Compound. Without warning, enemy insurgents launched a 122mm rocket. Due to the force of the blast, Edward Philip Chavez, Jr. and several other Marines were severely wounded. One Marine was killed in the attack.

723.    Edward Philip Chavez, Jr. suffered serious injuries in the attack, including a TBI, shrapnel wounds to his back, spine, and neck, traumatic arthritis in his cervical spine, tinnitus, severe anxiety, memory loss, pain in both knees, headaches, scar tissue, and PTSD.

724.    The attack in which Edward Philip Chavez, Jr. was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

725.    As a result of the attack, and the injuries he suffered, Plaintiff Edward Philip Chavez, Jr. has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

726.    Plaintiff Christopher Patrick Chavez is a citizen of the United States and domiciled in California. He is the brother of Edward Phillip Chavez, Jr.

727.    Plaintiff Kim Laurie Krueger is a citizen of the United States and domiciled in California. She is the mother of Edward Phillip Chavez, Jr.

728.    Plaintiff Ward Bryan Gray is a citizen of the United States and domiciled in California. He is the step-father of Edward Phillip Chavez, Jr.

729.    As a result of the attack and the injuries Edward Phillip Chavez, Jr., suffered, Plaintiffs Christopher Patrick Chavez, Kim Laurie Krueger, and Ward Bryan Gray have experienced severe mental anguish and extreme emotional pain and suffering.

## 52. THE NOVEMBER 2, 2004, ATTACK – KARMAH, IRAQ

### The Larson Family

730.    Mark C. Larson is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Nevada.

731.    On November 2, 2004, Mark C. Larson, then 25, was a Lance Corporal in the United States Marine Corps standing post with another Marine at the Entry Control Point of Delta ING compound in Karmah, Iraq, when they came under mortar attack.  Several mortars impacted near Mark C. Larson's post, so he and the other Marine took cover.  A 107-millimeter rocket then struck an embankment within approximately fifteen meters of Mark C. Larson's position.  The blast entered the opening of Mark C. Larson's post, and the force of the blast threw him back off of his feet and knocked him unconscious for an unknown period of time.

732.    Mark C. Larson suffered injuries in the attack, including a TBI, loss of memory, headaches, hearing difficulty, sensitivity to noise, changes in taste or smell, seizures, right ankle injury, right shoulder injury, and narcolepsy with cataplexy.

733.    The attack in which Mark C. Larson was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

734.    As a result of the attack, and the injuries he suffered, Mark C. Larson has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

735.    Plaintiff Brandi Mandeville is a citizen of the United States and domiciled in the state of Nevada. She is the sister of Mark C. Larson.

736.    As a result of the attack, and the injuries Mark C. Larson suffered, Plaintiff Brandi Mandeville has experienced severe mental anguish and extreme emotional pain and suffering.

### 53. THE NOVEMBER 11, 2004, ATTACK – FALLUJAH, IRAQ

**The Zebari Family**

737.    Ismail Nemat Zebari was a citizen of the United States and domiciled in the State of New York when he was mortally wounded in Iraq.

738.    On November 11, 2004, Ismail Nemat Zebari, who was born in Iraq and became a naturalized United States citizen in or around March 2004, was working as an interpreter in Fallujah, Iraq, when the dismounted patrol he was working with was struck by an IED.

739.    Ismail Nemat Zebari died as a result of massive chest trauma from the IED explosion on November 13, 2004.

740.    The attack in which Ismail Nemat Zebari was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

741.    Plaintiff Halima Zebari is a citizen of the United States and is domiciled in the State of Virginia. She is the mother of Ismail Nemat Zebari.

742.    Plaintiff Nemat Zebari is a citizen of the United States and is domiciled in the State of Virginia. He is the father of Ismail Nemat Zebari.

743.    Plaintiff Ariyan Zebari is a citizen of the United States and is domiciled in the State of Tennessee. She is the sister of Ismail Nemat Zebari.

744.    Plaintiff Bizhyan Zebari is a citizen of the United States and is domiciled in the State of New York. He is the brother of Ismail Nemat Zebari.

745.    Plaintiff Dezheen Zebari is a citizen of the United States and is domiciled in the State of Virginia. She is the sister of Ismail Nemat Zebari.

746.    Plaintiff Hariwan Zebari is a citizen of the United States and is domiciled in the State of Virginia. He is the brother of Ismail Nemat Zebari.

747.    Plaintiff Karwan Zebari is a citizen of the United States and is domiciled in the State of Virginia. He is the brother of Ismail Nemat Zebari.

748.    Plaintiff Shevan Zebari is a citizen of the United States and is domiciled in the State of Virginia. He is the brother of Ismail Nemat Zebari.

749.    Plaintiff Stereen Zebari is a citizen of the United States and is domiciled in the State of Virginia. He is the brother of Ismail Nemat Zebari.

750.    Plaintiff Zhiman Zebari is a citizen of the United States and is domiciled in the State of New York. She is the sister of Ismail Nemat Zebari.

751.    Plaintiff Zhyan Zebari is a citizen of the United States and is domiciled in the State of New York, She is the sister of Ismail Nemat Zebari.

752.    As a result of the attack, and the death of Ismail Nemat Zebari, Plaintiffs Halima Zebari, Nemat Zebari, Ariyan Zebari, Bizhyan Zebari, Dezheen Zebari, Hariwan Zebari, Karwan Zebari, Shevan Zebari, Stereen Zebari, Zhiman Zebari, and Zhyan Zebari have experienced severe

mental anguish, extreme emotional pain and suffering, and the loss of Ismail Nemat Zebari's companionship, comfort, advice, and counsel.

### 54. THE NOVEMBER 12, 2004, ATTACK – FALLUJAH, IRAQ

**The Matteson Family**

753.    James C. Matteson was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

754.    On November 12, 2004, James C. Matteson, then 23, was serving as a Sergeant in the United States Army in Fallujah, Iraq when a rocket-propelled grenade struck his Bradley Fighting Vehicle, killing him.

755.    The attack in which James C. Matteson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

756.    Plaintiff Brandon Knepshield is a citizen of the United States and domiciled in the State of  New York. He is the step-brother of James C. Matteson.

757.    As a result of the attack, and the death of James C. Matteson, Plaintiff Brandon Knepshield has experienced severe mental anguish, extreme emotional pain and suffering, and loss of James C. Matteson's society, companionship, comfort, advice, and counsel.

### 55. THE NOVEMBER 13, 2004, ATTACK – FALLUJAH, IRAQ

**McLeese Family**

758.    Justin Daniel McLeese was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

759.    On November 13, 2004, Justin Daniel McLeese, then 19, was serving as a Lance Corporal in the U.S. Marine Corps in Fallujah, Iraq clearing enemy insurgent forces when he was shot several times followed by an IED explosion that killed him.

760.    The attack in which Justin Daniel McLeese was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

761.    Plaintiff Sharon C. McLeese is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Justin Daniel McLeese. She brings this action individually and on behalf of the Plaintiff Estate of Justin Daniel McLeese, as its proposed legal representative.

762.    Plaintiff Daniel R. McLeese is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Justin Daniel McLeese.

763.    Plaintiff Gina McLeese is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Justin Daniel McLeese.

764.    Plaintiff Jessica L. McLeese is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Justin Daniel McLeese.

765.    As a result of the attack, and the death of Justin D. McLeese, Plaintiffs Sharon C. McLeese, Daniel R. McLeese, Gina McLeese, and Jessica L. McLeese have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Justin D. McLeese's society, companionship, comfort, advice, and counsel.

766.    As a result of the attack, the Plaintiff Estate of Justin Daniel McLeese experienced conscious pain and suffering and/or suffered economic loss.

## 56. THE NOVEMBER 20, 2004, ATTACK – FOB VOLUNTEER, IRAQ

**The Roustum Family**

767.    David Lawrence Roustum was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

768.    On November 20, 2004, David Lawrence Roustum, then 22, was serving in the United States Army Reserve Camp at FOB Volunteer in Iraq en route to assist forces under siege

at a police station when his unit was attacked by an RPG resulting in David Lawrence Roustum's death.

769.    The attack in which David Lawrence Roustum was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

770.    Plaintiff Daniel Roustum is a citizen of the United States and domiciled in the state of New York. He is the brother of David Lawrence Roustum. He brings this action individually and on behalf of the Plaintiff Estate of David Lawrence Roustum, as its proposed legal representative.

771.    As a result of the attack, and the death of David Lawrence Roustum, Plaintiff Daniel Roustum has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of David Lawrence Roustum's companionship, comfort, advice, and counsel.

772.    As a result of the attack, the Plaintiff Estate of David Lawrence Roustum experienced conscious pain and suffering and/or suffered economic loss.

## 57. THE NOVEMBER 20, 2004, ATTACK – BAGHDAD/KAMALIYAH, IRAQ
**Charles Robert Ayars**

773.    Plaintiff Charles Robert Ayars is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Georgia.

774.    On November 20, 2004, Charles Robert Ayars, then 35, was a Specialist in the United States Army participating in a mounted patrol moving southbound on Route Predators in the Kamaliyah neighborhood in the far-east sector of Baghdad when a Vehicle-Borne Improvised Explosive Device ("VBIED") detonated between two M1114 HMMWVs in the patrol resulting in injuries to Charles Robert Ayars including a traumatic brain injury, post-traumatic stress disorder, tinnitus, shrapnel injuries, and a loss of his sense of small.

775.    The attack in which Charles Robert Ayars was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

776.    As a result of this attack and the injuries he suffered, Plaintiff Charles Robert Ayars has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

## 58. THE NOVEMBER 20, 2004, ATTACK – AL SHOMALI, IRAQ

### The Downing Family

777.    Plaintiff Joseph Downing is a citizen of the United States who was wounded in Iraq and is domiciled in the State of New Hampshire.

778.    On November 20, 2004, Joseph Downing, then 38, was a Sergeant in the United States Army conducting mounted combat operations on "Route Tampa" in Al Shomali, Iraq, when an IED detonated near his location. Shortly after, his unit came under a complex attack consisting of small-arms fire and RPGs.

779.    Joseph Downing suffered several injuries from the attack such as blast injuries that have caused him total and permanent disability. Joseph Downing also suffers from PTSD and extreme physical limitations.

780.    The attack in which Joseph Downing was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

781.    As a result of the attack, and the injuries he suffered, Plaintiff Joseph Downing has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 59. <u>THE NOVEMBER 28, 2004, ATTACK – RAMADI, IRAQ</u>

<u>The Lee Family</u>

782.    Carl Wayne Lee was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

783.    On November 28, 2004, Carl Wayne Lee, then 23, was a Sergeant in the United States Army when his unit came under fire while conducting an exfiltration operation in Ramadi, Iraq. Carl Wayne Lee was killed as a result of multiple gunshot wounds to the torso and the head.

784.    The attack in which Carl Wayne Lee was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

785.    Plaintiff Claudie J. Lee is a citizen of the United States and domiciled in the state of Oklahoma. She is the mother of Carl Wayne Lee. She brings this claim individually and on behalf of the Plaintiff Estate of Carl Wayne Lee, as its proposed legal representative.

786.    Plaintiff Tyler Lee is a citizen of the United States and domiciled in the state of Oklahoma. He is the brother of Carl Wayne Lee.

787.    As a result of the attack, and the death of Carl Wayne Lee, Plaintiffs Claudie J. Lee and Tyler Lee have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Carl Wayne Lee's companionship, comfort, advice, and counsel.

788.    As a result of the attack, the Plaintiff Estate of Carl Wayne Lee experienced conscious pain and suffering and/or suffered economic loss.

### 60. <u>THE NOVEMBER 28, 2004, ATTACK – RAMADI, IRAQ</u>

<u>The Shackelford Family</u>

789.    Michael B. Shackelford was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

790.    On November 28, 2004, Michael B. Shackelford, then 26, was a Staff Sergeant in the United States Army when his unit came under fire while conducting an exfiltration operation from a company-level search and cordon operation in Ramadi, Iraq. Michael B. Shackelford was killed as a result of multiple gunshot wounds to the chest and abdomen.

791.    The attack in which Michael B. Shackelford was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

792.    Plaintiff Nancy Leigh Shackelford is a citizen of the United States and domiciled in the state of Colorado. She is the mother of Michael B. Shackelford.

793.    Plaintiff Andy Shackelford is a citizen of the United States and domiciled in the state of Colorado. He is the father of Michael B. Shackelford.

794.    Plaintiff James Shackelford is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Michael B. Shackelford.  He brings this claim individually and on behalf of the Plaintiff Estate of Michael B. Shackelford, as its proposed legal representative.

795.    As a result of the attack, and the death of Michael B. Shackelford, Plaintiffs Nancy Leigh Shackelford, Andy Shackelford, and James Shackelford have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael B. Shackelford's companionship, comfort, advice, and counsel.

796.    As a result of the attack, the Plaintiff Estate of Michael B. Shackelford experienced conscious pain and suffering and/or suffered economic loss.

### 61. THE NOVEMBER 29, 2004, ATTACK –  MIQDADIYAH, IRAQ

**The Hayes Family**

797.    Erik Wayne Hayes was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

798.    On November 29, 2004, Erik Wayne Hayes, then 24, was serving as a Specialist in the United States Army conducting security operations in Miqdadiyah, Iraq, when an IED detonated under the vehicle he was riding in. Erik Wayne Hayes died as a result of multiple penetrating shrapnel injuries to the head and chest.

799.    The attack in which Erik Wayne Hayes was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

800.    Plaintiff Debora Joyce Reckley is a citizen of the United States and domiciled in the State of Maryland.  She is the mother of Erik Wayne Hayes.  She brings this action individually and on behalf of the Plaintiff Estate of Erik Wayne Hayes, as its proposed legal representative.

801.    As a result of the attack, and the death of Erik Wayne Hayes, Plaintiff Debora Joyce Reckley has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Erik Wayne Hayes's companionship, comfort, advice, and counsel.

802.    As a result of the attack, the Plaintiff Estate of Erik Wayne Hayes experienced conscious pain and suffering and/or suffered economic loss.

## 62. THE DECEMBER 4, 2004, ATTACK – MOSUL, IRAQ

### The Mitts Family

803.    David Anthony Mitts was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

804.    On December 4, 2004, David Anthony Mitts, then 24, was a Sergeant in the United States Army traveling from his FOB to the chow hall on the other side of Mosul, Iraq, in a Stryker vehicle.  Another Stryker vehicle needed service, so David Anthony Mitts was traveling with extra soldiers in his vehicle.  In order to maintain their tactical speed, the hatches in David Anthony Mitts' vehicle had to be left open.  David Anthony Mitts and his unit were then ambushed by

small-arms fire from enemy insurgents as they drove through Mosul resulting in his death from a gunshot wound to the head.

805.    The attack in which David Anthony Mitts was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

806.    Plaintiff Duane Andrew Mitts is a citizen of the United States and domiciled in the State of Oregon.  He is the brother of David Anthony Mitts.

807.    Plaintiff Cindy Mae McEwen is a citizen of the United States and domiciled in the State of Oregon. She is the mother of David Anthony Mitts.

808.    As a result of the attack, and the death of David Anthony Mitts, Plaintiffs Duane Mitts and Cindy Mae McEwen have experienced severe mental anguish, extreme emotional pain and suffering, and loss of David Anthony Mitts' companionship, comfort, advice and counsel.

### 63.  THE DECEMBER 8, 2004, ATTACK – RAMADI, IRAQ

**The Williams Family**

809.    Arthur Charles Williams IV was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

810.    On December 8, 2004, Arthur Charles Williams IV, then 31, was a Sergeant in the United States Army conducting unmounted combat operations in Ramadi, Iraq, when his unit came under a complex attack by enemy insurgents. Arthur Charles Williams IV died as a result of multiple gunshot wounds sustained in the attack.

811.    The attack in which Arthur Charles Williams IV was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

812.    Plaintiff AnnMarie Thurber is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Arthur Charles Williams IV.  She brings this action

individually and on behalf of the Plaintiff Estate of Arthur Charles Williams IV, as its proposed legal representative.

813.    Plaintiff Debbie M. Rogers is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Arthur Charles Williams IV.

814.    Plaintiff Michelle A. Bohn is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Arthur Charles Williams IV.

815.    As a result of the attack, and the death of Arthur Charles Williams IV, Plaintiffs AnnMarie Thurber, Debbie M. Rogers, and Michelle A. Bohn have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Arthur Charles Williams IV's companionship, comfort, advice, and counsel.

816.    As a result of the attack, the Plaintiff Estate of Arthur Charles Williams IV experienced conscious pain and suffering and/or suffered economic loss.

### 64. THE DECEMBER 11, 2004 ATTACK – BAGHDAD/THAWRA, IRAQ

**The Hoyt Family**

817.    Robert W. Hoyt was a citizen of the United States and was domiciled in the State of Connecticut when he was killed in Iraq.

818.    On December 11, 2004, Robert W. Hoyt, then 21, was a Specialist in the United States Army who was part of a convoy whose mission was to deliver seized ammunition to an Ammunition Supply Point at Camp Taji when the M1114 HMMWV in which Mr. Hoyt was traveling was struck by an IED followed by small-arms fire ejecting Robert W. Hoyt from the HMMWV at which time he was struck by another vehicle in the convoy and died while being medevaced to the combat supply hospital.  The attack took place on Army Canal Road adjacent to the Thawra district in eastern Baghdad.

819.    The attack in which Robert W. Hoyt was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

820.    Plaintiff Kathleen S. Ouellette is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Robert W. Hoyt. She brings this claim individually and on behalf of the Plaintiff Estate of Robert W. Hoyt, as its proposed personal representative.

821.    As a result of the attack, and the death of Robert W. Hoyt, Plaintiff Kathleen S. Ouellette has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Robert W. Hoyt's companionship, comfort, advice and counsel.

822.    As a result of the attack, the Plaintiff Estate of Robert W. Hoyt experienced conscious pain and suffering and/or suffered economic loss.

## 65. THE DECEMBER 12, 2004, ATTACK – WESTERN FALLUJAH, IRAQ

### The Blanton Family

823.    Jeffery S. Blanton was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

824.    On December 12, 2004, Jeffery S. Blanton, then 23, was a Lance Corporal in the U.S. Marine Corps conducting a house-to-house pursuit of terrorist operatives in Western Fallujah when Jeffery S. Blanton and other members of his squad came under enemy small arms fire. Jeffery S. Blanton was killed in the attack as a result of a gunshot wound.

825.    The attack in which Jeffery S. Blanton was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

826.    Plaintiff Donna Blanton is a citizen of the United States and domiciled in the State of Georgia. She is the stepmother of Jeffery S. Blanton.

827.    Plaintiff Christopher Rapes is a citizen of the United States and domiciled in the State of Georgia. He is the stepbrother of Jeffery S. Blanton.

828.    Plaintiff Paul Rapes is a citizen of the United States and domiciled in the State of Georgia. He is the stepbrother of Jeffery S. Blanton.

829.    As a result of the attack, and the death of Jeffery S. Blanton, Plaintiffs Donna Blanton, Christopher Rapes, and Paul Rapes have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeffery S. Blanton's companionship, comfort, advice and counsel.

## 66. THE DECEMBER 12, 2004, ATTACK – FALLUJAH, IRAQ

### The Gonzalez Family

830.    Martin Joseph Gonzalez was a citizen of the United States and domiciled in the State of Texas when he was mortally wounded in Iraq.

831.    On December 12, 2004, Martin Joseph Gonzalez, then 24, was a Sergeant in the United States Marine Corps conducting a security sweep of various buildings in the Askari District of Fallujah, Iraq, when he came under enemy small-arms fire and was wounded in the attack. Martin Joseph Gonzalez passed away November 28, 2020, as a result of complications from his war wounds.

832.    The attack in which Martin Joseph Gonzalez was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

833.    Plaintiff Tawnee Brianna Gonzalez is a citizen of the United States and domiciled in the state of Texas. She is the wife of Martin Joseph Gonzalez. She brings this action individually and on behalf of the Plaintiff Estate of Martin Joseph Gonzalez, as its proposed legal representative.

834.    Plaintiff Adryan Gonzalez is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Martin Joseph Gonzalez.

835.    As a result of the attack, and the death of Martin Joseph Gonzalez, Plaintiffs Tawnee Gonzalez and Adryan Gonzalez have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Martin Joseph Gonzalez's companionship, comfort, advice, and counsel.

836.    As a result of the attack, the Plaintiff Estate of Martin Joseph Gonzalez experienced conscious pain and suffering and/or suffered economic loss.

**The Stewart Family**

837.    Ian Wesley Stewart was a citizen of the United States and domiciled in the State of California when he was killed in Iraq in the same attack that resulted in the death of Martin Joseph Gonzalez.

838.    On December 12, 2004, Ian Wesley Stewart, then 21, was a Corporal in the United States Marine Corps and was killed in the attack as a result of multiple gunshot wounds and blast injuries.

839.    The attack in which Ian Wesley Stewart was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

840.    Plaintiff Benjamin Stewart is a citizen of the United States and domiciled in the State of Texas. He is the brother of Ian Wesley Stewart.

841.    As a result of the attack, and the death of Ian Wesley Stewart, Plaintiff Benjamin Stewart has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Ian Wesley Stewart's companionship, comfort, advice, and counsel.

## 67. THE DECEMBER 21, 2004, ATTACK – FOB MAREZ, MOSUL, IRAQ

**The Hewitt Family**

842.    Cory Hewitt was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

843.    On December 21, 2004, Cory Hewitt, then 26, was a Specialist serving in the United States Army in Mosul, Iraq at FOB Marez when suicide-bomb explosion occurred at the dining facility (DFAC), which was serving the lunchtime meal resulting in Cory Hewitt's death from shrapnel injuries.

844.    The attack in which Cory Hewitt was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

845.    Plaintiff Judith Hewitt is a citizen of the United States and domiciled in the State of Tennessee. She is Cory Hewitt's mother.

846.    Plaintiff Amanda Hewitt is a citizen of the United States and domiciled in the State of Tennessee. She is Cory Hewitt's sister.

847.    Plaintiff Bryan Hewit is a citizen of the United States and domiciled in the state of Tennessee. He is Cory Hewitt's brother.

848.    As a result of the attack and death of Cory Hewitt, Plaintiffs Judith Hewitt, Amanda Hewitt, and Bryan Hewitt have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cory Hewitt's society, companionship, comfort, advice, and counsel.

## 68. THE JANUARY 1, 2005, ATTACK – HADITHA, IRAQ

**The Parrello Family**

849.    Brian Patrick Parrello was a citizen of the United States and domiciled in the State of New Jersey when he was killed in Iraq.

850.    On January 1, 2005, Brian Patrick Parrello, then 19, was a Lance Corporal in the United States Marine Corps conducting ground operations at the Haditha Dam in Haditha, Iraq, when his unit came under a complex attack by enemy insurgents. Brian Patrick Parrello was killed by a gunshot wound during the attack.

851.    The attack in which Brian Patrick Parrello was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

852.    Plaintiff Shirley Ann Parrello is a citizen of the United States and domiciled in the state of New Jersey. She is the mother to Brian Patrick Parrello.

853.    Plaintiff Nino Parrello is a citizen of the United States and domiciled in the state of New Jersey. He is the father to Brian Patrick Parrello.

854.    Plaintiff Anthony Parrello is a citizen of the United States and domiciled in the state of New Jersey. He is the brother of Brian Patrick Parrello.

855.    Plaintiff Matthew Parrello is a citizen of the United States and domiciled in the state of New Jersey. He is the brother of Brian Patrick Parrello.

856.    Plaintiffs Shirley Ann Parello and Nino Parrello bring this action on behalf of the Plaintiff Estate of Brian Patrick Parrello, as its proposed legal co-representatives.

857.    As a result of the attack, and the death of Brian Patrick Parrello, Plaintiffs Matthew Parrello, Anthony Parrello, Nino Parrello, and Shirley Ann Parrello have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Brian Patrick Parrello's companionship, comfort, advice, and counsel.

858.    As a result of the attack, the Plaintiff Estate of Brian Patrick Parrello experienced conscious pain and suffering and/or suffered economic loss.

## 69. THE JANUARY 1, 2005, ATTACK – HUSAYBAH, IRAQ

### The Wilson Family

859.    Plaintiff Travis Wilson is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

860.    On January 1, 2005, Travis Wilson, then 32, was a Corporal in the United States Marine Corps on a re-supply convoy when his vehicle struck a landmine on a secondary road connecting ASR Jade and ASR Silver, seven kilometers southeast of Husaybah.

861.    Travis Wilson suffered injuries in the attack, including a TBI, loss of consciousness, contusions on his head from hitting his head on his rifle, a broken nose, teeth through his bottom lip, hearing loss and tinnitus.  He also suffered from PTSD.

862.    The attack in which Travis Wilson was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

863.    As a result of the attack, and the injuries he suffered, Travis Wilson has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

864.    Plaintiff Connie Wilson is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Travis Wilson.

865.    Plaintiff Gary Eugene Wilson is a citizen of the United States and domiciled in the State of Ohio. He is the father of Travis Wilson.

866.    Plaintiff Georgiana Day Wilson is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Travis Wilson.

867.    Plaintiff Hannah Wilson is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Travis Wilson.

868.    Plaintiff Kem Allen Wilson is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Travis Wilson.

869.    As a result of these attacks and the injuries Travis Wilson suffered, Plaintiffs Connie Wilson, Gary Eugene Wilson, Georgiana Day Wilson, Hannah Wilson, and Kem Allen Wilson have experienced severe mental anguish and extreme emotional pain and suffering.

## 70.  THE JANUARY 3, 2005, ATTACK – NEAR AL-QAIM, IRAQ

**The Jones Family**

870.    Plaintiff John Patrick Jones is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Colorado.

871.    On January 3, 2005, John Patrick Jones, then 28, was a Staff Sargent in the United States Marine Corps traveling in a convoy on Route "Ruby" in Tiwan, Iraq when an IED was detonated near his location causing severe damage to the vehicle and seriously wounding John Patrick Jones.

872.    John Patrick Jones suffered injuries in the attack, including a TBI and massive shrapnel wounds to his legs that required bi-lateral amputations below the knee.  He also suffers from PTSD.

873.    The attack in which John Patrick Jones was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

874.    As a result of the attack, and the injuries he suffered, Plaintiff John Patrick Jones has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

875.    Plaintiff Keegan Allen Jones is a citizen of the United States and domiciled in Colorado.  He is the son of John Patrick Jones.

876.    Plaintiff Jade M. Jones is a citizen of the United States and domiciled in Colorado. She is the daughter of John Patrick Jones.

877.    As a result of the attack, and the injuries John Patrick Jones suffered, Plaintiffs Keegan Allen Jones and Jade M. Jones have experienced severe mental anguish and extreme emotional pain and suffering.

## 71. THE JANUARY 6, 2005, ATTACK – TAJI, IRAQ

### The Babin Family

878.    Christopher J. Babin was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

879.    On January 6, 2005, Christopher J. Babin, then 27, was serving as a Staff Sergeant in the United States Army, when his Bradley Fighting Vehicle was struck by an IED near Taji, Iraq resulting in his death and the death of six others.

880.    The attack in which Christopher J. Babin was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

881.    Plaintiff Richard Babin is a citizen of the United States and domiciled in the State of Utah. He is the father of Christopher J. Babin.

882.    Plaintiff Charlotte Babin is a citizen of the United States and domiciled in the State of Utah. She is the mother of Christopher J. Babin.

883.    As a result of the attack, and the death of Christopher J. Babin, Plaintiffs Richard Babin, and Charlotte Babin have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher J. Babin's companionship, comfort, advice and counsel.

**The Comeaux Family**

884.    Kurt Comeaux was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq in the same attack as Christopher J. Babin.

885.    The attack in which Kurt Comeaux was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

886.    Plaintiff Ann B. Comeaux is a citizen of the United States and domiciled in the State of Louisiana.  She is the mother of Kurt Comeaux.

887.    Plaintiff Curtis J. Comeaux, Jr. is a citizen of the United States and domiciled in the State of Louisiana.  He is the brother of Kurt Comeaux.

888.    Plaintiff Susan Comeaux Punch is a citizen of the United States and domiciled in the State of Louisiana.  She is the sister of Kurt Comeaux. She brings this action individually and on behalf of the Plaintiff Estate of Kurt Comeaux, as its proposed legal representative.

889.    Plaintiff Brody E. Comeaux is a citizen of the United States and domiciled in the State of Louisiana.  He is the son of Kurt Comeaux.

890.    Plaintiff Bryce J. Comeaux is a citizen of the United States and domiciled in the State of Louisiana.  He is the son of Kurt Comeaux.

891.    Plaintiff Brandon M. Comeaux is a citizen of the United States and domiciled in the State of Louisiana.  He is the son of Kurt Comeaux.

892.    As a result of the attack, and the death of Kurt Comeaux, Plaintiffs Ann B. Comeaux, Curtis J. Comeaux Jr., Brody E. Comeaux, Bryce J. Comeaux, Brandon M. Comeaux and Susan Comeaux Punch have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Kurt Comeaux's companionship, comfort, advice and counsel.

893.    As a result of the attack, the Plaintiff Estate of Kurt Comeaux experienced conscious pain and suffering and/or suffered economic loss.

**72. THE JANUARY 26, 2005, ATTACK – BAGHDAD, IRAQ**

**The Burk Family**

894.    Taylor J. Burk was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

895.    On January 26, 2005, Taylor J. Burk, then 21, was serving as a Specialist in the United States Army conducting a patrol in the Arab Jabour section of Southern Baghdad when his patrol was struck an IED. Taylor J. Burk succumbed to his injuries hours later at the Combat Support Hospital.

896.    The attack in which Taylor J. Burk was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

897.    Plaintiff Tracy J. Earthman Preddy is a citizen of the United States and domiciled in the State of Texas. She is the mother of Taylor J. Burk. She brings this action individually and on behalf of the Plaintiff Estate of Taylor J. Burk, as its proposed legal representative.

898.    Plaintiff Julie Autumn Burk is a citizen of the United States and domiciled in the State of Texas. She is the sister of Taylor J. Burk.

899.    Plaintiff Wheeler Preddy is a citizen of the United States and domiciled in the State of Texas. He is the brother of Taylor J. Burk.

900.    As a result of the attack, and the death of Taylor J. Burk, Plaintiffs Tracy J. Earthman Preddy, Julie A. Autumn Burk, and Wheeler Preddy have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Taylor J. Burk's companionship, comfort, advice and counsel.

901.    As a result of the attack, the Plaintiff Estate of Taylor J. Burk experienced conscious pain and suffering and/or suffered economic loss.

## 73.  THE JANUARY 28, 2005, ATTACK – BAGHDAD, IRAQ

### The Ramsey Family

902.    Christopher James Ramsey was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

903.    On January 28, 2005, Christopher James Ramsey, then 21, was a Specialist in the United States Army on routine combat operations near Baghdad, Iraq, when an IED detonated near his vehicle. Christopher James Ramsey died as a result of shrapnel injuries sustained in the blast.

904.    The attack in which Christopher James Ramsey was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

905.    Plaintiff Angela Ramsey is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Christopher James Ramsey.

906.    Plaintiff Jeffrey Scott Ramsey is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Christopher James Ramsey.

907.    Plaintiff Michael Ramsey is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of Christopher James Ramsey.

908.    Plaintiff Christen Nicole Ramsey is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Christopher James Ramsey.

909.    Plaintiff Chris'stajha E. Ramsey is a citizen of the United States and domiciled in the State of Louisiana. She is the daughter of Christopher James Ramsey.

910.     Plaintiffs Angela Ramsey and Jeffrey Scott Ramsey bring this action individually and on behalf of the Plaintiff Estate of Christopher James Ramsey, as its proposed legal co-representatives.

911.     As a result of the attack, and the death of Christopher James Ramsey, , Plaintiffs Angela Ramsey, Jeffrey Scott Ramsey, Michael Ramsey, Christen Nicole Ramsey and Chris'stajha E. Ramsey. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher James Ramsey's companionship, comfort, advice and counsel.

912.     As a result of the attack, the Plaintiff Estate of Christopher James Ramsey experienced conscious pain and suffering and/or suffered economic loss.

### 74. THE JANUARY 29, 2005 ATTACK – BAGHDAD/U.S. EMBASSY, IRAQ

**Luis Cotto-Arroyo**

913.     Plaintiff Luis Cotto-Arroyo is a citizen of the United States and domiciled in the State of Virginia.

914.     On January 29, 2005, Luis Cotto-Arroyo, then 38, was a Major in the United States Army deployed to the U.S. Embassy in Baghdad, Iraq as a contracting officer within the electrical sector when the U.S. Embassy was struck by a rocket fired by insurgents who set up their firing location close to the U.S. Embassy.  The area in the Embassy struck by the rocket was in the contracting area where Luis Cotto-Arroyo worked resulting in shrapnel injuries from the rocket throughout Luis Cotto-Arroyo's body and a broken ulna in his left arm.

915.     The attack in which Luis Cotto-Arroyo was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

916.    As a result of this attack and the injuries he suffered, Plaintiff Luis Cotto-Arroyo has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**The Heald Family**

917.    Barbara C. Heald was a citizen of the United States and was domiciled in the State of Virginia when she was killed in the same attack in which Luis Cotto-Arroyo was injured.

918.    On January 29, 2005, Barbara C. Heald, then 60, was a civilian contractor assigned to the Joint Contracting Command in Iraq based at the U.S. Embassy where she was in the rocket attack.

919.    The attack in which Barbara C. Heald was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

920.    Plaintiff John L. Geis is a United States citizen and domiciled in the State of Tennessee.  He is the brother of Barbara C. Heald.  He brings this action individually and on behalf of the Plaintiff Estate of Barbara C. Heald, as its legal representative.

921.    Plaintiff Margaret C. Geis is a United States citizen and domiciled in the State of Arizona.  She is the sister of Barbara C. Heald.

922.    As a result of the attack, and the death of Barbara C. Heald, Plaintiffs John L. Geis and Margaret C. Geis have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Barbara C. Heald's companionship, comfort, advice and counsel.

923.    As a result of the attack, the Plaintiff Estate of Barbara C. Heald experienced conscious pain and suffering and/or suffered economic loss.

## 75. THE JANUARY 30, 2005, ATTACK – AR-RUTBAH, IRAQ

**The Stallings Family**

924.    Plaintiff Nathaniel Vincent Stallings is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

925.    On January 30, 2005, Nathaniel Vincent Stallings, then 27, was a Lance Corporal in the United States Marine Corps conducting a security sweep in Ar-Rutbah, Iraq, when an IED detonated near the right side of the vehicle he was traveling in. Nathaniel Stallings was knocked unconscious and suffered serious injuries due to the force of the blast.

926.    Nathaniel Stallings suffered injuries in the attack, including a TBI, Meniere's disease, bilateral hearing loss, bilateral tinnitus, and short- and long-term memory loss. He also suffers from (PTSD).

927.    The attack in which Nathaniel Stallings was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

928.    As a result of the attack and the injuries he suffered, Plaintiff Nathaniel Stallings has experienced economic loss, severe physical pain and mental anguish and extreme emotional pain and suffering.

929.    Plaintiff Constance Stallings is a citizen of the United States and domiciled in the State of Texas.  She is the mother of Nathaniel Vincent Stallings.

930.    Plaintiff Melvin Stallings is a citizen of the United States and domiciled in the State of Texas.  He is the father of Nathaniel Vincent Stallings.

931.    Plaintiff Robert Stallings is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Nathaniel Vincent Stallings.

932.    Plaintiff Katherine I. Stallings is a citizen of the United States and domiciled in the State of Texas.  She is the wife of Nathaniel Vincent Stallings.

933.    Plaintiff Nathan A. Stallings is a citizen of the United States and domiciled in the State of Texas.  He is the son of Nathaniel Vincent Stallings.

934.    Plaintiff Stephen A. Stallings is a citizen of the United States and domiciled in the State of Texas.  He is the son of Nathaniel Vincent Stallings.

935.    As a result of the attack, and the injuries Nathaniel Vincent Stallings suffered, Plaintiffs Constance Stallings, Melvin Stallings, Robert Stallings, Katherine I. Stallings, Nathan A. Stallings, and Stephen A. Stallings have experienced severe mental anguish and extreme emotional pain and suffering.

## 76. <u>THE FEBRUARY 19, 2005, ATTACK – AL-QAIM, IRAQ</u>

**<u>The Clarke Family</u>**

936.    Kevin M. Clarke was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

937.    On February 19, 2005, Kevin M. Clarke, then 21, was a Corporal in the United States Marine Corps. His unit was conducting combat operations in the vicinity of Al Qaim, Iraq when they were engaged by enemy insurgents. Kevin M. Clarke died as a result of a gunshot.

938.    The attack in which Kevin M. Clarke was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

939.    Plaintiff Philip E. Clarke is a citizen of the United States and domiciled in the State of Illinois.  He is the father of Kevin M. Clarke.

940.    Plaintiff Catherine M. Clarke is a citizen of the United States and domiciled in the State of Illinois.  She is the mother of Kevin M. Clarke.

941.    Plaintiff Cynthia Clarke-Grouss is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Kevin M. Clarke.

942.    Plaintiff Timothy J. Clarke is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Kevin M. Clarke.

943.    Plaintiff Laura C. Arreaga is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Kevin M. Clarke.

944.    Plaintiff Kathryn Barkley is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Kevin M. Clarke.

945.    Plaintiffs Philip E. Clarke and Catherine M. Clarke bring this action individually and on behalf of the Plaintiff Estate of Kevin M. Clarke, as its proposed legal co-representatives.

946.    As a result of the attack, and the death of Kevin M. Clarke, Plaintiffs Philip E. Clarke, Catherine M. Clarke, Cynthia Clarke-Grouss, Timothy J. Clarke, Laura C. Arreaga, and Kathryn Barkley have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Kevin M. Clarke's companionship, comfort, advice and counsel.

947.    As a result of the attack, the Plaintiff Estate of Kevin M. Clarke experienced conscious pain and suffering and/or suffered economic loss.

## 77.  THE FEBRUARY 25, 2005, ATTACK – TAJI, IRAQ

**The Brewer Family**

948.    Adam Brewer was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

949.    On February 25, 2005, Adam Brewer, then 22, was a Specialist in the United States Army on a dismounted patrol when a land mine detonated near him in Taji, Iraq. Adam Brewer suffered penetrating shrapnel injuries to his head and neck, which resulted in his death.

950.    The attack in which Adam Brewer was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

951.    Plaintiff Molly Michelle Brewer is a citizen of the United States and domiciled in the State of Washington. She is the widow of Adam Brewer.

952.    Plaintiff Audrey Kelly is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Adam Brewer and Molly Kelly Brewer.

953.    Plaintiff Molly Michelle Brewer brings this action individually and on behalf of the Plaintiff Estate of Adam Brewer, as its proposed legal representative.

954.    As a result of the attack, and the death of Adam Brewer, Plaintiffs Molly Michelle Brewer and Audrey Kelly have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Adam Brewer's companionship, comfort, advice, and counsel.

955.    As a result of the attack, the Plaintiff Estate of Adam Brewer experienced conscious pain and suffering and/or suffered economic loss.

## 78. THE MARCH 4, 2005, ATTACK – RAMADI, IRAQ

### The McGowan Family

956.    Stephen M. McGowan was a citizen of the United States and domiciled in the State of Delaware when he was killed in Iraq.

957.    On March 4, 2005, Stephen M. McGowan, then 26, was a Corporal in the United States Army. He was patrolling in Ramadi, Iraq, when an IED exploded near his patrol unit. Due to the force of the blast and his shrapnel wounds, Stephen M. McGowan was killed. Three other members of his unit were also killed as a result of the attack.

958.    The attack in which Stephen M. McGowan was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

959.    Plaintiff Fran DiDomenicis is a citizen of the United States and domiciled in the State of California. He is the father of Stephen M. McGowan

960.    Plaintiff Fran DiDomenicis brings this action individually and on behalf of the Plaintiff Estate of Stephen M. McGowan, as its proposed legal representative.

961.    As a result of the attack, and the death of Stephen M. McGowan, Plaintiff Fran DiDomenicis has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Stephen M. McGowan's companionship, comfort, advice, and counsel.

962.    As a result of the attack, the Plaintiff Estate of Stephen M. McGowan experienced conscious pain and suffering and/or suffered economic loss.

## 79. THE MARCH 4, 2005, ATTACK – FALLUJAH, IRAQ

### The Mundell Family

963.    Plaintiff Stephen Alexander Mundell is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Florida.

964.    On March 4, 2005, Stephen Alexander Mundell, then 23, was a Lance Corporal in the United States Marine Corps participating in a security convoy around Camp Fallujah in Fallujah, Iraq, when a large duffle bag on the right side of the road concealing an IED exploded. Due to the force of the explosion, Stephen Mundell and other members of the unit were knocked unconscious. Stephen Mundell received serious injuries.

965.    Stephen Mundell suffered injuries in the attack, including a TBI and daily headaches/migraines.  He also suffered from PTSD and anxiety as a result of the IED attack.

966.    The attack in which Stephen Mundell was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

967.    As a result of the attack and the injuries he suffered, Plaintiff Stephen Alexander Mundell has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

968.    Plaintiff Jack Mundell is a citizen of the United States and domiciled in the state of Florida. He is the son of Stephen Alexander Mundell.

969.    As a result of the attack and the injuries Stephen Alexander Mundell suffered, Plaintiff Jack Mundell has experienced severe mental anguish and extreme emotional pain and suffering.

## 80. <u>THE MARCH 9, 2005, ATTACK – BAGHDAD, IRAQ</u>

<u>The Reece Family</u>

970.    Plaintiff Michael Reece is a citizen of the United States who was injured in Iraq and is domiciled in California.

971.    On March 9, 2005, Michael Reece, then 34, was working as a contractor for DynCorp International, LLC when a suicide bomber using a garbage truck as an explosive device, detonated a bomb at a security checkpoint near the Al-Sadeer Hotel in central Baghdad.

972.    The explosive blew out all of the hotel's windows and destroyed dozens of cars in the hotel's parking lot, leaving a huge crater in the concrete. The attack reportedly killed one person and injured at least 22 others.

973.    Michael Reece's bedroom was located in a building next to the Al-Sadeer Hotel. That morning, Michael Reece was seated on the side of his bed when the bomb detonated. The force of the explosion threw him backwards onto his bed. Once he regained his composure, he left his room to assess the situation and assist in any way he could. As he walked through the main hotel building, he saw extensive damage to the interior of the building. He also saw many injured

who were bleeding, including a fellow contractor who was bleeding from his face and head due to injuries from shards of glass. In the kitchen, which had become a triage area, he saw people on stainless steel tables wrapped in bandages.  In addition, on the grass, he saw what he believed to be a human face which seemed to have been torn from its head.

974.    As a result of the attack, Michael Reece has suffered from PTSD and depression and continues to experience nightmares and anxiety. He takes medication to control his symptoms.

975.    The attack in which Michael Reece was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

976.    As a result of the attack and injuries he suffered, Plaintiff Michael Reece has experienced economic loss, severe mental anguish, and extreme emotional pain and suffering.

## 81. THE MARCH 19, 2005, ATTACK – BAGHDAD, IRAQ

**The Hughes Family**

977.    Jonathan A. Hughes was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

978.    On March 19, 2005, Jonathan A. Hughes, then 21, was a Specialist serving in the United States Army when an IED detonated near his Humvee in Baghdad, Iraq, killing him.

979.    The attack in which Jonathan A. Hughes was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

980.    Plaintiff Peyton Hughes is a citizen of the United States and domiciled in the State of Kentucky.  He is the child of Jonathan A. Hughes.

981.    As a result of the attack, and the death of Jonathan A. Hughes, Peyton Hughes has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan A. Hughes' society, companionship, comfort, advice, and counsel.

## 82.  THE APRIL 5, 2005, ATTACK – JISR DIYALA, IRAQ

**The Garcia Family**

982.    Javier Jesus Garcia was a citizen of the United States and was domiciled in the State of Florida when he was killed in Iraq.

983.    On April 5, 2005, Javier Jesus Garcia, then 25, was a Sergeant in the United States Army who was conducting a routine patrol in Baghdad, Iraq, when an IED detonated near his patrol group which resulted in his death.

984.    The attack in which Javier Jesus Garcia was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

985.    Plaintiff Irasema Napoles is a citizen of the United States and domiciled in the State of Georgia.  She is the mother of Javier Jesus Garcia.

986.    As a result of the attack, and the death of Javier Jesus Garcia, Plaintiff Irasema Napoles has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Javier Jesus Garcia's companionship, comfort, advice and counsel.

## 83. THE APRIL 16, 2005, ATTACK – RAMADI, IRAQ

**The Toy Family**

987.    Tromaine Keon Toy, Sr. was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

988.    On April 16, 2005, Tromaine Keon Toy, Sr., then 24, was a Sergeant in the United States Army conducting routine combat operations in Ramadi, Iraq, when an IED detonated near his location. Tromaine Keon Toy, Sr. died as a result of injuries sustained in the blast.

989.    The attack in which Tromaine Keon Toy was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

990.    Plaintiff Dominique D. Dunbar is a citizen of the United States and domiciled in the State of South Carolina. She is the widow of Tromaine Keon Toy, Sr. She brings this action individually and on behalf of the Plaintiff Estate of Tromaine Keon Toy, Sr., as its proposed legal representative.

991.    Plaintiff Arian A. Toy is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Tromaine Keon Toy, Sr.

992.    Plaintiff Tromaine Toy Jr. is a citizen of the United States and domiciled in the state of South Carolina. He is the son of Tromaine Keon Toy, Sr.

993.    Plaintiff Tyrell Toy is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Tromaine Keon Toy, Sr.

994.    As a result of the attack, and the death of Tromaine Keon Toy, Sr., Plaintiffs Dominique D. Dunbar, Arian A. Toy, Tyrell Toy and Tromaine Toy Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Tromaine Keon Toy, Sr.'s companionship, comfort, advice and counsel.

995.    As a result of the attack, the Plaintiff Estate of Tromaine Keon Toy, Sr. experienced conscious pain and suffering and/or suffered economic loss.

## 84. THE MAY 8, 2005, ATTACK – UBAYDI, IRAQ

### The Derga Family

996.    Dustin Alan Derga was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

997.    On May 8, 2005, Dustin Alan Derga, then 24, was a Corporal in the United States Marine Corps Reserves when his unit participated in Operation Matador. Dustin Alan Derga was leading a fireteam of four Marines when they came under fire from enemy insurgents firing armor-

piercing rounds through the floors and walls of the house. Dustin Alan Derga died from injuries he received in the attack during transport to the field hospital.

998.    The attack in which Dustin Alan Derga was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

999.    Plaintiff Robert Herman Derga, Jr. is a citizen of the United States and domiciled in the state of Ohio. He is the father of Dustin Alan Derga.

1000.    Plaintiff Stephanie L. Derga is a citizen of the United States and domiciled in the state of Ohio. She is the mother of Dustin Alan Derga.

1001.    Plaintiff Kristin L. Harmon is a citizen of the United States and domiciled in the state of Ohio. She is the sister of Dustin Alan Derga.

1002.    Plaintiffs Robert Herman Derga Jr. and Stephanie L. Derga bring this action individually and on behalf of the Plaintiff Estate of Dustin Alan Derga, as its proposed legal co-representatives.

1003.    As a result of the attack, and the death of Dustin Alan Derga, Plaintiffs Robert Herman Derga Jr., Stephanie L. Derga, and Kristin L. Harmon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dustin Alan Derga's companionship, comfort, advice and counsel.

1004.    As a result of the attack, the Plaintiff Estate of Dustin Alan Derga experienced conscious pain and suffering and/or suffered economic loss.

## 85.  THE MAY 8, 2005, ATTACK – SAMARRA, IRAQ

**The Eckert Family**

1005.    Gary Andrew Eckert, Jr. was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1006.   On May 8, 2005, Gary Andrew Eckert, Jr., then 24, was a Sergeant in the United States Army Reserves conducting an eight-vehicle patrol from FOB Speicher to FOB Dagger and PB Uvanni when his M1114 vehicle was struck by an IED in Samarra, Iraq. Gary Andrew Eckert, Jr. sustained severe head trauma and was airlifted to the 332nd Air Force Theater Hospital at Camp Anaconda in Balad, Iraq where he died from "unsurvivable" head trauma.

1007.   The attack in which Gary Andew Eckert, Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1008.   Plaintiff Tiffany Anne Eckert is a citizen of the United States and domiciled in the State of Ohio.  She is the widow of Gary Andrew Eckert, Jr.  She brings this action individually and on behalf of the Plaintiff Estate of Gary Andrew Eckert, Jr., as its proposed legal representative.

1009.   Plaintiffs Myles M. Eckert is a citizen of the United States and domiciled in the state of Ohio. He is the son of Tiffany Anne Eckert and Gary Andrew Eckert, Jr.

1010.   Plaintiff Marlee F. Eckert is a citizen of the United States and domiciled in the state of Ohio. She is the daughter of Tiffany Anne Eckert and Gary Andrew Eckert Jr.

1011.   As a result of the attack, and the death of Gary Andrew Eckert, Jr., Plaintiffs Tiffany Anne Eckert, Myles M. Eckert, and Marlee F. Eckert have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gary Andrew Eckert, Jr.'s companionship, comfort, advice and counsel.

1012.   As a result of the attack, the Plaintiff Estate of Gary Andrew Eckert, Jr. experienced conscious pain and suffering and/or suffered economic loss.

**The Lanham Family**

1013.   Plaintiff Jeremy Michael Lanham is a citizen of the United States wounded in the same attack in which Gary Andrew Eckert, Jr. was killed and is domiciled in the State of Ohio.

1014.   Jeremy Michael Lanham, then 30, was serving in the United States Army when suffered injuries in the attack including a TBI, loss of hearing, tinnitus, dizziness, nausea, difficulty breathing, and shortness of breath.  He also suffers from PTSD and migraines.

1015.   The attack in which Jeremy Michael Lanham was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1016.   As a result of the attack and the injuries he suffered, Plaintiff Jeremy Michael Lanham has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1017.   Plaintiff Erin Jane Lanham is a citizen of the United States and domiciled in Ohio.  She is the wife of Jeremy Michael Lanham.

1018.   As a result of the attack and the injuries Jeremy Michael Lanham suffered, Plaintiff Erin Jane Lanham has experienced severe mental anguish and extreme emotional pain and suffering.

## 86. THE MAY 19, 2005, ATTACK – BAGHDAD, IRAQ

**The Sembly Family**

1019.   Bernard Leon Sembly, II., was a citizen of the United States and was domiciled in the State of Louisiana when he was killed in Iraq.

1020.   On May 19, 2005, Bernard Leon Sembly, II, then 25, was a Sergeant in the United States Army National Guard conducting dismounted combat operations in Baghdad, Iraq, when he suffered a gunshot wound resulting in his death.

1021.   The attack in which Bernard Leon Sembly, II was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1022.   Plaintiff Hazel Britton is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Bernard Leon Sembly, II. She brings this action individually and on behalf of the Plaintiff Estate of Bernard Leon Sembly, II, as its proposed legal representative.

1023.   As a result of the attack, and the death of Bernard Leon Sembly, II., Plaintiff Brenda Hazel Britton has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Bernard Leon Sembly, II's companionship, comfort, advice and counsel.

1024.   As a result of the attack, the Plaintiff Estate of Bernard Leon Sembly, II experienced conscious pain and suffering and/or suffered economic loss.

## 87. THE MAY 30, 2005, ATTACK – RAMADI, IRAQ

**The Starr Family**

1025.   Jeffrey Brian Starr was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

1026.   On May 30, 2005, Jeffrey Brian Starr, then 22, was a Corporal in the United States Marine Corps conducting ground patrol when his unit came under fire by an insurgent sniper in Ramadi, Iraq. Jeffrey Brian Starr died as a result of a single gunshot wound from a high-caliber sniper rifle.

1027.   The attack in which Jeffrey Brian Starr was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1028.   Plaintiff Brian E. Starr is a citizen of the United States and domiciled in the State of Washington. He is the father of Jeffrey Brian Starr.  He brings this action individually and on behalf of the Plaintiff Estate of Jeffrey Brian Starr, as its proposed legal representative.

1029.   Plaintiff Hillary Starr is a citizen of the United States and domiciled in the State of Washington. She is the sister of Jeffrey Brian Starr.

1030.   Plaintiff Emily Guildner is a citizen of the United States and domiciled in the State of Washington. She is the sister of Jeffrey Brian Starr.

1031.   As a result of the attack, and the death of Jeffrey Brian Star, Plaintiffs Brian E. Starr, Hillary Starr, and Emily Guildner have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Jeffrey Brian Star's companionship, comfort, advice and counsel.

1032.   As a result of the attack, the Plaintiff Estate of Jeffrey Brian Starr experienced conscious pain and suffering and/or suffered economic loss.

## 88. THE JUNE 3, 2005, ATTACK – RASHAD, IRAQ

**Timothy Bomke**

1033.   Plaintiff Timothy Bomke is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

1034.   On June 3, 2005, Timothy Bomke was serving as a Second Lieutenant in the United States Army conducting route-clearance operations between Tikrit and Kirkuk on Main Supply Route Clemson near the village of Rashad, Iraq when he was severely injured by an IED blast that was detonated on his up-armored M1025 HMMWV. The convoy was stopped next to a large crater left by a prior IED detonation when the first IED exploded under Timothy Bomke's HMMWV,

and a secondary IED detonated next to a second M1114 HMMWV that came to provide aid causing additional injuries.

1035.    Timothy Bomke suffered massive shrapnel wounds to his legs with fractures in both legs that eventually required amputation of his right leg below the knee.    Timothy Bomke also suffers from a TBI and PTSD.

1036.    The attack in which Timothy Bomke was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1037.    As a result of the attack, and the injuries he suffered, Plaintiff Timothy Bomke has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 89.    <u>THE JUNE 3, 2005, ATTACK – BAGHDAD/FOB LIBERTY, IRAQ</u>

**<u>The Villar Family</u>**

1038.    Linda Joyce Villar was a citizen of the United States and was domiciled in the State of Georgia when she was killed in Iraq.

1039.    On June 3, 2005, Linda Joyce Villar, then 41, was the civilian commander of the United States Army's 3d Infantry Division Logistics Support Element when she was killed from injuries sustained when a 107mm rocket struck the gym at Forward Operating Base Liberty in northwest Baghdad while Linda Joyce Villar was working out.

1040.    The attack in which Linda Joyce Villar was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1041.    Plaintiff David A. Villar is a citizen of the United States and domiciled in the State of Florida.    He is the spouse of Linda Joyce Villar.    He brings this claim individually and on behalf of the Plaintiff Estate of Linda Joyce Villar, as its legal representative.

1042.   Plaintiff Tanesha Prioleau is a citizen of the United States and domiciled in the State of Georgia.  She is the daughter of Linda Joyce Villar.

1043.   As a result of the attack, and the death of Linda Joyce Villar, Plaintiffs David A. Villar and Tanesha Prioleau have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Linda Joyce Villar's companionship, comfort, advice and counsel.

1044.   As a result of the attack, the Plaintiff Estate of Linda Joyce Villar experienced conscious pain and suffering and/or suffered economic loss.

### 90. THE JUNE 6, 2005, ATTACK – TAJIYAT, IRAQ

**The Romines Family**

1045.   Brian M. Romines was a citizen of the United States and was domiciled in the State of Illinois when he was killed in Iraq.

1046.   On June 6, 2005, Brian M. Romines, then 20, was a Sergeant in the United States Army driving an up-armored M1114 HMMWV on MSR Tampa just south of the village of Tajiyat en route from LSA Anaconda to Abu Ghraib when an IED exploded through the windshield of the HMMWV and another IED exploded underneath the HMMWV resulting in Brian M. Romines' death from massive head trauma from blast and shrapnel injuries.

1047.   The attack in which Brian M. Romines was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1048.   Plaintiff Clyde R. Romines is a citizen of the United States and domiciled in the State of Illinois.  He is the father of Brian M. Romines. He brings this action individually and on behalf of the Plaintiff Estate of Brian M. Romines, as its proposed personal representative.

1049.   Plaintiff Randall Romines is a citizen of the United States and domiciled in the State of Illinois.  He is the brother of Brian M. Romines.

1050.   Plaintiff Tera Romines is a citizen of the United States and domiciled in the State of Illinois.  She is the sister of Brian M. Romines.

1051.   As a result of the attack, and the death of Brian M. Romines, Plaintiffs Clyde R. Romines, Randall Romines, and Tera Romines have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brian M. Romines' companionship, comfort, advice and counsel.

1052.   As a result of the attack, the Plaintiff Estate of Brian M. Romines experienced conscious pain and suffering and/or suffered economic loss.

## 91. THE JUNE 17, 2005, ATTACK – HIT, IRAQ

**The Hopper Family**

1053.   Nickolas Lee Hopper was a citizen of the United States and domiciled in the State of Illinois when he was mortally wounded in Iraq.

1054.   On June 17, 2005, Nickolas Lee Hopper, then 27, was a Sergeant in the United States Marine Corps accompanying a convoy from Al Asad Airbase to Ramadi, Iraq, when one of the vehicles in the convoy caught fire. Nickolas Lee Hopper dismounted from his vehicle to survey the issue and an IED detonated near his location severely wounding him. Nickolas Lee Harper died on September 8, 2007 as a result of complications of the blast wounds he sustained on June 17, 2005.

1055.   The attack in which Nickolas Lee Hopper was mortally wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1056.   Plaintiff Natividad Bertha Hopper is a citizen of the United States and domiciled in the State of Washington. She is the widow of Nickolas Lee Hopper. She brings this action

individually and on behalf of the Plaintiff Estate of Nickolas Lee Hopper, as its proposed legal representative.

1057.   Plaintiff Andrew Hopper is a citizen of the United States and domiciled in the State of Washington. He is the son of Nickolas Lee Hopper.

1058.   Plaintiff Judy Hopper is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Nickolas Lee Hopper.

1059.   As a result of the attack, and the death of Nickolas Lee Hopper, Plaintiffs Natividad Bertha Hopper, Judy Hopper, and Andrew Hopper have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nickolas Lee Hopper's companionship, comfort, advice, and counsel.

1060.   As a result of the attack, the Plaintiff Estate of Nickolas Lee Hopper experienced conscious pain and suffering and/or suffered economic loss.

## 92.  THE JUNE 27, 2005, ATTACK – TAJI, IRAQ

### The Mariotti Family

1061.   Keith Randall Mariotti was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1062.   On June 27, 2005, Keith Randall Mariotti, then 39, was a Chief Warrant Officer 4 in the United States Army when the AH-64D helicopter he was in came under fire from enemy rockets in Taji, Iraq. Several of the rockets struck the helicopter, causing it to crash. Keith Randall Mariotti was killed due to several traumatic injuries sustained in the attack.

1063.   The attack in which Keith Randall Mariotti was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1064.   Plaintiff Dilio Mariotti is a citizen of the United States and domiciled in the state of Virginia. He is the father to Keith Randall Mariotti.

1065.   As a result of the attack, and the death of Keith Randall Mariotti, Plaintiff Dilio Mariotti has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Keith Randall Mariotti's companionship, comfort, advice, and counsel.

## The Shephard Family

1066.   Steven Earl Shephard was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in the same attack as Keith Randall Mariotti.

1067.   Steven Earl Shephard, then 30, was a Chief Warrant Officer 2 in the United States Army killed as a result of multiple blunt force injuries to the head and neck that occurred when the helicopter crashed.

1068.   The attack in which Steven Earl Shephard was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1069.   Plaintiff Meleah Ann Shephard-DeBlase is a citizen of the United States and domiciled in the State of Oklahoma. She is the widow of Steven Earl Shephard.  She brings this action individually and on behalf of the Plaintiff Estate of Steven Earl Shephard, as its proposed legal representative.

1070.   Plaintiff Sierra E. Shephard is a citizen of the United States and domiciled in the State of Oklahoma. She is the daughter of Steven Earl Shephard.

1071.   Plaintiff Barbara Jean Shephard is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Steven Earl Shephard.

1072.   Plaintiff Brandie Shephard is a citizen of the United States and domiciled in the state of Oklahoma. She is the sister of Steven Earl Shephard.

1073.   As a result of the attack, and the death of Steven Earl Shephard, Plaintiffs Meleah Ann Shephard-DeBlase, Sierra E. Shephard, Barbara Jean Shephard, and Brandie Shephard have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Steven Earl Shephard's companionship, comfort, advice and counsel.

1074.   As a result of the attack, the Plaintiff Estate of Steven Earl Shephard experienced conscious pain and suffering and/or suffered economic loss.

### 93. **THE JULY 2, 2005, ATTACK – ABU GHRAIB, IRAQ**

**The Berube Family**

1075.   Plaintiff Kevin John Berube is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Illinois.

1076.   On July 2, 2005, Kevin John Berube, then 31, was a Sergeant First Class in the United States Army serving with his unit in Abu Ghraib, Iraq, when an IED detonated near his location. The explosion blew Kevin John Berube, and others, to the ground.

1077.   Kevin John Berube has suffered with long-term injuries and disorders since the attack such as PTSD, tinnitus, and severe headaches.

1078.   The attack in which Kevin John Berube was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1079.   As a result of the attack, and the injuries he suffered, Plaintiff Kevin John Berube has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 94. THE JULY 24, 2005, ATTACK – ALBU AMER, IRAQ

**The Fuller Family**

1080.   Carl Ray Fuller was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

1081.   On July 24, 2005, Carl Ray Fuller, then 44, was serving as a Staff Sergeant in the United States Army when his unit was struck by an IED near Albu Amer, Iraq southwest of Baghdad. Carl Ray fuller suffered severe blast injuries which resulted in his death along with the death of three other soldiers.

1082.   The attack in which Carl Ray Fuller was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1083.   Plaintiff Vernordia Shontel Fuller is a citizen of the United States and is domiciled in the state of Georgia. She is the widow of Carl Ray Fuller.  She brings this action individually and on behalf of the Plaintiff Estate of Carl Ray Fuller, as its proposed legal representative.

1084.   As a result of the attack, and the death of Carl Ray Fuller, Plaintiff Vernordia Shontel Fuller has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Carl Ray Fuller's companionship, comfort, advice and counsel.

1085.   As a result of the attack, the Plaintiff Estate of Carl Ray Fuller experienced conscious pain and suffering and/or suffered economic loss.

### 95. THE AUGUST 3, 2005, ATTACK – BAGHDAD, IRAQ

**The Ganey Family**

1086.   Jerry L. Ganey, Jr., was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

1087.   On August 3, 2005, Jerry L. Ganey, Jr., then 29, was a Specialist in the United States Army patrolling at Checkpoint Bravo in Baghdad, Iraq when a vehicle loaded with explosives pulled up to the checkpoint.  When Jerry L. Ganey, Jr. approached the vehicle with his weapon ready, the person in the vehicle smiled and detonated the IED.

1088.   The attack in which Jerry L. Ganey, Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1089.   Plaintiff Vanessa Ganey is a citizen of the United States and domiciled in the State of Connecticut. She is the child of Jerry L. Ganey, Jr.

1090.   As a result of the attack, and the death of Jerry L. Ganey, Jr., Plaintiff Vanessa Ganey has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jerry L. Ganey, Jr.'s companionship, comfort, advice and counsel.

## 96.   THE AUGUST 3, 2005, ATTACK – HADITHA, IRAQ

**The Stewart Family**

1091.   David Stephen Stewart was a citizen of the United States and domiciled in the State of Mississippi when he was killed in Iraq.

1092.   On August 3, 2005, David Stephen Stewart, then 24, was serving as a Corporal in the U.S. Marine Corps in Haditha, Iraq clearing enemy insurgent forces when he was shot several times followed by an explosion of an IED.

1093.   The attack in which David Stephen Stewart was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1094.   Plaintiff Asa Joseph Stewart, Jr. is a citizen of the United States and domiciled in the State of Louisiana. He is the father of David Stephen Stewart. He brings this action individually and on behalf of the Plaintiff Estate of David Stephen Stewart, as its proposed legal representative.

1095.   Plaintiff JoAnna Stewart is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of David Stephen Stewart.

1096.   As a result of the attack, and the death of David Stephen Stewart, Plaintiffs Asa Joseph Stewart, Jr. and JoAnna Stewart have experienced severe mental anguish, extreme emotional pain and suffering, and loss of David Stephen Stewart's society, companionship, comfort, advice, and counsel.

1097.   As a result of the attack, the Plaintiff Estate of David Stephen Stewart experienced conscious pain and suffering and/or suffered economic loss.

### 97. THE AUGUST 13, 2005, ATTACK – TUZ, IRAQ

**The Reese Family**

1098.   Gary Lee Reese, Jr. was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

1099.   On August 13, 2005, Gary Lee Reese, Jr., then 22, was a Specialist in the United States Army National Guard serving in Tuz, Iraq when his Humvee drove over an IED. A day later, Gary Lee Reese, Jr., died as a result of blunt force injuries sustained in the explosion.

1100.   The attack in which Gary Lee Reese, Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1101.   Plaintiff Gary L. Reese, Sr. is a citizen of the United States and domiciled in the State of Ohio. He is the father of Gary Lee Reese, Jr.

1102.   Plaintiff Cathryn Reese is a citizen on the United States and domiciled in the State of Ohio. She is the mother of Gary Lee Reese, Jr.

1103.   Plaintiffs Gary L. Reese, Sr. and Cathryn Reese bring this action individually and on behalf of the Plaintiff Estate of Gary Lee Reese, Jr., as its proposed legal co-representatives.

1104.   As a result of the attack, and the death of Gary Lee Reese, Jr., Plaintiffs Gary L. Reese, Sr. and Cathryn Reese have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gary Lee Reese, Jr.'s companionship, comfort, advice and counsel.

1105.   As a result of the attack, the Plaintiff Estate of Gary Lee Reese, Jr. experienced conscious pain and suffering and/or suffered economic loss.

**The Taylor Family**

1106.   Shannon Delane Taylor was a citizen of the United States and domiciled in the State of Tennessee when she was killed as a result of the same attack as Gary Lee Reese, Jr.

1107.   Shannon Delane Taylor, then 30, was serving as a Sergeant in the United States Army when she succumbed to blast-force injuries the day after the explosion.

1108.   The attack in which Shannon Delane Taylor was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1109.   Plaintiff William D. Taylor is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Shannon Delane Taylor. He brings this action individually and on behalf of the Plaintiff Estate of Shannon Delane Taylor, as its proposed legal representative.

1110.   Plaintiff Michelle Taylor is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Shannon Delane Taylor.

1111.   As a result of the attack, and the death of Shannon Delane Taylor, Plaintiffs William D. Taylor and Michelle Taylor have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Shannon Delane Taylor's companionship, comfort, advice, and counsel.

1112.   As a result of the attack, the Plaintiff Estate of Shannon Delane Taylor experienced conscious pain and suffering and/or suffered economic loss.

## 98. THE AUGUST 29, 2005, ATTACK – BALAD, IRAQ

**Edward Ruvalcaba**

1113.   Plaintiff Edward Ruvalcaba is a citizen of the United States who was wounded in Iraq and is domiciled in the State of California.

1114.   On August 29, 2005, Edward Ruvalcaba, then 35, was a Staff Seargent in the United States Army National Guard deployed to the Balad, Iraq, as part of a security convoy riding in a HMMWV when it was struck by an in-ground IED to the passenger side door area. Edward Ruvalcaba suffered injuries in the attack as a result of the blast.

1115.   The attack in which Edward Ruvalcaba was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1116.   As a result of this attack and the injuries he suffered, Plaintiff Edward Ruvalcaba has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

## 99. THE SEPTEMBER 12, 2005, ATTACK – NEAR MAHAWIL, IRAQ

**David Diaz**

1117.   Plaintiff David Diaz is a citizen of the United States who was wounded in Iraq and is domiciled in the State of California.

1118.   On September 12, 2005, David Diaz, then 27, was a Specialist in the United States Army driving the lead gun truck of a convoy headed south on MSR Tampa from LSA Anaconda to Camp Cedar II in Nasiriyah, Iraq when his M1114 HMMWV was struck with an IED on the passenger side of the vehicle in the vicinity of Mahawil, Iraq causing David Diaz to obtain shrapnel injuries to his face and a head injury from hitting the roof of the HMMWV which he drove on flat tires for nearly a mile to escape any additional danger zone.

157

1119.   The attack in which David Diaz was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1120.   As a result of this attack and the injuries he suffered, Plaintiff David Diaz has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**Joshua A. Ivey**

1121.   Plaintiff Joshua A. Ivey is a citizen of the United States who was wounded in the same attack as David Diaz and is domiciled in the State of Texas.

1122.   On September 12, 2005, Joshua A. Ivey, then 26, was a Sergeant in the United States Army who sustained blast injuries and burns to his lateral right thigh and burns to his right hand as a result of the IED explosion.

1123.   The attack in which Joshua A. Ivey was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1124.   As a result of this attack and the injuries he suffered, Plaintiff Joshua A. Ivey has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 100.   THE SEPTEMBER 13, 2005, ATTACK – MSR TAMPA/BABIL PROVINCE, IRAQ

**Manuel Gabriel Lucero**

1125.   Manuel Gabriel Lucero is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

1126.   On September 13, 2005, Manuel Gabriel Lucero, then 27, was a Sergeant in the United States Army in a patrol returning from dropping off school supplies to a local school in Babil Province, when their M1114 HMMWV was struck with an EFP while heading north on

MSR Tampa in the vicinity of Latifiyah resulting in Manuel Gabriel Lucero-who was in gunner position in the HMMWV-receiving lacerations from shrapnel to his hands and right arm and subsequently being diagnosed with a TBI.

1127.   The attack in which Manuel Gabriel Lucero was inured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1128.   As a result of this attack and the injuries he suffered, Plaintiff Manuel Gabriel Lucero has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1129.   Plaintiff Mary C. Lucero is a citizen of the United States and domiciled in the State of New Mexico.  She is the mother of Manuel Gabriel Lucero.

1130.   Plaintiff Richard Lucero is a citizen of the United States and domiciled in the State of New Mexico.  He is the father of Manuel Gabriel Lucero.

1131.   Plaintiff Sharon L. Marquez is a citizen of the United States and domiciled in the State of New Mexico.  She is the sister of Manuel Gabriel Lucero.

1132.   As a result of the attack and the injuries Manuel Gabriel Lucero suffered, Plaintiffs Mary C. Lucero, Richard Lucero, and Sharon L. Marquez have experienced severe mental anguish and extreme emotional pain and suffering.

**101.    THE SEPTEMBER 15, 2005, ATTACK – AL RAMADI, IRAQ**

**The Swanberg Family**

1133.   Shane Clanin Swanberg was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

1134.   On September 15, 2005, Shane Clanin Swanberg, then 24, was a Lance Corporal in the United States Marine Corps in Al-Ramadi, Iraq, when he came under rocket fire from enemy insurgents. Shane Clanin Swanberg died as a result of injuries sustained in the attack.

1135.   The attack in which Shane Clanin Swanberg was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1136.   Plaintiff Brian I. Swanberg is a citizen of the United States and domiciled in the State of Washington.  He is the father of Shane Clanin Swanberg.

1137.   Plaintiff Linda Clanin-Swanberg is a citizen of the United States and domiciled in the State of Washington. She is the mother of Shane Clanin Swanberg.

1138.   Plaintiff Nicole L. Swanberg is a citizen of the United States and domiciled in the State of Washington. She is the sister of Shane Clanin Swanberg.

1139.   Plaintiff Travis Swanberg is a citizen of the United States and domiciled in the State of Washington. He is the brother of Shane Clanin Swanberg.

1140.   Plaintiffs Brian I. Swanberg and Linda Clanin-Swanberg bring this action individually and on behalf of the Plaintiff Estate of Shane Clanin Swanberg, as its proposed legal co-representatives.

1141.   As a result of the attack, and the death of Shane Clanin Swanberg, Plaintiffs Brian I. Swanberg, Linda Clanin-Swanberg, Nicole L. Swanberg, and Travis Swanberg have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Shane Clanin Swanberg's companionship, comfort, advice, and counsel.

1142.   As a result of the attack, the Plaintiff Estate of Shane Clanin Swanberg experienced conscious pain and suffering and/or suffered economic loss.

**102.    THE SEPTEMBER 23, 2005, ATTACK – ARAB JABOUR, IRAQ**

**The Casara Family**

1143.    Plaintiff Daniel A. Casara is a citizen of the United States when he was wounded in Iraq and is domiciled in the State of California.

1144.    On September 23, 2005, Daniel A. Casara, then 31, was a Sergeant in the United States Army on a patrol in the Arab Jabour region south of Baghdad near the Tigris River when his Armored Personnel Carrier (APC) was attacked with an IED followed by small-arms fire in the form of a complex attack.  The IED flipped the APC, and Daniel A. Casara sustained bilateral fractures to his right tibia and fibula, shattered his left tibia, shattered the bones in his heel and ankle in both feet, and dislocated his right hip.

1145.    In the attack in which Daniel A. Casara was injured, SGT Paul Neubauer and SSG Daniel Schiele were both killed.

1146.    The attack in which Daniel A. Casara was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1147.    As a result of the attack and the injuries he suffered, Plaintiff Daniel A. Casara has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**103.    THE OCTOBER 10, 2005, ATTACK – BAGHDAD, IRAQ**

**The Bonifacio Family**

1148.    Jerry L. Bonifacio, Jr., was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1149.    On October 10, 2005, Jerry L. Bonifacio, Jr., then 28, was a Staff Sergeant in the United States Army National Guard performing his duties to protect the Green Zone, a fortification

161

in Baghdad, Iraq, that had been designed to keep United States officials safe during the Iraq War. As Jerry L. Bonifacio, Jr. guarded a checkpoint, an SVBIED approached his position and detonated.  Jerry L. Bonifacio, Jr. was killed by the force of the SVBIED blast.

1150.   The attack in which Jerry L. Bonifacio, Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1151.   Plaintiff Anna Bonifacio is a citizen of the United States and domiciled in the State of Idaho.  She is the mother of Jerry L. Bonifacio, Jr.

1152.   As a result of the attack, and the death of Jerry L. Bonifacio, Jr., Plaintiff Anna Bonifacio has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jerry L. Bonifacio, Jr.'s companionship, comfort, advice and counsel.

## 104.   THE OCTOBER 10, 2005, ATTACK – RAMADI, IRAQ

**The Sneed Family**

1153.   Brandon Keith Sneed, Sr. was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

1154.   On October 10, 2005, Brandon Keith Sneed, Sr., then 33, was a Staff Sergeant in the United States Army conducting combat operations on "Route Michigan" in Ramadi, Iraq when an IED detonated near his vehicle. Brandon Keith Sneed, Sr. was killed as a result of injuries sustained in the blast.

1155.   The attack in which Brandon Keith Sneed, Sr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1156.   Plaintiff Lori Dawn Peters-Sneed is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Brandon Keith Sneed, Sr. She brings this action

individually and on behalf of the Plaintiff Estate of Brandon Keith Sneed, Sr., as its proposed legal representative.

1157.   Plaintiff Brandee K. Sneed is a citizen of the United States and domiciled in the State of Alabama. She is the daughter of Brandon Keith Sneed, Sr.

1158.   Plaintiff Gloria Sneed-Man is a citizen of the United States and domiciled in the State of Texas. She is the mother of Brandon Keith Sneed, Sr.

1159.   Plaintiff Alvin Sneed is a citizen of the United States and domiciled in the State of Texas. He is the father of Brandon Keith Sneed, Sr.

1160.   Plaintiff Christopher Peters is a citizen of the United States and domiciled in the State of Alabama. He is the son of Brandon Keith Sneed, Sr.

1161.   As a result of the attack, and the death of Brandon Keith Sneed, Sr., Plaintiffs Lori Dawn Peters-Sneed, Brandee K. Sneed, Gloria Sneed-Mann, Alvin Sneed, and Christopher Peters have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Brandon Keith Sneed, Sr.'s companionship, comfort, advice, and counsel.

1162.   As a result of the attack, the Plaintiff Estate of Brandon Keith Sneed, Sr. experienced conscious pain and suffering and/or suffered economic loss.

**105.    THE OCTOBER 18, 2005, ATTACK – MOSUL, IRAQ**

**The Frantz Family**

1163.   Lucas Allen Frantz was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

1164.   On October 18, 2005, Lucas Allen Frantz, then 22, was serving as a Corporal in the United States Army when his Stryker unit came under small arms fire in Mosul, Iraq. Lucas Allen Frantz died as a result of a gunshot wound to his neck.

1165.   The attack in which Lucas Allen Frantz was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1166.   Plaintiff Lorrie Ann Van Druff is a citizen of the United States and domiciled in the State of Kansas.  She is the mother of Lucas Allen Frantz.

1167.   As a result of the attack, and the death of Lucas Allen Frantz, Plaintiff Lorrie Ann Van Druff has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Lucas Allen Frantz's companionship, comfort, advice and counsel.

## 106.   THE OCTOBER 20, 2005, ATTACK – AL NASR WAL SALAM, IRAQ

**The Russoli Family**

1168.   Andrew David Russoli was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

1169.   On October 20, 2005, Andrew David Russoli, then 21, was a Lance Corporal in the United States Marine Corps conducting routine combat operations in Al Nasr Wal Salam, Iraq, when an IED detonated near his vehicle. Andrew David Russoli suffered severe injuries in the attack resulting in his death.

1170.   The attack in which Andrew David Russoli was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1171.   Plaintiff Roland I. Russoli is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Andrew David Russoli. He brings this action individually and on behalf of the Plaintiff Estate of Andrew David Russoli, as its proposed legal representative.

1172.   Plaintiff Roland Russoli, Jr. is a citizen of the United States and domiciled in the state of Washington. He is the brother of Andrew David Russoli.

1173.   Plaintiff Sally Loraine Sipes is a citizen of the United States and is domiciled in the state of North Carolina. She is the mother of Andrew David Russoli.

1174.   As a result of the attack, and the death of Andrew David Russoli, Plaintiffs Roland I. Russoli, Roland Russoli, Jr., and Sally Loraine Sipes, have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Andrew David Russoli's companionship, comfort, advice and counsel.

1175.   As a result of the attack, the Plaintiff Estate of Andrew David Russoli experienced conscious pain and suffering and/or suffered economic loss.

### The Szwydek Family

1176.   Steven Walter Szwydek was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in the same attack as Andrew David Russoli.

1177.   Steven Walter Szwydek, then 20, was serving as a Lance Corporal in the United States Marine Corps when he was killed in the attack.

1178.   The attack in which Steven Walter Szwydek was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1179.   Plaintiff Wallace Michael Szwydek is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Steven Walter Szwydek.  He brings this action individually and on behalf of the Plaintiff Estate of Steven Walter Szwydek, as its proposed legal representative.

1180.   Plaintiff Nancy Louise Szwydek is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Steven Walter Szwydek.

1181.   As a result of the attack, and the death of Steven Walter Szwydek, Plaintiffs Wallace Michael Szwydek and Nancy Louise Szwydek have experienced severe mental anguish,

extreme emotional pain and suffering, and the loss of Steven Walter Szwydek's companionship, comfort, advice, and counsel.

1182.   As a result of the attack, the Plaintiff Estate of Steven Walter Szwydek experienced conscious pain and suffering and/or suffered economic loss.

## 107.   THE OCTOBER 27, 2005, ATTACK – SAQLAWIYAH, IRAQ

**The Kremm Family**

1183.   Jared Jason Kremm was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

1184.   On October 27, 2005, Jared Jason Kremm, then 24, was a Lance Corporal in the United States Marine Corps in Saqlawiyah, Iraq when his base was attacked with numerous mortar rounds.  Jared Jason Kremm's suffered multiple traumatic injuries resulting in his death.

1185.   The attack in which Jared Jason Kremm was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1186.   Plaintiff Nancy Elizabeth Young is a citizen of the United States and domiciled in the State of New York. She is the mother of Jared Jason Kremm.

1187.   Plaintiff Jacqueline B. Soldano is a citizen of the United States and domiciled in the State of North Carolina.  She is the sister of Jared Jason Kremm.

1188.   As a result of the attack, and the death of Jared Jason Kremm, Plaintiffs Nancy Elizabeth Young and Jacqueline B. Soldano have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jared Jason Kremm's companionship, comfort, advice, and counsel.

**108.**    **THE NOVEMBER 4, 2005, ATTACK – HADITHA, IRAQ**

**The Baskett Family**

1189.   Plaintiff Kristofer Keenan Marshall Baskett is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Oregon.

1190.   On November 4, 2005, Kristofer Keenan Marshall Baskett, then 20, was a Hospital Corpsman in the United States Navy traveling in a convoy on River Road in Haditha, Iraq when an IED detonated just outside of his vehicle, knocking Kristofer Keenan Marshall Baskett unconscious. He sustained damage to the tympanic membrane, tinnitus, hearing loss, perforated right ear drum, a TBI, and PTSD.

1191.   The attack in which Kristofer Keenan Marshall Baskett was injured was carried out by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1192.   As a result of the attack, and the injuries he suffered, Kristofer Keenan Marshall Baskett has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**109.**    **THE NOVEMBER 6, 2005, ATTACK – AD DAWR, IRAQ**

**The Brown Family**

1193.   Plaintiff Lewis Fitzgerald Brown, Jr., is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Georgia.

1194.   On November 6, 2005, Lewis Fitzgerald Brown, Jr., then 23, was a Staff Sargeant in the United States Army conducting a raid mission on "Route Mango," one kilometer northwest of Tikrit, Iraq. As the convoy passed, an IED (consisting of two 155mm artillery shells) detonated near their location. Due to the force of the blast, Lewis Fitzgerald Brown, Jr. suffered serious

injuries including a TBI, shrapnel wounds to his right thigh and leg, bilateral tinnitus and hearing loss, and PTSD.

1195.   The attack in which Lewis Fitzgerald Brown, Jr. was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1196.   As a result of the attack, and the injuries he suffered, Plaintiff Lewis Fitzgerald Brown, Jr. has experienced severe physical pain, mental anguish, extreme emotional pain, and suffering.

110.   **THE NOVEMBER 10, 2005, ATTACK – HUSEYBA, IRAQ**

**The Terando Family**

1197.   Joshua Adam Terando was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1198.   On November 10, 2005, Joshua Adam Terando, then 27, was a Sergeant in the United States Army providing security for a tank crew at Taqaddum Air Force in Iraq when his unit came under a complex attack by enemy insurgents.  The attack consisted of RPGs, mortars, heavy machine gun fire, and snipers. Joshua Adam Terando died as a result of a single gunshot wound to the head.

1199.   The attack in which Joshua Adam Terando was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1200.   Plaintiff Gerald Terando is a citizen of the United States and domiciled in the State of Illinois.  He is the father of Joshua Adam Terando.

1201.   Plaintiff Linda Sue Terado is a citizen of the United States and domiciled in the State of Illinois.  She is the mother of Joshua Adam Terando.

1202.   Plaintiff Amanda Overton is a citizen of the United States and domiciled in the state of Illinois.  She is the sister of Joshua Adam Terando.

1203.   Plaintiffs Gerald Terando and Linda Sue Terando bring this action individually and on behalf of the Plaintiff Estate of Joshua Adam Terando, as its proposed legal co-representatives.

1204.   As a result of the attack, and the death of Joshua Adam Terando, Plaintiffs Gerald Terando, Linda Sue Terando, and Amanda Overton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joshua Adam Terando's companionship, comfort, advice and counsel.

1205.   As a result of the attack, the Plaintiff Estate of Joshua Adam Terando experienced conscious pain and suffering and/or suffered economic loss.

### 111.    THE NOVEMBER 16, 2005, ATTACK – HADITHA, IRAQ

**The Murray Family**

1206.   Jeremy Enlow Murray was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1207.   On November 16, 2005. Jeremy Enlow Murray, then 27, was a Sergeant in the United States Marie Corps conducting routine combat operations near Haditha, Iraq, when an IED detonated near his HMMWV.  Jeremy Enlow Murray died as a result of injuries sustained in the blast.

1208.   The attack in which Jeremy Enlow Murray was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1209.   Plaintiff Pamela Marie Murray is a citizen of the United States and domiciled in the state of Ohio. She is the mother to Jeremy Enlow Murray.

1210.   Plaintiff Harold E. Murray is a citizen of the United States and domiciled in the state of Ohio.  He is the father of Jeremy Enlow Murray.

1211.   Plaintiff Lisa Murray is a citizen of the United States and domiciled in the state of Ohio.  She is the sister to Jeremy Enlow Murray.

1212.   Plaintiff Hailey White is a citizen of the United States and domiciled in the state of Ohio.  She is the daughter of Jeremy Enlow Murray.

1213.   Plaintiff Ian Murray is a citizen of the United States and domiciled in the state of Ohio.  He is the son of Jeremy Enlow Murray.

1214.   Plaintiff Megan Roberts is a citizen of the United States and domiciled in the state of Ohio.  She is the widow of Jeremy Enlow Murray.  She brings this action individually and on behalf of the Plaintiff Estate of Jeremy Enlow Murray, as its proposed legal representative.

1215.   As a result of the attack, and the death of Jeremy Enlow Murray, Plaintiffs Pamela Marie Murray, Harold E. Murray, Lisa Murray, Hailey White, Ian Murray and Megan Roberts have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeremy Enlow Murray's companionship, comfort, advice, and counsel.

1216.   As a result of the attack, the Plaintiff Estate of Jeremy Enlow Murray experienced conscious pain and suffering and/or suffered economic loss.

**112.    THE NOVEMBER 27, 2005, ATTACK – BAQUBAH, IRAQ**

**The Brady Family**

1217.   Matthew R. Brady is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Florida.

1218.   On November 27, 2005, Matthew R. Brady, then 20, was a Specialist in the United States Marine Corps patrolling in the vicinity of Baqubah, Iraq when as SVBIED detonated next

to the convoy resulting in Matthew R. Brady sustaining injuries including a TBI, severe shrapnel burns, and PTSD.

1219.   The attack in which Matthew R. Brady was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1220.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew R. Brady has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1221.   Plaintiff Carol Brady is a citizen of the United States and domiciled in the State of Florida. She is the mother of Matthew R. Brady.

1222.   Plaintiff Kevin Brady is a citizen of the United States and domiciled in the State of Florida. He is the father of Matthew R. Brady.

1223.   As a result of the attack, and the injuries Matthew R. Brady suffered, Plaintiffs Carol Brady and Kevin Brady have experienced severe mental anguish and extreme emotional pain and suffering.

## 113.    THE DECEMBER 1, 2005, ATTACK – FALLUJAH, IRAQ

### The Patten Family

1224.   Andrew Grant Patten was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1225.   On December 1, 2005, Andrew Grant Patten, then 19, was a Lance Corporal in the United States Marine Corps conducting routine ground operations near Fallujah, Iraq when an IED detonated near his location killing Andrew Grant Patten along with nine other Marines.

1226.   The attack in which Andrew Grant Patten was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1227.   Plaintiff Alan G. Patten is a citizen of the United States and domiciled in the State of Illinois.  He is the father of Andrew Grant Patten. He brings this action individually and on behalf of the Plaintiff Estate of Andrew Grant Patten, as its proposed legal representative.

1228.   As a result of the attack, and the death of Andrew Grant Patten, Plaintiff Alan G. Patten has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Andrew Grant Patten's companionship, comfort, advice and counsel.

1229.   As a result of the attack, the Plaintiff Estate of Andrew Grant Patten experienced conscious pain and suffering and/or suffered economic loss.

### The Watson Family

1230.   Craig Nolan Watson was a citizen of the United States and domiciled in the State of Michigan when he was killed in the same attack as Andrew Grant Patten.

1231.   Craig Nolan Watson, then 21, was a Lance Corporal in the United States Marine Corps when he was killed.

1232.   The attack in which Craig Nolan Watson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1233.   Plaintiff Shirley L. Watson is a citizen of the United States and domiciled in the state of Michigan. She is the mother of Craig Nolan Watson.

1234.   Plaintiff Jay D. Watson is a citizen of the United States and domiciled in the state of Michigan. He is the father of Craig Nolan Watson.

1235.   Plaintiff Kevin Watson is a citizen of the United States and domiciled in the state of Michigan.  He is the brother of Craig Nolan Watson.

1236.   Plaintiff Bradley Watson is a citizen of the United States and is domiciled in the state of Michigan. He is the brother of Craig Nolan Watson.

1237.   Plaintiff James Deaton is a citizen of the United States and is domiciled in the state of Michigan.  He is the step-brother of Craig Nolan Watson.

1238.   Plaintiffs Shirley L. Watson and Jay D Watson bring this action individually and on behalf of the Plaintiff Estate of Craig Nolan Watson, as its proposed legal co-representatives.

1239.   As a result of the attack, and the death of Craig Nolan Watson, Plaintiffs Shirley L. Watson, Jay D. Watson, Kevin Watson, Bradley Watson, and James Deaton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Craig Nolan Watson's companionship, comfort, advice, and counsel.

1240.   As a result of the attack, the Plaintiff Estate of Craig Nolan Watson experienced conscious pain and suffering and/or suffered economic loss.

## 114.    THE DECEMBER 13, 2005, ATTACK – KARMAH, IRAQ

### The Karim Family

1241.   Brian Christopher Karim was a citizen of the United States and domiciled in the State of West Virginia when he was killed in Iraq.

1242.   On December 13, 2005, Brian Christopher Karim, then 22, was a Sergeant in the United States Army traveling between "Route NorthStar" and "ASR Lincoln" when their M1114 Humvee was struck with an IED.  Brian Christopehr Karim was killed as a result of injuries sustained in the blast.

1243.   The attack in which Brian Christopher Karim was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1244.   Plaintiff Rachel Karim is a citizen of the United States and domiciled in the State of West Virginia.  She is the widow of Brian Christopher Karim. She brings this action

individually and on behalf of the Plaintiff Estate of Brian Christopher Karim, as its proposed legal representative.

1245.   Plaintiff Janessa Adara Karim is a citizen of the United States and domiciled in the State of West Virginia.  She is the daughter of Brian Christopher Karim.

1246.   As a result of the attack, and the death of Brian Christopher Karim, Plaintiffs Rachel Karim and Janessa Adara Karim have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brian Christopher Karim's companionship, comfort, advice, and counsel.

1247.   As a result of the attack, the Plaintiff Estate of Brian Christopher Karim experienced conscious pain and suffering and/or suffered economic loss.

### 115.   THE DECEMBER 20, 2005, ATTACK – HIT, IRAQ

**The Thomas Family**

1248.   Adam Thomas is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Iowa.

1249.   On December 20, 2005, Adam Thomas, then 20, was a Private First Class in the United States Army conducting dismounted security operations around Hit, Iraq, when an IED was detonated at his location. Adam Thomas was knocked to the ground and sustained shrapnel wounds to his face and torso during the explosion.

1250.   The attack in which Adam Thomas was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1251.   As a result of the attack, Plaintiff Adam Thomas has experienced economic loss, severe physical injuries and mental anguish, and extreme emotional pain and suffering.

**116.**    <u>**THE DECEMBER 29, 2005, ATTACK – FALLUJAH, IRAQ**</u>

<u>**The Lutz Family**</u>

1252.    George Anthony Lutz II was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1253.    On December 29, 2005, George Anthony Lutz II, then 25, was a Private First Class in the United States Army on a dismounted patrol in Fallujah, Iraq, when his unit was attacked by enemy forces with small arms fire. George Anthony Lutz II died as a result of gunshot wounds.

1254.    The attack in which George Anthony Lutz II was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1255.    Plaintiff George Lutz III is a citizen of the United States and domiciled in the State of Virginia. He is the son of George Anthony Lutz II.

1256.    Plaintiff Ava Lutz is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of George Anthony Lutz II.

1257.    Plaintiff Tiffany Marie Shortbridge is a citizen of the United States and domiciled in the state of Virginia. She is the wife of George Anthony Lutz II. She brings this action individually and on behalf of the Plaintiff Estate of George Anthony Lutz II, as its proposed legal representative.

1258.    As a result of the attack, and the death of George A. Lutz II, Plaintiffs George Lutz III, Ava Lutz, and Tiffany Marie Shortbridge have experienced severe mental anguish, extreme emotional pain and suffering, and loss of George A. Lutz II's companionship, comfort, advice and counsel.

1259.    As a result of the attack, the Plaintiff Estate of George Anthony Lutz II experienced conscious pain and suffering and/or suffered economic loss.

117.    **THE JANUARY 20, 2006, ATTACK – HAWIJAH, IRAQ**

**The Frantz Family**

1260.   Matthew Curtis Frantz was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

1261.   On January 20, 2006, Matthew Curtis Frantz, then 23, was serving as a Specialist in the United States Army on patrol in Hawijah, Iraq when an IED detonated on the right rear of his vehicle causing it to flip. Matthew Curtis Frantz died as a result along with three other servicemembers.

1262.   The attack in which Matthew Curtis Frantz was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1263.   Plaintiff James Milton Frantz is a citizen of the United States and domiciled in the State of Indiana.  He is the father of Matthew Curtis Frantz.

1264.   Plaintiff Marilyn Kay Frantz is a citizen of the United States and domiciled in the State of Indiana.  She is the mother of Matthew Curtis Frantz.

1265.   Plaintiffs James Milton Frantz and Marilyn Kay Frantz bring this action individually and on behalf of the Plaintiff Estate of Matthew Curtis Frantz, as its proposed legal co-representatives.

1266.   As a result of the attack, and the death of Matthew Curtis Frantz, Plaintiffs James Milton Frantz and Marilyn Kay Frantz have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Matthew Curtis Frantz's companionship, comfort, advice and counsel.

1267.   As a result of the attack, the Plaintiff Estate of Matthew Curtis Frantz experienced conscious pain and suffering and/or suffered economic loss.

**The Yazzie Family**

1268.   Clifton Jerrod Yazzie was a citizen of the United States and domiciled in the State of New Mexico when he was killed in the same attack as Mathew Curtis Frantz.

1269.   Clifton Jerrod Yazzie, then 23, was serving as a Sergeant in the United States Army when he was killed.

1270.   The attack in which Clifton Jerrod Yazzie was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1271.   Plaintiff Jeanette T. Yazzie is a citizen of the United States and domiciled in the State of New Mexico.  She is the mother of Clifton Jerrod Yazzie. She brings this action individually and on behalf of the Plaintiff Estate of Clifton Jerrod Yazzie, as its proposed legal representative.

1272.   Plaintiff Clifford Yazzie is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Clifton Jerrod Yazzie.

1273.   Plaintiff Clinton J. Yazzie is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Clifton Jerrod Yazzie.

1274.   Plaintiff Ryndal A. Yazzie is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Clifton Jerrod Yazzie.

1275.   Plaintiff Shannon Bedonie is a citizen of the United States and domiciled in the State of New Mexico. She is the sister of Clifton Jerrod Yazzie.

1276.   Plaintiff Rhiannon Bedonie-Hannd is a citizen of the United States and domiciled in the State of New Mexico. She is the sister of Clifton Jerrod Yazzie.

1277.   Plaintiff Cayden J. Yazzie. is a citizen of the United States and domiciled in the State of New Mexico. He is the son of Clifton Jerrod Yazzie.

1278.   Plaintiff Chynitta J. Yazzie is a citizen of the United States and domiciled in the State of New Mexico. She is the daughter of Clifton Jerrod Yazzie.

1279.   As a result of the attack, and the death of Clifton Jerrod Yazzie, Plaintiffs Jeanette T. Yazzie, Clifford Yazzie, Clinton J. Yazzie, Ryndal A. Yazzie, Shannon Bedonie, Rhiannon Bedonie-Hannd, Cayden J. Yazzie and Chynitta J. Yazzie have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Clifton Jerrod Yazzie's companionship, comfort, advice, and counsel.

1280.   As a result of the attack, the Plaintiff Estate of Clifton Jerrod Yazzie experienced conscious pain and suffering and/or suffered economic loss.

## 118.   THE JANUARY 23, 2006, ATTACK – BAGHDAD, IRAQ

**The Chase Family**

1281.   Lance Chase was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

1282.   On January 23, 2006, Lance Chase, then 32, was a Staff Seargent in the United States Army conducting combat operations throughout Baghdad, Iraq, when his vehicle was struck by an IED resulting in his death.

1283.   The attack in which Lance Chase was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1284.   Plaintiff Brett Chase is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Lance Chase. He brings this action individually and on behalf of the Plaintiff Estate of Lance Chase, as its proposed legal representative.

1285.   Plaintiff Trevor Chase is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Lance Chase.

1286.  Michael L. Chase is a citizen of the United States and domiciled in the state of Oklahoma. He is the father of Lance Chase.

1287.  Plaintiff Carrie McKee is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Lance Chase.

1288.  As a result of the attack, and the death of Lance Chase, Plaintiffs Brett Chase, Trevor Chase, Michael Chase, and Carrie McKee have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Lance Chase's companionship, comfort, advice and counsel.

1289.  As a result of the attack, the Plaintiff Estate of Lance Chase experienced conscious pain and suffering and/or suffered economic loss.

**The Wagler Family**

1290.  Peter Daniel Wagler was a citizen of the United States and domiciled in the State of Kansas when he was killed in the same attack in which Lance Chase was killed.

1291.  Peter Daniel Wagler, then 18, was a Private First Class in the United States Army when he was killed in the IED explosion

1292.  The attack in which Peter Daniel Wagler was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1293.  Plaintiff Patricia Anne Wagler is a citizen of the United States and domiciled in the State of Kansas. She is mother of Peter Daniel Wagler. She brings this action individually and on behalf of the Plaintiff Estate of Peter Daniel Wagler, as its proposed legal representative.

1294.  Plaintiff Josiah Wagler is a citizen of the United States and domiciled in the State of Kansas. He is the brother of Peter Daniel Wagler.

1295.   Plaintiff Sarah Julian is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Peter Daniel Wagler.

1296.   Plaintiff Esther Egli is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Peter Daniel Wagler.

1297.   Plaintiff Bethany Page is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Peter Daniel Wagler.

1298.   Plaintiff Vanya Wagler is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Peter Daniel Wagler.

1299.   As a result of the attack, and the death of Peter Daniel Wagler, Plaintiffs Patricia Anne Wagler, Josiah Wagler, Sarah Julian, Esther Egli, Bethany Page, and Vanya Wagler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Peter Daniel Wagler's companionship, comfort, advice and counsel.

1300.   As a result of the attack, the Plaintiff Estate of Peter Daniel Wagler experienced conscious pain and suffering and/or suffered economic loss.

## 119.    THE FEBRUARY 1, 2006, ATTACK – FALLUJAH, IRAQ

**The Cardelli Family**

1301.   Sean Cardelli was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1302.   On February 1, 2006, Sean Cardelli, then 20, was serving as a Private First Class in the United States Marine Corps performing sentry duty on a rooftop at his Forward Operating Base in the vicinity of Fallujah, Iraq when he came under sniper fire and sustained a fatal gunshot wound to the head.

1303.   The attack in which Sean Cardelli was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1304.   Plaintiff John A. Cardelli is a citizen of the United States and domiciled in the State of Wisconsin.  He is the father of Sean Cardelli.

1305.   Plaintiff Barbara J. Cardelli is a citizen of the United States and domiciled in the State of Illinois.  She is the mother of Sean Cardelli.

1306.   Plaintiff Roxane M. Pasquinelli is a citizen of the United States and domiciled in the State of Illinois.  She is the sister of Sean Cardelli.

1307.   Plaintiff Darinda N. Cardelli is a citizen of the United States and domiciled in the State of Illinois.  She is the sister of Sean Cardelli.

1308.   Plaintiffs John A. Cardelli and Barbara J. Cardelli bring this action individually and on behalf of the Plaintiff Estate of Sean Cardelli, as its proposed legal co-representatives.

1309.   As a result of the attack, and the death of Sean Cardelli, Plaintiffs John A. Cardelli, Barbara J. Cardelli, Roxane M. Pasquinelli and Darina N. Cardelli have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Sean Cardelli's companionship, comfort, advice and counsel.

1310.   As a result of the attack, the Plaintiff Estate of Sean Cardelli experienced conscious pain and suffering and/or suffered economic loss.

**120.    THE FEBRUARY 3, 2006, ATTACK – RAMADI, IRAQ**

**The Ross Family**

1311.   Plaintiff Dean Thomas Ross is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Florida.

1312.   On February 3, 2006, Dean Thomas Ross, then 42, was a Major in the United States Army's Special Operations Command working as an intelligence operations officer at Camp Ramadi in Ramadi, Iraq.  While travelling with his unit between Camp Ramadi and Samarra, Iraq, his unit came under small-arms fire

1313.   Dean Thomas Ross suffered serious injuries during the attack, including bullet wounds to his right leg that required a below-the-knee amputation, as well as injuries to his back and neck.  He also suffers from PTSD.

1314.   The attack in which Dean Thomas Ross was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1315.   As a result of the attack and the injuries he suffered, Plaintiff Dean Thomas Ross has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1316.   Plaintiff Lindsey D. Ross is a citizen of the United States and domiciled in Florida.  She is the daughter of Dean Thomas Ross.

1317.   Plaintiff Kyle E. Ross is a citizen of the United States and domiciled in Florida.  He is the son of Dean Thomas Ross.

1318.   As a result of the attack, and the injuries Dean Thomas Ross suffered, Plaintiffs Lindsey D. Ross and Kyle E. Ross have experienced severe mental anguish and extreme emotional pain and suffering.

### 121.   THE FEBRUARY 6, 2006, ATTACK – BAGHDAD, IRAQ

**The Schuck Family**

1319.   Brandon Scott Schuck was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

1320.   On February 6, 2006, Brandon Scott Schuck, then 21, was a Corporal in the United States Marine Corps conducting landmine sweeps in Baghdad, Iraq when an IED detonated near his location. Brandon Scott Schuck was killed as a result of injuries sustained in the blast.

1321.   The attack in which Brandon Scott Schuck was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1322.   Plaintiff Karen D. Jenkins is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Brandon Scott Schuck.

1323.   Plaintiff Dillon Jenkins is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Brandon Scott Schuck.

1324.   Plaintiff Deanna White-Wolf is a citizen of the United States and domiciled in the State of New York. She is the sister of Brandon Scott Schuck.

1325.   As a result of the attack, and the death of Brandon Scott Schuck, Plaintiffs Karen D. Jenkins, Dillon Jenkins, and Deanna White-Wolf have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Brandon Scott Schuck's companionship, comfort, advice and counsel.

**122.   THE FEBRUARY 22, 2006, ATTACK – AL HAWIJA, IRAQ**

**The Gourley Family**

1326.   Gregson Glenn Gourley was a citizen of the United States and domiciled in the State of Utah when he was killed in Iraq.

1327.   On February 22, 2006, Gregson Glenn Gourley, then 38, was a Staff Sergeant in the United States Army conducting combat operations in Al Hawija, Iraq, when an IED struck the vehicle he was riding in. Gregson Glenn Gourley died as a result of multiple ballistic injuries sustained in the blast.

1328.   The attack in which Gregson Glenn Gourley was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1329.   Plaintiff Jerome Glenn Gourley is a citizen of the United States and domiciled in the State of Utah. He is the father of Gregson Glenn Gourley. He brings this action individually and on behalf of the Plaintiff Estate of Gregson Glenn Gourley, as its proposed legal representative.

1330.   Plaintiff Judith L.M. Gourley is a citizen of the United States and domiciled in the State of Utah. She is the mother of Gregson Glenn Gourley.

1331.   As a result of the attack, and the death of Gregson Glenn Gourley, Plaintiffs Jerome Glenn Gourley and Judith L.M. Gourley have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gregson Glenn Gourley's companionship, comfort, advice, and counsel.

1332.   As a result of the attack, the Plaintiff Estate of Gregson Glenn Gourley experienced conscious pain and suffering and/or suffered economic loss.

### 123.   THE FEBRUARY 22, 2006, ATTACK – BALAD, IRAQ

**The Misner Family**

1333.   Gordon Foster Misner II was a citizen of the United States and domiciled in the State of Nevada when he was killed in Iraq.

1334.   On February 22, 2006, Gordon Foster Misner II, then 21, was a Sergeant in the United States Army when an IED detonated near the Bradley Fighting Vehicle he was traveling in near Balad, Iraq resulting in his death.

1335.   The attack in which Gordon Foster Misner II was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1336.   Plaintiff Charlene Marie Erny is a citizen of the United States and domiciled in the state of Nevada. She is the mother of Gordon Foster Misner II.

1337.   Plaintiff Kristin Zou is a citizen of the United States and domiciled in the state of Nevada. She is the sister of Gordon Foster Misner II.

1338.   Plaintiff Leif Olson is a citizen of the United States and domiciled in the state of Nevada. He is the brother of Gordon Foster Misner II.

1339.   As a result of the attack, and the death of Gordon Foster Misner II, Plaintiffs Charlene Marie Erny, Kristin Zou and Leif Olson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gordon Foster Misner II's companionship, comfort, advice, and counsel.

## 124.   THE FEBRUARY 25, 2006, ATTACK – RAMADI, IRAQ

**The Thornton Family**

1340.   John Joshua Thornton was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

1341.   On February 25, 2006, John Joshua Thornton, then 22, was a Lance Corporal in the United States Marine Corp serving with his unit in Ramadi, Iraq, when they came under a mortar attack by enemy insurgents. John Joshua Thornton was killed as a result of injuries sustained in the mortar strike.

1342.   The attack in which John Joshua Thornton was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1343.   Plaintiff Rachel L. Thornton is a citizen of the United States and domiciled in the State of Arizona. She is the mother of John Joshua Thornton.  She brings this action individually and on behalf of the Plaintiff Estate of John Joshua Thornton, as its proposed legal representative.

1344.   Plaintiff Kyle R. Thornton is a citizen of the United States and domiciled in the State of Arizona. He is the brother of John Joshua Thornton.

1345.   Plaintiff Brianna T. Thornton is a citizen of the United States and domiciled in the State of Arizona. She is the sister of John Joshua Thornton.

1346.   As a result of the attack, and the death of John Joshua Thornton, Plaintiffs Rachel L. Thornton, Kyle R. Thornton, and Brianna T. Thornton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of John Joshua Thornton's companionship, comfort, advice and counsel.

1347.   As a result of the attack, the Plaintiff Estate of John Joshua Thornton experienced conscious pain and suffering and/or suffered economic loss.

### 125.   THE APRIL 6, 2006, ATTACK – AR RAMADI, IRAQ

**The Edwards Family**

1348.   Chase A. Edwards was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1349.   On April 6, 2006, Chase A. Edwards, then 19, was a Private First Class in the United States Marine Corps driving an M1123 MAK HMMWV conducting combat operations in Ramadi, Iraq, when his vehicle was struck by an IED resulting in his death from multiple traumatic blast injuries.

1350.   The attack in which Chase A. Edwards was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1351.   Plaintiff Lydon Hartwell is a citizen of the United States and domiciled in the State of Louisiana.  He is the brother of Chase A. Edwards.

1352.   As a result of the attack, and the death of Chase A. Edwards, Lydon Hartwell has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Chase A. Edward's companionship, comfort, advice and counsel.

### 126.   THE APRIL 9, 2006, ATTACK – RAMADI, IRAQ

**The Lamberson Family**

1353.   Randall L. Lamberson was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

1354.   On April 9, 2006, Randall L. Lamberson, then 36, was a Sergeant First Class in the United States Army traveling on a security patrol in Ramadi, Iraq, when an IED was detonated near their location. Randall L. Lamberson was killed as a result of injuries sustained in the attack.

1355.   The attack in which Randall L. Lamberson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1356.   Plaintiff David William Lamberson is a citizen of the United States and domiciled in the State of Missouri. He is the brother of Randall L. Lamberson.

1357.   Plaintiff Lloyd Lamberson is a citizen of the United States and domiciled in the state of Missouri.  He is the father of Randall L. Lamberson.

1358.   As a result of the attack, and the death of Randall L. Lamberson, Plaintiffs David William Lamberson and Lloyd Lamberson have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Randall L. Lamberson's companionship, comfort, advice, and counsel.

**127.** **THE MAY 3, 2006, ATTACK – BAGHDAD, IRAQ**

**The Gartee Family**

1359.   Plaintiff Aaron Gartee is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Michigan.

1360.   On May 3, 2006, Aaron Gartee, then 24, was a Specialist in the United States Army conducting a prisoner escort on Route Tampa from Baghdad, Iraq, to Balad, Iraq. While en route, his vehicle was struck by an IED consisting of two 155mm rounds.

1361.   Aaron Gartee sustained a TBI, burns to his face and chest, severe disc bulging in his back, and several dislodged discs in his lower back. He also suffers from PTSD.

1362.   The attack in which Aaron Gartee was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1363.   As a result of the attack, and the injuries he suffered, Plaintiff Aaron Gartee has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**128.** **THE MAY 11, 2006, ATTACK – BAGHDAD, IRAQ**

**The Clark Family**

1364.   Eric D. Clark was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

1365.   On May 11, 2006, Eric D. Clark, then 22, was a Private First Class in the United States Army on a routine patrol in Baghdad, Iraq when the M1114 HMMWV that he was driving was struck by an IED that detonated directly underneath him, killing him instantly.

1366.   The attack in which Eric D. Clark was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1367.  Plaintiff Kevin Clark is a citizen of the United States and domiciled in the State of Minnesota.  He is the father of Eric D. Clark.  He brings this action individually and on behalf of the Plaintiff Estate of Eric D. Clark, as its proposed legal representative.

1368.  As a result of the attack, and the death of Eric D. Clark, Plaintiff Kevin Clark has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Eric D. Clark's companionship, comfort, advice and counsel.

1369.  As a result of the attack, the Plaintiff Estate of Eric D. Clark experienced conscious pain and suffering and/or suffered economic loss.

**The Snowberger Family**

1370.  Stephen Paul Snowberger III was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in the same attack as Eric D. Clark.

1371.  Stephen Paul Snowberger III, then 18, was serving as a Private First Class in the United States Army when he was killed.

1372.  The attack in which Stephen Paul Snowberger III was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1373.  Plaintiff Deborah Ann Brown is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Stephen Paul Snowberger III.  She brings this action individually and on behalf of the Plaintiff Estate of Stephen Paul Snowberger III, as its proposed legal representative.

1374.  Plaintiff Paul Brown is a citizen of the United States and domiciled in the State of North Carolina. He is the step-father of Stephen Paul Snowberger III.

1375.  Plaintiff Jessica Slater is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Stephen Paul Snowberger III.

1376.   As a result of the attack, and the death of Stephen Paul Snowberger III, Plaintiffs Deborah Ann Brown, Paul Brown, and Jessica Slater, have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Stephen Paul Snowberger III's companionship, comfort, advice, and counsel.

1377.   As a result of the attack, the Plaintiff Estate of Stephen Paul Snowberger III experienced conscious pain and suffering and/or suffered economic loss.

### 129.   THE MAY 13, 2006, ATTACK – BAGHDAD, IRAQ

1378.   Plaintiff Ronald A. Hinson was a citizen of the United States who was wounded in Iraq and is domiciled in the State of Connecticut.

1379.   On May 13, 2006, Ronald A. Hinson was a civilian contractor with Westford Group International traveling in a convoy with Company B, 1st Battalion, 22nd Infantry as part of Operation Iron Eagle, when his vehicle was struck by an IED. As a result of the blast, Mr. Hinson received serious injuries, and one service member was killed.

1380.   Mr. Hinson suffered serious injuries in the attack, including a shrapnel injury to the right side of his face below the eye resulting in a complex facial fracture. His injuries also included a TBI, chronic trigeminal neuralgia, and monocular diplopia. He also suffers from PTSD and depression.

1381.   The attack in which Ronald A. Hinson was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1382.   As a result of the attack and the injuries he suffered, Plaintiff Ronald A. Hinson has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 130.    THE MAY 23, 2006, ATTACK – KARMAH, IRAQ

**The Freund Family**

1383.    Steven Freund was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1384.    On May 23, 2006, Steven Freund, then 21, was a Private First Class in the United States Marine Corps conducting combat operations in Karmah, Iraq in a HMMWV when it was struck by an IED explosion killing Steven Freund.

1385.    The attack in which Steven Freund was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1386.    Plaintiff Donna E. Eiben was a citizen of the United States and domiciled in the State of Pennsylvania. She is the aunt of Steven Freund.

1387.    Plaintiff William R. Eiben was a citizen of the United States and domiciled in the State of Pennsylvania. He is the uncle of Steven Freund.

1388.    As a result of the attack, and the death of Steven Freund, Donna Eiben and William Eiben have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Steven Freund's companionship, comfort, advice and counsel.

### 131.    THE JUNE 5, 2006, ATTACK – ANAH, IRAQ

**The Jaenke Family**

1389.    Jaime Suzanne Jaenke was a citizen of the United States and domiciled in the State of Iowa when she was killed in Iraq.

1390.    On June 5, 2006, Jaime Suzanne Jaenke, then 29, was a Petty Officer Second Class in the United States Navy when the vehicle she was traveling in was struck by an IED in Anah, Iraq. The blast ejected all of the passengers in the vehicle with the exception of the driver. Jaime

Suzanne Jaenke's body came to rest near the blast crater having been decapitated with only small fragments of her skull being recovered at the site of the attack.

1391.   The attack in which Jaime Suzanne Jaenke was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1392.   Plaintiff Susan Elizabeth Jaenke is a citizen of the United States and domiciled in the state of Iowa. She is the mother of Jaime Suzanne Jaenke.

1393.   Plaintiff Garrett Jaenke is a citizen of the United States and domiciled in Iowa. He is the brother of Jaime Suzanne Jaenke.

1394.   Plaintiff Justin M. Jaenke is a citizen of the United States and domiciled in the state of Iowa. He is the brother of Jaime Suzanne Jaenke.

1395.   Plaintiff Kayla Jaenke is a citizen of the United States and domiciled in Iowa. She is the daughter of Jaime Suzanne Jaenke. She brings this action individually and on behalf of the Plaintiff Estate of Jaime Suzanne Jaenke, as its proposed legal representative.

1396.   As a result of the attack, and the death of Jaime Suzanne Jaenke, Plaintiffs Susan Elizabeth Jaenke, Garrett Jaenke, Justin M. Jaenke, and Kayla Jaenke have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jaime Suzanne Jaenke's companionship, comfort, advice, and counsel.

1397.   As a result of the attack, the Plaintiff Estate of Jaime Suzanne Jaenke experienced conscious pain and suffering and/or suffered economic loss.

### 132.   <u>THE JUNE 6, 2006, ATTACK – FALLUJAH, IRAQ</u>

**<u>The Freeman Family</u>**

1398.   Plaintiff Kristopher Keith Freeman is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Kentucky.

1399.   On June 6, 2006, Kristopher Keith Freeman, then 20, was a Corporal in the United States Marine Corps conducting mounted combat operations in Zaidon, Iraq, when an IED detonated near his location. As a result of the blast, Kristopher Keith Freeman and the other occupants of their vehicle were blown out of their truck and knocked unconscious.  Kristopher Keith Freeman received serious injuries, and two of his fellow soldiers were killed in the attack.

1400.   Kristopher Keith Freeman suffered serious injuries in the attack, including a TBI, shrapnel wounds to the groin, a fractured right arm, multiple fractures to the right leg that required surgery with hardware fixation, as well as tinnitus, amnesia, bacteria resulting in gastrointestinal disease, hearing loss, auditory processing issues, plantar fasciitis, and a permanent limp. Kristopher Keith Freeman also suffers from PTSD, anxiety, and depression.

1401.   The attack in which Kristopher Keith Freeman was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1402.   As a result of the attack, and the injuries he suffered, Plaintiff Kristopher Keith Freeman has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**The Smykowski Family**

1403.   Mark T. Smykowski was a citizen of the United States and domiciled in the State of Ohio when he was killed in the same attack that wounded Kristopher Keith Freeman.

1404.   Mark T. Smykowski, then 23, was a Sergeant in the United States Marine Corps when he was killed.

1405.   The attack in which Mark T. Smykowski was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1406.   Plaintiff Diana K. Ross is a citizen of the United States and domiciled in the State of Florida. She is the mother of Mark T. Smykowski. She brings this action individually and on behalf of the Plaintiff Estate of Mark T. Smykowski, as its proposed legal representative.

1407.   As a result of the attack, and the death of Mark T. Smykowski, Plaintiff Diana K. Ross has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Mark T. Smykowski's companionship, comfort, advice, and counsel.

1408.   As a result of the attack, the Plaintiff Estate of Mark T. Smykowski experienced conscious pain and suffering and/or suffered economic loss.

### 133.   THE JUNE 22, 2006, ATTACK – RAMADI, IRAQ

**The Baker Family**

1409.   Riley Baker was a citizen of the United States and domiciled in the State of Missouri he was killed in Iraq.

1410.   On June 22, 2006, Riley Baker, then 22, was a Corporal in the United States Marine Corps when his dismounted scout sniper team was struck by an IED explosion near Ramadi, Iraq resulting in his death.

1411.   The attack in which Riley Baker was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1412.   Plaintiff Kathy L. Melies is a citizen of the United States and domiciled in the State of Missouri.  She is the mother of Riley Baker.  She brings this action individually and on behalf of the Plaintiff Estate of Riley Baker, as its proposed legal representative.

1413.   Plaintiff Megan C. Boese is a citizen of the United States and domiciled in the State of Wisconsin.  She is the sister of Riley Baker.

1414.   As a result of the attack, and the death of Riley Baker, Plaintiffs Kathy L. Melies and Megan C. Boese have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Riley Baker's companionship, comfort, advice and counsel.

1415.   As a result of the attack, the Plaintiff Estate of Riley Baker experienced conscious pain and suffering and/or suffered economic loss.

**The Jacobs Family**

1416.   Donald Jacobs, Jr. was a citizen of the United States who was wounded in the same attack in which Riley Baker was killed and is domiciled in the State of Louisiana.

1417.   Donald Jacobs, Jr., then 26, was a Sergeant in the United States Army when his dismounted scout sniper team was attacked with RPGs, MMGs, and small-arms fire while moving to a link-up point for extraction near Ramadi, Iraq resulting in substantial injuries to Donald Jacobs, Jr. including a TBI, shrapnel wounds, PTSD, memory loss, and other related losses of his senses.

1418.   The attack in which Donald Jacobs, Jr. was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1419.   As a result of the attack, and the injuries he suffered, Donald Jacobs, Jr. has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 134.   THE JUNE 25, 2006, ATTACK – MSR TAMPA NEAR HILLAH, IRAQ

**The Sension Family**

1420.   Plaintiff Paul Daniel Sension is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Pennsylvania.

1421.   On June 25, 2006, Paul Daniel Sension, then 26, was a Specialist in the United States Army traveling with a military convoy from Forward Operating Base "Scania" towards

Logistical Support Area "Anaconda" in Balad, Iraq. As the convoy passed through Checkpoint "5A" on Route "Tampa", two separate pressure plated IEDs exploded on the right side of their vehicle. One of the IEDs contained a 155-millimeter round with a container full of copper pellets. Paul Daniel Sension and other members of his unit sustained serious injuries in the explosion.

1422.    Paul Daniel Sension suffered injuries in the attack, including bilateral tinnitus and bilateral hearing loss.  He also suffers from PTSD and anxiety.

1423.    The attack in which Paul Daniel Sension was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1424.    As a result of the attack and the injuries he suffered, Plaintiff Paul Daniel Sension has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 135.    THE JUNE 26, 2006, ATTACK – HIT, IRAQ

**The Potocki Family**

1425.    Michael Joseph Potocki was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

1426.    On June 26, 2006, Michael Joseph Potocki, then 21, was a Specialist in the United States conducting combat operations in Hit, Iraq, when his unit came under a complex attack by enemy insurgents.  Michael Joseph Potocki was killed in the attack as a result of multiple gunshot wounds to the chest.

1427.    The attack in which Michael Joseph Potocki was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1428.    Plaintiff Debra Ann Potocki is a citizen of the United States and domiciled in the State of Maryland.  She is the mother of Michael Joseph Potocki.  She brings this action

individually and on behalf of the Plaintiff Estate of Michael Joseph Potocki, as its proposed legal representative.

1429.   Plaintiff Kevin Potocki is a citizen of the United States and domiciled in the State of Maryland.  He is the brother of Michael Joseph Potocki.

1430.   As a result of the attack, and the death of Michael Joseph Potocki, Plaintiffs Debra Ann Potocki and Kevin Potocki have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael Joseph Potocki's companionship, comfort, advice and counsel.

1431.   As a result of the attack, the Plaintiff Estate of Michael Joseph Potocki experienced conscious pain and suffering and/or suffered economic loss.

## 136.   THE JUNE 28, 2006, ATTACK – FALLUJAH, IRAQ

**The Page Family**

1432.   Rex Arthur Page was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

1433.   On June 28, 2006, Rex Arthur Page, then 21, was a Private First Class in the United States conducting operations in Fallujah, Iraq, when his unit came under an attack by enemy insurgents. Rex Arthur Page was struck by small arms fire during the attack which resulted in his death.

1434.   The attack in which Rex Arthur Page was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1435.   Plaintiff Edie May Page is a citizen of the United States and domiciled in the state of Missouri. She is the mother of Rex Arthur Page.

1436.   Plaintiff Larry Dean Page is a citizen of the United States and domiciled in the state of Missouri. He is the father of Rex Arthur Page.

1437.   Plaintiff James Leon Page is a citizen of the United States and domiciled in the state of Missouri. He is the brother of Rex Arthur Page.

1438.   Plaintiffs Edie May Page and Larry Dean Page bring this action individually and on behalf of the Plaintiff Estate of Rex Arthur Page, as its proposed legal co-representatives.

1439.   As a result of the attack, and the death of Rex Arthur Page, Plaintiffs Edie May Page, Larry Dean Page, and James Leon Page have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Rex Arthur Page's companionship, comfort, advice, and counsel.

1440.   As a result of the attack, the Plaintiff Estate of Rex Arthur Page experienced conscious pain and suffering and/or suffered economic loss.

### 137.   THE JUNE 29, 2006, ATTACK – BAGHDAD, IRAQ

**The Rose Family**

1441.   Christopher David Rose was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1442.   On June 29, 2006, Christopher David Rose, then 21, was a Corporal in the United States Army performing combat operations in Baghdad, Iraq, when his M1114 vehicle encountered what appeared to be an IED. As Christopher David Rose dismounted from the gunner's hatch to remove a wire obstacle, he made contact with a pressure-activated IED, killing him.

1443.   The attack in which Christopher David Rose was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1444.   Plaintiff Margarita Rose is a citizen of the United States and domiciled in the State of California. She is the mother of Christopher David Rose.

1445.   Plaintiff Lisa Rose is a citizen of the United States and domiciled in the State of California. She is the sister of Christopher David Rose.

1446.   As a result of the attack, and the death of Christopher David Rose, Plaintiffs Margarita Rose and Lisa Rose have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher David Rose's companionship, comfort, advice and counsel.

## 138.   THE JULY 2, 2006, ATTACK – RAMADI, IRAQ

### The Rozanski Family

1447.   Plaintiff Chad Alan Rozanski is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Florida.

1448.   On July 2, 2006, Chad Alan Rozanski, then 20, was a Sergeant in the United States Army was conducting a patrol just southwest of Ramadi, Iraq when a large-scale IED detonated near his location. Chad Alan Rozanski suffered crush and burn injuries to his lower body as he remained pinned underneath the vehicle for nearly an hour.

1449.   Chad Alan Rozanski suffered serious injuries in the attack, including a TBI, massive crush injuries to his legs that required bilateral above-the-knee amputations, massive burn injuries to 38% of his total body surface with residual deep scarring and decreased range of motion, significant wounds and scarring in his groin region, reduced left hip range of motion due to burns/scars, chronic back pain with disc protrusion and spasms, an Adjustment Disorder, and bilateral wrist pain. He also suffers from PTSD.

1450.   The attack in which Chad Alan Rozanski was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1451.  As a result of the attack and the injuries he suffered, Plaintiff Chad Rozanski has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 139.  THE AUGUST 20, 2006, ATTACK – MOSUL, IRAQ

**The DeRoo Family**

1452.  Gabriel DeRoo was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

1453.  On August 20, 2006, Gabriel DeRoo, then 25, was a Sergeant in the United States Army with his unit in Mosul, Iraq when they detained three individuals in a broken-down vehicle suspected of being a VBIED. While he was monitoring the detainees, Gabriel DeRoo was shot in the head by sniper fire. He was treated and evacuated to the Combat Support Hospital where he still had a measurable pulse and blood pressure before succumbing to his wounds approximately ten minutes later.

1454.  The attack in which Gabriel DeRoo was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1455.  Plaintiff Hannah Abigail Clark is a citizen of the United States and domiciled in the State of Washington. She is the widow of Gabriel DeRoo and brings this action individually and on behalf of the Plaintiff Estate of Gabriel DeRoo, as its proposed legal representative.

1456.  Plaintiff Gabriel DeRoo II is a citizen of the United States and domiciled in the State of Washington.  He is the son of Gabriel DeRoo.

1457.  As a result of the attack, and the death of Gabriel DeRoo, Plaintiffs Hannah Abigail Clark and G.G.D. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gabriel DeRoo's companionship, comfort, advice and counsel.

1458.   As a result of the attack, the Plaintiff Estate of Gabriel DeRoo experienced conscious pain and suffering and/or suffered economic loss.

### 140.    THE AUGUST 28, 2006 ATTACK – FALLUJAH, IRAQ

**The Gonell Family**

1459.   Plaintiff Wilfredo Gonell is a citizen of the United States who was wounded in Iraq and is domiciled in the State of New York.

1460.   On August 28, 2006, Wilfredo Gonell, then 25, was a Sergeant in the United States Marine Corps when he was driving a HMMWV in a seven-vehicle combat-logistics supply convoy when the convoy was struck with an IED consisting of a propane tank filled with rebar, a six-volt battery, and a cellular phone in southeast Fallujah near the Industrial District which subsequently resulted in Wilfredo Gonell being diagnosed with a TBI with long-term cognitive and neurological impacts.

1461.    The attack in which Wilfredo Gonell was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1462.   As a result of this attack and the injuries he suffered, Plaintiff Wilfredo Gonell has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 141.    THE AUGUST 28, 2006, ATTACK – BAJI, IRAQ

**The Robinson Family**

1463.   Carey Glenn Robinson was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

1464.   On August 28, 2006, Carey Glenn Robinson, then 39, was a Security Specialist employed by Explosive Ordinance Disposal Technologies (EODT) providing Route Clearance on

"Route Hershey" in Baji, Iraq, when an IED detonated near his vehicle. Carey Glenn Robinson died as a result of blast injuries.

1465.   The attack in which Carey Glenn Robinson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1466.   Plaintiff Kimberly Robinson is a citizen of the United States and domiciled in the State of Illinois.  She is the sister of Carey Glenn Robinson.  She brings this action individually, on behalf of the Plaintiff Estate of Carey Glenn Robinson, as its proposed legal representative, and on behalf of the Plaintiff Estate of Cynthia A. Rawls, as its proposed legal representative.

1467.   Plaintiff Cynthia A. Rawls is a citizen of the United States and was domiciled in the State of Florida at the time of her death.  She is the mother of Carey Glenn Robinson.

1468.   Plaintiff William Robinson is a citizen of the United States and domiciled in the State of Illinois.  He is the father of Carey Glenn Robinson.

1469.   As a result of the attack, and the death of Carey Glenn Robinson, Plaintiffs Kimberly Robinson, Cynthia A Rawls, and William Robinson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Carey Glenn Robinson's companionship, comfort, advice and counsel.

1470.   As a result of the attack, the Plaintiff Estate of Carey Glenn Robinson experienced conscious pain and suffering and/or suffered economic loss.

## 142.   THE SEPTEMBER 9, 2006, ATTACK – HASAYBAH, IRAQ

**The Lameyer Family**

1471.   Shayne Lameyer is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

1472.   On September 9, 2006, Shayne Lameyer, then 21, was a Corporal in the United States Marine Corps conducting combat operations on a dismounted patrol in Hasaybah, Iraq, when their convoy encountered a remote-detonated IED causing injuries to Shayne Lameyer and killing a member of his patrol.

1473.   Shayne Lameyer suffered injuries in the attack, including a TBI, severe shoulder dislocation, lacerations to his forehead, hearing loss, and tinnitus.  He also suffered from PTSD and memory loss.

1474.   The attack in which Shayne Lameyer was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1475.   As a result of the attack and the injuries he suffered, Shayne Lameyer has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 143.    THE OCTOBER 14, 2006 ATTACK – BAGHDAD/WAHDAH, IRAQ

**The Chavis Family**

1476.   Leebernard Emmanuel Chavis was a citizen of the United States and was domiciled in the State of Virginia when he was killed in Iraq.

1477.   On October 14, 2006, Leebernard Emmanuel Chavis, then 21, was an Airman First Class in the United States Air Force on a joint patrol with Iraqi Police in the Wahdah district of southeast Baghdad as a turret gunner when his patrol stopped to investigate a suspected IED in the roadway, and Leebernard Emmanuel Chavis sustained a fatal gunshot wound to the head from an insurgent sniper.

1478.   The attack in which Leebernard Emmanuel Chavis was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1479.   Plaintiff Michael L. Chavis is a citizen of the United States and domiciled in the State of Virginia.   He is the father of Leebernard Emmanuel Chavis.   He brings this action individually and on behalf of the Plaintiff Estate of Leebernard Emmanuel Chavis, as its proposed legal representative.

1480.   As a result of the attack, and the death of Leebernard Emmaneul Chavis, Plaintiff Michael L. Chavis has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Leebernard Emmanuel Chavis' companionship, comfort, advice and counsel.

1481.   As a result of the attack, the Plaintiff Estate of Leebernard Emmanuel Chavis experienced conscious pain and suffering and/or suffered economic loss.

**144.   THE OCTOBER 17, 2006, ATTACK – BAGHDAD, IRAQ**

**The Dumas Family**

1482.   Joseph Claude Dumas, Jr. was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1483.   On October 17, 2006, Joseph Claude Dumas, Jr., then 25, was a Corporal in the United States Army conducting combat patrols in the Sadr City region of Baghdad, Iraq, when an IED detonated near his location. Joseph Claude Dumas, Jr. was killed in the attack, along with three other servicemembers.

1484.   The attack in which Joseph Claude Dumas, Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1485.   Plaintiff Kilyevska Dumas is a citizen of the United States and domiciled in the State of California. She is the widow of Joseph Claude Dumas, Jr. She brings this action individually and on behalf of the Plaintiff Estate of Joseph Claude Dumas, Jr., as its proposed legal representative.

1486.   As a result of the attack, and the death of Joseph Claude Dumas, Jr., Plaintiff Kilyevska Dumas has experienced severe mental anguish, extreme emotional pain and suffering, and loss Joseph Claude Dumas Jr.'s companionship, comfort, advice, and counsel.

1487.   As a result of the attack, the Plaintiff Estate of Joseph Claude Dumas, Jr. experienced conscious pain and suffering and/or suffered economic loss.

### 145.   THE OCTOBER 22, 2006, ATTACK – BAGHDAD, IRAQ

**The Mock Family**

1488.   Willsun Mock was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

1489.   On October 22, 2006, Willsun Mock, then 23, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

1490.   Willsun Mock was killed in the attack.

1491.   The attack in which Willsun Mock was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1492.   Plaintiff Ann Mock is a citizen of the United States and is domiciled in the State of Kansas. She is the mother of Willsun Mock.

1493.   Plaintiff Teresa Kirby is a citizen of the United States and is domiciled in the State of Kansas. She is the sister of Willsun Mock.

1494.   Plaintiff Connie Mirza is a citizen of the United States and is domiciled in the State of Arkansas. She is the sister of Willsun Mock.

1495.   Plaintiff JSun Mock is a citizen of the United States and is domiciled in the State of Kansas. He is the brother of Willsun Mock.

1496.  Plaintiff Ruth Mock is a citizen of the United States and is domiciled in the State of Kansas. She is the sister of Willsun Mock.

1497.  As a result of the attack, and the death of Willsun Mock, Plaintiffs Ann Mock, Teresa Kirby, Connie Mirza, JSun Mock, and Ruth Mock have experienced severe mental anguish, extreme emotional pain and suffering, and loss Willsun Mock's companionship, comfort, advice, and counsel.

### 146.    THE NOVEMBER 3, 2006, ATTACK – RAMADI, IRAQ

**The Ratliff Family**

1498.  Plaintiff Daniel Joseph Ratliff was a citizen of the United States when he was wounded in Iraq and is domiciled in the State of Washington.

1499.  On November 3, 2006, Daniel Ratliff, then 43, was a Convoy Security Gunner and E-6 in the United States Navy Reserve as part of a convoy on ASR Long Island approximately 30 kilometers southeast of Ramadi in Anbar Province, Iraq. He was in the gunner's turret of the third vehicle in the convoy that was hit under the front tire with an IED causing him injuries including PTSD, anxiety, depression, and panic attacks.

1500.  The attack in which Daniel Ratliff was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1501.  As a result of the attack and the injuries he suffered, Daniel Ratliff has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 147.    THE NOVEMBER 15, 2006, ATTACK – BAQUBAH, IRAQ

**The Gruetzner Family**

1502.  Bradley Keith Gruetzner was a citizen of the United States and was domiciled in the State of Texas when he died on July 5, 2024.

1503.   On November 15, 2006, Bradley Keith Gruetzner, then 26, was a Staff Sergeant in the United States Army conducting route reconnaissance in a convoy on Route Detroit in an area South of Baqubah, Iraq, in the Diyala Province.  As his unit passed south of the Diyala Media Center, their convoy encountered a massive remote-detonated IED consisting of two double-stacked anti-tank mines and a twenty-gallon propane tank that had been buried and that destroyed the HMMWV in which Bradley Keith Gruetzner was traveling causing him catastrophic injuries and killing three other soldiers in the vehicle.

1504.   Bradley Keith Gruetzner suffered injuries in the attack, including a TBI, an amputated right hand and lower right arm, burns over twenty-five percent of his body, internal organ injuries, and tinnitus.  He also suffered from PTSD and memory loss.

1505.   The attack in which Bradley Keith Gruetzner was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1506.   Plaintiff Brayden Gruetzner is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Bradley Keith Gruetzner.

1507.   Plaintiff Burl Gruetzner is a citizen of the United States and domiciled in the State of Texas. He is the father of Bradley Keith Gruetzner.

1508.   Plaintiff Deborah Gruetzner is a citizen of the United States and domiciled in the State of Texas. She is the mother of Bradley Keith Gruetzner.

1509.   Plaintiff Julie Brooke Yeager is a citizen of the United States and domiciled in the State of Texas. She is the sister of Bradley Keith Gruetzner.

1510.   As a result of these attacks and the injuries Bradley Keith Gruetzner suffered, Plaintiffs Brayden Gruetzner, Burl Gruetzner, Deborah Gruetzner, and Julie Brooke Yeager have experienced severe mental anguish and extreme emotional pain and suffering.

148. **THE NOVEMBER 18, 2006, ATTACK – BAGHDAD, IRAQ**

**The Shilling Family**

1511.   Bradley Nolan Shilling was a citizen of the United States and was domiciled in the State of Michigan when he was killed in Iraq.

1512.   On November 18, 2006, Bradley Nolan Shilling, then 21, was a Specialist in the United States Army National Guard enroute to a combat patrol when an IED detonated which resulted in his death.

1513.   The attack in which Bradley Nolan Shilling was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1514.   Plaintiff Dorothy Shilling is a citizen of the United States and domiciled in the State of Michigan.  She is the widow of Bradley Nolan Shilling.

1515.   As a result of the attack, and the death of Bradley Nolan Shillings, Plaintiff Dorothy Shilling has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Bradley Nolan Shilling's companionship, comfort, advice and counsel.

149. **THE NOVEMBER 21, 2006, ATTACK - NEAR SADR CITY, IRAQ**

**Frank L. Fields**

1516.   Plaintiff Frank L. Fields is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

1517.   On November 21, 2006, Frank L. Fields, then 22, was a Specialist in the United States Army driving the lead M1151 HMMWV in a convoy on Route Brewers in eastern Baghdad near Sadr City, Iraq when and IED/EFP was detonated next to his HMMWV destroying the HMMWV and resulting in Frank L. Fields undergoing bilateral below-the-knee amputations of his legs.

1518.   The attack in which Frank L. Fields was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1519.   As a result of the attack, and the injuries he suffered, Plaintiff Frank L. Fields has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 150.   THE NOVEMBER 21, 2006, ATTACK – BAGHDAD, IRAQ

**The Kahalewai Family**

1520.   Henry K. Kahalewai, Jr., was a citizen of the United States and domiciled in the State of Hawaii when he was mortally wounded in Iraq.

1521.   On November 21, 2006, Henry K. Kahalewai, Jr., then 44, was a Staff Sergeant in the United States Army traveling in a convoy when the Stryker vehicle he was riding in hit an IED in Baghdad, Iraq.  Henry K. Kahalewai, Jr. received multiple shrapnel wounds, including to the lower right extremity and abdomen.  He also suffered lung infections as a result of inhalation of materials released in the explosion.

1522.   Henry K. Kahalewai, Jr. died on December 15, 2006, from complications from his multiple IED blast injuries, including organizing pneumonia, wound infections, and multiple organ system failure.

1523.   The attack in which Henry K. Kahalewai, Jr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1524.   Plaintiff Henry K. Kahalewai, Sr. is a citizen of the United States and was domiciled in the State of Hawaii at the time of his death. He was the father of Henry K. Kahalewai, Jr. Debbie Kahalewai brings this action on behalf of the Plaintiff Estate of Henry K. Kahalewai, Sr., as its proposed legal representative.

1525.   As a result of the attack, and the death of Henry K. Kahalewai, Jr., Plaintiff Estate of Henry K. Kahalewai, Sr. experience severe mental anguish, extreme emotional pain and suffering, and loss of Henry K. Kahalewai, Jr.'s companionship, comfort, advice, and counsel prior to his death.

### 151.    THE NOVEMBER 22, 2006, ATTACK - HAQLANIYAH, IRAQ

**The Warner Family**

1526.   Heath Douglas Warner was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1527.   On November 22, 2006, Heath Douglas Warner, then 19, was a Private in the United States Marine Corps conducting combat operations in Haqlaniyah, Iraq, when an IED detonated near his location. Heath Douglas Warner died as a result of injuries sustained in the blast.

1528.   The attack in which Heath Douglas Warner was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1529.   Plaintiff Scott N. Warner is a citizen of the United States and domiciled in the state of Ohio.  He is the father of Heath Douglas Warner. He brings this action individually and on behalf of the Plaintiff Estate of Heath Douglas Warner, as its proposed legal representative.

1530.   Plaintiff Ashton Warner is a citizen of the United States and domiciled in the state of Ohio. He is the brother of Heath Douglas Warner.

1531.   As a result of the attack, and the death of Heath Douglas Warner, Plaintiff Scott N. Warner and Ashton Warner have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Heath D. Warner's companionship, comfort, advice, and counsel.

1532.   As a result of the attack, the Plaintiff Estate of Heath Douglas Warner experienced conscious pain and suffering and/or suffered economic loss.

**152.**   **THE DECEMBER 3, 2006, ATTACK – ABU HASHIMA**

**The Haines Family**

1533.   Kenneth Haines was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

1534.   On December 3, 2006, Kenneth Haines, then 25, was a Specialist in the United States Army on patrol in the village of Abu Hashima, near LSA Anaconda, in Balad, when an IED detonated near his vehicle. Kenneth Haines was killed as a result of the blast.

1535.   The attack in which Kenneth Haines was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1536.   Plaintiff Kirk McMillan is a citizen of the United States and domiciled in the state of Texas. He is the father of Kenneth Haines.

1537.   As a result of the attack, and the death of Kenneth Haines, Plaintiff Kirk McMillan has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Kenneth Haines' companionship, comfort, advice, and counsel.

**153.**   **THE DECEMBER 10, 2006, ATTACK – BAGHDAD, IRAQ**

**The Steinbacher Family**

1538.   Nicholas P. Steinbacher was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1539.   On December 10, 2006, Nicholas P. Steinbacher, then 21, was serving as a Specialist in the United States Army supporting combat operations in Baghdad, Iraq, when an IED detonated near his vehicle, killing him.

1540.   The attack in which Mr. Steinbacher was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1541.   Plaintiff Carolyn Steinbacher is a citizen of the United States and domiciled in the State of Nevada. She is the mother of Nicholas P. Steinbacher.

1542.   Plaintiff Paul Steinbacher is a citizen of the United States and domiciled in the State of Nevada. He is the father of Nicholas P. Steinbacher.

1543.   As a result of the attack, and the death of Nicholas P. Steinbacher, Plaintiffs Carolyn Steinbacher and Paul Steinbacher have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Nicholas P. Steinbacher's society, companionship, comfort, advice, and counsel.

### 154.    THE DECEMBER 23, 2006, ATTACK – SALMAN PAK, IRAQ

**The Algrim Family**

1544.   Wilson A. Algrim was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1545.   On December 23, 2006, Wilson A. Algrim, then 21, was serving as a Specialist in the United States Army in Salman Pak, Iraq when his M1114 Truck Utility Up-Armored Armament Carrier struck an IED, and he died as a result.

1546.   The attack in which Wilson A. Algrim was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1547.   Plaintiff Judy M. Algrim is a citizen of the United States and domiciled in the State of Michigan.  She is the mother of Wilson A. Algrim.

1548.   Plaintiff Donald J. Algrim is a citizen of the United States and domiciled in the State of Michigan.  He is the father of Wilson A. Algrim.

1549.   Plaintiffs Judy M. Algrim and Donald Algrim bring this action individually and on behalf of the Plaintiff Estate of Wilson A. Algrim, as its proposed co-legal representatives.

1550.   As a result of the attack, and the death of Wilson A. Algrim, Plaintiffs Judy M. Algrim and Donald J. Algrim have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Wilson A. Algrim's companionship, comfort, advice and counsel.

1551.   As a result of the attack, the Plaintiff Estate of Wilson A. Algrim experienced conscious pain and suffering and/or suffered economic loss.

## 155.   THE DECEMBER 23, 2006, ATTACK – SOUTHERN BAGDHAD, IRAQ

**The Elias Family**

1552.   Elias George Elias was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1553.   On December 23, 2006, Elias George Elias, then 27, was a Specialist in the United States Army clearing insurgents from "Route Croc" in Southern Baghdad, Iraq when his unit was struck by an IED consisting of over 100 pounds of high explosives. Elias George Elias sustained severe injuries in the attack resulting in his death.

1554.   The attack in which Elias George Elias was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1555.   Plaintiff Elsie Elias is a citizen of the United States and domiciled in the State of California. She is the sister of Elias George Elias.  She brings this action individually and on behalf of the Plaintiff Estate of Elias George Elias, as its proposed legal representative.

1556.   As a result of the attack, and the death of Elias George Elias, Plaintiff Elsie Elias has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Elias George Elias' companionship, comfort, advice, and counsel.

1557.   As a result of the attack, the Plaintiff Estate of Elias George Elias experienced conscious pain and suffering and/or suffered economic loss.

### 156.   THE DECEMBER 24, 2006, ATTACK – ALBU HAYATT, IRAQ

**The Morris Family**

1558.    Stephen Lloyd Morris was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1559.   On December 24, 2006, Stephen Lloyd Morris, then 21, was a Lance Corporal in the United States Marine Corps conducting combat operations in near Albu Hyatt in Albar Province, Iraq, when the HMMWV that Stephen Lloyd Morris had been driving was struck by an IED killing him.

1560.   The attack in which Stephen Lloyd Morris was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1561.   Plaintiff Anna Morris is a citizen of the United States and domiciled in the state of Texas. She is the mother of Stephen Lloyd Morris.

1562.   As a result of the attack, and the death of Stephen Lloyd Morris, Plaintiff Anna Morris, has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Stephen Lloyd Morris's companionship, comfort, advice and counsel.

### 157.   THE DECEMBER 25, 2006, ATTACK – SADR AL-YUSUFIYAH, IRAQ

**The Denfrund Family**

1563.   Jason Charles Denfrund was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

1564.   On December 25, 2006, Jason Charles Denfrund, then 24, was a Sergeant in the United States Army conducting a dismounted patrol on Route Pinto near Sadr Al-Yusufiyah, Iraq,

when an IED exploded. Jason Charles Denfrund died as a result of severe injuries he sustained in the attack.

1565.   The attack in which Jason Charles Denfrund was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1566.   Plaintiff Melissa J. Denfrund is a citizen of the United States and domiciled in the state of Texas. She is the widow of Jason Charles Denfrund.

1567.   Plaintiff Jayden Denfrund is a citizen of the United States and is domiciled in the state of Texas. He is the son of Jason Charles Denfrund.

1568.   As a result of the attack, and the death of Jason Charles Denfrund, Plaintiffs Melissa J. Denfrund and Jayden Denfrund, have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jason Charles Denfrund's companionship, comfort, advice, and counsel.

### 158.    THE DECEMBER 25, 2006, ATTACK – BAGHDAD, IRAQ

**The Wheelous Family**

1569.   Dexter Eugene Wheelous was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

1570.   On December 25, 2006, Dexter Eugene Wheelous, then 37, was a Sergeant First Class in the United States Army conducting routine combat operations in Baghdad, Iraq, when an IED detonated near his location. Dexter Eugene Wheelous died as a result of injuries sustained in the blast.

1571.   The attack in which Dexter Eugene Wheelous was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1572.   Plaintiff Sadie P. Wheelous is a citizen of the United States and domiciled in the State of Missouri. She is the widow of Dexter Eugene Wheelous. She brings this action individually and on behalf of the Plaintiff Estate of Dexter Eugene Wheelous, as its proposed legal representative.

1573.   As a result of the attack, and the death of Dexter Eugene Wheelous, Plaintiff Sadie P. Wheelous has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dexter Eugene Wheelous' companionship, comfort, advice, and counsel.

1574.   As a result of the attack, the Plaintiff Estate of Dexter Eugene Wheelous experienced conscious pain and suffering and/or suffered economic loss.

### 159.    THE DECEMBER 27, 2006, ATTACK – HABBANIYAH, IRAQ

**The Koprince Family**

1575.   William Craig Koprince, Jr. was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

1576.   On December 27, 2006, William Craig Koprince, Jr., then 24, was a Lance Corporal in the United States Marine Corps conducting dismounted patrol in Habbaniyah, Iraq, when an IED detonated near his location. William Craig Koprince, Jr. died as a result of blast and fragmentation injuries.

1577.   The attack in which William Craig Koprince, Jr., was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1578.   Plaintiff Bernice Ann Koprince is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of William Craig Koprince, Jr.

1579.   Plaintiff William Koprince is a citizen of the United States and domiciled in the State of Tennessee. He is the father of William Craig Koprince, Jr.

1580.   Plaintiff Morgan Koprince Moore is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of William Craig Koprince, Jr.

1581.   As a result of the attack, and the death of William Craig Koprince, Jr., Plaintiffs Bernice Ann Koprince, William Koprince, and Morgan Koprince Moore have experienced severe mental anguish, extreme emotional pain and suffering, and loss of William Craig Koprince, Jr.'s companionship, comfort, advice, and counsel.

### 160.   THE DECEMBER 27, 2006, ATTACK – BAGHDAD, IRAQ

**The Given Family**

1582.   Nathaniel A. Given was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1583.   On December 27, 2006, Nathaniel A. Given, then 21, was serving as a Specialist in the United States Army on a dismounted patrol in Baghdad, Iraq when he was killed by an IED.

1584.   The attack in which Nathaniel A. Given was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1585.   Plaintiff Floyd S. Given is a citizen of the United States and domiciled in the State of Texas. He is the father of Nathaniel A. Given.

1586.   As a result of the attack, and the death of Nathaniel A. Given, Plaintiff Floyd S. Given has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Nathaniel A. Given's society, companionship, comfort, advice, and counsel.

### 161.   THE DECEMBER 29, 2006, ATTACK – BAGHDAD, IRAQ

**James Holm**

1587.   Plaintiff James Carter Holm is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Florida.

1588.   On December 29, 2006, James Carter Holm, then 31, was a First Sergeant in the United States Army traveling on MSR Tampa in Baghdad, Iraq, when his vehicle was struck with an IED buried in the ground. James Carter Holm lost consciousness in the attack after hitting his head and shoulder as a result of the blast.

1589.   James Carter Holm sustained injuries to his right shoulder, back, and neck, and he was subsequently diagnosed with a TBI with tinnitus, migraines, and PTSD.

1590.   The attack in which James Carter Holm was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1591.   As a result of this attack and the injuries he suffered, Plaintiff James Carter Holm has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 162.   THE JANUARY 5, 2007, ATTACK – BAGHDAD/CAMP RUSTAMIYAH, IRAQ

**Eddie A. Hall**

1592.   Plaintiff Eddie A. Hall is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Texas.

1593.   On January 5, 2007, Eddie A. Hall, then 52, was a driver contracted with KBR out of Camp Rustamiyah in the southeastern portion of Baghdad when Camp Rustamiyah was targeted with five 81mm mortar rounds causing Eddie A. Hall to receive numerous shrapnel wounds to his lower extremities.

1594.   The attack in which Eddie A. Hall was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1595.   As a result of this attack and the injuries he suffered, Plaintiff Eddie A. Hall has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**163.    THE JANUARY 5, 2007, ATTACK – FALLUJAH, IRAQ**

**The Mundell Family**

1596.   Michael Lewis Mundell was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

1597.   On January 5, 2007, Michael Lewis Mundell, then 47, was a Major in the United States Army in Fallujah, Iraq, when an IED detonated underneath his vehicle. Michael Lewis Mundell was killed as a result of injuries he sustained in the attack.

1598.   The attack in which Michael Lewis Mundell was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1599.   Plaintiff Audrey Sue Mundell is a citizen of the United States and domiciled in the State of Kentucky. She is the widow of Michael Lewis Mundell. She brings this action individually and on behalf of the Plaintiff Estate of Michael Lewis Mundell, as its proposed legal representative.

1600.   Plaintiff Zachary L. Mundell is a citizen of the United States and domiciled in the State of Kentucky. He is the son of Michael Lewis Mundell.

1601.   As a result of the attack, and the death of Michael Lewis Mundell, Plaintiffs Audrey Sue Mundell and Zachary L. Mundell have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Michael Lewis Mundell's companionship, comfort, advice, and counsel.

1602.   As a result of the attack, the Plaintiff Estate of Michael Lewis Mundell experienced conscious pain and suffering and/or suffered economic loss.

### 164.   THE JANUARY 25, 2007, ATTACK – FALLUJAH, IRAQ

**The Kidd Family**

1603.   Mark David Kidd was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1604.   On January 25, 2007, Mark David Kidd, then 26, was a Corporal in the United States Marine Corps conducting combat operations in Fallujah, Iraq, when his unit came under fire from enemy snipers.  Mark Kidd was shot in the neck and died as a result of injuries sustained in the attack.

1605.   The attack in which Mark David Kidd was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1606.   Plaintiff Frank Steven Kidd is a citizen of the United States and domiciled in the State of Michigan. He is the father of Mark David Kidd.  He brings this action individually and on behalf of the Plaintiff Estate of Mark David Kidd, as its proposed legal representative.

1607.   As a result of the attack, and the death of Mark David Kidd, Plaintiff Frank Steven Kidd has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Mark David Kidd's companionship, comfort, advice, and counsel.

1608.   As a result of the attack, the Plaintiff Estate of Mark David Kidd experienced conscious pain and suffering and/or suffered economic loss.

### 165.    THE JANUARY 27, 2007,ATTACK – TAJI, IRAQ

**The Garrigus Family**

1609.    Mickel D. Garrigus was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

1610.    On January 27, 2007, Mickel D. Garrigus, then 24, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

1611.    Mickel D. Garrigus was killed in the attack.

1612.    The attack in which Mickel D. Garrigus was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1613.    Plaintiff Natasha Garrigus is a citizen of the United States and is domiciled in the State of  Alaska. She is the widow of Mickel D. Garrigus.

1614.    Plaintiff Ethan Garrigus is a citizen of the United States and is domiciled in the State of  Alaska. He is the son of Mickel D. Garrigus.

1615.    As a result of the attack, and the death of Mickel D. Garrigus, Plaintiffs Natasha Garrigus and Ethan Garrigus have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Mickel D. Garrigus's companionship, comfort, advice, and counsel.

### 166.    THE JANUARY 30, 2007, ATTACK – RAMADI, IRAQ

**The Shannon Family**

1616.    Stephen D. Shannon was a citizen of the United States and domiciled in the State of Iowa when he was killed in Iraq.

1617.    On January 30, 2007, Stephen D. Shannon, then 21, was serving as a Corporal in the United States Army in Ramadi, Iraq when his vehicle was hit by a rocket during combat

operations. Stephen D. Shannon died the following day, January 31, 2007, as a result of the injuries he sustained in the attack.

1618.   The attack in which Stephen D. Shannon was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1619.   Plaintiff Molly Johnson is a citizen of the United States and domiciled in the state of Wisconsin. She is the sister of Stephen D. Shannon.

1620.   Plaintiff John Francis Shannon is a citizen of the United States and domiciled in the state of Iowa. He is the brother of Stephen D. Shannon.

1621.   Plaintiff Kathleen Wopat is a citizen of the United States and domiciled in the State of Wisconsin. She is the sister of Stephen D. Shannon.

1622.   Plaintiff Patrick Shannon is a citizen of the United States and domiciled in the State of Wisconsin. He is the brother of Stephen D. Shannon

1623.   As a result of the attack and the death of Stephen D. Shannon, Plaintiffs Molly Johnson, John Francis Shannon, Kathleen Wopat and Patrick Shannon have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Stephen D. Shannon's society, companionship, comfort, advice, and counsel.

## 167.   **THE FEBURARY 5, 2007, ATTACK – HABBANIYAH, IRAQ**

**The Van Parys Family**

1624.   Brandon Joseph Van Parys was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1625.   On February 5, 2007, Brandon Joseph Van Parys, then 20, was a Lance Corporal First Class in the United States Marine Corps when his unit came under fire from enemy

insurgents. Brandon Van Parys was struck with an RPG and died as a result of multiple traumatic injuries sustained from the blast.

1626.   The attack in which Brandon Joseph Van Parys was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1627.   Plaintiff Alan Joseph Van Parys is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Brandon Joseph Van Parys. He brings this action individually and on behalf of the Plaintiff Estate of Brandon Van Parys, as its proposed legal representative.

1628.   As a result of the attack, and the death of Brandon Joseph Van Parys, Plaintiff Alan Joseph Van Parys has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brandon Joseph Van Parys's companionship, comfort, advice and counsel.

1629.   As a result of the attack, the Plaintiff Estate of Brandon Joseph Van Parys experienced conscious pain and suffering and/or suffered economic loss.

**168.    THE FEBRUARY 19, 2007, ATTACK – BAGHDAD, IRAQ**

**The Bowe Family**

1630.   Matthew Bowe was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1631.   On February 19, 2007, Matthew Bowe, then 19, was serving as a Private First Class and combat medic in the United States Army when his vehicle was struck by an IED approximately 30 miles north of Baghdad, Iraq killing him and two other servicemembers.

1632.   The attack in which Matthew Bowe was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1633.   Plaintiff Lori Lynn Bowe is a citizen of the United States and domiciled in the State of Pennsylvania.  She is the mother of Matthew Bowe. She brings this action individually and on behalf of the Plaintiff Estate of Matthew Bowe, as its proposed legal representative.

1634.   As a result of the attack, and the death of Matthew Bowe, Plaintiff Lori Lynn Bowe has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Matthew Bowe's companionship, comfort, advice and counsel.

1635.   As a result of the attack, the Plaintiff Estate of Matthew Bowe experienced conscious pain and suffering and/or suffered economic loss.

**The Cleveland Family**

1636.   Adare W. Cleveland was a citizen of the United States and domiciled in the State of Alaska when he was killed in the same attack as Matthew Bowe.

1637.   Adare W. Cleveland, then 19, was serving as a Private First Class in the United States Army when he was killed.

1638.   The attack in which Adare W. Cleveland was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1639.   Plaintiff Dianne Cleveland is a citizen of the United States and domiciled in the State of Alaska. She is the mother of Adare W. Cleveland.

1640.   As a result of the attack, and the death of Adare W. Cleveland, Plaintiff Dianne Cleveland has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Adare W. Cleveland's society companionship, comfort, advice, and counsel.

169.    **THE FEBRUARY 26, 2007, ATTACK – HAQLANIYAH, IRAQ**

**The Aguirre Family**

1641.    Anthony Aguirre was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1642.    On February 26, 2007, Anthony Aguirre, then 20, was serving as a Lance Corporal in the United States Marine Corps on a dismounted patrol when he was struck by a pressure-plate IED in Haqlaniyah, Iraq. Anthony Aguirre suffered massive trauma from the blast resulting in his death.

1643.    The attack in which Anthony Aguirre was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1644.    Plaintiff Christina S. Castillo is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Anthony Aguirre.

1645.    Plaintiff Daniel Castillo, Sr. is a citizen of the United States and domiciled in the State of Texas.  He is the brother-in-law, and functional equivalent of a parent, of Anthony Aguirre.

1646.    Plaintiff Daniel Castillo, Jr. is a citizen of the United States and domiciled in the State of Texas.  He is the nephew, and functional equivalent of a sibling, of Anthony Aguirre.

1647.    Plaintiff Destiney Castillo is a citizen of the United States and domiciled in the State of Texas.  She is the niece, and functional equivalent of a sibling, of Anthony Aguirre.

1648.    Plaintiff Ernesto Salinas is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Anthony Aguirre.

1649.    As a result of the attack, and the death of Anthony Aguirre, Plaintiffs Christina S. Castillo, Daniel Castillo, Sr., Daniel Castillo, Jr., Destiney Castillo, and Ernesto Salinas have

experienced severe mental anguish, extreme emotional pain and suffering, and loss of Anthony Aguirre's companionship, comfort, advice and counsel.

170. __THE MARCH 2, 2007, ATTACK – BAGHDAD, IRAQ__

__The Rodriguez-Contreras Family__

1650.   Luis Odonis Rodriguez-Contreras was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1651.   On March 2, 2007, Luis Odonis Rodriguez-Contreras, then 22, was a Specialist in the United States Army on a routine combat patrol near Baghdad, Iraq, when an IED detonated near his location. Luis Odonis Rodriguez-Contreras died as a result of injuries sustained in the attack.

1652.   The attack in which Luis Odonis Rodriguez-Contreras was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1653.   Plaintiff Monica A. Rodriguez is a citizen of the United States and domiciled in the State of Florida.  She is the widow of Luis Odonis Rodriguez-Contreras.  She brings this action individually and on behalf of the Plaintiff Estate of Luis Odonis Rodriguez-Contreras, as its proposed legal representative. Plaintiff Monica A. Rodriguez also brings this action as the legal guardian of L.R.

1654.   Plaintiff L.R. is a citizen of the United States and domiciled in the State of Florida.  He is the minor child of Luis Odonis Rodriguez-Contreras and Monica A. Rodriguez.

1655.   As a result of the attack, and the death of Luis Odonis Rodriguez-Contreras, Plaintiffs Monica A. Rodriguez and L.R. have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Luis Odonis Rodriguez-Contreras' companionship, comfort, advice and counsel.

1656.   As a result of the attack, the Plaintiff Estate of Luis Odonis Rodriguez-Contreras experienced conscious pain and suffering and/or suffered economic loss.

**171.    THE MARCH 3, 2007, ATTACK – BAGHDAD, IRAQ**

**The Moyer Family**

1657.   Ashly Lynn Moyer was a citizen of the United States and domiciled in the State of Pennsylvania when she was killed in Iraq.

1658.   On March 3, 2007, Ashly Lynn Moyer, then 21, was a Specialist in the United States Army conducting routine operations near Baghdad, Iraq when the HMMWV in which she was riding ran over an IED. Ashly Lynn Moyer's body was dismembered, and she died as a result of the injuries sustained in the blast.

1659.   The attack in which Ashly Lynn Moyer was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1660.   Plaintiff Michael Robert Moyer is a citizen of the United States and domiciled in the State of Colorado.  He is the father of Ashly Lynn Moyer. He brings this action individually and on behalf of the Plaintiff Estate of Ashly Lynn Moyer, as its proposed legal representative.

1661.   As a result of the attack, and the death of Ashly Lynn Moyer, Plaintiff Michael Robert Moyer has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ashly Lynn Moyer's companionship, comfort, advice and counsel.

1662.   As a result of the attack, the Plaintiff Estate of Ashly Lynn Moyer experienced conscious pain and suffering and/or suffered economic loss.

172.  **THE MARCH 4, 2007, ATTACK – BAYJI, IRAQ**

**The Kasson Family**

1663.  Darrel Dwayne Kasson was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

1664.  On March 4, 2007, Darrel Dwayne Kasson, then 43, was a Staff Sergeant in the United States Army National Guard traveling in a convoy in Bayji, Iraq, when his vehicle was struck by a pressure-initiated IED. Darrel Dwayne Kasson was taken to the nearest Combat Support Hospital where he later died due to injuries sustained in the blast.

1665.  The attack in which Darrel Dwayne Kasson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1666.  Plaintiff Sheron Lee Jones is a citizen of the United States and domiciled in the state of Arizona. She is the mother of Darrel Dwayne Kasson.

1667.  Plaintiff Kimberly Kay Farris is a citizen of the United States and domiciled in the state of Arizona. She is the sister of Darrel Dwayne Kasson.

1668.  Plaintiff Darren Kevin Keith Kasson is a citizen of the United States and domiciled in the state of Washington. He is the brother of Darrel Dwayne Kasson.

1669.  As a result of the attack, and the death of Darrel Dwayne Kasson, Plaintiffs Kimberly Kay Farris, Sheron Lee Jones, and Darren Kevin Keith Kasson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Darrel Dwayne Kasson's companionship, comfort, advice, and counsel.

### 173.    THE MARCH 11, 2007, ATTACK – TAQADDUM, IRAQ

**The Windsor Family**

1670.    Nathanial Dain Windsor was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

1671.    On March 13, 2007, Nathanial Dain Windsor, then 20, was a Lance Corporal in the United States Marine Corps conducting combat operations in Taqaddum, Iraq, when his unit came under attack by enemy insurgents. Nathaniel Dain Windsor died as a result of a single gunshot wound received from enemy small arms fire.

1672.    The attack in which Nathanial Dain Windsor was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1673.    Plaintiff Robert Windsor is a citizen of the United States and domiciled in the State of Oregon.  He is the father of Nathanial Dain Windsor. He brings this action individually and on behalf of the Plaintiff Estate of Nathanial Dain Windsor, as its proposed legal representative.

1674.    As a result of the attack, and the death of Nathanial Dain Windsor, Plaintiff Robert Windsor has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nathanial Dain Windsor's companionship, comfort, advice and counsel.

1675.    As a result of the attack, the Plaintiff Estate of Nathanial Dain Windsor experienced conscious pain and suffering and/or suffered economic loss.

### 174.    THE MARCH 11, 2007, ATTACK – TIKRIT, IRAQ

**The Mannion-Brodeur Family**

1676.    Plaintiff Vincent Mannion-Brodeur is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Florida.

1677.   On March 11, 2007, Vincent Mannion-Brodeur, then 19, was a Private First Class in the United States Army on a dismounted combat patrol in Tikrit, Iraq when they entered a building to check for enemy insurgents. Immediately after entering the building, an IED detonated. Vincent Mannion-Brodeur was severely wounded in the attack, and two members of his unit were killed.

1678.   Vincent Mannion-Brodeur suffered serious injuries in the attack, including a TBI, permanent shrapnel in his body from the IED blast, deep shrapnel wounds to his arm and torso, and a severed arm which had to be re-attached in a complex surgery.  Due to the serious head and brain injuries that Vincent Mannion-Brodeur suffered in the IED attack, he now suffers from dementia and memory loss, and he has a greatly reduced mental capacity that required the appointment of a legal guardian.

1679.   The attack in which Vincent Mannion-Brodeur was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1680.   As a result of the attack, and the injuries he suffered, Plaintiff Vincent Mannion-Brodeur has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1681.   Plaintiff Maura Mannion-Brodeur is a citizen of the United States and domiciled in Florida.  She is the mother of Vincent Mannion-Brodeur.

1682.   Plaintiff Jeffery Brodeur is a citizen of the United States and domiciled in Florida.  He is the father of Vincent Mannion-Brodeur.

1683.   Plaintiff Collen Harju is a citizen of the United States and domiciled in Florida.  She is the sister of Vincent Mannion-Brodeur.

1684.   Plaintiff Maura Mannion-Brodeur and Jeffery Brodeur bring this action individually and on behalf of Plaintiff Vincent Mannion-Brodeur as his legal guardians.

1685.   As a result of the attack and the injuries Vincent Mannion-Brodeur suffered, Plaintiffs Maura Mannion-Brodeur, Jeffery Brodeur, and Collen Harju have experienced severe mental anguish and extreme emotional pain and suffering.

### 175.   THE MARCH 19, 2007, ATTACK – TAJI, IRAQ

**The Matthews Family**

1686.   Plaintiff Chase Lee Matthews is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Kentucky.

1687.   On March 19, 2007, Chase Lee Matthews, then 23, was a Corporal in the Army National Guard traveling south in a convoy along Main Supply Route "Tampa" towards Nasiriyah, Iraq when an IED detonated near his location. Due to the force of the blast, Chase Lee Matthews and several other members of his unit sustained serious injuries.

1688.   Chase Lee Matthews suffered serious injuries in the IED attack, including a TBI, massive shrapnel wounds to both of his legs which required bilateral leg amputations, and shrapnel wounds to his left arm that greatly limited his use of that limb.  He also suffers from PTSD.

1689.   The attack in which Chase Lee Matthews was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1690.   As a result of the attack, and the injuries he suffered, Plaintiff Chase Lee Matthews has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

176. **THE MARCH 25, 2007, ATTACK – TAHRIR, IRAQ**

**The Vice Family**

1691. Aaron Vice is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Louisiana.

1692. On March 25, 2007, Aaron Vice, then 28, was a Sergeant in the United States Army patrolling in the Tahrir section of southeast Baqubah, Iraq when his unit received small-arms fire and impacted with three IEDs. Aaron Vice was thrown from the Stryker vehicle during the blasts and impacted on his head. He sustained injuries including a TBI, spinal-cord injury, migraines, and PTSD.

1693. The attack in which Aaron Vice was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1694. As a result of the attack, and the injuries he suffered, Aaron Vice has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

177. **THE APRIL 1, 2007, ATTACK – BAGHDAD, IRAQ**

**The Bowling Family**

1695. William G. Bowling was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

1696. On April 1, 2007, William G. Bowling, then 24, was serving as a Sergeant in the United States Army when the M1114 Up-Armored Armament Carrier he was driving struck an IED south of Baghdad. William G. Bowling died as a result of massive and fatal traumatic injuries.

1697. The attack in which William G. Bowling was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1698.   Plaintiff Jennifer D.E. Bowling is a citizen of the United States and domiciled in the State of Kentucky.  She is the widow of William G Bowling. She brings this action individually and on behalf of the Plaintiff Estate of William G. Bowling, as its proposed legal representative

1699.   Plaintiff Allyson P. Bowling is a citizen of the United States and domiciled in the State of Kentucky.  She is the daughter of William G Bowling.

1700.   Plaintiff Hannah K. Bowling is a citizen of the United States and domiciled in the State of Kentucky.  She is the daughter of William G Bowling.

1701.   As a result of the attack, and the death of William G. Bowling, Plaintiffs Jennifer D.E. Bowling, Allyson P. Bowling and Hannah K. Bowling have experienced severe mental anguish, extreme emotional pain and suffering, and loss of William G. Bowling's companionship, comfort, advice and counsel.

1702.   As a result of the attack, the Plaintiff Estate of William G. Bowling experienced conscious pain and suffering and/or suffered economic loss.

**178.   THE APRIL 5, 2007, ATTACK – HAWIJAH, IRAQ**

**The Cauthorn Family**

1703.   Forrest D. Cauthorn was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1704.   On April 5, 2007, Forrest D. Cauthorn, then 22, was serving as a Sergeant in the United States Army when his unit came under firm with small arms and grenades during combat operations in Hawijah, Iraq resulting in his death.

1705.   The attack in which Forrest D. Cauthorn was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1706.   Plaintiff Forrest W. Cauthorn is a citizen of the United States and domiciled in the State of Virginia.  He is the father of Forrest D. Cauthorn.  He brings this action individually and on behalf of the Plaintiff Estate of Forrest D. Cauthorn, as its proposed legal representative.

1707.   As a result of the attack, and the death of Forrest D. Cauthorn, Plaintiff Forrest W. Cauthorn has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Forrest D. Cauthorn's companionship, comfort, advice and counsel.

1708.   As a result of the attack, the Plaintiff Estate of Forrest D. Cauthorn experienced conscious pain and suffering and/or suffered economic loss.

### 179.    THE APRIL 6, 2007, ATTACK – BAGHDAD, IRAQ

**The Rodriguez Family**

1709.   Damian Lopez Rodriguez was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

1710.   On April 6, 2007, Damian Lopez Rodriguez, then 19, was a Private First Class in the United States Army conducting combat operations in Baghdad, Iraq when his vehicle struck an IED. Damian Lopez Rodriguez was killed as a result of injuries sustained in the blast.

1711.   The attack in which Damian Lopez Rodriguez was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1712.   Plaintiff Ana B. Scott is a citizen of the United States and domiciled in the State of Arizona.  She is the mother of Damian Lopez Rodriguez.

1713.   Plaintiff Rafael Lopez is a citizen of the United States and domiciled in the State of California. He is the brother of Damian Lopez Rodriguez.  He brings this action individually and on behalf of the Plaintiff Estate of Damian Lopez Rodriguez, as its proposed legal representative.

1714.   Plaintiff Karla Dance is a citizen of the United States and domiciled in the State of Florida. She is the sister of Damian Lopez Rodriguez.

1715.   As a result of the attack, and the death of Damian Lopez Rodriguez, Plaintiffs Rafael Lopez, Karla Dance, and Ana B. Scott have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Damian Lopez Rodriguez's companionship, comfort, advice and counsel.

1716.   As a result of the attack, the Plaintiff Estate of Damian Lopez Rodriguez experienced conscious pain and suffering and/or suffered economic loss.

### 180.    THE APRIL 9, 2007, ATTACK – KARMAH, IRAQ

**The Spohn Family**

1717.   Clifford Adams Spohn III was a citizen of the United States and domiciled in the State of New Mexico when he was killed in Iraq.

1718.   On April 9, 2007, Clifford Adams Spohn III, then 21, was a Specialist in the United States Army conducting routine combat operations in Karmah, Iraq when an IED detonated near his location. Clifford Adams Spohn III was killed as a result of injuries sustained in the blast.

1719.   The attack in which Clifford Adams Spohn III was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1720.   Plaintiff Clifford A. Spohn II is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Clifford Adams Spohn III.

1721.   Plaintiff Laura Mae Gitter is a citizen of the United States and domiciled in the State of New Mexico. She is the sister of Clifford Adams Spohn III.

1722.   Plaintiff Shannon Lynn Burnett is a citizen of the United States and domiciled in the State of Utah. She is the sister of Clifford Adams Spohn III.

1723.   Plaintiff Daniel Ray Spohn is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Clifford Adams Spohn III.

1724.   As a result of the attack, and the death of Clifford Adams Spohn III, Plaintiffs Clifford A. Spohn II, Laura Mae Gitter, Shannon Lynn Burnett and Daniel Ray Spohn have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Clifford Adams Spohn III's companionship, comfort, advice, and counsel.

## 181.    THE APRIL 21, 2007, ATTACK – BAGHDAD, IRAQ

**The Bushnell Family**

1725.   William W. Bushnell was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

1726.   On April 21, 2007, William W. Bushnell, then 24, was serving as a Sergeant in the United States Army on a routine patrol in Baghdad, Iraq when his up-armored HMMWV was hit with an RPG resulting in fatal ballistic fragment injuries.

1727.   The attack in which William W. Bushnell was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1728.   Plaintiff Wesley R. Bushnell is a citizen of the United States and domiciled in the State of Arkansas.  He is the father of William W. Bushnell.

1729.   Plaintiff Peggy A. Bushnell is a citizen of the United States and domiciled in the State of Arkansas.  She is the mother of William W. Bushnell.

1730.   Plaintiff Tina L. Bushnell is a citizen of the United States and domiciled in the State of Oklahoma.  She is the sister of William W. Bushnell.

1731.   Plaintiff Amy M. Martin is a citizen of the United States and domiciled in the State of Arkansas.  She is the sister of William W. Bushnell.

1732.   Plaintiff Stephanie R. Middleton is a citizen of the United States and domiciled in the State of Oklahoma.  She is the sister of William W. Bushnell.

1733.   Plaintiffs Wesley R. Bushnell and Peggy A. Bushnell bring this action individually and on behalf of the Plaintiff Estate of William W. Bushnell, as its proposed legal co-representatives.

1734.   As a result of the attack, and the death of William W. Bushnell, Plaintiffs Wesley R. Bushnell, Peggy A. Bushnell, Tina L. Bushnell, Amy M. Martin, and Stephanie R. Middleton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of William W. Bushnell's companionship, comfort, advice and counsel.

1735.   As a result of the attack, the Plaintiff Estate of William W. Bushnell experienced conscious pain and suffering and/or suffered economic loss.

## 182.   THE APRIL 23, 2007, ATTACK – FALLUJAH, IRAQ

**The Peterson Family**

1736.   Dale G. Peterson was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

1737.   On April 23, 2007, Dale G. Peterson, then 20, was serving as a Lance Corporal in the United States Marines conducting a mounted patrol in Fallujah, Iraq, when an IED detonated near his vehicle, killing him.

1738.   The attack in which Dale G. Peterson was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1739.   Plaintiff Gregory D. Peterson is a citizen of the United States and domiciled in the State of Oregon. He is the father of Dale G. Peterson.

1740.   Plaintiff Mandy Peterson is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Dale G. Peterson.

1741.   As a result of the attack, and the death of Dale G. Peterson, Plaintiffs Gregory D. Peterson and Mandy Peterson have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Dale G. Peterson's society, companionship, comfort, advice, and counsel.

### 183.    THE APRIL 27, 2007, ATTACK – FALLUJAH, IRAQ

**The Swartz Family**

1742.   Plaintiff Caleb Tonkin Swartz is a citizen of the United States who was wounded in Iraq and is domiciled in the State of West Virginia.

1743.   On April 27, 2007, Caleb Tonkin Swartz, then 21, was a Lance Corporal in the United States Marine Corps conducting a dismounted combat patrol in Fallujah, Iraq when they discovered a compound where IEDs were being built. One of the members of the unit stepped on a pressure-triggered IED just feet away from his location. Caleb Tonkin Swartz was severely wounded due to the force of the blast. Several members of his unit were also wounded in the attack.

1744.   Caleb Tonkin Swartz suffered injuries in the IED attack, including a TBI, a grade 2 concussion, muscle injuries in both of his lower legs, a ruptured left tympanic membrane, bilateral hearing loss, bilateral tinnitus, and sleep apnea.  He also suffers from PTSD, depression, and anxiety as a result of the attack.

1745.   The attack in which Caleb Tonkin Swartz was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1746.   As a result of the attack, and the injuries he suffered, Plaintiff Caleb Tonkin Swartz has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1747.   Plaintiff Randal Scot Swartz is a citizen of the United States and domiciled in West Virginia.  He is the father of Caleb Tonkin Swartz.

1748.   Plaintiff Cherylene Webber Mann is a citizen of the United States and domiciled in West Virginia.  She is the mother of Caleb Tonkin Swartz.

1749.   Plaintiff Amber Nicole Richard is a citizen of the United States and domiciled in West Virginia.  She is the sister of Caleb Tonkin Swartz.

1750.   Plaintiff Jacob Andrew Swartz is a citizen of the United States and domiciled in West Virginia.  He is the brother of Caleb Tonkin Swartz.

1751.   As a result of the attack and the injuries Caleb Tonkin Swartz suffered, Plaintiffs Randal Scot Swartz, Cherylene Webber Mann, Amber Nicole Richard, and Jacob Andrew Swartz have experienced severe mental anguish and extreme emotional pain and suffering.

### 184.   THE APRIL 27, 2007, ATTACK – RAMADI, IRAQ

### The Callahan Family

1752.   William J. Callahan was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

1753.   On April 27, 2007, William J. Callahan, then 28, was serving as a Sergeant in the United States Marine Corps as part of an explosive ordnance disposal unit in Ramadi, Iraq, he when he sustained fatal injuries while trying to place a disruption charge on an IED.

1754.   The attack in which William J. Callahan was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1755.   Plaintiff Amy Callahan is a citizen of the United States and domiciled in the State of Massachusetts.  She is the widow of William J. Callahan. She brings this action individually and on behalf of the Plaintiff Estate of William J. Callahan, as its proposed legal representative.

1756.   Plaintiff Daniel Callahan is a citizen of the United States and domiciled in the State of Massachusetts.  He is the son of William J. Callahan.

1757.   Plaintiff Mary Ellen Callahan is a citizen of the United States and domiciled in the State of Massachusetts.  She is the mother of William J. Callahan.

1758.   Plaintiff Joseph Callahan III is a citizen of the United States and domiciled in the State of Massachusetts. He is the father of William J. Callahan.

1759.   Plaintiff Marissa Gurney is a citizen of the United States and domiciled in the State of Massachusetts. She is the sister of William J. Callahan.

1760.   As a result of the attack, and the death of William J. Callahan, Plaintiffs Amy Callahan, Daniel Callahan, Joseph Callahan III, Marissa Gurney and Mary Ellen Callahan have experienced severe mental anguish, extreme emotional pain and suffering, and loss of William J. Callahan's companionship, comfort, advice and counsel.

1761.   As a result of the attack, the Plaintiff Estate of William J. Callahan experienced conscious pain and suffering and/or suffered economic loss.

### 185.   THE MAY 3, 2007, ATTACK – RAMADI, IRAQ

**The Grothe Family**

1762.   Kelly Branden Grothe was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

1763.   On May 3, 2007, Kelly Branden Grothe, then 21, was a Corporal in the United States Army conducting route clearance in Ramadi, Iraq. He was attempting to assist his fellow soldiers when he stepped on a pressure plate IED, killing him.

1764.   The attack in which Kelly Branden Grothe was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1765.   Plaintiff Mary Janette Grothe is a citizen of the United States and domiciled in the State of Washington.  She is the mother of Kelly Branden Grothe.

1766.   Plaintiff Brian Carl Grothe is a citizen of the United States and domiciled in the State of Washington.  He is the father of Kelly Branden Grothe.

1767.   Plaintiff Rachelle Ann Clelland is a citizen of the United States and domiciled in the State of Washington.  She is the sister of Kelly Branden Grothe.

1768.   Plaintiff Aaron Bryce Grothe is a citizen of the United States and domiciled in the State of Washington.  He is the brother of Kelly Branden Grothe.

1769.   Plaintiffs Mary Janette Grothe and Brian Carl Grothe bring this action individually and on behalf of the Plaintiff Estate of Kelly Branden Grothe, as its proposed co-legal representatives.

1770.   As a result of the attack, and the death of Kelly Branden Grothe, Plaintiffs Mary Janette Grothe, Brian Carl Grothe, Rachelle Ann Clelland, and Aaron Bryce Grothe have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Kelly Branden Grothe's companionship, comfort, advice, and counsel.

1771.   As a result of the attack, the Plaintiff Estate of Kelly Branden Grothe experienced conscious pain and suffering and/or suffered economic loss.

**186.    THE MAY 21, 2007, ATTACK – BAGHDAD, IRAQ**

**The Ardron Family**

1772.   Brian D. Ardron was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

1773.   On May 21, 2007, Brian D. Ardron, then 32, was a Seargent in the United States Army conducting combat operations in Baghdad, Iraq, when an IED detonated near his vehicle. Brian D. Ardron died as a result of the multiple blasts.

1774.   The attack in which Brian D. Ardron was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1775.   Plaintiff Jessica Ardron is a citizen of the United States and domiciled in the state of Florida. She is the wife of Brian D. Ardron. She brings this action individually and on behalf of the Plaintiff Estate of Brian D. Ardron, as its proposed legal representative.

1776.   Plaintiff Brian James Ardron is a citizen of the United States and domiciled in the State of Florida. He is the son of Brian D. Ardron.

1777.   As a result of the attack, and the death of Brian Ardron, Plaintiffs Jessica Ardron and Brian J. Ardron have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Brian D. Ardron's companionship, comfort, advice, and counsel.

1778.   As a result of the attack, the Plaintiff Estate of Brian D. Ardon experienced conscious pain and suffering and/or suffered economic loss.

**187.    THE MAY 26, 2007, ATTACK – BAGHDAD, IRAQ**

**The Smallwood Family**

1779.   Erich S. Smallwood was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

1780.   On May 26, 2007, Erich S. Smallwood, then 22, was a Sergeant in the United States Army in Baghdad, Iraq when an IED detonated near his vehicle, killing him.

1781.   The attack in which Erich S. Smallwood was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1782.   Plaintiff Pamela S. Smallwood is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Erich S. Smallwood.

1783.   As a result of the attack, and the death of Erich S. Smallwood. Plaintiff Pamela S. Smallwood has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Erich S. Smallwood's society, companionship, comfort, advice, and counsel.

### 188.   THE MAY 28, 2007, ATTACK – ABU SAYDA, IRAQ

**The Alexeev Family**

1784.   Alexandre A. Alexeev was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1785.   On May 28, 2007, Alexandre A. Alexeev, then 23, was serving as a Corporal in the United States Army conducting a Downed Aircraft Recovery Team mission in Abu Sayda, Iraq when he was killed by an IED.

1786.   The attack in which Alexandre A. Alexeev was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1787.   Plaintiff Elena Alexeeva is a citizen of the United States and domiciled in the State of California. She is the mother of Alexandre A. Alexeev.

1788.   As a result of the attack, and the death of Alexandre A. Alexeev, Plaintiff Elena Alexeeva has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Alexandre A. Alexeev's society companionship, comfort, advice, and counsel.

189. **THE MAY 28, 2007, ATTACK – BAGHDAD, IRAQ**

**The Sanchez Family**

1789.    Junior C. Sanchez was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

1790.    On May 28, 2007, Junior C. Sanchez, then 20, was a Corporal in the United States Army on a dismounted patrol in Baghdad, Iraq, when an IED detonated, killing him.

1791.    The attack in which Junior C. Sanchez was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1792.    Plaintiff Dinorah Sanchez is a citizen of the United States and domiciled in the State of Florida. She is the mother of Junior C. Sanchez. She brings this action individually and on behalf of the Plaintiff Estate of Junior C. Sanchez, as its proposed legal representative.

1793.     As a result of the attack, and the death of Junior C. Sanchez. Plaintiff Dinorah Sanchez has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Junior C. Sanchez's society, companionship, comfort, advice, and counsel.

1794.    As a result of the attack, the Plaintiff Estate of Junior C. Sanchez experienced conscious pain and suffering and/or suffered economic loss.

190. **THE JUNE 2, 2007, ATTACK – HADID, IRAQ**

**The Crouch Family**

1795.    William Crouch was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1796.    On June 2, 2007, William Crouch, then 21, was a Specialist in the United States Army driving the lead Stryker vehicle en route to provide support for a downed helicopter in

Hadid, Iraq, when his vehicle struck an IED. The force of the blast blew him out of the top hatch of the vehicle, killing him.

1797.    The attack in which William Crouch was killed was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1798.    Plaintiff Jeremy Ryan James is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of William Crouch.

1799.    As a result of the attack, and the death of William Crouch, Plaintiff Jeremy Ryan James has experienced severe mental anguish, extreme emotional pain and suffering, and loss of William Crouch's companionship, comfort, advice and counsel.

### 191.    THE JUNE 9, 2007, ATTACK – KHAN BANI SAAD, IRAQ

**The Endlich Family**

1800.    Cory Michael Endlich was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1801.    On June 9, 2007, Cory Michael Endlich, then 23, was serving as a Sergeant in the United States Army when his unit came under fire in Khan Bani Saad, Iraq, and he was killed by a single sniper bullet to the head.

1802.    The attack in which Cory Michael Endlich was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1803.    Plaintiff Randy Lee Endlich is a citizen of the United States and is domiciled in the state of Ohio. He is the father of Cory Michael Endlich.  He brings this action individually and on behalf of the Plaintiff Estate of Cory Michael Endlich, as its proposed legal representative.

1804.    Plaintiff Kevin Matthew Endlich is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Cory Michael Endlich

1805.  Plaintiff Kenneth Lee Endlich is a citizen of the United States and domiciled in the state of Ohio. He is the brother of Cory Michael Endlich.

1806.  As a result of the attack, and the death of Cory Michael Endlich, Plaintiffs Randy Lee Endlich, Kevin Matthew Endlich, and Kenneth Lee Endlich have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cory Michael Endlich's companionship, comfort, advice and counsel.

1807.  As a result of the attack, the Plaintiff Estate of Cory Michael Endlich experienced conscious pain and suffering and/or suffered economic loss.

### 192.  THE JUNE 3, 2007, ATTACK – DIYALA, IRAQ

**The Marin Family**

1808.  Patrick Jay Marin is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Montana.

1809.  On June 2, 2007, Patrick Jay Marin, then 32, was a Staff Sergeant in the United States Army traveling in a military convoy north of the town of Muqdadiyah, Iraq, in the city of Al Mansuriyah in the Diyala Province when his unit discovered an IED. As Patrick Jay Marin and the other soldiers in his unit looked for the IED's trigger man and waited for the arrival of the Explosive Ordinance Device unit, the IED detonated, setting his Bradley Fighting Vehicle on fire. Patrick Jay Marin suffered severe burn injuries during the attack, and another member of his unit was killed.

1810.  Patrick Jay Marin's injuries included second-degree burns over 25% of his body, a TBI, and a blood clot in his left thigh. He also suffers from PTSD.

1811.  The attack in which Patrick Jay Marin was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1812.   As a result of the attack, and the injuries he suffered, Plaintiff Patrick Jay Marin has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1813.   Plaintiff Alexander J. Marin is a citizen of the United States and domiciled in Arizona.  He is the son of Patrick Jay Marin.

1814.   As a result of the attack, and the injuries Patrick Jay Marin suffered, Plaintiff Alexander J. Marin has experienced severe mental anguish and extreme emotional pain and suffering.

### 193.   THE JUNE 23, 2007, ATTACK – BAGHDAD, IRAQ

**The Moody Family**

1467.   Michael Dean Moody, Jr. was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1468.   On June 23, 2007, Michael Dean Moody, Jr., then 21, was serving as a Staff Sergeant in the United States Army when an IED emplaced by Iraqi Shi'a Special Groups detonated near his vehicle while he was patrolling south of Sadr City. The IED strike was followed by small-arms fire in the vicinity of the explosion.

1469.   Michael Dean Moody, Jr. was killed in the attack perpetrated by Hezbollah-trained Iraqi Shi'a Special Groups under the control and direction of the IRGC-QF and Hezbollah.

1470.   The attack in which Mr. Moody was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran

1471.   Plaintiff Malik Goodwyn is a citizen of the United States and domiciled in the State of Virgina. He is the son of Michael Dean Moody, Jr.

1472.   Plaintiff Sabreeyah Moody is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Michael Dean Moody, Jr.

1473.   As a result of the attack, and the death of Michael Dean Moody, Jr., Plaintiffs Malik Goodwyn and Sabreeyah Moody have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 194.   THE JULY 1, 2007, ATTACK – ZAIDON, IRAQ

**The Garcia-Schill Family**

1461.   Juan Manuel Garcia-Schill was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

1462.   On July 1, 2007, Juan Manuel Garcia-Schill, then 20, was a Lance Corporal in the United States Marine Corps serving with his unit in Zaidon, Iraq, delivering supplies to the front line when on their way back to base their vehicle hit by an IED. One day later, Juan Manuel Garcia-Schill died in Taqaddum, Iraq as a result of the blast injuries sustained due to the explosion.

1463. The attack in which Juan Manuel Garcia-Schill was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1464. Plaintiff Brenda Rae Schill is a citizen of the United States and domiciled in the state of Oregon. She is the mother of Juan Manuel Garcia-Schill. She brings this action individually and on behalf of the Plaintiff Estate of Juan Manuel Garcia-Schill, as its proposed legal representative.

1465. Joseph Martin Ochoa, Jr. is a citizen of the United States and domiciled in the State of Oklahoma.  He is the step-brother of Juan Manuel Garcia-Schill.

1466. Victoria Ochoa is a citizen of the United States and domiciled in the State of Oregon.  She is the step-sister of Juan Manuel Garcia-Schill.

1474.  Sandra Garcia is a citizen of the United States and domiciled in the State of Oregon.  She is the sister of Juan Manuel Garcia-Schill.

1475.  As a result of the attack, and the death of Juan Manuel Garcia-Schill, Plaintiffs Brenda Rae Schill, Joseph Martin Ochoa, Jr., Victoria Ochoa, and Sandra Garcia have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Juan Manuel Garcia-Schill's companionship, comfort, advice and counsel.

1476.  As a result of the attack, the Plaintiff Estate of Juan Manuel Garcia-Schill experienced conscious pain and suffering and/or suffered economic loss.

### 195.    THE JULY 5, 2007, ATTACK – BAGHDAD, IRAQ

**The Stacey Family**

1477.  Jeremy Leon Stacey was a citizen of the United States and domiciled in the State of New Mexico when he was killed in Iraq.

1478.  On July 5, 2007, Jeremy Leon Stacey, then 23, was a Corporal in the United States Army serving with his unit in Baghdad, Iraq, when his unit was attacked by an IED. Jeremy Leon Stacey died as a result of wounds from the attack.

1479.  The attack in which Jeremy Leon Stacey was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1480.  Plaintiff Betty Click is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Jeremy Leon Stacey.

1481.   As a result of the attack and the death of Jeremy Leon Stacey, Plaintiff Betty Click has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeremy Leon Stacey's companionship, comfort, advice and counsel.

## 196.   **THE JULY 17, 2007, ATTACK – SAMARRA, IRAQ**

**The Wade Family**

1482.   Patrick Wade was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

1483.   On July 17, 2007, Patrick Wade, then 38, was a Chief Petty Officer in the United States Navy conducting bomb-disposal operations when his vehicle was struck by an IED.  Patrick Wade survived the initial blast and was killed when his crew discovered other bombs in a culvert under the highway which exploded.

1484.   The attack in which Patrick Wade was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1485.   Plaintiff Esme Wade is a citizen of the United States and is domiciled in the State of Michigan. She is the daughter of Patrick Wade.

1486.   Plaintiff Noelle Wade is a citizen of the United States and is domiciled in the State of Michigan. She is the daughter of Patrick Wade.

1487.   As a result of the attack, and the death of Patrick Wade, Plaintiffs Esme Wade and Noelle Wade have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Patrick Wade's companionship, comfort, advice and counsel.

197.   **THE JULY 21, 2007, ATTACK – KARMAH, IRAQ**

**The Scherer Family**

1488.   Christopher George Scherer was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

1489.   On July 21, 2007, Christopher George Scherer, then 21, was a Corporal in the United States Marine Corps conducting combat operations in Karmah, Iraq, when they began taking fire from insurgent snipers. Christopher George Scherer died as a result of multiple gunshot wounds sustained in the attack.

1490.   The attack in which Christopher George Scherer was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1491.   Plaintiff Janet B. Scherer is a citizen of the United States and domiciled in the State of New York.  She is the mother of Christopher George Scherer.

1492.   Plaintiff Timothy F. Scherer is a citizen of the United States and domiciled in the State of New York.  He is the father of Christopher George Scherer.

1493.   Plaintiff Kaitlin M. Scherer is a citizen of the United States and domiciled in the State of New York.  She is the sister of Christopher George Scherer.

1494.   Plaintiff Meghan A. Scherer is a citizen of the United States and domiciled in the State of New York.  She is the sister of Christopher George Scherer.

1495.   Plaintiff Timothy J. Scherer is a citizen of the United States and domiciled in the State of New York.  He is the brother of Christopher George Scherer.

1496.   Plaintiffs Janet B. Scherer and Timothy F. Scherer bring this action individually and on behalf of the Plaintiff Estate of Christopher George Scherer, as its proposed legal co-representatives.

1497.   As a result of the attack, and the death of Christopher George Scherer, Plaintiffs Janet B. Scherer, Timothy F. Scherer, Kaitlin M. Scherer, Timothy J. Scherer, and Meghan A. Scherer have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher George Scherer's companionship, comfort, advice and counsel.

1498.   As a result of the attack, the Plaintiff Estate of Christopher George Scherer experienced conscious pain and suffering and/or suffered economic loss.

## 198.    THE JULY 22, 2007, ATTACK – OWASET, IRAQ

**The Adams Family**

1499.   Shawn G. Adams was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1500.   On July 22, 2007, Shawn G. Adams, then 21, was serving as a Sergeant in the United States Army traveling in a M1114 truck in Owaset, Iraq when their vehicle was struck by an IED. Shawn G. Adams was killed as a result of massive trauma sustained in the attack.

1501.   The attack in which Shawn G. Adams was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1502.   Plaintiff Wilhelmina E. Adams is a citizen of the United States and domiciled in the State of Alaska.  She is the widow of Shawn G. Adams.  She brings this action individually and on behalf of the Plaintiff Estate of Shawn G. Adams, as its proposed legal representative.

1503.   Plaintiff Laura A. Gillis is a citizen of the United States and domiciled in the State of Tennessee.  She is the mother of Shawn G. Adams.

1504.   Plaintiff Robert C. Gillis, Jr. is a citizen of the United States and domiciled in the State of Tennessee.  He is the step-father of Shawn G. Adams.

1505.   Plaintiff Lacy Gillis is a citizen of the United States and domiciled in the State of Tennessee.  She is the sister of Shawn G. Adams.

1506.   Plaintiff Samantha Gillis is a citizen of the United States and domiciled in the State of Tennessee.  She is the sister of Shawn G. Adams.

1507.   Plaintiff Darcey G. Adams is a citizen of the United States and was domiciled in the State of California, at the time of his death.  He is the father of Shawn G. Adams. Gaye A. Adams brings this action on behalf of the Plaintiff Estate of Darcey G. Adams, as its proposed legal representative.

1508.   Plaintiff Gaye A. Adams is a citizen of the United States and domiciled in the State of California.  She is the step-mother of Shawn G. Adams.

1509.   As a result of the attack, and the death of Shawn G. Adams, Plaintiffs Wilhelmina E. Adams, Laura A. Gillis, Robert C. Gillis, Jr., Lacy Gillis, Samantha Gillis, Darcey G. Adams, and Gaye A. Adams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Shawn G. Adams' companionship, comfort, advice, and counsel.

1510.  As a result of the attack, the Plaintiff Estate of Shawn G. Adams experienced conscious pain and suffering and/or suffered economic loss.

### 199.   THE JULY 24, 2007, ATTACK – ASR MINNEAPOLIS, NINEWA PROVINCE, IRAQ

**The Lett Family**

1511.   Plaintiff Richard Carlton Lett is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Oklahoma.

1512.   On July 24, 2007, Richard Carlton Lett, then 45, was a military contractor working for KBR, Inc., and was stationed in Iraq conducting combat operations in Kirkuk, Iraq, when an IED detonated near his location. Richard Carlton Lett suffered serious injuries in the IED attack,

including bilateral hearing loss, bilateral tinnitus, and severe pain in both ears. He also suffers from PTSD, headaches, sleeplessness, neck pain, back pain, nose bleeds, and a loss of sense of taste.

1513.   The attack in which Richard Carlton Lett was injured in was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1514.   As a result of the attack and the injuries suffered, Plaintiff Richard Carlton Lett has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

## 200.   THE JULY 30, 2007, ATTACK – KARMAH, IRAQ

**The Vice Family**

1515.   Plaintiff Dustin Michael Vice is a citizen of the United States who was injured in Iraq and is domiciled in the State of Iowa.

1516.   On July 30, 2007, Dustin Michael Vice, then 22, was a Corporal in the United States Marine Corps conducting combat operations in support of Operation Pegasus Bridge in Karmah, Iraq when an IED detonated near his location. Immediately after the explosion, his unit came under enemy small arms fire. Dustin Michael Vice was knocked unconscious due to the force of the blast and was severely wounded in the attack along with twelve other Marines.

1517.   Plaintiff Dustin Michael Vice suffered injuries in the attack, including a concussion, migraines, bilateral tinnitus, and herniated discs in his back.  He also suffers from PTSD.

1518.   The attack in which Dustin Vice was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1519.   As a result of the attack and the injuries he suffered, Plaintiff Dustin Michael Vice has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

201.    **THE AUGUST 4, 2007, ATTACK – HAWR RAJAB, IRAQ**

**The Holliday Family**

1520.    Jaron D. Holliday was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

1521.    On August 4, 2007, Jaron D. Holliday, then 21, was a Corporal in the United States Army assigned performing combat operations in Hawr Rajab, Iraq when an IED detonated near his vehicle. Jaron D. Holliday was killed in the attack as a result of massive trauma sustained by his proximity to the blast.

1522.    The attack in which Jaron D. Holliday was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1523.    Plaintiff Kelly Holliday is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Jaron D. Holliday.

1524.    Plaintiff John Holliday, Jr. is a citizen of the United States and domiciled in the State of Oklahoma. He is the father of Jaron D. Holliday.

1525.    Plaintiff Jeremiah Holliday is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Jaron D. Holliday.

1526.    Plaintiff Joshua Holliday is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Jaron D. Holliday.

1527.    Plaintiff Josiah Holliday is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Jaron D. Holliday.

1528.    Plaintiff Jada Holliday is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Jaron D. Holliday.

1529.   Plaintiff Jamin Holliday is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Jaron D. Holliday.

1530.   Plaintiff John Holliday III is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Jaron D. Holliday.

1531.   Plaintiff Justus Holliday is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Jaron D. Holliday.

1532.   As a result of the attack, and the death of Jaron D. Holliday, Plaintiffs Kelly Holliday, John Holliday, Jr., Jeremiah Holliday, Joshua Holliday, Josiah Holliday, Jada Holliday, Jamin Holliday, John Holliday III, and Justus Holliday have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Jaron D. Holliday's society, companionship, comfort, advice, and counsel.

**The LaFleur Family**

1533.   Jason K. LaFleur was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in the same attack in which Jaron D. Holliday was killed.

1534.   On August 4, 2007, Jason K. LaFleur, then 28, was a Corporal in the United States Army when he was killed in the IED attack.

1535.   The attack in which Jason K. LaFleur was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1536.   Plaintiff Elizabeth Kei LaFleur is a citizen of the United States and domiciled in the State of Texas. She is the mother of Jason K. LaFleur. She brings this action individually and on behalf of the Plaintiff Estate of Jason K. LaFleur, as its proposed legal representative.

1537.  As a result of the attack, and the death of Jason K. LaFleur, Plaintiff Elizabeth Kei LaFleur has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Jason K. LaFleur's society, companionship, comfort, advice, and counsel.

1538.  As a result of the attack, the Plaintiff Estate of Jason K. LaFleur experienced conscious pain and suffering and/or suffered economic loss.

### 202.  THE AUGUST 11, 2007, ATTACK – ARAB JABOUR, IRAQ

**The Edwards Family**

1539.  William L. Edwards was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1540.  On August 11, 2007, William L. Edwards, then 23, was a Specialist in the United States Army. William Edwards' unit was conducting patrol in the Arab Jabour region of Baghdad, Iraq, when they came under fire from an enemy sniper. William L. Edwards was struck in the chest by a sniper shot and died as a result of his injuries.

1541.  The attack in which William L. Edwards was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1542.  Plaintiff Marykay H. Edwards is a citizen of the United States and domiciled in the State of Texas.  She is the mother of William L. Edwards.

1543.  Plaintiff William L. Edwards, Jr. is a citizen of the United States and domiciled in the State of Texas.  He is the father William L. Edwards.

1544.  Plaintiffs Marykay H. Edwards and William L. Edwards, Jr. bring this action individually and on behalf of the Plaintiff Estate of William L. Edwards, as its proposed legal co-representatives.

1545.   As a result of the attack, and the death of William L. Edwards, Plaintiffs Marykay H. Edwards and William L. Edwards, Jr.  have experienced severe mental anguish, extreme emotional pain and suffering, and loss of William L. Edwards' companionship, comfort, advice, and counsel.

1546.   As a result of the attack, the Plaintiff Estate of William L. Edwards experienced conscious pain and suffering and/or suffered economic loss.

### 203.    THE AUGUST 22, 2007, ATTACK – ARAB JABOUR, IRAQ

**The Britt Family**

1547.   Sandy R. Britt was a citizen of the United States and was domiciled in the State of North Carolina when he was killed in Iraq.

1548.   On August 22, 2007, Sandy R. Britt, then 30, was a Staff Sergeant in the United States Army participating in a dismounted patrol in the Arab Jabour region south of Baghdad near the Tigris River as part of Task Force Falcon when an IED detonated resulting in his death.

1549.   The attack in which Sandy R. Britt was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1550.   Plaintiff Sarah H. Arnold is a citizen of the United States and domiciled in the State of Florida.  She is the mother of Sandy R. Britt.

1551.   As a result of the attack, and the death of Sandy R. Britt, Plaintiff Sarah H. Arnold has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Sandy R. Britt's companionship, comfort, advice and counsel.

### 204.    THE AUGUST 23, 2007, ATTACK – HABBANIYAH, IRAQ

**The Peck Family**

1552.    John Michael Peck is a citizen of the United States who was wounded in Iraq and is domiciled in the State of New Jersey.

1553.   On August 23, 2007, John Michael Peck, then 21, was a Lance Corporal serving in the United States Marine Corps at Camp Taqaddum located in Habbaniyah, Iraq, in the Al Anbar Province conducting a combat patrol when a pressure-initiated IED detonated near his location.  Due to the force of the IED blast, John Michael Peck was thrown from his gunner seat, and his head slammed against the base of his mounted machine gun.

1554.   John Michael Peck suffered serious injuries including a severe TBI, bilateral tinnitus, vision, balance, and hearing problems, and severe long-term and short-term memory loss, losing all memories of events that took place prior to the IED attack.  He also suffers from relationship and attachment issues due to the effects of his brain injury.

1555.   The attack in which John Michael Peck was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1556.   As a result of the attack, and the injuries he suffered, Plaintiff John Michael Peck has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 205.   THE SEPTEMBER 5, 2007, ATTACK – BALAD, IRAQ

**The Balcon Family**

1557.   Dane R. Balcon was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

1558.   On September 5, 2007, Dane R. Balcon, then 19, was serving as a Specialist in the United States Army in the vicinity of Balad, Iraq when the vehicle in which he was traveling struck an IED. Dane R. Balcon suffered severe injuries leading to his death on the operating table after being airlifted to a nearby base hospital.

1559.   The attack in which Dane R. Balcon was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1560.   Plaintiff John R. Balcon is a citizen of the United States and domiciled in the State of Florida.  He is the father of Dane R. Balcon.

1561.   Plaintiff Samuel R. Balcon is a citizen of the United States and domiciled in the State of Massachusetts.  He is the brother of Dane R. Balcon.

1562.   Plaintiff Allegra S. Balcon is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Dane R. Balcon.

1563.   Plaintiff Brianna L. Balcon is a citizen of the United States and domiciled in the State of Florida.  She is the sister of Dane R. Balcon.

1564.   Plaintiff Joshua R. Balcon is a citizen of the United States and domiciled in the State of Florida.  He is the brother of Dane R. Balcon.

1565.   As a result of the attack, and the death of Dane R. Balcon, Plaintiffs John R. Balcon, Samuel R. Balcon, Allegra S. Balcon, Brianna L. Balcon, and Joshua Balcon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dane R. Balcon's companionship, comfort, advice and counsel.

## 206.   THE SEPTEMBER 8, 2007, ATTACK – KIRKUK, IRAQ

**The Fanene Family**

1566.   Plaintiff Wallace Fanene is a citizen of the United States who was wounded in Iraq and is domiciled in the State of California.

1567.   On September 8, 2007, Wallace Fanene, then 25, was a Sergeant in the United States Army conducting dismounted combat operations in Kirkuk, Iraq. While walking through the village, an IED detonated beneath him, taking his right-side extremities.

1568.   Wallace Fanene suffered injuries in the attack including a TBI, amputated right arm and leg, fused fingers, and loss of feeling in his left hand. He also suffers from severe PTSD.

1569.   The attack in which Wallace Fanene was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1570.   As a result of the attack, and the injuries he suffered, Plaintiff Wallace Fanene has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 207.   THE OCTOBER 5, 2007, ATTACK – BAYJI, IRAQ

**The Hugo Family**

1571.   Rachael L. Hugo was a citizen of the United States and domiciled in the State of Wisconsin when she was killed in Iraq.

1572.   On October 5, 2007, Rachael L. Hugo, then 24, was a Corporal in the United States Army escorting a military police convoy in Bayji, Iraq, when an IED detonated near their vehicle. Rachael L. Hugo was killed as a result of injuries sustained in the blast.

1573.   The attack in which Rachael L. Hugo was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1574.   Plaintiff Kermit Alan Hugo is a citizen of the United States and domiciled in the State of Wisconsin.  He is the father of Rachael L. Hugo. He brings this action individually and on behalf of the Plaintiff Estate of Rachael L. Hugo, as its proposed legal representative.

1575.   Plaintiff Ruth A. Hugo is a citizen of the United States and domiciled in the State of Wisconsin.  She is the mother of Rachael L. Hugo.

1576.    As a result of the attack, and the death of Rachael L. Hugo, Plaintiffs Kermit Alan Hugo and Ruth A. Hugo have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Rachael L. Hugo's companionship, comfort, advice, and counsel.

1577.    As a result of the attack, the Plaintiff Estate of Rachael L. Hugo experienced conscious pain and suffering and/or suffered economic loss.

### 208.    THE OCTOBER 24, 2007, ATTACK – BAYJI, IRAQ

**The Towns Family**

1578.    Robin Leslie Towns was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1579.    On October 24, 2007, Robin Leslie Towns, then 52, was a Staff Sergeant in the United States Army conducting combat operations in Bayji, Iraq, when an IED was detonated near his location. Robin Leslie Towns died as a result of injuries sustained in the blast.

1580.    The attack in which Robin Leslie Towns was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1581.    Plaintiff Shelia Jean Towns brings this action on behalf of the Plaintiff Estate of Robin Leslie Towns, as its proposed legal representative.

1582.    As a result of the attack, the Plaintiff Estate of Robin Leslie Towns experienced conscious pain and suffering and/or suffered economic loss.

### 209.    THE OCTOBER 30, 2007, ATTACK – SALMAN PAK, IRAQ

**The McCall Family**

1583.    Daniel L. McCall was a citizen of the United States and domiciled in the State of Mississippi when he was killed in Iraq.

1584.   On October 30, 2007, Daniel L. McCall, then 24, was a Sergeant in the United States Army conducting combat operations in Salman Pak, Iraq when an IED detonated near his vehicle, killing him.

1585.   The attack in which Daniel L. McCall was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1586.   Plaintiff Marvin McCall is a citizen of the United States and domiciled in the State of Mississippi. He is the grandfather of Daniel L. McCall and legally adopted him.

1587.   As a result of the attack, and the death of Daniel L. McCall, Plaintiff Marvin McCall has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Daniel L. McCall's society companionship, comfort, advice, and counsel.

### 210.   **THE NOVEMBER  1, 2007, ATTACK – BALAD, IRAQ**

**The Crowell Family**

1588.   Thomas A. Crowell was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1589.   On November 1, 2007, Thomas A. Crowell, then 36, was a Master Sergeant in the United States Air Force working as a special agent for the Air Force Office of Special Investigations in Balad, Iraq, when an IED detonated near his vehicle killing him.

1590.   The attack in which Thomas A. Crowell was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1591.   Plaintiff Carol E. Crowell is a citizen of the United States and domiciled in the State of Maryland. She is the widow of Thomas A. Crowell.

1592.   As a result of the attack, and the death of Thomas A. Crowell, Plaintiff Carol E. Crowell has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Thomas A. Crowell's society, companionship, comfort, advice, and counsel.

### 211.   THE NOVEMBER 7, 2007, ATTACK – ARAB JABOUR, IRAQ

**The Tumanuvao Family**

1593.   Lui Tumanuvao was a citizen of the United States and domiciled in the territory of American Samoa when he was killed in Iraq.

1594.   On November 7, 2007, Mr. Tumanuvao, then 29, was a Sergeant in the United States Army on a dismounted patrol in Arab Jabour, Iraq when an IED detonated, killing him.

1595.   The attack in which Mr. Tumanuvao was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1596.   Plaintiff Selia Tumanuvao is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Lui Tumanuvao.

1597.   As a result of the attack, and the death of Lui Tumanuvao, Plaintiff Selia Tumanuvao has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Lui Tumanuvao's society companionship, comfort, advice, and counsel.

### 212.   THE DECEMBER 26, 2007, ATTACK – MOSUL, IRAQ

**The Portell Family**

1598.   Benjamin Brian Portell was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1599.   On December 26, 2007, Benjamin Brian Portell, then 27, was a Sergeant in the United States Army conducting combat operations in Mosul, Iraq when they were ambushed by

enemy insurgents. Benjamin Brian Portell was killed in the attack as a result of injuries received from small arms fire.

1600.   The attack in which Benjamin Brian Portell was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1601.   Susan R. Portell is a citizen of the United States and domiciled in the state of Colorado. She is the mother to Benjamin Brian Portell.

1602.   Matthew Portell is a citizen of the United States and domiciled in the state of Colorado.  He is the father of Benjamin Brian Portell.

1603.   Michael Portell is a citizen of the United States and domiciled in the state of Colorado.  He is the brother of Benjamin Brian Portell.

1604.   Jeffrey Portell is a citizen of the United States and domiciled in the state of Colorado.  He is the brother of Benjamin Brian Portell.

1605.   As a result of the attack, and the death of Benjamin Brian Portell, Plaintiffs Susan R. Portell, Matthew Portell, Michael Portell, and Jeffrey Portell have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Benjamin Brian Portell's companionship, comfort, advice, and counsel.

## 213.   THE JANUARY 6, 2008, ATTACK – BAGHDAD, IRAQ

**The Gudridge Family**

1606.   James D. Gudridge was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

1607.   On January 6, 2008, James D. Gudridge, aged 20, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

1608.   James D. Gudridge was killed in the attack.

1609. The attack in which James D. Gudridge was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1610. Plaintiff Danny Gudridge, Sr. is a citizen of the United States and domiciled in the State of New York. He is the father of James D. Gudridge.

1611. As result of the attack, and the death of James D. Gudridge, Plaintiff Danny Gudridge, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of James D. Gudridge's companionship, comfort, advice, and counsel.

### 214. THE JANUARY 16, 2008, ATTACK – BALAD, IRAQ

**The Sharrett Family**

1612. David H. Sharrett, II was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1613. On January 16, 2008, David H. Sharrett II, then 27, was a Private First Class in the United States Army conducting combat operations near Balad, Iraq, when his unit was attacked with small-arms fire.

1614. The attack in which David H. Sharrett II was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1615. Plaintiff Christopher Sharrett is a citizen of the United States and domiciled in the State of New York. He is the brother of David H. Sharrett II.

1616. As a result of the attack, and the death of David H. Sharrett II, Plaintiff Christopher Sharrett has experienced severe mental anguish, extreme emotional pain and suffering, and loss of David H. Sharrett II's companionship, comfort, advice and counsel.

215. **THE JANUARY 18, 2008, ATTACK – AT TAJI, IRAQ**

**The Schoolcraft Family**

1617.   Jon Michael Schoolcraft III was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1618.   On January 18, 2008, Jon Michael Schoolcraft III, then 26, was a Specialist in the United States Army conducting routine combat operations in the Taji, Iraq, when an IED detonated near his location. Jon Michael Schoolcraft was killed as a result of injuries sustained in the blast.

1619.   The attack in which Jon Michael Schoolcraft III was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1620.   Plaintiff Cynthia Ann Hooker is a citizen of the United States and domiciled in the State of Ohio.  She is the mother of Jon Michael Schoolcraft III.

1621.   Plaintiff Megan Ann Schoolcraft is a citizen of the United States and domiciled in the State of Ohio.  She is the sister of Jon Michael Schoolcraft III.

1622.   As a result of the attack, and the death of Jon Michael Schoolcraft III, Plaintiffs Cynthia Ann Hooker and Megan Ann Schoolcraft have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jon Michael Schoolcraft III's companionship, comfort, advice and counsel.

216. **THE FEBRAURY 8, 2008, ATTACK – BAQUBAH, IRAQ**

**The Samuel Family**

1623.   Jeffrey Lee Samuel is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Virginia.

1624.   On February 8, 2008, Jeffrey Lee Samuel, then 32, was a Senior Chief in the United States Navy conducting combat operations in Baqubah, Iraq, when his unit approached a building

to clear when an IED detonated from inside the structure resulting in Jeffrey Lee Samuel's near fatal injuries.

1625.   Jeffrey Lee Samuel suffered injuries in the attack to include: a broken back, broken pelvis, collapsed lung, blown out orbital socket, broken foot, and an eyelid sliced corner to corner. He additionally suffers from PTSD, insomnia, anxiety, and migraines, and additional trauma related to his injuries.

1626.   The attack in which Jeffrey Lee Samuel was injured was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1627.   As a result of this attack and the injuries he suffered, Plaintiff Jeffrey Lee Samuel has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

**217.    THE FEBRUARY 20, 2008, ATTACK – BAGHDAD/THAWRA, IRAQ**

**Thurman Joe Basham**

1628.   Plaintiff Thurman Joe Basham is a citizen of the United States and domiciled in the State of West Virginia.

1629.   On February 20, 2008, Thurman Joe Basham, then 37, was a Sergeant in the United States Army in a convoy traveling on Route Miller en route to Joint Security Station ("JSS") Ur in eastern Baghdad just north of Sadr City when a two-array EFP was detonated on the lead Stryker in the convoy causing concussion injuries to Thurman Joe Basham who was the truck commander in the second Stryker vehicle in the convoy.

1630.   The attack in which Thurman Joe Basham was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1631.   As a result of this attack and the injuries he suffered, Plaintiff Thurman Joe Basham has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

### 218.   THE MARCH 10, 2008, ATTACK – BALAD RUZ, IRAQ

**The Burkett Family**

1602.   Donald Allen Burkett was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1603.   On March 10, 2008, Donald Allen Burkett, then 23, was a Specialist in the United States Army conducting mounted combat operations in Balad Ruz, Iraq, when the vehicle he was an occupant of was struck by an IED flipping the HMMWV upside down resulting in the death of Donald Allen Burkett and three other passengers in the HMMWV.

1604.   The attack in which Donald Allen Burkett was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1605.   Plaintiff Brandi Burkett is a citizen of the United States and domiciled in the State of Texas. She is the spouse of Donald Allen Burkett. She brings this action individually and on behalf of the Plaintiff Estate of Donald Allen Burkett, as its proposed legal representative.

1606.   Plaintiff Mason Burkett is a citizen of the United States and domiciled in the State of Texas. He is the son of Donald Burkett.

1607.   As a result of the attack, and the death of Donald Burkett, Plaintiffs Brandi Burkett and Mason Burkett have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Donald Allen Burkett's companionship, comfort, advice and counsel.

1608.   As a result of the attack, the Plaintiff Estate of Donald Allen Burkett experienced conscious pain and suffering and/or suffered economic loss.

**The Mallard Family**

1609.   Torre Mallard, Sr., was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in the same attack as Donald Burkett.

1610.   Torre Mallard, Sr., then 27, was serving as a Captain in the United States Army when he was killed in the IED explosion.

1611.   The attack in which Torre Mallard, Sr. was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1612.   Bonita Mallard is the widow of Torre Mallard, Sr., and brings this action on behalf of the Plaintiff Estate of Torre Mallard, Sr., as its proposed legal representative.

1613.   As a result of the attack, the Plaintiff Estate of Torre Mallard Sr. experienced conscious pain and suffering and/or suffered economic loss.

### 219.   THE MARCH 21, 2008, ATTACK – FOB FALCON, IRAQ

**The Smith Family**

1614.   Tyler J. Smith was a citizen of the United States and was domiciled in the State of Georgia when he was killed in Iraq.

1615.   On March 21, 2008, Tyler J. Smith, then 22, was a Private First Class in the United States Army on deployment at Forward Operating Base Falcon in southern Baghdad when ten 81mm mortars were fired at the base from the grounds of a nearby mosque resulting in Tyler J. Smith's death from blast fragmentation injuries.

1616.   The attack in which Tyler J. Smith was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1617.   Plaintiff Martin A. Smith is a citizen of the United States and domiciled in the State of Maine.  He is the father of Tyler J. Smith.

1618.   Plaintiff Wendy J. Smith is a citizen of the United States and domiciled in the State of Maine.  She is the mother of Tyler J. Smith.

1619.   Plaintiff Chad A. Smith is a citizen of the United States and domiciled in the State of New Jersey.  He is the brother of Tyler J. Smith.

1620.   Plaintiff Jessica R. Smith is a citizen of the United States and domiciled in the State of Georgia.  She is the sister of Tyler J. Smith.

1621.   Plaintiff Benjamin M. Smith is a citizen of the United States and domiciled in the State of Maine.  He is the brother of Tyler J. Smith.

1622.   As a result of the attack, and the death of Tyler J. Smith, Plaintiffs Martin A. Smith, Wendy J. Smith, Chad A. Smith, Jessica R. Smith, and Benjamin M. Smith have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Tyler J. Smith's companionship, comfort, advice and counsel.

## 220.   THE MARCH 26, 2008, ATTACK – BAGHDAD/9 NISSAN, IRAQ

### The Candelo Family

1623.   Steven I. Candelo was a citizen of the United States and was domiciled in the State of Texas when he was killed in Iraq.

1624.   On March 26, 2008, Steven I. Candelo, then 20, was a Corporal in the United States Army whose unit was advising the commander of the Iraqi Army's 11th Division and came under a complex ambush in the 9 Nissan District adjacent to Sadr City in eastern Baghdad during the Siege of Sadr City including small-arms fire, an IED strike, and RPG fire injuring Steven I. Candelo who sustained an arterial bleed in his neck and died as a result of his wounds.

1625.   The attack in which Steven I. Candelo was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1626.   Plaintiff Julia Martinez is a citizen of the United States and domiciled in the State of Texas.  She is the mother of Steven I. Candelo.  She brings this action individually and on behalf of the Plaintiff Estate of Steven I. Candelo, as its legal representative.

1627.   Plaintiff Ivanna Candelo is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Steven I. Candelo.

1628.   Plaintiff Erica Candelo is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Steven I. Candelo.

1629.   As a result of the attack, and the death of Steven I. Candelo, Plaintiffs Julia Martinez, Ivanna Candelo, and Erica Candelo have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Steven I. Candelo's companionship, comfort, advice and counsel.

1630.   As a result of the attack, the Plaintiff Estate of Steven I. Candelo experienced conscious pain and suffering and/or suffered economic loss.

## 221.   THE JULY 7, 2008, ATTACK – MOSUL, IRAQ

**The Womack Family**

1631.   Plaintiff Ronnal Womack is a citizen of the United States who was wounded in Iraq and is domiciled in the State of Alabama.

1632.   On July 7, 2008, Ronnal Womack, then 44, was a civilian contractor, working for KBR, Inc. and S.E.I.I., Inc., in Mosul, Iraq and was traveling in the middle vehicle of a convoy on "Route 1" from Qayyarah Airfield West towards Forward Operating Base "Marez" in Mosul, Iraq when a cellphone-controlled IED detonated near his location. Ronnal Womack sustained severe injuries as a result of the attack, and five other occupants of his vehicle were killed.

1633.   Ronnal Womack suffered injuries from the attack including bilateral tinnitus, bilateral loss of hearing, wounds and bruising to his jaw which led to a temporomandibular joint disorder (TMJ), a seizure disorder, significant pain and bruising in his back, neck, left knee, left leg, and left shoulder, and bulging discs in his cervical spine. He also suffers from insomnia, short-term memory loss, migraines, balance problems, PTSD, and anxiety.

1634.   The attack in which Ronnal Womack was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1635.   As a result of the attack, and the injuries he suffered, Plaintiff Ronnal Womack has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1636.   Plaintiff Demarcus Womack is a citizen of the United States and domiciled in Alabama.  He is the son of Ronnal Womack.

1637.   Plaintiff Jeremy Womack is a citizen of the United States and domiciled in Alabama.  He is the son of Ronnal Womack.

1638.   Plaintiff Jarvis Womack is a citizen of the United States and domiciled in Alabama.  He is the son of Ronnal Womack.

1639.   Plaintiff LaToria Womack is a citizen of the United States and domiciled in Alabama.  She is the daughter of Ronnal Womack.

1640.   Plaintiff Tanesha Mould is a citizen of the United States and domiciled in Alabama.  She is the daughter of Ronnal Womack.

1641.   Plaintiff Joseph A. Womack, Sr. is a citizen of the United States and domiciled in Alabama.  He is the brother of Ronnal Womack.

1642.   Plaintiff Jamie L. Womack, Sr. is a citizen of the United States and domiciled in Alabama.  He is the brother of Ronnal Womack.

1643.   Plaintiff Ronnie Womack is a citizen of the United States and domiciled in Washington.  He is the brother of Ronnal Womack.

1644.   Plaintiff Willie Womack is a citizen of the United States and domiciled in Alabama.  He is the brother of Ronnal Womack.

1645.   Plaintiff Donna Harris is a citizen of the United States and domiciled in Alabama.  She is the sister of Ronnal Womack.

1646.   Plaintiff Jeannie Bone is a citizen of the United States and domiciled in Alabama.  She is the sister of Ronnal Womack.

1647.   Plaintiff Detric Womack is a citizen of the United States and domiciled in Alabama.  He is the brother of Ronnal Womack.

1648.   Plaintiff Carolyn Davison is a citizen of the United States and domiciled in Alabama.  She is the sister of Ronnal Womack.

1649.   Plaintiff Latonya Gill is a citizen of the United States and domiciled in Alabama.  She is the sister of Ronnal Womack.

1650.   Plaintiff Major Lee Womack is a citizen of the United States and domiciled in Alabama.  He is the brother of Ronnal Womack.

1651.   Plaintiff Gale Womack is a citizen of the United States and domiciled in South Carolina.  She is the former spouse of Ronnal Womack (divorced after the attack in question).

1652.   Plaintiff Willie Ralph Presley is a citizen of the United States and domiciled in Alabama.  He is the step-father of Ronnal Womack.

1653.   As a result of the attack, and the injuries Ronnal Womack suffered, Plaintiffs Demarcus Womack, Jeremy Womack, Jarvis Womack, LaToria Womack, Tanesha Mould, Joseph A. Womack Sr., Jamie L. Womack Sr., Ronnie Womack, Willie Womack, Donna Harris, Jeannie Bone, Detric Womack, Carolyn Davison, Latonya Gill, Major Lee Womack, Gale Womack, and Willie Ralph Presley have experienced severe mental anguish and extreme emotional pain and suffering.

## 222.   THE OCTOBER 14, 2008, ATTACK – BAGHDAD, IRAQ

**The McCraw Family**

1654.   Christopher A. McCraw was a citizen of the United States and domiciled in the State of Mississippi when he was killed in Iraq.

1655.   On October 14, 2008, Christopher A. McCraw, then 23, was a Private First Class in the United States Army on dismounted patrol in Baghdad, Iraq when he encountered small arms fire from enemy insurgents. Christopher A. McCraw succumbed to wounds he received as a result of the attack.

1656.   The attack in which Christopher A. McCraw was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1657.   Plaintiff Camilla McCraw is a citizen of the United States and domiciled in the State of Mississippi. She is the sister of Christopher A. McCraw. She brings this action individually and on behalf of the Plaintiff Estate of Christoper A. McCraw, as its proposed legal representative.

1658.   Plaintiff Avon McCraw is a citizen of the United States and domiciled in the State of Mississippi. He is the father of Christopher McCraw.

1659.   Plaintiff Mary McCraw is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Christopher McCraw.

1660.   Plaintiff Brianna Bell Hill brings the action on behalf of the minor child, I.M., a citizen of the United States and domiciled in the State of Mississippi. He is the child of Christopher McCraw.

1661.   As a result of the attack, and the death of Christopher McCraw, Plaintiffs Camilla McCraw, Avon McCraw, Mary McCraw and I.M. have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher McCraw's companionship, comfort, advice, and counsel.

1662.   As a result of the attack, the Plaintiff Estate of Christopher A. McCraw  experienced conscious pain and suffering and/or suffered economic loss.

### 223.   THE NOVEMBER 14, 2008, ATTACK – FERRIS, IRAQ

**The Allen Family**

1663.   Aaron M. Allen was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1664.   On November 14, 2008, Aaron M. Allen, then 24, was serving as a Corporal in the United States Marine Corps conducting a dismounted patrol in Ferris, Iraq in the Al Anbar region when he was killed by an IED.

1665.   The attack in which Mr. Allen was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1666.   Plaintiff Mary Allen is a citizen of the United States and domiciled in the State of California. She is the mother of Aaron M. Allen.

1667.   As a result of the attack, and the death of Aaron M. Allen, Plaintiff Mary Allen has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Aaron M. Allen's society companionship, comfort, advice, and counsel.

### 224.    THE NOVEMBER 25, 2008, ATTACK – BIAJ, IRAQ

**The Frank Family**

1668.   Warren Andrew Frank was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1669.   On November 25, 2008, Warren Andrew Frank, then 26, was serving as a Captain in the United States Marine Corps conducting a humanitarian assistance/food distribution mission in Biaj, Iraq, when his unit came under small arms fire resulting in his death.

1670.   The attack in which Warren Andrew Frank was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1671.   Plaintiff Allison N. Frank is a citizen of the United States and domiciled in the State of California.  She is the widow of Warren Andrew Frank. She brings this action individually and on behalf of the Plaintiff Estate of Warren Andrew Frank, as its proposed legal representative. She brings this action on behalf of the minor child, I.F.

1672.   Plaintiff Sophia Frank is a citizen of the United States and domiciled in the State of California.  She is the daughter of Warren Andrew Frank and Allison N. Frank.

1673.   Plaintiff I.F. is a citizen of the United States and domiciled in the State of California.  She is the minor daughter of Warren Andrew Frank and Allison N. Frank.

1674.   As a result of the attack, and the death of Warren Andrew Frank, Plaintiffs Allison N. Frank, Sophia Frank and I.F. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Warren Andrew Frank's companionship, comfort, advice and counsel.

### 225.    THE SEPTEMBER 8, 2009, ATTACK – TIKRIT, IRAQ

**The Myers Family**

1675.    Zachary T. Myers was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1676.    On September 8, 2009, Zachary T. Myers, then 21, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

1677.    Zachary T. Myers was killed in the attack.

1678.    The attack in which Zachary T. Myers was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1679.    Plaintiff Vaughn Ryan Myers is a citizen of the United States and is domiciled in the State of Ohio. He is the brother of Zachary T. Myers.

1680.    As a result of the attack, and the death of Zachary T. Myers, Plaintiff Vaughn Ryan Myers has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Zachary T. Myers' companionship, comfort, advice and counsel.

### 226.    THE APRIL 7, 2010, ATTACK – MOSUL, IRAQ

**The Blount Family**

1681.    William A. Blount was a citizen of the United States and domiciled in the State of Mississippi when he was killed in Iraq.

1682.    On April 7, 2010, William A. Blount, then 21, was a Specialist in the United States Army patrolling in Mosul, Iraq, in a mine resistant ambush protected vehicle ("MRAP") when his unit was attacked with an Underbelly Improvised Explosive Device ("UBIED"). The attack resulted in five injuries and two deaths.

1683.   The attack in which William A. Blount was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1684.   Plaintiff Amanda Sones is a citizen of the United States and domiciled in the State of Mississippi. She is the widow of William A. Blount. She brings this action individually and on behalf of the Plaintiff Estate of William A. Blount, as its proposed legal representative.

1685.   Amanda Sones also brings this action on behalf of minor child A.E.B., a citizen of the United States and domiciled in the state of Mississippi. A.E.B. is the daughter of Amanda Sones and William A. Blount and was in utero at the time of William A. Blount's death.

1686.   Plaintiff Joe Blount is a citizen of the United States and domiciled in the State of Mississippi. He is the father of William Blount.

1687.   Plaintiff Lori Kay Blount is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of William A. Blount.

1688.   Plaintiff Lori McRae is a citizen of the United States and domiciled in the state of Mississippi. She is the sister of William A. Blount.

1689.   Plaintiff Laken Washington is a citizen of the United States and domiciled in the state of Mississippi. She is the sister of William A. Blount.

1690.   As a result of the attack, and the death of William A. Blount, Plaintiffs Amanda Sones, A.E.B., Joe Blount, Lori Kay Blount, Lori McRae, and Laken Washington have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of William A. Blount's companionship, comfort, advice, and counsel.

1691.   As a result of the attack, the Plaintiff Estate of William A. Blount experienced conscious pain and suffering and/or suffered economic loss.

### 227.   THE APRIL 24, 2010, ATTACK - ISKANDARIYAH/CONTINGENCY OPERATING BASE KALSU, IRAQ

**The Magee Family**

1692.   Anthony O. Magee was a citizen of the United States and was domiciled in the State of Mississippi when he was killed in Iraq.

1693.   On April 24, 2010, Anthony O. Magee, then 29, was a Staff Sergeant in the United States Army stationed at Contingency Operating Base Kalsu near Iskandariyah, Iraq when he sustained fatal injuries from an indirect fire attack on the base.  Anthony O. Magee was medevaced to the hospital in Balad, Iraq and then to Landstuhl, Germany, but he died from his wounds on April 27, 2010.

1694.   The attack in which Anthony O. Magee was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1695.   Plaintiff Anthony V. Davis is a citizen of the United States and domiciled in the State of Mississippi.  He is the father of Anthony O. Magee.

1696.   Plaintiff Patricia Davis is a citizen of the United States and domiciled in the State of Mississippi.  She is the mother of Anthony O. Magee.

1697.   Plaintiff Kameron Johnson is a citizen of the United States and domiciled in the State of Mississippi.  He is the son of Anthony O. Magee.

1698.   Plaintiff J.W., a minor, is a citizen of the United States and domiciled in the State of Kentucky. He is the son of Anthony O. Magee.  Plaintiff Sade White brings this claim as the legal guardian of Plaintiff J.W., a minor.

1699.   Plaintiff Monica Duncan is a citizen of the United States and domiciled in the State of Mississippi.  She is the sister of Anthony O. Magee.

1700.   Plaintiff Emmanuel L. Magee is a citizen of the United States and domiciled in the State of Mississippi.  He is the brother of Anthony O. Magee.

1701.   Plaintiff Dominique D. Magee is a citizen of the United States and domiciled in the State of Mississippi.  He is the brother of Anthony O. Magee.

1702.   As a result of the attack, and the death of Anthony O. Magee, Plaintiffs Anthony V. Davis, Patricia Davis, Kameron Johnson, J.W., Monica Duncan, Emmanuel L. Magee, and Dominique D. Magee have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Anthony O. Magee's companionship, comfort, advice and counsel.

### 228.   THE APRIL 2, 2011, ATTACK – FOB KALSU, IRAQ

**The Hudgins Family**

1703.   Quadi Shareem Hudgins was a citizen of the United States and was domiciled in the State of Texas when he was killed in Iraq.

1704.   On April 2, 2011, Quadi Shareem Hudgins, then 26, was a Staff Sergeant in the United States Army when Forward Operating Base Kalsu in Babil Province, Iraq where he was stationed when the base came under indirect fire resulting in Quadi Shareem Hudgins sustaining fatal blast fragmentation injuries with one piece of shrapnel entering his left thigh and traveling through his pelvis, left kidney, small intestine, stomach, posterior surface of the pancreas, thoracic spine, left 12th rib, aorta, inferior vena cava, liver, right diaphragm and lower lobe of his right lung where the fragment was located.

1705.   The attack in which Quadi Shareem Hudgins was killed was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq and Iran.

1706.   Plaintiff Ashley Lynn Hudgins is a citizen of the United States and domiciled in the State of Florida.  She is the widow of Quadi Shareem Hudgins.

1707.   Plaintiff N.H., a minor, represented by her legal guardian, Ashley Lynn Hudgins, is a citizen of the United States and domiciled in the State of Florida.  She is the daughter of Quadi Shareem Hudgins.

1708.   As a result of the attack, and the death of Quadi Shareem Hudgins, Plaintiffs Ashley Lynn Hudgins and N.H. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Quadi Shareem Hudgins' companionship, comfort, advice and counsel.

### 229.    THE JULY 10, 2011, ATTACK – AMARAH, IRAQ

**The Kenney Family**

1709.   Plaintiff Daniel Kenney is a citizen of the United States who was wounded in Iraq and is domiciled in the State of New York.

1710.   On July 10, 2011, Daniel Kenney, then 29, was serving in the United States military in Iraq when his Contingency Forward Operating Base came under attack from 107 mm rockets.

1711.   The attack in which Daniel Kenney was wounded was carried out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1712.   As Mr. Kenney was running for cover, a rocket landed within approximately 15 feet of his location, throwing him to the ground and concussing him.

1713.   As a result of the attack, Mr. Kenney suffers from depression, anxiety, and PTSD.

1714.   As a result of the attack, and the injuries he suffered, Plaintiff Daniel Kenney has experienced economic loss, severe physical pain and mental anguish, and extreme emotional pain and suffering.

1715.   Plaintiff Brooke Kenney is a citizen of the United States and domiciled in the State of New York. She is the wife of Daniel Kenney.

1716.  Plaintiff J.K., a minor, represented by his legal guardians Daniel Kenney and Brooke Kenney, is a citizen of the United States and domiciled in the State of New York. He is the son of Daniel and Brooke Kenney.

1717.  Plaintiff H.K., a minor, represented by her legal guardians Daniel Kenney and Brooke Kenney, is a citizen of the United States and domiciled in the State of New York. She is the daughter of Daniel and Brooke Kenney.

1718.  As a result of the attack, and the injuries suffered by Daniel Kenney, Plaintiffs Brooke Kenney, J.K. and H.K. have experienced severe mental anguish and extreme emotional pain and suffering.

## FIRST CLAIM FOR RELIEF

**AGAINST DEFENDANTS ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM FOR DEFENDANTS' MATERIAL SUPPORT FOR ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PERSONAL INJURY UNDER 28 U.S.C. § 1605A(c), CONSTITUTING ASSAULT, BATTERY, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

1719.  Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1720.  Plaintiffs identified in the foregoing paragraphs were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)) to terror operatives in Iraq who engaged in extrajudicial killing, attempted extrajudicial killing, torture and hostage taking, and who injured Plaintiffs.

1721.  The attacks identified in the foregoing paragraphs and caused by the actions of Defendants were intended to cause a harmful or offensive contact, or an imminent apprehension of such a contact, with Plaintiffs.

1722.   They therefore constituted a battery on Plaintiffs' persons, causing them severe physical injuries, and an assault on Plaintiffs' persons by placing them in fear and apprehension of harm and death.

1723.   Defendants also intentionally inflicted emotional distress on the Plaintiffs by intending to, and in fact terrorizing the Plaintiffs, and causing them severe emotional distress.

1724.   As a direct and proximate result of the willful, wrongful, and intentional acts of Defendants and their agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and economic losses.

1725.   Plaintiffs' compensatory damages include, but are not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and any economic losses determined by the trier of fact, under federal common law or, where Plaintiffs are not U.S. nationals under 28 U.S.C. § 1605A(c)(1), the laws of the District of Columbia, Iraq, or the states of such Plaintiffs' primary residence.

1726.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public, warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c).

**<u>SECOND CLAIM FOR RELIEF</u>**

**AGAINST DEFENDANTS ON BEHALF OF THE ESTATES OF PLAINTIFFS IDENTIFIED HEREIN FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN WRONGFUL DEATH UNDER 28 U.S.C. § 1605A(c)**

1727.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1728.   The Estates of Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the decedents who were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)), to terror operatives in Iraq who engaged in the acts of extrajudicial killing, torture and/or hostage taking that caused the decedents' deaths.

1729.   As a direct and proximate result of the willful, wrongful, and intentional acts of Defendants and their agents, the decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering that ultimately led to their deaths.

1730.   Defendants are therefore liable for the full measure of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering and any pecuniary loss (or loss of income to the estates and heirs), under federal common law or, where Plaintiffs are not U.S. nationals under 28 U.S.C. § 1605A(c)(1), the laws of the District of Columbia, Iraq, or the states of such Plaintiffs' primary residence.

1731.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public, warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c).

## THIRD CLAIM FOR RELIEF

**AGAINST DEFENDANTS ON BEHALF OF THE FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, ATTEMPTED EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING FOR LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS UNDER 28 U.S.C. § 1605A(c)**

1732.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1733.   Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict severe emotional distress on Plaintiffs.

1734.  The families of individuals identified in the foregoing paragraphs as injured or killed as a result of Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking have suffered severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe physical manifestations, as well as loss of solatium and other harms to be set forth to the trier of fact, under federal common law or, where Plaintiffs are not U.S. nationals under 28 U.S.C. § 1605A(c)(1), the laws of the District of Columbia, Iraq, or the states of such Plaintiffs' primary residence.

1735.  Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand:

(a)  Judgment for all Plaintiffs against Defendants for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and loss of solatium, in amounts to be determined at trial;

(b)  Judgment for Plaintiff Estates against Defendants for compensatory damages for wrongful death, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial;

(c)  Judgment for all Plaintiffs against Defendants for punitive damages in an amount to be determined at trial;

(d)  Prejudgment interest;

(e)     Plaintiffs' costs and expenses; and

(g)     Such other and further relief as the Court finds just and equitable.


Dated: September 5, 2025


By     /s/ John M. Eubanks

**MOTLEY RICE LLC**
John M. Eubanks, Esq.
(DC Bar No. SC0013)
Michael E. Elsner, Esq.
(To be admitted pro hac vice)
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9000

**OSEN LLC**
Gary M. Osen, Esq. (DC Bar No. NJ009)
Ari Ungar, Esq. (DC Bar No. NJ008)
Michael J. Radine, Esq. (DC Bar No. NJ015)
Aaron Schlanger, Esq. (DC Bar No. NJ007)
Dina Gielchinsky, Esq. (DC Bar No. NJ011)
190 Moore Street, Suite 272
Hackensack, NJ 07601
(201) 265-6400
(201) 265-0303 Fax

**TURNER & ASSOCIATES, P.A.**
Tab Turner, Esq.
(To be admitted pro hac vice)
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

**MICHIEHAMLETT**
J. Gregory Webb, Esq.
(To be admitted pro hac vice)
310 4th Street, NE
P.O. Box 298
Charlottesville, VA 22902
(434) 951-7237

**Carl C. Muzi, Esq.**
Attorney at Law

287

(To be admitted pro hac vice)
5398 Twin Hickory Road
Glen Allen, VA 23059
(804) 402-4800

*Attorneys for Plaintiffs*